```
 1  JAMES C. STURDEVANT (SBN 94551)
    (jsturdevant@sturdevantlaw.com)
 2  MONIQUE OLIVIER (SBN 190385)
    (molivier@sturdevantlaw.com)
 3  WHITNEY HUSTON (SBN 234863)
    (whuston@sturdevantlaw.com)
 4  THE STURDEVANT LAW FIRM
    A Professional Corporation
 5  354 Pine Street, Fourth Floor
    San Francisco, California 94104
 6  Telephone:(415) 477-2410
    Facsimile: (415) 477-2420
 7
    Attorneys for Plaintiff
 8
```

E-filing

ORIGINAL FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEJ

KRISTA O'DONOVAN, an individual,

Plaintiff,

v.

CASHCALL, INC., a California corporation, and DOE 1 through DOE 50, inclusive,

Defendants.

Case No. CV-08 3174

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16)

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16)

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- J. Paul Reddam
- First Bank of Delaware (Member FDIC)

DATED: July 1, 2008

THE STURDEVANT LAW FIRM
A Professional Corporation

By: _____
MONIQUE OLIVIER
Attorneys for Plaintiff Krista O'Donovan

Z:\434_CashCall, Inc\Pleadings\Federal - Certification of Interested Parties.doc

1

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16)