```
JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:(415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff
```

**ORIGINAL FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>Defendants. | Case No. CV 08 3174<br><br>**PLAINTIFF'S DECLARATION OF VENUE** |

PLAINTIFF'S DECLARATION OF VENUE

I, Monique Olivier, hereby declare:

1. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I am an attorney duly licensed to practice before all courts of the State of California. I am an associate in The Sturdevant Law Firm, counsel of record for plaintiff Krista O'Donovan. I make this declaration pursuant to California Civil Code section 1780(c) concerning the place of venue for this action.

3. Defendant in this action, CashCall, Inc. ("CashCall"), makes consumers loans in Alameda County and San Francisco County and throughout California. CashCall regularly transacts business throughout California and throughout the United States.

4. Venue is proper in San Francisco/Alameda County because CashCall conducts substantial business activity, including advertising, marketing, and making the loan at issue in this action throughout this County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of July, 2008 at San Francisco, California.

MONIQUE OLIVIER

Z:\434_CashCall, Inc\Pleadings\State - Venue Declaration.doc

PLAINTIFF'S DECLARATION OF VENUE