| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JAMES C. STURDEVANT<br>THE STURDEVANT LAW FIRM<br>354 PINE STREET<br>4TH FLOOR<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-477-2410 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>O'DONOVAN |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* KRISTA O'DONOVAN
*Defendant:* CASHCALL, INC., et al.

| PROOF OF SERVICE SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08-3174 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Plaintiff's Certification Of Interested Entities Or Persons(Civ.L.R. 3-16); Plaintiff's Declaration Of Venue; Complaint For Violations Of Electronic Funds Transfer Act Consumer Legal Remedies Act, Rosenthal Fair Debt Collection Practices Act, And Unfair Competition Law; Order Setting Initial Case Management Conference And Adr Deadlines; Consent To Assignment Or Request For Reassignment; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consent To Proceed Before A United States Magistrate Judge; Civil Cover Sheet; Welcome To The U.S. District Court; Consenting To A Judge's Jurisdiction In The Northern District Of California; Case Management Standing Order Magistrate Maria-Elena James; Dispute Resolution Procedures; Ecf Registration Information Handout.

3. a. *Party served:*          CASHCALL, INC.
   b. *Person served:*         DANIEL BAREN, AGENT FOR SERVICE

4. *Address where the party was served:*     1600 SOUTH DOUGLASS ROAD
                                             ANAHEIM, CA 92806

5. *I served the party:*
   b. **by substituted service.** On: Fri., Aug. 22, 2008 at: 2:15PM by leaving the copies with or in the presence of:
      ERIKA GONZALEZ, AUTHORIZED TO ACCEPT
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* CASHCALL, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LOU C. NEMETH
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:     1482
      (iii) County:              Orange

   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Aug. 22, 2008

| Attorney or Party without Attorney: <br> JAMES C. STURDEVANT <br> THE STURDEVANT LAW FIRM <br> 354 PINE STREET <br> 4TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-477-2410    FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: <br> O'DONOVAN |

| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California |
|---|

Plaintiff: KRISTA O'DONOVAN

Defendant: CASHCALL, INC., et al.

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08-3174 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action Plaintiff's Certification Of Interested Entities Or Persons(Civ.L.R. 3-16); Plaintiff's Declaration Of Venue; Complaint For Violations Of Electronic Funds Transfer Act Consumer Legal Remedies Act, Rosenthal Fair Debt Collection Practices Act, And Unfair Competition Law; Order Setting Initial Case Management Conference And Adr Deadlines; Consent To Assignment Or Request For Reassignment; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consent To Proceed Before A United States Magistrate Judge; Civil Cover Sheet; Welcome To The U.S. District Court; Consenting To A Judge's Jurisdiction In The Northern District Of California; Case Management Standing Order Magistrate Maria-Elena James; Dispute Resolution Procedures; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Fri., Aug. 22, 2008
   b. Place of Mailing:       SAN FRANCISCO, CA 94103
   c. Addressed as follows:   CASHCALL, INC.
                              1600 SOUTH DOUGLASS ROAD
                              ANAHEIM, CA 92806

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Aug. 22, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001059
      (iii) County: San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 22, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   (AARON DANIEL)

   6438283.stula-sf.156500