**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, | No. C 08-3174 MEJ |
| Plaintiff(s), | **ORDER RE: FAILURE TO SUBMIT CHAMBERS COPIES OF ELECTRONICALLY-FILED DOCUMENTS** |
| vs. | |
| CASHCALL, INC., | |
| Defendant(s). | |

On October 10, 2008, Plaintiffs electronically filed a First Amended Complaint. On November 7, 2008, Defendant electronically filed their Motion to Dismiss and Request for Judicial Notice. However, both parties have failed to comply with General Order 45 and the undersigned's standing order by failing to deliver chambers copies of all documents filed electronically. *See* General Order 45 § VI.G; *see also* Case Management Standing Order for The Honorable Maria-Elena James, ¶ 6. Accordingly, the parties are hereby ORDERED to submit chambers copies of the above-referenced documents, as well as all future filings in this matter. Failure to comply may result in sanctions, including striking the relevant docket entry from the record.

**IT IS SO ORDERED.**

Dated: November 13, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge