<div style="margin-left: 2em;">
<p style="text-align: center;"><strong>United States District Court</strong><br>
For the Northern District of California</p>
</div>

<div style="text-align: center;">

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| KRISTA O'DONOVAN, | No. C 08-3174 MEJ |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CASHCALL, INC., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on December 4, 2008. However, Defendant's pending motion to dismiss is scheduled to be heard on December 18, 2008. Accordingly, the Court hereby VACATES the December 4 C.M.C., and shall reschedule it, if necessary, after ruling on Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: December 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge