JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California  94104
Telephone:(415) 477-2410
Facsimile: (415) 477-2420

ARTHUR D. LEVY (SBN 95659)
(arthur@yesquire.com)
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:  (415) 702-4550
Facsimile:  (415) 814-4080

**Attorneys for Plaintiff
KRISTA O'DONOVAN**

BRAD W. SEILING (SBN 143515)
(bseiling@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone:(310) 312-4000
Facsimile: (310) 312-4224

**Attorneys for Defendant
CASHCALL, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC., a California corporation, and DOE 1 through DOE 50, inclusive,<br><br>Defendants. | Case No.:  C 08-03174 MEJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE AMENDING COMPLAINT**<br><br>Judge:   Hon. Maria-Elena James<br>Complaint filed:  July 1, 2008 |

1  WHEREAS, Defendant CashCall, Inc. ("Defendant") filed a Motion to Dismiss on November 7, 2008.  (Dkt. ## 12-13.)

WHEREAS, on June 24, 2009, the Court Granted in Part and Denied in Part Defendant's Motion to Dismiss.  (Dkt. # 34.)  Specifically, this Court dismissed the claim under the Electronic Fund Transfer Act, 15 U.S.C. § 1693e(a), based on the initiation of electronic funds transfers on dates other than the first of the month, without leave to amend; dismissed the California Unfair Competition Law ("UCL") claim based on California Financial Code § 22320, without leave to amend; dismissed the UCL claims based California Financial Code § 22150, with leave to amend; and dismissed the claims based on the California Consumer Legal Remedies Act, Cal. Civ. Code § 1750 ("CLRA"), with leave to amend.  As to all the other claims, the motion to dismiss was denied.

WHEREAS on July 14, 2009, Plaintiffs filed a Second Amended Complaint in which amendments were made only to the allegations under California Financial Code § 22150.  (Dkt. # 35.)  The other claims which had been dismissed, both with and without prejudice, were left in the complaint, out of an abundance of caution by Plaintiffs, to preserve these issues for appeal.

WHEREAS, the parties conferred on July 23, 2009 and NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel, hereby stipulate, subject to the approval of this Court, that:

(1) Plaintiffs have the right to appeal claims which were dismissed with prejudice, regardless of whether they are included in the amended complaint.

(2) Plaintiffs will file a Third Amended Complaint withdrawing all allegations related to the claims dismissed with prejudice, specifically the 15 U.S.C. § 1693e(a) allegations based on the initiation of electronic funds transfers on dates other than the first of the month without leave to amend and the allegations of a violation of California Financial Code § 22320.

1

STIPULATION AND [PROPOSED] ORDER RE AMENDING COMPLAINT
CASE NO.:  C 08-03174 MEJ

1  (3)  Plaintiffs have not amended the allegations regarding the CLRA, but maintain the claim in the Third Amended Complaint for purposes of preserving the issues for appeal only.  Plaintiffs are not pursuing this claim in the district court.

(4)  Plaintiffs' proposed Third Amended Complaint ~~is attached to this~~ shall be filed separately. ~~stipulation and is deemed filed as of the date of the signed order.~~

(5)  Defendant shall file a responsive pleading by no later than August 17, 2009.

DATED:  July 28, 2009

THE STURDEVANT LAW FIRM
A Professional Corporation

ARTHUR D. LEVY

By:  /s/ *Whitney Huston*
WHITNEY HUSTON
Attorneys for Plaintiffs

DATED:  July 28, 2009

MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ *Brad W. Seiling*
BRAD W. SEILING
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 29, 2009

MARIA ELENA JAMES
United States Magistrate Judge

ATTESTATION UNDER GENERAL ORDER 45

I, Whitney Huston, am the ECF User whose ID and password are being used to file the within document:

**STIPULATION AND [proposed] ORDER RE AMENDING COMPLAINT**

Pursuant to General Order 45, I hereby attest that Brad W. Seiling has concurred in this filing and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

By:    /s/ *Whitney Huston*
        WHITNEY HUSTON

---

3

STIPULATION AND [PROPOSED] ORDER RE AMENDING COMPLAINT
CASE NO.: C 08-03174 MEJ