UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTA O'DONOVAN

    Plaintiff(s),

  v.

CASHCALL INC.

    Defendant(s).

_____/

No. 08-03174 MEJ

**NOTICE AND ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled case is hereby scheduled for a Case Management Conference on September 17, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Chief Magistrate Judge Maria-Elena James. The parties shall file a joint statement by September 10, 2009.

Dated: August 20, 2009

                                          _____
                                          Brenda Tolbert, Courtroom Deputy to Chief
                                          Magistrate Judge Maria-Elena James