BRAD W. SEILING (Bar No. CA 143515)
NOEL S. COHEN (Bar No. CA 219645)
LYDIA M. MENDOZA (Bar No. 247916)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: bseiling@manatt.com; ncohen@manatt.com;
lmendoza@manatt.com

*Attorneys for Defendant and Counterclaimant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>Defendants. | Case No. C 08-03174 MEJ<br><br>DEFENDANT AND COUNTERCLAIMANT CASHCALL, INC.'S REQUEST FOR DISMISSAL OF ITS COUNTERCLAIM AGAINST KRISTA O'DONOVAN |
| CASHCALL, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>KRISTA O'DONOVAN and EDUARDO DE LA TORRE,<br><br>Counterdefendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant and Cross-Complainant CashCall, Inc. hereby requests that the Court order that its Counterclaim against Plaintiff and Cross-Defendant Krista O'Donovan be dismissed with prejudice.

Dated: November 12, 2009        MANATT, PHELPS & PHILLIPS, LLP

By: /s/
Brad W. Seiling
*Attorneys for Defendant and Counterclaimant*
CashCall, Inc.

300017062.1



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA