JAMES C. STURDEVANT (SBN 94551)
MONIQUE OLIVIER (SBN 190385)
WHITNEY HUSTON (SBN 234863)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com; molivier@sturdevantlaw.com;
whuston@sturdevantlaw.com

ARTHUR D. LEVY (SBN 95659)
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 702-4550
Facsimile: (415) 814-4080
Email: arthur@yesquire.com

*Attorneys for Plaintiffs and Counterdefendants*
Krista O'Donovan and Eduardo de la Torre


BRAD W. SEILING (SBN 143515)
NOEL S. COHEN (SBN 219645)
LYDIA M. MENDOZA (SBN 247916)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: bseiling@manatt.com; ncohen@mannatt.com;
lemendoza@mannatt.com

*Attorneys for Defendant and Counterclaimant*
CashCall, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CASHCALL, INC., a California Corporation, and DOES 1 through DOE 50, Inclusive,<br><br>Defendants. | Case No. C 08-03174 MEJ<br><br>STIPULATION TO EXTEND ADR COMPLIANCE FOR A PERIOD OF 120 DAYS IN LIGHT OF CLASS CERTIFICATION MOTION SCHEDULING |

STIPULATION TO EXTEND ADR COMPLIANCE DATE

The parties, through their counsel of record, stipulate as follows and on these grounds request that the Court extend the date for ADR compliance for a period of 120 days from December 24, 2009 to April 23, 2010:

1. The parties have selected mediation as their preferred ADR option.

2. By Order dated September 25, 2009, the Court appointed F. Daniel Sharp to conduct the mediation under the ADR program.

3. Pursuant to the Court's ADR Rules and Orders, the mediation must now be concluded by December 24, 2009, which is 90 days after the mediator's appointment.

4. On October 13, 2009, the mediator conducted a telephone conference with counsel of record. At that time, the mediation was scheduled for December 8, 2009, with the agreement that if the parties concluded that that date was too early for a meaningful mediation to occur, the parties would seek an extension from the Court.

5. The parties now agree that holding the mediation before the briefing of the class certification motion, which is scheduled to commence on March 4, 2010 and culminate in the hearing of the class certification motion on April 22, 2010, would not be productive.

6. The parties therefore request the Court extend the date for completing the mediation for a period of 120 days to and including April 23, 2010. This would enable the parties to conduct the mediation after substantial briefing of the class certification motion and prior to the hearing of the motion.

Dated: December 1, 2009

/s/ Arthur D. Levy
*Attorneys for Plaintiffs and Counterdefendants*
Krista O'Donovan and Eduardo de la Torre

Dated: December 1, 2009

/s/ Brad Seiling
*Attorneys for Defendant and Counterclaimant*
CashCall, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 2, 2009

_____
Honorable Maria Elena James
United States District/Magistrate Judge

---

STIPULATION TO EXTEND ADR COMPLIANCE DATE