JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:   (415) 477-2410
Facsimile:    (415) 477-2420

ARTHUR D. LEVY (SBN 95659)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 702-4550
Facsimile: (415) 814-4080
Email: arthur@yesquire.com

*Attorneys for Plaintiffs and Counterdefendants*
KRISTA O'DONOVAN AND EDUARDO DE LA TORRE

BRAD W. SEILING (Bar No. CA 143515)
NOEL S. COHEN (Bar No. CA 219645)
LYDIA M. MENDOZA (Bar No. 247916)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224
E-mail: bseiling@manatt.com; ncohen@manatt.com;
lmendoza@manatt.com

*Attorneys for Defendant and Counterclaimant*
CASHCALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>       Defendants. | Case No.  C 08-03174 MEJ<br><br>STIPULATION RELATED TO CONSUMER LEGAL REMEDIES ACT CLAIM |

300007171.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION RELATED TO CLRA CLAIM

| | |
|---|---|
| CASHCALL, INC., a California corporation, | |
| Counterclaimant, | |
| vs. | |
| EDUARDO DE LA TORRE, | |
| Counterdefendant. | |

WHEREAS on June 24, 2009, the Court GRANTED IN PART, AND DENIED IN PART, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Among other things, the Court granted Defendant's Motion to Dismiss the Second Cause of Action for violation of the Consumer Legal Remedies Act ("CLRA") without prejudice.

WHEREAS on July 14, 2009, Plaintiffs filed a Second Amended Complaint. The Second Amended Complaint included a CLRA claim that was identical to the claim previously dismissed. Plaintiffs included the CLRA claim in the Second Amended Complaint solely to preserve the issues on appeal. Plaintiffs are not pursuing the CLRA claim in the District Court.

WHEREAS on July 30, 2009, Plaintiffs filed a Third Amended Complaint, which also included the CLRA claim that is identical to the one the Court dismissed without prejudice.

WHEREAS the Fourth Amended Complaint adds a new plaintiff, but does not otherwise add or change any allegations related to the causes of action. The Fourth Amended Complaint includes the CLRA claim that is identical to the one the Court dismissed without prejudice.

WHEREAS on February 25, 2010, the Court signed the Stipulation and Proposed Order and the Fourth Amended Complaint was deemed filed.

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, hereby stipulate, that Plaintiffs' CLRA claim is included in the Fourth Amended Complaint solely to preserve the issues on appeal. Plaintiffs agree that they are not pursuing this claim in the District Court. On that basis, Defendant is not filing a motion to dismiss the CLRA claim.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated: March 22, 2010

   /s/
   Whitney Huston
   *Attorneys for Plaintiffs and Counterdefendants*
   Krista O'Donovan and Eduardo de la Torre

Dated: March 22, 2010

   /s/
   Brad W. Seiling
   *Attorneys for Defendant and Counterclaimant*
   CashCall, Inc.

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad Seiling hereby attests that concurrence in the filing of this document has been obtained.*