1   JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
2   MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
3   WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
4   THE STURDEVANT LAW FIRM
A Professional Corporation
5   354 Pine Street, Fourth Floor
San Francisco, California  94104
6   Telephone: (415) 477-2410
Facsimile: (415) 477-2420
7
ARTHUR D. LEVY (SBN 95659)
8   (arthur@yesquire.com)
445 Bush Street, Sixth Floor
9   San Francisco, CA  94108
Telephone:  (415) 702-4550
10  Facsimile:  (415) 814-4080

11  Attorneys for Plaintiffs

12

13
                    **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**

15
    KRISTA O'DONOVAN, EDUARDO DE LA     Case No.:   CV 08-3174-MEJ
16  TORRE,    and    LORI    SAYSOURIVONG,
    individually  and  on  behalf  of  all  others   **CLASS ACTION**
17  similarly situated,

18          Plaintiffs,                           **DECLARATION OF WHITNEY
                                                 HUSTON IN SUPPORT OF
19              v.                                PLAINTIFFS' MOTION FOR CLASS
                                                 CERTIFICATION**
20  CASHCALL, INC., a California corporation,
    and DOE 1 through DOE 50, inclusive,         Date:      July 22, 2010
21                                               Time:      10:00 a.m.
            Defendants.                          Place:     Courtroom B
22  ───────────────────────────────────         Judge:     Hon. Maria-Elena James
    CASHCALL, INC., a California corporation,
23                                               Complaint filed:  July 1, 2008
            Counterclaimant,
24
                v.
25
    LORI SAYSOURIVONG and EDUARDO DE
26  LA TORRE, individually and on behalf of all
    others similarly situated,
27
            Counterdefendants.
28

1   I, WHITNEY HUSTON, declare as follows:

2       1.      I am a member of the State Bar of California and admitted to practice law in all the

3   courts of the State of California and in the United States District Court for the Northern District of

4   California.  I am in good standing with the Bar and with this Court.  I am employed by The

5   Sturdevant Law Firm, co-counsel for Plaintiffs in the above-entitled action with Arthur D. Levy.

6   The facts contained in this declaration are within my personal knowledge, and I could and would

7   testify truthfully to those facts if called to do so under oath.

8       2.      I make this declaration in support of Plaintiffs' Motion for Class Certification filed

9   herewith on this date.

10      3.      Defendant CashCall, Inc. ("CashCall") produced over 4,000 pages of redacted

11  consumer complaints (comprising over 2,700 individual documents) that its customers made to state

12  and local agencies.  Attached hereto as Exhibits 44 through 47 (described individually below) is a

13  representative sample of complaints regarding CashCall's telephone harassment.

14      4.      Attached hereto as Exhibit 1 is a true and correct copy of an April 11, 2005 letter to

15  the California Department of Corporations ("CDOC") from Angelito V. Salandanan enclosing

16  advertising material submitted to the CDOC on behalf of CashCall, which was produced in this

17  action and bears Bates stamp numbers CDOC 0291-99.

18      5.      Attached hereto as Exhibit 2 is a true and correct copy of is a true and correct copy of

19  a May 25, 2007 letter to the CDOC from Steven Fong enclosing advertising material submitted to

20  the CDOC on behalf of CashCall, which was produced in this action and bears Bates stamp numbers

21  CDOC 0461-83.

22      6.      Attached hereto as Exhibit 3 is a true and correct copy of CashCall's New Hire

23  Training Manual, which was produced in this action and bears Bates stamp numbers

24  CASHCALL 000782-862.  A complete copy of this document was marked as Deposition Exhibit 2.

25  Defendant's counsel designated this document as "Confidential" pursuant to Section 5.2(a) of the

26  Stipulated Protective Order ("Protective Order").  (Dkt. # 47.)  Pursuant to Section 10 of the

27  Protective Order, Plaintiffs seek to file this document under seal.

28      7.      Attached hereto as Exhibit 4 is a true and correct copy of the Annual Report

1

1    submitted by CashCall to the CDOC under the California Finance Lenders Law for the year ended

2    December 31, 2005, which was produced in this action and bears Bates stamp numbers CDOC 0183-

3    203.

4         8.      Attached hereto as Exhibit 5 is a true and correct copy of the Annual Report

5    submitted by CashCall to the CDOC under the California Finance Lenders Law for the year ended

6    December 31, 2004, which was produced in this action and bears Bates stamp numbers CDOC 0229-

7    46.

8         9.      Attached hereto as Exhibit 6 is a true and correct copy of CashCall's Consolidated

9    Financial Statements as of December 31, 2005, which was produced in this action and bears Bates

10   stamp numbers CASHCALL 001553-69.  Defendant's counsel has designated this document as

11   "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the

12   Protective Order, Plaintiffs seek to file this document under seal.

13        10.     Attached hereto as Exhibit 7 is a true and correct copy of the Loan Transaction

14   History for Eduardo De La Torre, which was produced in this action and bears Bates stamp numbers

15   CASHCALL 000511-515.  Defendant's counsel has designated this document as "Confidential"

16   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

17   Plaintiffs seek to file this document under seal.

18        11.     Attached hereto as Exhibit 8 is a true and correct copy of the Loan Transaction

19   History for Lori Saysourivong, which was produced in this action and bears Bates stamp numbers

20   CASHCALL 006417-29.  Defendant's counsel has designated this document as "Confidential"

21   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

22   Plaintiffs seek to file this document under seal.

23        12.     Attached hereto as Exhibit 9 is a true and correct copy of the Loan Transaction

24   History for Krista O'Donovan, which was produced in this action and bears Bates stamp numbers

25   CASHCALL 000309-315.  A complete copy of this document was marked as O'Donovan

26   Deposition Exhibit 28.  Defendant's counsel has designated this document as "Confidential"

27   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

28   Plaintiffs seek to file this document under seal.

2

1    13.    Attached hereto as Exhibit 10 is a true and correct copy of the February 16, 2006

2 CashCall Promissory Note and Disclosure Statement for Eduardo De La Torre, which was produced

3 in this action and bears Bates stamp numbers CASHCALL 000442-45.  A complete copy of this

4 document was marked as De La Torre Deposition Exhibit 7.  Defendant's counsel has designated

5 this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to

6 Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

7    14.    Attached hereto as Exhibit 11 is a true and correct copy of the May 24, 2006

8 CashCall Promissory Note and Disclosure Statement for Lori Saysourivong, which was produced in

9 this action and bears Bates stamp numbers P0350-353.

10    15.    Attached hereto as Exhibit 12 is a true and correct copy of the October 17, 2005

11 CashCall Promissory Note and Disclosure Statement for Krista O'Donovan, which was produced in

12 this action and bears Bates stamp numbers P0236-39.  A complete copy of this document was

13 marked as O'Donovan Deposition Exhibit 11.

14    16.    Attached hereto as Exhibit 13 are true and correct copies of selected pages from the

15 transcript of the deposition of Brendan Myles McCarthy taken in this action on March 16, 2010.

16    17.    Attached hereto as Exhibit 14 is a true and correct copy of a May 24, 2006 email to

17 Lori Saysourivong from CashCall regarding Sign Document, which was produced in this action and

18 bears Bates stamp number CASHCALL 006211.  Defendant's counsel has designated this document

19 as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the

20 Protective Order, Plaintiffs seek to file this document under seal.

21    18.    Attached hereto as Exhibit 15 is a true and correct copy of an October 17, 2005 email

22 to Krista O'Donovan from CashCall regarding Sign Document, which was produced in this action

23 and bears Bates stamp number CASHCALL 000167.  A complete copy of this document was

24 marked as O'Donovan Deposition Exhibit 8.  Defendant's counsel has designated this document as

25 "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the

26 Protective Order, Plaintiffs seek to file this document under seal.

27    19.    Attached hereto as Exhibit 16 are true and correct copies of selected pages from the

28 transcript of the deposition of Eduardo De La Torre taken in this action on November 10, 2009.

3

1    20.    Attached hereto as Exhibit 17 is a true and correct copy of an August 7, 2007 email to

2  Krista O'Donovan from CashCall regarding Your Payment Was Returned, which was produced in

3  this action and bears Bates stamp number P0246.

4    21.    Attached hereto as Exhibit 18 is a true and correct copy of a December 19, 2007

5  email to Eduardo De La Torre from CashCall regarding Your Payment Was Returned, which was

6  produced in this action and bears Bates stamp numbers CASHCALL 000394-395.  Defendant's

7  counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective

8  Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under

9  seal.

10    22.    Attached hereto as Exhibit 19 is a true and correct copy of a January 11, 2010 email

11  to Lori Saysourivong from CashCall regarding Your Payment Was Returned, which was produced in

12  this action and bears Bates stamp numbers CASHCALL 006396-6397.  Defendant's counsel has

13  designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.

14  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

15    23.    Attached hereto as Exhibit 20 are true and correct copies of selected pages from the

16  transcript of the deposition of Krista O'Donovan taken in this action on November 9, 2009.

17    24.    Attached hereto as Exhibit 21 are true and correct copies of selected pages from the

18  transcripts of the deposition of Stephen B. Klopstock taken in this action on March 17 and 18, 2010.

19    25.    Attached hereto as Exhibit 22 is a true and correct copy of the CashCall Loan

20  Servicing Department Policies and Procedures Manual, which was produced in this action and bears

21  Bates stamp numbers CASHCALL 000938-1047.  A complete copy of this document was marked as

22  Deposition Exhibit 20.  Defendant's counsel has designated this document as "Confidential"

23  pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

24  Plaintiffs seek to file this document under seal.

25    26.    Attached hereto as Exhibit 23 is a true and correct copy of Defendant CashCall, Inc.'s

26  Responses to Plaintiff Krista O'Donovan and Eduardo De La Torre's Interrogatories, Set One, which

27  was served on December 15, 2009.  Defendant's counsel has designated this document in its entirety

28  as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the

4

1    Protective Order, Plaintiffs seek to file this document under seal.

2         27.    Attached hereto as Exhibit 24 is a true and correct copy of Eduardo De La Torre's

3    Washington Mutual Bank Statement for July 12 through August 9, 2008, which was produced in this

4    action and bears Bates stamp numbers P0089-90.  A complete copy of this document was marked as

5    De La Torre Deposition Exhibit 1.

6         28.    Attached hereto as Exhibit 25 is a true and correct copy of Eduardo De La Torre's

7    Washington Mutual Bank Transaction History report, which was produced in this action and bears

8    Bates stamp number P0091.  A complete copy of this document was marked as De La Torre

9    Deposition Exhibit 2.

10        29.    Attached hereto as Exhibit 26 are true and correct copies of selected pages from the

11   transcript of the deposition of Sean Bennett taken in this action on March 17, 2010.

12        30.    Attached hereto as Exhibit 27 is a true and correct copy of CashCall's Transaction

13   Log for Eduardo De La Torre, which was produced in this action and bears Bates stamp numbers

14   CASHCALL 000449-509.  Defendant's counsel has designated this document as "Confidential"

15   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

16   Plaintiffs seek to file this document under seal.

17        31.    Attached hereto as Exhibit 28 is a true and correct copy of CashCall's Transaction

18   Log for Lori Saysourivong, which was produced in this action and bears Bates stamp numbers

19   CASHCALL 006430-6493.  Defendant's counsel has designated this document as "Confidential"

20   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

21   Plaintiffs seek to file this document under seal.

22        32.    Attached hereto as Exhibit 29 is a true and correct copy of CashCall's Transaction

23   Log for Krista O'Donovan, which was marked as O'Donovan Deposition Exhibit 27 and which was

24   produced without Bates numbers.  An identical version of this document was later produced in this

25   action with bears Bates stamp numbers CASHCALL 001447-1490.  Defendant's counsel has

26   designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.

27   Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

28        33.    Attached hereto as Exhibit 30 is a true and correct copy of a November 1, 2007 letter

5

1  to Krista O'Donvan from Richard Vargas of CashCall, which was produced in this action and bears

2  Bates stamp number P0196.

3       34.     Attached hereto as Exhibit 31 is a true and correct copy of a January 1, 2008 email to

4  Eduardo De La Torre from Richard Vargas of CashCall regarding Please Contact CashCall, which

5  was produced in this action and bears Bates stamp number CASHCALL 000398.  Defendant's

6  counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective

7  Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under

8  seal.

9       35.     Attached hereto as Exhibit 32 is a true and correct copy of a November 1, 2007 email

10  to Lori Saysourivong from Richard Vargas of CashCall regarding Please Contact CashCall, which

11  was produced in this action and bears Bates stamp number CASHCALL 006296.  Defendant's

12  counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective

13  Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under

14  seal.

15       36.     Attached hereto as Exhibit 33 is a true and correct copy of a January 23, 2007 email

16  to Lori Saysourivong from Crystal Duong of CashCall regarding Broken Payment Promise, which

17  was produced in this action and bears Bates stamp numbers CASHCALL 006248-6249.

18  Defendant's counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of

19  the Protective Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this

20  document under seal.

21       37.     Attached hereto as Exhibit 34 is a true and correct copy of a September 1, 2006 email

22  to Krista O'Donovan from Nelda Chandler of CashCall regarding Broken Payment Promise, which

23  was produced in this action and bears Bates stamp numbers CASHCALL 000220-221.  Defendant's

24  counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective

25  Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under

26  seal.

27       38.     Attached hereto as Exhibit 35 is a true and correct copy of a November 28, 2007

28  email to Krista O'Donovan from Christopher Harrell of CashCall regarding Important Message

1   From CashCall, which was produced in this action and bears Bates stamp number P0137.

2   39.   Attached hereto as Exhibit 36 is a true and correct copy of a January 30, 2007 email

3   to Eduardo De La Torre from Edward Chavarria of CashCall regarding Important Message From

4   CashCall, which was produced in this action and bears Bates stamp number CASHCALL 000401.

5   A complete copy of this document was marked as Deposition Exhibit 32.  Defendant's counsel has

6   designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.

7   Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

8   40.   Attached hereto as Exhibit 37 is a true and correct copy of a November 28, 2007

9   email to Lori Saysourivong from Latifah Rashed of CashCall regarding Important Message From

10   CashCall, which was produced in this action and bears Bates stamp number CASHCALL 006302.

11   Defendant's counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of

12   the Protective Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this

13   document under seal.

14   41.   Attached hereto as Exhibit 38 is a true and correct copy of a CashCall Promissory

15   Note and Disclosure Statement, which was produced in this action and bears Bates stamp numbers

16   CASHCALL 001085-1088.  Defendant's counsel has designated this document as "Confidential"

17   pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order,

18   Plaintiffs seek to file this document under seal.

19   42.   Attached hereto as Exhibit 39 is a true and correct copy of the Notice of Deposition of

20   Defendant CashCall, Inc. and Request for Production of Documents, served in this action on

21   November 24. 2009.  A complete copy of this document was marked as Deposition Exhibit 1.

22   43.   Attached hereto as Exhibit 40 is a true and correct copy of Eduardo De La Torre's

23   Washington Mutual Bank Statement for December 12, 2006 through January 10, 2007, which was

24   produced in this action and bears Bates stamp numbers P0064-66.

25   44.   Attached hereto as Exhibit 41 is a true and correct copy of Lori Saysourivong's Bank

26   of America Statement dated March 25, 2009, which was produced in this action and bears Bates

27   stamp numbers P0488-491.

28   45.   Attached hereto as Exhibit 42 is a true and correct copy of a compilation of Krista

7

1  O'Donvan's bank statements for June through September 2007, which were produced in this action

2  and bear Bates stamp numbers P0223-227.

3       46.     Attached hereto as Exhibit 43 is a true and correct copy of CashCall's New Hire

4  Training Manual – Collections Student Guide, which bears Bates stamp numbers DEF 0176-364.  A

5  complete copy of this document was marked as Deposition Exhibit 3.

6       47.     Attached hereto as Exhibit 44 is a true and correct copy of a consumer complaint

7  posted February 8, 2007 on the Los Angeles Better Business Bureau website, which was produced in

8  this action and bears Bates stamp number CASHCALL 001891.  Defendant's counsel has designated

9  this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to

10  Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

11      48.     Attached hereto as Exhibit 45 is a true and correct copy of a consumer complaint

12  posted February 12, 2007 on the Los Angeles Better Business Bureau website, which was produced

13  in this action and bears Bates stamp number CASHCALL 001892.  Defendant's counsel has

14  designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.

15  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

16      49.     Attached hereto as Exhibit 46 is a true and correct copy of a consumer complaint

17  posted September 4, 2007 on the Los Angeles Better Business Bureau website, which was produced

18  in this action and bears Bates stamp number CASHCALL 001913.  Defendant's counsel has

19  designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.

20  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

21      50.     Attached hereto as Exhibit 47 is a true and correct copy of a consumer complaint

22  posted August 3, 2006 on the Los Angeles Better Business Bureau website, which was produced in

23  this action and bears Bates stamp number CASHCALL 003820.  Defendant's counsel has designated

24  this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to

25  Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

26      51.     Attached hereto as Exhibit 48 are true and correct copies of selected pages from the

27  transcript of the deposition of Thomas G. Morgan taken in this action on March 16 and March 18,

28  2010.

8

52.     Attached hereto as Exhibit 49 is a true and correct copy of a February 15, 2006 fax to CashCall from Eduardo De La Torre enclosing documents related to his loan application, which was produced in this action and bears Bates stamp numbers CASHCALL 000517-521.  A complete copy of this document was marked as De La Torre Deposition Exhibit 5.  Defendant's counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

53.     Attached hereto as Exhibit 50 are true and correct copies of faxes sent in October 2005 to CashCall from Krista O'Donovan enclosing documents related to her loan application, which were produced in this action and bear Bates stamp numbers CASHCALL 000109-115.  CASHCALL 000109-110 was marked as O'Donovan Deposition Exhibit 6 and CASHCALL 000111 was marked as O'Donovan Deposition Exhibit 5.  Defendant's counsel has designated this document as "Confidential" pursuant to Section 5.2(a) of the Protective Order.  Pursuant to Section 10 of the Protective Order, Plaintiffs seek to file this document under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June, 2010, in San Francisco, California.

    /s/    *Whitney Huston*
          WHITNEY HUSTON

9

DECL. OF WHITNEY HUSTON ISO PLAINTIFFS' MOTION TO CERTIFY CLASS                    CASE NO. C08-03174 MEJ