1  BRAD W. SEILING (Bar No. CA 143515)
   NOEL S. COHEN (Bar No. CA 219645)
2  LYDIA M. MENDOZA (Bar No. 247916)
   MANATT, PHELPS & PHILLIPS, LLP
3  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
4  Telephone:   (310) 312-4000
   Facsimile:    (310) 312-4224
5  E-mail: bseiling@manatt.com; ncohen@manatt.com;
   lmendoza@manatt.com
6
   *Attorneys for Defendant*
7  CashCall, Inc.

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | KRISTA O'DONOVAN and EDUARDO | Case No.  C 08-03174 MEJ
12 | DE LA TORRE, individually and on behalf of all others similarly situated, | DECLARATION OF HILARY HOLLAND IN SUPPORT OF CASHCALL, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
13 |       Plaintiff, |
14 |       vs. | [Filed Concurrently with:
15 | CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive, | (1) Opposition to Plaintiffs' Motion for Class Certification;
16 |  | (2) Declaration of Delbert O. Meeks;
17 |       Defendants. | (3) Declaration of Ethan Post;
                                (4) Declaration of Myles McCarthy;
                                (5) Declaration of Thomas Morgan;
                                (6) Declaration of Stephen Klopstock;
                                (7) Declaration of Sean Bennett;
                                (8) Declaration of Brad W. Seiling; and
                                (9) Evidentiary Objections]

   Date:    July 22, 2010
   Time:    10:00 a.m.
   Place:   Courtroom B

   Judge:  Hon. Maria-Elena James

## DECLARATION OF HILARY HOLLAND

I, Hilary Holland, declare and state as follows:

1. I am currently the Vice President of Production for CashCall, Inc. ("CashCall") and have been employed by CashCall since 2003. In my role as Vice President of Production, I am responsible for all aspects of loan origination. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2. Since 2003, CashCall has advertised its loan products through three distinct mediums: (1) television; (2) radio; and (3) the internet at www.cashcall.com.

3. CashCall must submit the scripts for each of its radio and television advertisements to the Department of Corporations ("DOC") prior to running the ad. The DOC will then send a letter back to CashCall formally "approving" or "disapproving" the ads. For example, attached hereto as Exhibit A is a true and correct copy of an exemplar of a August 29, 2008 letter from the Department of Corporations approving CashCall's advertising materials. Exhibit A also includes the text of the ads that were being approved. Attached hereto as Exhibit B are true and correct copies of several other letters from the Department of Corporations approving CashCall's advertisements.

4. From time to time, the DOC will suggest minor wording changes for a script. The DOC has never disapproved or rejected a CashCall ad. And CashCall has never published an advertisement without sending a copy of the script to the DOC and getting its approval.

5. Over time, the radio and television advertisements have changed. From 2003 through 2006, CashCall's television and radio advertisements generally stated that CashCall offered quick and easy unsecured loans to qualified borrowers (which is all true). Since 2007, all of CashCall's television advertisements have disclosed the highest annual percentage rate CashCall charged at the time of the ad — typically the 96% interest rate product. Disclosure of the highest annual percentage rate is a decision CashCall has made. It is not required by the DOC.

6. Attached hereto as Exhibit C is a CD containing an exemplar of radio and television advertisements from 2003-2009.

7. The CD contains a total of six advertisements: two radio and four television advertisements. One radio advertisement states that the interest rates are high and that the loan can be paid off in a few weeks or a few years. The other radio advertisement is quite different as, among other things, there is no discussion of the loan term or interest rates. Two of the television advertisements were utilized in 2006 and do not contain information about the specific interest rates. The other two television advertisements on this CD aired in 2007 and do contain that information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 23, 2010, at Anaheim, California.

*Hilary Holland*

300115900.1

# EXHIBIT A

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY          ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

**Preston DuFauchard**
**California Corporations Commissioner**
Los Angeles, California
August 29, 2008



IN REPLY REFER TO:
FILE NO: 603 8780

MAURA GONZALEZ
KOVEL/FULLER
9925 JEFFERSON BL
CULVER CITY, CA 90232

Re:   Advertising Submitted in Connection with the California Finance Lenders
      (CFL) License for Cashcall, Inc.

Dear Ms. Gonzalez:

This is in reference to the Advertising material submitted in connection with the Company's California Finance Lenders license. As submitted this advertising material has been approved as indicated on the enclosed copy.

Sincerely,

Preston DuFauchard
California Corporations Commissioner

By _____
STEVEN FONG
Licensing Specialist
California Finance Lenders Law
(213) 576-7112

enclosure

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

SACRAMENTO 95814-4052          SAN FRANCISCO 94102-5303        LOS ANGELES 90013-2344         SAN DIEGO 92101-3697
1515 K STREET, SUITE 200       1390 MARKET STREET, SUITE 810   320 WEST 4TH STREET, SUITE 750 1350 FRONT STREET, ROOM 2034
(916) 445-7205                 (415) 557-3787                  (213) 576-7500                 (619) 525-4233

1-866-ASK-CORP                            www.corp.ca.gov                            1-866-275-2677

**Kovel/Fuller** 9925 Jefferson Blvd., Culver City, CA 90232

| | | | |
|---|---|---|---|
| Client: | CashCall | Date: | 7/25/08 |
| Division: | National | Job No.: | 08CAC5511 |
| Title: | Auction | Code No.: | |
| Description: | :10 TV | Revision: | AP |

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE
JUL 29 2008

| VIDEO | AUDIO |
|---|---|
| Super: 866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br>(*up throughout*)<br><br>*GARY COLEMAN stands in front white background.*<br><br>SUPER:<br>Get up to $5,075!* | <br><br><br><br><br><br><br><br>GARY: When *you* need cash fast, make the CashCall! |
| CUT TO: *Several $100 bills superimposed in front of white background.*<br><br>SUPER:<br>No collateral needed. CashCall trusts you!<br>SUPER:<br>Please borrow responsibly.<br><br>*Gary's head pops from front $100 bill.* | <br><br>AVO: Just be sure you can afford the monthly payments <u>before</u> you borrow.<br><br><br>GARY: What-chu-talking about CashCall? |
| ART CARD:<br>866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br>LEGAL (Up for :03 seconds):<br>*The APR for a typical loan of $2,600 is 99.25% with 42 monthly payments of $216.55 with a $75.00 origination fee. Credit approval is not guaranteed and depends on the lender's credit | AVO: Make the CashCall at 866-590-CASH.<br>(Alt 1: Make the CashCall at 877-860-CASH!)<br>(Alt 2: Make the CashCall at 877-890-CASH!) |

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 603 8780
Licensee's use of the attached is
☑ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
Approval expires one year from date shown below
Date 8-29-08 By SP
Specialist Advertising

09/03/2008 17:33   310-841-4599       KOVEL FULLER                              E   04/08

**Kovel/Fuller** 9925 Jefferson Blvd., Culver City, CA 90232

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE
JUL 29 2008

| Client: | CashCall | Date: | 7/25/08 |
|---|---|---|---|
| Division: | National | Job No.: | 08CAC5511 |
| Title: | Auction | Code No.: | |
| Description: | :10 TV | Revision: | AP |

standards. See our website or call us for complete disclosure of APR, fees and payment terms. Limited documentation required. Distribution of funds is subject to receipt of all required documentation and verification of information. California loans will be made pursuant to CashCall's Department of Corporations California Finance Lender License No. 603-8780. Idaho Department of Finance Regulated Lender License 4428. New Mexico Small Loan License No. 01285. Loans in other states will be made by First Bank of Delaware (Member FDIC). Offer not available in all states.

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 603 8780
Licensee's use of the attached is
☒ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
Approval expires one year from date shown below
Date 8-29-08   By   SF
            Specialist Advertising

## Kovel/Fuller  9925 Jefferson Blvd., Culver City, CA 90232

| | | | |
|---|---|---|---|
| Client: | CashCall | Date: | 7/25/08 |
| Division: | National | Job No.: | 08CAC5511 |
| Title: | Marriage | Code No.: | |
| Description: | :15 TV | Revision: | AP |

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE
JUL 29 2008

| VIDEO | AUDIO |
|---|---|
| Super: 866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br>(up throughout) | Music: *Organ plays "Hear comes the bride".* |
| *Gary, dressed in a suit & tie, walks and stands in front of a gazebo that's elegantly designed in wedding décor and flowers, complete with a wedding cake.* | Gary: Marriage is expensive. But divorce would be REALLY expensive! |
| SUPER:<br>Get up to $5,075!* | So when *you* need cash, make the CashCall! |
| CUT TO: *Tight shot of wedding cake bride & groom topper.* | |
| SUPER:<br>No collateral needed. CashCall trusts you!<br>SUPER:<br>Please borrow responsibly. | ANNOUNCER VO: Just be sure you can afford the monthly payments before you borrow. |
| *Gary's head pops from the cake topper's groom's head and talks to camera.* | GARY: What-chu-talking about, CashCall? |
| ART CARD:<br>866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br><br>LEGAL (Up for :03 seconds):<br>*The APR for a typical loan of $2,600 is 99.25% with 42 monthly payments of $216.55 with a $75.00 origination fee. | ANNOUNCER VO: Call 866-590-CASH. That's 866-590-CASH.<br>(Alt 1: Call 877-860-CASH. That's 877-860-CASH.)<br>(Alt 2: Call 877-890-CASH. That's 877-890-CASH.) |

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 603 8780
Licensee's use of the attached is
☑ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
   Approval expires one year from date shown below
Date  5-29-09  By  SE
                    Specialist Advertising

09/03/2008 17:33   310-841-459⁹   KOVEL FULLER   ᴊE 06/08

**Kovel/Fuller** 9925 Jefferson Blvd., Culver City, CA 90232

DEPART... 
RECEIVED LOS ANGELES OFFICE
OF CORPORATIONS
JUL 29 2008

| | | | |
|---|---|---|---|
| Client: | CashCall | Date: | 7/25/08 |
| Division: | National | Job No.: | 08CAC5511 |
| Title: | Marriage | Code No.: | |
| Description: | :15 TV | Revision: | AP |

Credit approval is not guaranteed and depends on the lender's credit standards. See our website or call us for complete disclosure of APR, fees and payment terms. Limited documentation required. Distribution of funds is subject to receipt of all required documentation and verification of information. California loans will be made pursuant to CashCall's Department of Corporations California Finance Lender License No. 603-8780. Idaho Department of Finance Regulated Lender License 4428. New Mexico Small Loan License No. 01285. Loans in other states will be made by First Bank of Delaware (Member FDIC). Offer not available in all states.

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 603 8780
Licensee's use of the attached is
☑ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
Approval expires one year from date shown below
Date 6-29-08  By SF
Specialist Advertising

09/03/2008 17:33   310-841-4599   KOVEL FULLER   E 07/08

## Kovel/Fuller   9925 Jefferson Blvd., Culver City, CA 90232

| | | | |
|---|---|---|---|
| Client: | CashCall | Date: | 7/25/08 |
| Division: | National | Job No.: | 08CA5511 |
| Title: | Auction | Code No.: | |
| Description: | :15 TV | Revision: | AP |

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE
JUL 29 2008

| VIDEO | AUDIO |
|---|---|
| **Super:** 866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br>*(up throughout)* | |
| *GARY COLEMAN walks and stands in front of a rack of clothes and a black car.*<br><br>**SUPER:**<br>Get up to $5,075!* | GARY: I auctioned off my clothes. I even tried to auction off my car.<br><br>But when *you* need cash fast, make the CashCall! |
| CUT TO: *Several $100 bills superimposed in front of rack of clothes and a black car.*<br><br>**SUPER:**<br>No collateral needed. CashCall trusts you!<br>**SUPER:**<br>Please borrow responsibly. | VO: Just be sure you can afford the monthly payments <u>before</u> you borrow. |
| *Gary's head pops from front $100 bill.* | GARY: What-chu-talking about CashCall? |
| **ART CARD:**<br>866-590-CASH<br>(Alt 1: 877-860-CASH)<br>(Alt 2: 877-890-CASH)<br>CashCall.com<br><br>LEGAL (Up for :03 seconds):<br>*The APR for a typical loan of $2,600 is 99.25% with 42 monthly payments of $216.55 with a $75.00 origination fee. Credit approval is not guaranteed and | VO:<br>Make the CashCall at 866-590-CASH.<br>(Alt 1: Make the CashCall at 877-860-CASH.)<br>(Alt 2: Make the CashCall at 877-890-CASH.) |

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 603 8780
Licensee's use of the attached is
☑ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
Approval expires one year from date shown below
Date 9-29-08  By  SF
Specialist Advertising

09/03/2008  17:33    310-841-4599           KOVEL FULLER                          .E  08/08

**Kovel/Fuller**  9925 Jefferson Blvd., Culver City, CA 90232

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE

| Client: | CashCall | Date: | 7/25/08 | JUL 29 2008 |
|---|---|---|---|---|
| Division: | National | Job No.: | 08CA5511 | |
| Title: | Auction | Code No.: | | |
| Description: | :15 TV | Revision: | AP | |

depends on the lender's credit standards. See our website or call us for complete disclosure of APR, fees and payment terms. Limited documentation required. Distribution of funds is subject to receipt of all required documentation and verification of information. California loans will be made pursuant to CashCall's Department of Corporations California Finance Lender License No. 603-8780. Idaho Department of Finance Regulated Lender License 4428. New Mexico Small Loan License No. 01285. Loans in other states will be made by First Bank of Delaware (Member FDIC). Offer not available in all states.

STATE OF CALIFORNIA
DEPARTMENT OF CORPORATIONS
File No. 6036790
Licensee's use of the attached is
☑ Approved until further notice
☐ Approved if revised as shown until further notice
☐ DISAPPROVED
☐ Disapproved, pending revision as shown
☐ Please send 2 copies when printed in the final form
Approval expires one year from date shown below
Date 8-29-08  By _____
Specialist Advertising

# EXHIBIT B

STATE OF CALIFORNIA – BUSINESS, TRANSPORTATION AND HOUSING AGENCY      ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

Los Angeles, California
May 12, 2006

IN REPLY REFER TO:
FILE NO:  603 8780

Kovel/Fuller LLC
Attention: Lisa Delgin
9925 Jefferson Boulevard
Culver City, CA 90232

Re:   **Advertising Submitted in Connection with the California Finance Lenders (CFL) License on behalf of CashCall, Inc.**

Dear Ms. Delgin:

This is in reference to the Advertising materials submitted in connection with the Company's California Finance Lenders license. As submitted these advertising materials have been approved as indicated on the enclosed copies.

Very Truly Yours,

By /s/ *signature*
ANGELITO V. SALANDANAN
Licensing Specialist
California Finance Lenders Law
(213) 576-7556

---

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

| SACRAMENTO 95814-4052 | SAN FRANCISCO 94102-5303 | LOS ANGELES 90013-2344 | SAN DIEGO 92101-3697 |
|---|---|---|---|
| 1515 K STREET, SUITE 200 | 1390 MARKET STREET, SUITE 810 | 320 WEST 4TH STREET, SUITE 750 | 1350 FRONT STREET, ROOM 2034 |
| (916) 445-7205 | (415) 557-3787 | (213) 576-7500 | (619) 525-4233 |

1-866-ASK-CORP              www.corp.ca.gov              1-866-275-2677

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY        ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*



Los Angeles, California
December 26, 2006

IN REPLY REFER TO:
FILE NO: 603 8780

Kovel/Fuller LLC
Attention: Maura Gonzalez
9925 Jefferson Boulevard
Culver City, CA  90232

Re:   Advertising Submitted in Connection with the California Finance Lenders
      (CFL) License on behalf of CashCall, Inc.

Dear Ms. Gonzalez:

This is in reference to the Advertising material submitted in connection with the Company's California Finance Lenders license. As submitted this advertising material has been approved as indicated on the enclosed copy.

Very Truly Yours,

By _____
ANGELITO V. SALANDANAN
Licensing Specialist
California Finance Lenders Law
(213) 576-7556

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

| SACRAMENTO 95814-4052 | SAN FRANCISCO 94102-5303 | LOS ANGELES 90013-2344 | SAN DIEGO 92101-3697 |
|---|---|---|---|
| 1515 K STREET, SUITE 200 | 1390 MARKET STREET, SUITE 810 | 320 WEST 4TH STREET, SUITE 750 | 1350 FRONT STREET, ROOM 2034 |
| (916) 445-7205 | (415) 557-3787 | (213) 576-7500 | (619) 525-4233 |

1-866-ASK-CORP                www.corp.ca.gov                1-866-275-2677

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY    ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*



Preston DuFauchard
California Corporations Commissioner
Los Angeles, California
January 4, 2007

IN REPLY REFER TO:
FILE NO: 603 8780

MAURA GONZALEZ
KOVEL/FULLER
9925 JEFFERSON BL
CULVER CITY, CA 90232

Re:  Advertising Submitted in Connection with the California Finance Lenders (CFL) License for Cashcall, Inc.

Dear Ms. Gonzalez:

This is in reference to the Advertising material submitted in connection with the Company's California Finance Lenders license. As submitted this advertising material has been approved as indicated on the enclosed copy.

Sincerely,

Preston DuFauchard
California Corporations Commissioner

By _____
STEVEN FONG
Licensing Specialist
California Finance Lenders Law
(213) 576-7112

enclosure

• Securities • Franchises • Off-Exchange Commodities • Investment and Financial Services •
• Independent Escrows • Consumer and Commercial Finance Lending • Residential Mortgage Lending •

SACRAMENTO 95814-4052
1515 K STREET, SUITE 200
(916) 445-7205

SAN FRANCISCO 94102-5303
1390 MARKET STREET, SUITE 810
(415) 557-3787

LOS ANGELES 90013-2344
320 WEST 4TH STREET, SUITE 750
(213) 576-7500

SAN DIEGO 92101-3697
1350 FRONT STREET, ROOM 2034
(619) 525-4233

1-866-ASK-CORP   www.corp.ca.gov   1-866-275-2677

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY    ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

**Preston DuFauchard**
**California Corporations Commissioner**
Los Angeles, California
May 25, 2007



IN REPLY REFER TO:
FILE NO: <u>603 8780</u>

MAURA GONZALEZ
KOVEL/FULLER
9925 JEFFERSON BL
CULVER CITY, CA  90232

Re:   Advertising Submitted in Connection with the California Finance Lenders
      (CFL) License for Cashcall, Inc.

Dear Ms. Gonzalez:

This is in reference to the Advertising material submitted in connection with the Company's California Finance Lenders license. As submitted this advertising material has been approved as indicated on the enclosed copy.

Sincerely,

Preston DuFauchard
California Corporations Commissioner

By *[signature]*
STEVEN FONG
Licensing Specialist
California Finance Lenders Law
(213) 576-7112

enclosure

---

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

| SACRAMENTO 95814-4052 | SAN FRANCISCO 94102-5303 | LOS ANGELES 90013-2344 | SAN DIEGO 92101-3697 |
|---|---|---|---|
| 1515 K STREET, SUITE 200 | 1390 MARKET STREET, SUITE 810 | 320 WEST 4TH STREET, SUITE 750 | 1350 FRONT STREET, ROOM 2034 |
| (916) 445-7205 | (415) 557-3787 | (213) 576-7500 | (619) 525-4233 |

1-866-ASK-CORP                  www.corp.ca.gov                  1-866-275-2677

STATE OF CALIFORNIA – BUSINESS, TRANSPORTATION AND HOUSING AGENCY       ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*



**Preston DuFauchard**
**California Corporations Commissioner**
Los Angeles, California
May 25, 2007

IN REPLY REFER TO:
FILE NO: <u>603 8780</u>

MAURA GONZALEZ
KOVEL/FULLER
9925 JEFFERSON BL
CULVER CITY, CA 90232

Re:   Advertising Submitted in Connection with the California Finance Lenders
      (CFL) License for Cashcall, Inc.

Dear Ms. Gonzalez:

This is in reference to the Advertising material submitted in connection with the Company's California Finance Lenders license. As submitted this advertising material has been approved as indicated on the enclosed copy.

Sincerely,

Preston DuFauchard
California Corporations Commissioner

By _____
STEVEN FONG
Licensing Specialist
California Finance Lenders Law
(213) 576-7112

enclosure

---

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

| SACRAMENTO 95814-4052 | SAN FRANCISCO 94102-5303 | LOS ANGELES 90013-2344 | SAN DIEGO 92101-3697 |
|---|---|---|---|
| 1515 K STREET, SUITE 200 | 1390 MARKET STREET, SUITE 810 | 320 WEST 4TH STREET, SUITE 750 | 1350 FRONT STREET, ROOM 2034 |
| (916) 445-7205 | (415) 557-3787 | (213) 576-7500 | (619) 525-4233 |

1-866-ASK-CORP                          www.corp.ca.gov                          1-866-275-2677

# EXHIBIT C



# CD TO BE LODGED SEPARATELY