BRAD W. SEILING (Bar No. CA 143515)
NOEL S. COHEN (Bar No. CA 219645)
LYDIA M. MENDOZA (Bar No. 247916)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: bseiling@manatt.com; ncohen@manatt.com; lmendoza@manatt.com

*Attorneys for Defendant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTA O'DONOVAN and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,

Defendants.

Case No. C 08-03174 MEJ

DECLARATION OF DELBERT O. MEEKS IN SUPPORT OF CASHCALL, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

[Filed Concurrently with:

(1) Opposition to Plaintiffs' Motion for Class Certification;
(2) Declaration of Ethan Post;
(3) Declaration of Myles McCarthy;
(4) Declaration of Thomas Morgan;
(5) Declaration of Stephen Klopstock;
(6) Declaration of Sean Bennett;
(7) Declaration of Hilary Holland;
(8) Declaration of Brad W. Seiling; and
(9) Evidentiary Objections]

Date: July 22, 2010
Time: 10:00 a.m.
Place: Courtroom B

Judge: Hon. Maria-Elena James

**DECLARATION OF DELBERT O. MEEKS**

I, Delbert O. Meeks, declare and state as follows:

1. I am the Chief Financial Officer for CashCall, Inc. ("CashCall"). I have served in that capacity since CashCall's founding in 2003. I am responsible for all financial reporting and preparation of CashCall's consolidated audited financial statements. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2. CashCall is a finance company licensed to offer unsecured personal loans to California consumers and has made loans in amounts between $1,000 and $20,000.

3. CashCall was in a period of growth from 2003 to approximately August 2007. Beginning in August 2007, CashCall significantly reduced its loan volume and number of employees due to problems associated with the credit crisis that impacted the entire economy. CashCall's loan volume has increased somewhat from its low point, but it still has not returned to the pre-August 2007 production levels. CashCall also began offering mortgages at competitive rates. These are Fannie Mae-backed mortgages.

4. CashCall serves as the direct lender for all loans originated in California. CashCall does not, however, serve as the direct lender for loans originated outside of California (other than loans originated in New Mexico). CashCall purchases the out-of-state loans from third party banks after those banks originate the loans.

5. As a condition of its licensing, the Department of Corporations ("DOC") extensively regulates, investigates and audits CashCall. As part of that regulation, CashCall is required to file detailed annual reports with the DOC. The DOC also conducts regular audits of all aspects of CashCall's business.

6. For the year ended December 31, 2003, CashCall reported a net loss of $10,147,527.00. Attached as Exhibit A is a true and correct copy of CashCall's financial statements for the year ended December 31, 2003.

7. For the year ended December 31, 2004, CashCall reported a net loss of $3,772,700.00. Attached as Exhibit B is a true and correct copy of CashCall's financial statements for the year ended December 31, 2004

8. For the year ended December 31, 2005, CashCall reported net income of $16,049,475.00. Attached as Exhibit C is a true and correct copy of CashCall's financial statements for the year ended December 31, 2005

9. For the year ended December 31, 2006, CashCall reported net income of $23,529,085.00. Attached as Exhibit D is a true and correct copy of CashCall's financial statements for the year ended December 31, 2006.

10. For the year ended December 31, 2007, CashCall reported a net loss of $25,607,367.00. Attached as Exhibit E is a true and correct copy of CashCall's financial statements for the year ended December 31, 2007.

11. For the year ended December 31, 2008, CashCall reported net income of $272,502.00. Attached as Exhibit F is a true and correct copy of CashCall's financial statements for the year ended December 31, 2008.

12. For the year ended December 31, 2009, CashCall reported net income of $237,300.00. Stockholders equity for the year ended December 31, 2009 was $25,915,342.00 Attached as Exhibit G is a true and correct copy of CashCall's financial statements for the year ended December 31, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 23, 2010, at Anaheim, California.

Delbert O. Meeks

300114142.1