JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

ARTHUR D. LEVY (SBN 95659)
(arthur@yesquire.com)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 702-4550
Facsimile: (415) 814-4080

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE, and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC., a California corporation, and DOE 1 through DOE 50, inclusive,<br><br>Defendants. | Case No.: CV 08-3174-MEJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETING MEDIATION UNDER THE MANDATORY ADR PROGRAM**<br><br>Place:    Courtroom B<br>Judge:   Hon. Maria-Elena James<br><br>Complaint filed: July 1, 2008 |
| CASHCALL, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>LORI SAYSOURIVONG and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>Counterdefendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETING MEDIATION UNDER THE MANDATORY ADR PROGRAM; CASE NO. C08-03174 MEJ

1   Plaintiffs Krista O'Donovan, Eduardo De La Torre, and Lori Saysouivong, on the one hand,
2 and defendant CashCall, Inc., on the other, stipulate as follows and jointly request the Court to
3 extend the date for completing mediation under the Court's Mandatory ADR Program until sixty
4 (60) days after the Court enters its Order on plaintiffs' pending Motion for Class Certification:
5   Plaintiffs' Motion for Class Certification has been fully briefed.  The Court held oral
6 argument held on September 2, 2010.  The Motion is now under submission.
7   The parties have selected mediation as their ADR option under the Court's Mandatory ADR
8 Program.  The parties have entered two previous stipulations, which the Court approved, extending
9 the date to complete mediation until September 24, 2010 [Dkt. ##50, 51, 53].  These extensions were
10 intended to enable the parties to have a ruling on the Motion for Class Certification before the
11 mediation.
12   Because there is not yet a ruling on the Motion for Class Certification, the parties jointly
13 request that the date for completing mediation under the Court's Mandatory ADR Program be
14 further extended from the present date of September 24, 2010 to 60 days after the date the Court
15 enters its Order on Plaintiffs' Motion for Class Certification.

16 DATED:  September 23, 2010          THE STURDEVANT LAW FIRM
                                       A Professional Corporation
17
                                       ARTHUR D. LEVY
18
                                       By:   /s/ *Whitney Huston*
19                                            Whitney Huston
20                                            Attorneys for Plaintiffs

21
22 DATED: September 23, 2010           MANATT, PHELPS & PHILLIPS, LLP

23                                     By:   /s/ *Brad W. Seiling*
                                             Brad W. Seiling
24                                           Attorneys for Defendant

25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETING MEDIATION
UNDER THE MANDATORY ADR PROGRAM; CASE NO. C08-03174 MEJ

**ORDER**

IT IS ORDERED that the date for completing mediation under the Court's Mandatory ADR Program be further extended from the present date of September 24, 2010 to 60 days after the date the Court enters its Order on plaintiffs' Motion for Class Certification.

DATED: September 24, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**ATTESTATION UNDER GENERAL ORDER 45**

I, Whitney Huston, am the ECF User whose ID and password are being used to file the within document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETING MEDIATION UNDER THE MANDATORY ADR PROGRAM**

Pursuant to General Order 45, I hereby attest that Brad W. Seiling has concurred in this filing and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ *Whitney Huston*
      Whitney Huston