FILED
FEB 17 2012
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTA O'DONOVAN; et al.,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>CASHCALL, INC.,<br><br>        Defendant - Petitioner. | No. 11-80288<br><br>D.C. No. 3:08-cv-03174-MEJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER and LEAVY, Circuit Judges.

Respondents' unopposed motion to file under seal is granted. The Clerk shall file under seal the provisionally sealed Supplemental Excerpts of Record ("SER") pages 71-180 and 199-215, which are contained in SER Volume II.

The court, in its discretion, denies the petition for permission to appeal the district court's November 15, 2011 order granting in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AW/MOATT