UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>CASHCALL, INC., a California corporation,<br><br>                    Defendant.<br>_____/ | No. C 08-3174 MEJ<br><br>**NOTICE RE: TENTATIVE RULING**<br><br>**[Docket Nos. 110 and 113 ]** |

The Court hereby issues the following draft order representing a tentative ruling on the parties' currently pending motions. Dkt. Nos. 110 and 113. If any party objects to the tentative ruling and wishes to be heard, it must file a writing to that effect by Tuesday, April 24, 2012, and the Court will hear oral argument on Thursday, April 26, 2012 at 10:00 a.m. At oral argument, both parties will be free to address any issues raised by their motions and the tentative ruling. If neither party objects to the tentative ruling, the April 26 hearing will be vacated and the tentative ruling will become the final order of the Court.

**IT IS SO ORDERED.**

Dated: April 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge