UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CASHCALL, INC., a California corporation,<br><br>Defendant.<br>_____/ | No. C 08-3174 MEJ<br><br>**ORDER RE: CLASS NOTICE/DEFINITIONS**<br><br>**[Docket Nos. 110 and 113 ]** |

Following a hearing on the parties' motions (Dkt. No. 110 and 113) and the Court's tentative ruling, it is hereby ordered as follows:

1. Plaintiffs shall have until May 18, 2012 to file an opposition to Defendant's request to exclude from the class definitions any borrowers who signed Defendant's new arbitration agreement. Plaintiffs' opposition shall also address whether the EFTA's one-year statute of limitations or the UCL's four-year statute of limitations applies to their Conditioning Class.

2. Any reply from Defendant shall be filed by June 1, 2012.

3. The Court will only schedule a hearing if one is necessary.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge