JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone:    (415) 477-2410
Facsimile:    (415) 477-2420

WHITNEY STARK (SBN 234863)
(whitneystark@rhdtlaw.com)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, California 94111
Telephone:    (415) 421-1800
Facsimile:    (415) 421-1700

ARTHUR D. LEVY (SBN 95659)
(arthur@yesquire.com)
LAW OFFICE OF ARTHUR D. LEVY
445 Bush Street, Sixth Floor
San Francisco, California 94108
Telephone:    (415) 702-4550
Facsimile:    (415) 814-4080

*Attorneys for Plaintiffs and Counterdefendants*
Krista O'Donovan, Eduardo de la Torre,
and Lori Saysourivong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE, and LORI KEMPLY (formerly known as LORI SAYSOURIVING), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>Defendants. | Case No.  C 08-03174 MEJ<br><br>**[PROPOSED]** ORDER RE: CLASS NOTICE PLAN AND APPOINTMENT OF CLASS COUNSEL |

1    Plaintiffs' Motion for Approval of Class Notice Plan and Defendant's Motion Regarding
2 Class Definitions came before this Court for hearing on April 26, 2012.  The Court issued Orders
3 on April 23, 2012 [Dkt. # 119-1] and April 26, 2012 [Dkt. # 122].  The parties then filed
4 supplemental briefs on class definition issues as allowed by the Court.  The Court then issued its
5 Order Re: Class Notice/Definitions on July 2, 2012 [Dkt. # 127].  The Court has considered all
6 arguments of the parties submitted in their filings on the issues of Class Notice/Definitions and at
7 the April 26 hearing and HEREBY ORDERS AS FOLLOWS:
8    1.   The Court hereby grants and approves Plaintiffs' Revised Class Notice Plan, filed
9 with the Court on July 18, 2012, in all respects pursuant to F.R.C.P. 23(c), and hereby orders
10 compliance with the Revised Class Notice Plan.
11    2.   The Court hereby appoints James Sturdevant of the Sturdevant Law Firm, Arthur
12 D. Levy, and Whitney Stark of Rukin, Hyland, Doria & Tindall LLP, as class counsel pursuant to
13 F.R.C.P. 23(g).

15 Dated: July 20, 2012            _____
16                                 UNITED STATES DISTRICT MAGISTRATE
                                   JUDGE