UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KRISTA O'DONOVAN, et al.,
    Plaintiffs,

    v.

CASHCALL, INC.,
    Defendant.

No. C 11-3395 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 7, 2012
Mediator:    Daniel Sharp

    IT IS HEREBY ORDERED that the request to allow plaintiff class representatives to appear telephonically the September 7, 2012, mediation session before Daniel Sharp is GRANTED. The representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

August 30, 2012
_____
Dated

By: _____
Donna Ryu
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu