UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated, | No. C 08-03174 MEJ |
| Plaintiffs, | **ORDER RE: STATUS** |
| v. | |
| CASHCALL, INC., a California corporation, | |
| Defendant. | |

The parties shall file a joint case status report by March 4, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**