JAMES C. STURDEVANT, SBN 94551
Email: jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

ARTHUR D. LEVY, SBN 95659
Email: arthur@yesquire.com
445 Bush Street, 6th Floor
San Francisco, California 94108
Telephone: (415) 702-4550
Facsimile: (415) 814-4080

Whitney Stark, SBN 234863
E-mail: whitneystark@tmdwlaw.com
936 N. 34th Street, Suite 400
TERRELL MARSHALL DAUDT & WILLIE PLLC
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA O'DONOVAN, EDUARDO DE LA TORRE, and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC., a California corporation, and DOE 1 through DOE 50, inclusive,<br><br>Defendants.<br><br>CASHCALL, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>LORI SAYSOURIVONG and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>Counterdefendants. | Case No.: CV 08-3174-MEJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE DEADLINES**<br><br>Courtroom: B – 15th Floor<br>Judge: Hon. Maria-Elena James<br><br>Complaint filed: July 1, 2008 |

Plaintiffs and Counterdefendants Eduardo de la Torre and Lori Saysourivong ("Plaintiffs") and Defendant and Counterclaimant CashCall, Inc. ("Defendant"), through their respective counsel of record, stipulate as follows:

WHEREAS the parties have diligently engaged in discovery in this matter, including engaging in extensive good faith, meet and confer on discovery disputes;

WHEREAS the parties submitted a Joint Case Status Update on May 4, 2013;

WHEREAS in this Court's May 7, 2013 Case Management Order, this Court set a deadline for expert reports of May 24, 2013, rebuttal expert disclosure of June 3and discovery closure of June 18. *See* Dkt. #137;

WHEREAS Plaintiffs submitted a Request for a Status Conference to Address Scheduling of Dates on April 23, 2013 in which they requested that the Court extend the case management deadlines set in its May 7, 2013 Order. *See* Dkt. #138;

WHEREAS the Court issued an Order granting Plaintiffs' Request to Extend Case Management Deadlines on April 24, 2013. *See* Dkt. #139;

WHEREAS the current case management deadlines are as follows: All pretrial motions shall be filed and served by September 19, 2013, the hearing on dispositive motions shall be October 24, 2013, All factual and expert discovery must be completed by August 15, 2013, all expert witness reports shall be disclosed by July 19, 2013, and all rebuttal expert witness reports shall by disclosed by August 5, 2013;

WHEREAS the parties now agree that a modest extension of time to complete discovery and expert reports is necessary;

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, stipulate, as follows:

The case management deadlines in the case shall be modified as follows:

| | |
|---|---|
| Expert Disclosures | September 18, 2013 |
| Factual Discovery Cut-off | September 18, 2013 |
| Expert Discovery Cut-off | October 15, 2013 |

1

| | |
|---|---|
| Dispositive Motion Deadline | October 17, 2013 |
| Hearing on Dispositive Motions | November 21, 2013 |

DATED:  July 9, 2013                          THE STURDEVANT LAW FIRM

ARTHUR D. LEVY

TERRELL MARSHALL DAUDT & WILLIE

By:     /s/ *Whitney Stark*
        Whitney Stark
        Attorneys for Plaintiffs

DATED:  July 9, 2013                          MANATT, PHELPS & PHILLIPS, LLP

By:     /s/ *Brad W. Seiling*
        Brad W. Seiling
        Attorneys for Defendant

**[Proposed] Order**

Having read the Parties' stipulation, the Court adopts its reasoning as the Court's own and orders that the deadlines in the case should be modified as follows:

| | |
|---|---|
| Expert Disclosures | September 18, 2013 |
| Factual Discovery Cut-off | September 18, 2013 |
| Expert Discovery Cut-off | October 15, 2013 |
| Dispositive Motion Deadline | October 17, 2013 |
| Hearing on Dispositive Motions | November 21, 2013 |

IT IS SO ORDERED.

Dated:  July 10, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad Seiling hereby attests that concurrence in the filing of this document has been obtained.*