# UNITED STATES DISTRICT COURT

## Northern District of California

KRISTA O'DONOVAN, EDUARDO DE LA TORRE and LORI SAYSOURIVONG, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CASHCALL, INC., a California corporation,

    Defendant.

No. C08-3174 MEJ

**ORDER DENYING PLAINTIFFS' REQUEST TO EXTEND CASE MANAGEMENT DEADLINES**

On July 19, 2013, Plaintiffs moved for an Order modifying the current Case Management Order and report schedule to exclude expert opinions on the dollar amounts of class-wide restitution, and that the Court set a schedule for disclosure of such opinions and related expert discovery after ruling on summary judgment motions. Dkt. No. 145. Having reviewed Plaintiffs' Motion and Defendant's Opposition thereto (Dkt. No. 151), the Court finds that good cause does not exist to modify the case management deadlines. Accordingly, Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____
Maria-Elena James
United States Magistrate Judge