BRAD W. SEILING (Bar No. CA 143515)
NOEL S. COHEN (Bar No. CA 219645)
ZAHER LOPEZ (Bar No. CA 272293)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224
E-mail: bseiling@manatt.com; ncohen@manatt.com;
zlopez@manatt.com

*Attorneys for Defendant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE and LORI KEMPLY (formerly known as LORI SAYSOURIVING), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>Defendants. | Case No.  C 08-03174 MEJ<br><br>DECLARATION IN COMPLIANCE WITH AUGUST 14, 2013 COURT ORDER DENYING PLAINTIFFS' REQUEST TO COMPEL PRODUCTION OF DOCUMENTS |

202143278.1

## DECLARATION OF DELBERT MEEKS

I, Delbert Meeks, declare and state as follows:

1. I am currently the Chief Financial Officer for CashCall, Inc. ("CashCall") and have held that position since my employment with CashCall began on August 2, 2004. I make this declaration in connection with the Court's August 14, 2013 Order Denying Plaintiffs' Request to Compel Production of Documents Relating to its Request for Production of Documents, Set 5, Request Nos. 1 and 2. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2. Without waiving the attorney-client privilege, at my direction, CashCall has done a reasonable and diligent search for pro forma documents provided to prospective third party lenders (including profits and loss statements) and documents concerning interest charged to CashCall by these lenders during the two applicable class periods. All of the aforementioned documents in CashCall's possession, custody or control have been produced.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 19, 2013, at Anaheim, California.

*/s/ Delbert Meeks*
Delbert Meeks

202139591.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES