1  BRAD W. SEILING (Bar No. CA 143515)
   DONALD R. BROWN (Bar No. CA 156548)
2  NOEL S. COHEN (Bar No. CA 219645)
   MANATT, PHELPS & PHILLIPS, LLP
3  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
4  Telephone:     (310) 312-4000
   Facsimile:     (310) 312-4224
5  E-mail: bseiling@manatt.com; dbrown@manatt.com;
   ncohen@manatt.com
6
   *Attorneys for Defendant*
7  CashCall, Inc.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 KRISTA O'DONOVAN and EDUARDO      | Case No.  C 08-03174 MEJ
   DE LA TORRE, individually and on behalf |
12 of all others similarly situated,       | **DECLARATION OF DANIEL H. BAREN**
                                           | **IN SUPPORT OF CASHCALL, INC.'S**
13               Plaintiff,                 | **MOTION FOR SUMMARY JUDGMENT**
                                           | **ON THE UNCONSCIONABILITY CLAIM**
14        vs.                              |
                                           | [Filed Concurrently with:
15 CASHCALL, INC., a California            |
   corporation, and DOES 1 through DOE 50, | (1) Motion for Summary Judgment;
16 inclusive,                              | (2) Separate Statement of Facts
                                           | (3) Declaration of John Fuller;
17               Defendants.               | (4) Declaration of Hilary Holland;
                                           | (5) Declaration of Delbert O. Meeks
18                                          | (6) Declaration of Ethan Post;
                                           | (7) Declaration of Brad W. Seiling;
19                                          | (8) Request for Judicial Notice;
                                           | (9) Notice of Lodging]
20                                          |
                                           |
21                                          | Date:      November 21, 2013
                                           | Time:      10:00 a.m.
22                                          | Place:     Courtroom B
                                           |
23                                          | Judge:  Hon. Maria-Elena James

24

25

26

27

28

DECLARATION OF DANIEL H. BAREN IN SUPPORT OF SUMMARY JUDGMENT
[UNCONSCIONABILITY CLAIM]

## DECLARATION OF DANIEL H. BAREN

I, Daniel H. Baren, declare and state as follows:

1.      I am an attorney licensed to practice in the State of California and am the General Counsel for CashCall, Inc. ("CashCall"). I have been CashCall's primary legal counsel since its founding in 2003. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2.      CashCall is a finance company licensed by the California Department of Business Oversight, formerly known as the Department of Corporations ("Department"). The loan amounts offered by CashCall have ranged from $2,600 to $25,000. During the Class period, the interest rates for these loans ranged from 35.9% for the $25,000 loan to 135.0% for the $2,600 loan.

3.      As a condition of its licensing, CashCall is subject to extensive regulation, investigations and audits by the Department. As part of that regulation, CashCall is required to file detailed annual reports with the Department in which CashCall must disclose, among other things, the total number of loans originated in the prior year, broken down by the principal amount of the loans and the range of annual percentage rates ("APR"s) charged on the loans. (An APR includes the interest rate charged on the loan as well as any fees or additional costs associated with the loan.) The Department has created a form for licensed finance lenders to use for their annual reports (Form CFL 812). Since 2005, the Department's own annual report form has included a blank for licensees to list all loans made with an APR of "100 or More."

4.      Since 2004, I have supervised the preparation of CashCall's annual reports to be filed with the Department. The annual reports typically must be filed in March of the year following the reported year. For example, the annual report for 2005 would be filed in March 2006. CashCall's audited financial statements typically are not completed by March, so in preparing the annual reports for the Department, we use information available at the time the reports are prepared. As a result, there may be differences between the information on the annual reports filed with the Department and the audited financial statements.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5. Attached hereto as Exhibit A is a true and correct copy of CashCall's annual report to the Department for 2004. Among other things, CashCall disclosed to the Department that it had made 4,315 loans with APRs above 40% in 2004. That was the highest APR range listed on the Department's annual report form for 2004.

6. Attached hereto as Exhibit B is a true and correct copy of CashCall's annual report for 2005. Among other things, CashCall disclosed to the Department that it had made 48,202 loans with APRs from 40-99% in 2005. CashCall did not make any loans with APRs above 100%, which was the highest APR listed on the Department's form in 2005.

7. Attached hereto as Exhibit C is a true and correct copy of CashCall's annual report for 2006. Among other things, CashCall disclosed to the Department that it had made 58,199 loans with APRs from 40-99% in 2006. CashCall did not make any loans with APRs above 100%, which was the highest APR listed on the Department's form in 2006.

8. Attached hereto as Exhibit D is a true and correct copy of CashCall's annual report for 2007. Among other things, CashCall disclosed to the Department that it had made 22,288 loans with APRs from 40-99% in 2007. CashCall did not make any loans with APRs above 100%, which was the highest APR listed on the Department's form in 2007.

9. Attached hereto as Exhibit E is a true and correct copy of CashCall's annual report for 2008. Among other things, CashCall disclosed to the Department that it had made 6,163 loans with APRs from 40-99% in 2008. CashCall did not make any loans with APRs above 100%, which was the highest APR listed on the Department's form in 2008.

10. Attached hereto as Exhibit F is a true and correct copy of CashCall's annual report for 2009. Among other things, CashCall disclosed to the Department that it had made 1,592 loans with APRs from 40-99% in 2009, and 1,799 loans with APRs above 100%, which was the highest APR listed on the Department's form in 2009.

11. Attached hereto as Exhibit G is a true and correct copy of CashCall's annual report for 2010. Among other things, CashCall disclosed to the Department that it had made 19,477 loans with APRs above 100%, which was the highest APR listed on the Department's form in 2010.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF DANIEL H. BAREN IN SUPPORT OF SUMMARY JUDGMENT
[UNCONSCIONABILITY CLAIM]

12.     Attached hereto as Exhibit H is a true and correct copy of CashCall's annual report for 2011.  Among other things, CashCall disclosed to the Department that it had made 17,404 loans with APRs above 100%, which was the highest APR listed on the Department's form in 2011.

13.     As part of its licensing and regulatory authority, the Department has the right to conduct regular audits of all aspects of CashCall's business, and the Department did so in 2004, 2007 and 2010.  During each of these audits, Department multiple personnel came onsite to CashCall's offices and reviewed actual borrower loan files and other information they requested.  Among other things, the Department reviewed several hundred loan files from the first call through collections, borrower servicing logs and payment ledgers, and all documentation between the parties, including the promissory note, collection letters, modification agreements, e-mails and faxes. The audits were extended processes that often took months to complete before the Department would issue its report.

14.     Attached hereto as Exhibit I is a true and correct copy of the Department's audit report from 2004.  One issue identified in the report was a concern that CashCall was making loans of less than $2,500 at interest rates above the caps set by the California Finance Lenders Law (FLL).  The Department took the position that a loan of $2,500 with an origination fee of $75 was actually a loan of less than $2,500 and therefore subject to the FLL's caps.  CashCall settled this issue with the Department.  The 2004 audit shows that the Department closely monitored the provisions of the FLL that dictate the appropriate charges and interest rates on loans originated by licensed finance lenders.

15.     Attached hereto as Exhibit J is a true and correct copy of the Department's audit report from 2007.  The 2007 audit was a "clean audit," which identified no issues.  In 2007, CashCall was making $2,600 loans with interest rates of 96%.  These loans represented 22,288 of the 38,390 loans CashCall originated in 2007.  The Department made no comment about the fact that CashCall was originating loans with a 96% interest rate.

16.     Attached hereto as Exhibit K is a true and correct copy of the Department's 2010 audit report.  The report notes one issue with respect to CashCall's disclosures on mortgage loans.

3

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1   The Department has subsequently withdrawn that issue after CashCall provided additional

2   information and explanation.  The 2010 audit also noted one issue regarding CashCall's consumer

3   lending business.  In particular, the Department took the position that because certain borrowers

4   made substantial principal payments within 14 days of funding, those loans were effectively for

5   less than $2,500 and thus were subject to the FLL's interest rate caps on loans of less than $2,500.

6   CashCall disagrees with the Department's interpretation of this law, and CashCall has submitted a

7   detailed response to the Department.  As of the date of this declaration, this issue remains open.

8   Even though CashCall disagrees with the Department's position, this audit shows that the

9   Department closely monitors CashCall's operations and will raise issues when it believes

10  CashCall has violated the FLL.  All of the loans CashCall originated in California in 2010 had

11  APRs above 100%.  The Department did not raise any issue in its 2010 audit report about

12  CashCall's interest rates.

13          I declare under penalty of perjury under the laws of the United States that the foregoing is

14  true and correct, and that this declaration was executed on October 16, 2013, at Orange,

15  California.

18                                                  Daniel H. Baren

20  202195961.4

# EXHIBIT A

STATE OF CALIFORNIA -- BUSINESS, TRA... ORTATION AND HOUSING AGENCY          ARNOLD SCHWARZENEGGER *Governor*

## DEPARTMENT OF CORPORATIONS

*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING* RECEIVED
*THIS REPORT. All licensees must complete the report even if no business was conducted.*
*See* INSTRUCTIONS *if no business was conducted.*

FEB 22 2005

Department of Corporations
Los Angeles

*To:* COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA

ANNUAL REPORT
LICENSEES ENGAGED IN BUSINESS UNDER THE
CALIFORNIA FINANCE LENDERS LAW
(Finance Lender and Broker)
For the Year Ended December 31, 2004

SCHEDULE A
GENERAL INFORMATION

1. Name of Licensee (*as shown on the license*)
   and Address of Main Office:

   | |
   |---|
   | 603-8780          CFL 1 |
   | CASHCALL, INC. |
   | 1920 MAIN STREET, SUITE 400 |
   | IRVINE, CA 92614 |

2. Business Phone No.: ( 949 ) 752-4600          Fax No.:( 949 ) 225-4600
   Website Address:  cashcall.com

3. Have you moved your business location or desire to change the address of your business in the near future?
   YES [    ]  NO [ X ] (CHECK ONE)

   If yes, complete the following:

   NOTICE OF CHANGE OF ADDRESS:

   New Address: _____

   _____

   New Business Phone No.: ( _____ ) _____

   Effective Date of Move: _____

   _____
   Signature                                    Name and Title (Please type or print)
   *(The signature must be that of an authorized person, such as an officer, employee designated to handle licensing matters, a partner, or a sole proprietor.)*

CFL 812 (12/04)



## SCHEDULE A
### (Continuation)
## GENERAL INFORMATION

4. Office Hours: __8 a.m.- 5 p.m.__

5. License Number for Main Office: __603-8780__

> *(If the report covers more than one location, the license number and address of each location must be listed on a separate schedule attached to this report.)*
> ***CAUTION:THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED***

6. Licensed Authority:   A. [ X ] Lender Only
                                   B. [   ] Lender and Broker
                                   C. [   ] Broker Only

7. Total number of licenses held at December 31, 2004: __1__

8. Type of Organization:   [ X ] Corporation
                                  [   ] Partnership
                                  [   ] Individual
                                  [   ] Other (specify) _____

9. Person preparing this report:

_____        __Daniel Baren, General Counsel__
Signature                                 Name & Title (Please *type or print*)

Phone No.: ( __949__ ) __752-4605__

Fax No.:     ( __949__ ) __225-4605__

CDOC 0230

# VERIFICATION

STATE OF <u>California</u>                    )
                                             ) SS.
COUNTY OF <u>Orange</u>                      )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of (*Insert name as shown on your license*)

<u>CashCall, Inc.</u>

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

*Complete Section (A) OR Section (B) as appropriate.*

**(A)  IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.**

Date <u>February 17</u>          , <u>2005</u>      at <u>Irvine</u>          , <u>CA</u>
    (Month / Day)                    (Year)                    (City)                    (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

<u>J. Paul Reddam, President</u>
Name and Title  (Please type or print)

**(B)  IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.**

Date _____ , _____
    (Month / Day)                    (Year)

at _____

    (City)

_____

    (State)

Signature of Affiant _____

Name and Title  (*Please type or print*)

Subscribed and sworn to before me on

_____ , _____
    (Month / Day)                    (Year)

(SEAL)

_____
Notary Public in and for said County and State

CFL 812 (12/04)                    3

CDOC 0231

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | | |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | | |

*\* If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED.**

F. If no business was conducted under the license(s) during the calendar year 2004, only pages 1 through 11, 23 and 24 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2004, and no loan payment or broker fee was received in 2004. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2004."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2004 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CDOC 0232

## SCHEDULE  C-1
### STATEMENT  OF  INCOME  AND  EXPENSES
### FOR  CALENDAR  YEAR  2004
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | |
|---|---|
| 1. Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)* . **REPORT ONLY CFL GROSS INCOME ON THIS LINE** . . . . $ | 20,514,258 |
| 2. Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 63,815 |
| 3. **Total Gross Income** *(sum of lines 1 and 2)* . . . . . . . . . . . . . . . . . . . . $ | 20,578,073 |

### EXPENSES

| | |
|---|---|
| 4. Advertising and Promotion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 4,690,663 |
| 5. Professional Audit and Accounting Services . . . . . . . . . . . . . . . . . . . . . . | 32,338 |
| 6. Insurance and Bond Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,684 |
| 7. Legal Services and Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 312,085 |
| 8. Occupancy Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 414,185 |
| 9. Provision for Bad Debt Allowance . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,942,642 |
| 10. Salaries and Bonuses: Employees . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,333,312 |
| 11. Salaries and Bonuses: Owners, Partners, Executives . . . . . . . . . . . . . . . . | -0- |
| 12. Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 464,644 |
| 13. License Fees and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,139 |
| 14. Telephone and Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 143,194 |
| 15. Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,741 |
| 16. Other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,153,806 |
| 17. **Total Expenses before Interest and Income Taxes** *(sum of lines 4 thru 16)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 22,520,433 |
| 18. **Income or (loss) before Interest and Income Taxes** *(line 3 less line 17)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $( | 1,942,360 ) |
| 19. Interest Paid to Bona Fide Third Parties . . . . . . . . . . . . . . . . . . . . . . . | 827,542 |
| 20. Interest Paid to Parent Company and Affiliates . . . . . . . . . . . . . . . . . . . | 1,002,798 |
| 21. **Income or (Loss) before Income Taxes** *(subtract lines 19 and 20 from line 18)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $( | 3,772,700 ) |
| 22. Provision for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | -0- |
| 23. **Net Income or (Loss)** *(line 21 less line 22)* . **(A)** . . . . . . . . . . . . . . . . . $( | 3,772,700 ) |

*NOTE*:  (A) If the licensee is incorporated, NET INCOME OR LOSS balance must agree with
Schedule B-1(a), line 8.

CFL 812 (12/04)                    9

CDOC 0233

SCHEDULE C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
### FOR CALENDAR YEAR 2004
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . | $ -0- | $ 19,630,246 | $ 19,630,246 |
| 2. Collection from Charged Off Accounts . | -0- | -0- | -0- |
| 3. Income from Credit Insurance . . . . . . . | -0- | -0- | -0- |
| 4. Other Insurance Commissions . . . . . . . | -0- | -0- | -0- |
| 5. Administrative Fees (Loan Fees Charged by Lenders) . . . . . . . . . . . . | -0- | 884,012 | 884,012 |
| 6. Commissions from Brokering CFL Consumer Loans (from Schedule D, line 8) . . . . . . . . . . . . . | -0- | -0- | -0- |
| 7. Other income . . . . . . . . . . . . . . . . . | -0- | -0- | -0- |
| 8. **Total Consumer Loans Income** (sum of lines 1 thru 7) . . . . . . . . . . . | $ -0- | $ 20,514,258 | $ 20,514,258 |
| **COMMERCIAL LOANS:** | | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $ -0- |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | -0- |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | -0- |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | -0- |
| 13. Commissions from Brokering CFL Commercial Loans (from Schedule D, line 13) . . . . . . | | | -0- |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | -0- |
| 15. **Total Commercial Loan Income** (sum of lines 9 thru 14) . . . . . . . . . . . . . . . . . . . . | | | $ -0- |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . | | | $ 20,514,258 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on Schedule C-3.*

CDOC 0234

## SCHEDULE  C-3
### ANALYSIS  OF  INCOME  RECEIVED  FROM  OTHER  BUSINESS  AND  SOURCES
### FOR  CALENDAR  YEAR  2004
(Round to Nearest Dollar - Omit Cents)

**ALL OTHER BUSINESS AND SOURCES:**

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . .    $ –0–

2. Other Interest or Return on Investment . . . . . . . . . . . . . . .    63,815

3. Collection from Charged Off Accounts . . . . . . . . . . . . . . .    –0–

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . .    –0–

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . .    –0–

6. Other Income (*please explain below*) . . . . . . . . . . . . . . . .    –0–

7. Total Income from All Other Business and Sources (*sum of
   lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . .    $ 63,815

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CDOC 0235

SCHEDULE D
SCHEDULE OF BROKERED LOANS
FOR CALENDAR YEAR 2004
(Round to Nearest Dollar - Omit Cents)

N/A

A. SCHEDULE OF CFL BROKERED LOANS (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

LIST CONSUMER LOANS BROKERED ONLY:

1. _____ _____ _____ $ _____ $ _____
2. _____ _____ _____ _____ _____
3. _____ _____ _____ _____ _____
4. _____ _____ _____ _____ _____
5. _____ _____ _____ _____ _____
6. _____ _____ _____ _____ _____
7. _____ _____ _____ _____ _____
8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . _____ $ _____ $ _____

LIST COMMERCIAL LOANS BROKERED ONLY:

9. _____ _____ _____ $ _____ $ _____
10. _____ _____ _____ _____ _____
11. _____ _____ _____ _____ _____
12. _____ _____ _____ _____ _____
13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . . . _____ $ _____ $ _____
14. **Total Loans Brokered** (*sum of lines 8 and 13*) . . . . . . . . . . . . . . . . . . . . . . _____ $ _____ $ _____

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

B. SCHEDULE OF OTHER BROKERED LOANS (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | _____ | $ _____ | $ _____ |

*State the name of the agency and your broker license number for authority to broker other loans.*

_____

CDOC 0236

## SCHEDULE E
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
## FOR CALENDAR YEAR 2004
### (Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $   499 or Less | | $ |
| 2. | 500 to 1,999 | | |
| 3. | 2,000 to 2,499 | | |
| 4. | 2,500 to 4,999 | 4,315 | $11,197,700 |
| 5. | 5,000 to 9,999 | 4,875 | $24,740,625 |
| 6. | 10,000 or More | 3,205 | $32,050,000 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . **(A)** | 12,395 | $ 67,988,325 |

**COMMERCIAL LOANS ONLY**

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $ 5,000 or More | 0 | $   0 |
| 9. | **Total Commercial Loans Made . (B)** | 0 | $   0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . **(C)** | 12,395 | $ 67,988,325 |

*NOTE*: (A) Totals must equal Schedule F, line 27 and Schedule G, line 40.
(B) Totals must equal Schedule F, line 34 and Schedule G, line 49.
(C) Totals must equal Schedule F, line 35 and Schedule G, line 50.

CDOC 0237

## SCHEDULE F
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2004
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.  Unsecured . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 2.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 3.  Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 4.  Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5.  Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6.  Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7.  Unsecured . . . . . . . . . . . . . . . . . . . . | 4,315 | $ 11,197,700 |
| 8.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 9.  Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 10. Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11. Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12. Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 4,315 | $ 11,197,700 |
| **Loans $5,000 to $9,999** | | |
| 13. Unsecured . . . . . . . . . . . . . . . . . . . . | 4,875 | $ 24,740,625 |
| 14. Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 15. Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 16. Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17. Real Property . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18. Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 19. Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 4,875 | $ 24,740,625 |

CFL 812 (12/04)

14

CDOC 0238

SCHEDULE   F
(Continuation)
CALIFORNIA   FINANCE   LENDERS
LOANS   MADE   OR   REFINANCED   DURING   THE   YEAR   BY   TYPE   OF   SECURITY
FOR   CALENDAR   YEAR   2004
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,205.00 | $ 32,050,000 |
| 21.   Personal Property (*household items*) . . . . . . . . . | 0 | |
| 22.   Automobiles and Other Motor Vehicles . . . . . . . . | 0 | |
| 23.   Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | |
| 24.   Real Property . . . . . . . . . . . . . . . . . . . . . . | 0 | |
| 25.   Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | |
| 26.   Total Loans Made (*sum of lines 20 thru 25*) . . . . . . | 3,205.00 | $ 32,050,000 |
| 27.   **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . (A) . . . . . . . . . . . . . . . . . . . . | 12,395.00 | $ 67,988,325 |

## COMMERCIAL LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| 28.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29.   Personal Property . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.   Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 31.   Business Equipment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32.   Real Property . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33.   Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34.   **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . (B) . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35.   **Total Loans Made - All Gategories** (*sum of lines 27 and 34*) . (C) . . . . . . . . . . . . . . . . . . . | 12,395.00 | $ 67,988,325 |

*NOTE:*   (A) Totals must equal Schedule E, line  7 and Schedule G, line 40.
(B) Totals must equal Schedule E, line  9 and Schedule G, line 49.
(C) Totals must equal Schedule E, line 10 and Schedule G, line 50.

CDOC 0239

### SCHEDULE  G
### CALIFORNIA  FINANCE  LENDERS
### LOANS  MADE  OR  REFINANCED  DURING  THE  YEAR  BY  RATES  CHARGES
### FOR  CALENDAR  YEAR  2004
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

|  | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| | Alternate Rates: | | |
| 2. | 1.6% Per Month . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | 0 | 0 |
| | Other Rates: | | |
| 4. | Up to 14.999        APR . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 10. | 40.000 or More      APR . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999        APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999    APR . . . . . . . . . . . . . . | 0 | 0 |
| 19. | 40.000 or More      APR . . . . . . . . . . . . . . | 4,315 | 11,197,700 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . | 4,315 | $ 11,197,700 |

CDOC 0240

## SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2004
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ |
| 23. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | |
| 24. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | |
| 25. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | |
| 26. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | |
| 27. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | |
| 28. | 40.000 or More | APR . . . . . . . . . . . . . . | 4,875 | 24,740,625 |
| 29. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | |
| 30. | Total Loans Made (*sum of line 22 thru 29*) . . . . | | 4,875 | $ 24,740,625 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 32. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 33. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 93 | 930,000 |
| 34. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 31 | 310,000 |
| 35. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 483 | 4,830,000 |
| 36. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 2,161 | 21,610,000 |
| 37. | 40.000 or More | APR . . . . . . . . . . . . . . | 437 | 4,370,000 |
| 38. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 39. | Total Loans Made (*sum of line 31 thru 38*) . . . . | | 3,205 | $ 32,050,000 |
| 40. | **Total Consumer Loans Made** (*sum of lines 12, 21, 30, & 39*) . (A) . . . . . . . . . . . . . . . . | | 12,395 | $ 67,988,325 |

*NOTE*: (A) Totals must equal Schedule E, line 7 and Schedule F, line 27.

CDOC 0241

### SCHEDULE  G
#### (Continuation)
### CALIFORNIA  FINANCE  LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2004
(Round to Nearest Dollar - Omit Cents)

<u>COMMERCIAL LOANS ONLY</u>

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| 41. | Up to 14.999 | APR . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 47. | 40.000 or More | APR . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . | | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48*) . **(B)** . . . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49*) . **(C)** . . . . . . . . . . . . . . . . . . | | 0 | $ 0 |

*NOTE*:  (B) Totals must equal Schedule E, line  9 and Schedule F, line 34.
(C) Totals must equal Schedule E, line 10 and Schedule F, line 35.

CFL 812 (12/04)                              18

CDOC 0242

## SCHEDULE H
## CREDIT INSURANCE
### GENERAL INFORMATION
### N/A

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: _____

   Address: _____

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:   Yes [   ]   No [   ]

   If answer to Item 2 is *Yes,* please explain:

   _____

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |
|  | Credit Disability |  |
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |
|  | Credit Loss-of-Income |  |
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |

4. Is the credit insurance premium deducted from the loan proceeds?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

   _____

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

   _____

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | _____ | _____ |
| Credit Disability | _____ | _____ |
| Credit Loss-of-Income | _____ | _____ |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

   _____

8. List exclusions from coverage, if any:

   _____

   _____

CDOC 0243

## SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND MULTIPLE LENDER LOANS
## FOR CALENDAR YEAR 2004
### (Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

    Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 0 | $ 0 | $ 0 | $ 0 |

Are these loans sold to institutional investors?   –

Did you sell any of those loans to affiliated companies?   –

Are trust accounts established for those loans serviced?   –

2. Loans Serviced:

    Report all loans you service as of December 31, 2004

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Real Estate Secured | 0 | $ 0 | $ 0 |
| Non-Real Estate Secured | 16,737 | $ 111,408,325 | $ 0 |

CDOC 0244

## SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

### A. OTHER BUSINESS ACTIVITIES:

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1.   Sale of Insurance Products | Insurer | 2004 Revenue |
|---|---|---|
| Credit Life Insurance | – | $ 0 |
| Credit Disability Insurance | – | 0 |
| Credit Loss of Income Insurance | – | 0 |
| Accidental Death & Dismemberment | – | 0 |
| Personal Property Insurance | – | 0 |
| Real Estate Loan Insurance | – | 0 |
| Others (*auto, whole life, etc.*) | – | 0 |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2004 Revenue | License Authority (If Applicable) |
|---|---|---|
| NONE | $ | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2004 Revenue | License Authority (If Applicable) |
|---|---|---|
| NONE | $ | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2004 Revenue | License Authority (If Applicable) |
|---|---|---|
| NONE | $ | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| NONE | | |

CFL 812 (12/04)

21

## SCHEDULE J
### (Continuation)
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have the *"covered loans"* as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
| --- | --- |
| NONE | $ |

CDOC 0246

# EXHIBIT B

STATE OF CALIFORNIA -- BUSINESS, TRAN.    .RTATION AND HOUSING AGENCY                    .RNOLD SCHWARZENEGGER, *Governor*

## DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING*
*THIS REPORT. All licensees must complete the report even if no business was conducted.*
*See* **INSTRUCTIONS** *if no business was conducted .*

RECEIVED

MAR 1 0 2006

Department of Corporations
Los Angeles

*To: COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA*

### ANNUAL REPORT
### LICENSEES ENGAGED IN BUSINESS UNDER THE
### CALIFORNIA FINANCE LENDERS LAW
### (Finance Lender and Broker)
### For the Year Ended December 31, 2005

### SCHEDULE A
### GENERAL INFORMATION

1.  Name of Licensee (*as shown on the license*)
    and Address of Main Office:

    > .6038780                CFL 1
    > CASHCALL, INC.
    > 17360 BROOKHURST STREET
    > FOUNTAIN VALLEY, CA 92708

2.  Business Phone No.: ( 949 ) 752-4600          Fax No.: ( 949 ) 225-4600
    Website Address:     www.cashcall.com

3.  Have you moved your business location or desire to change the address of your business in the near future?
    YES [    ]   NO [ X ] (CHECK ONE)

    If **yes**, complete the following:

    > NOTICE OF CHANGE OF ADDRESS
    >
    > New Address: _____
    >
    > _____
    >
    > New Business Phone No.:   ( _____ ) _____
    >
    > Effective Date of Move: _____
    >
    > _____          Name and Title (Please type or print)
    > Signature
    >
    > *(The signature must be that of an authorized person, such as an officer, employee designated to handle licensing matters, a*
    > *partner, or a sole proprietor.)*

CFL 812 (12/05)



CDOC 0183

**SCHEDULE A**
**(Continuation)**
**GENERAL INFORMATION**

4. Office Hours:  7-7

5. License Number for Main Office:  630-8780

   *(If the report covers more than one location, the license number and address of each location*
   *must be listed on a separate schedule attached to this report.)*
   ***CAUTION:THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETEL***

6. Licensed Authority:  A. [ x ] Lender Only
                      B. [   ] Lender and Broker
                      C. [   ] Broker Only

7. Total number of licenses held at December 31, 2005:  1

8. Type of Organization:  [ x ] Corporation
                          [   ] Partnership
                          [   ] Individual
                          [ .. ] Other (specify)

9. Person preparing this report:

_____      Daniel Baren, Attorney
Signature                      Name & Title (Please *type or print*)

Phone No.:  ( 949 ) 752-4605

Fax No.:  ( 949 ) 225-4605

CFL 812 (12/05)              2

CDOC 0184

# VERIFICATION

STATE OF _____ )
                                  ) SS.
COUNTY OF _____ )

I, the undersigned, state: That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of (*Insert name as shown on your license* )

*CashCall, Inc.*

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

*Complete Section (A)* __OR__ *Section (B) as appropriate.*

---

**(A) IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.**

Date __March 9__ , __2006__ at __Fountain Valley__ , __CA__
          (Month / Day)      (Year)              (City)            (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

__DELBERT O. MEEKS, CFO__
Name and Title  (Please type or print)

---

**(B) IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.**

Date _____ , _____     _____
          (Month / Day)         (Year)          Signature of Affiant

at _____
          (City)                                _____
                                                Name and Title  (*Please type or print*)

_____
          (State)                               Subscribed and sworn to before me on


          (SEAL)                                _____ , _____
                                                      (Month / Day)          (Year)

                                                _____
                                                Notary Public in and for said County and State

CFL 812 (12/05)                    3

CDOC 0185

# TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | | |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | | |

*If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED.**

F. If no business was conducted under the license(s) during the calendar year 2005, only pages 1 through 11, 23 and 24 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2005, and no loan payment or broker fee was received in 2005. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2005."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2005 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CDOC 0186

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### INCOME

1. Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)*. **REPORT ONLY CFL GROSS INCOME ON THIS LINE**......$ 68,763,373
2. Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)*.................................... 91,266
3. Total Gross Income *(sum of lines 1 and 2)*..................... $ 68,854,639

### EXPENSES

4. Advertising and Promotion.................................. $ 17,365,271
5. Professional Audit and Accounting Services...................... 68,839
6. Insurance and Bond Premiums............................... 965,789
7. Legal Services and Expenses................................ 705,517
8. Occupancy Expenses..................................... 1,006,521
9. Provision for Bad Debt Allowance............................ 6,136,540
10. Salaries and Bonuses: Employees............................. 16,640,683
11. Salaries and Bonuses: Owners, Partners, Executives................ 581,436
12. Depreciation.......................................... 878,312
13. License Fees and Taxes................................... 27,330
14. Telephone and Utilities................................... 523,790
15. Travel............................................... 92,590
16. Other Expenses........................................ 6,772,043
17. Total Expenses before Interest and Income Taxes *(sum of lines 4 thru 16)*.......................................... $ 51,764,661
18. Income or (loss) before Interest and Income Taxes *(line 3 less line 17)*........................................... $ 17,089,978
19. Interest Paid to Bona Fide Third Parties........................ 3,009,946
20. Interest Paid to Parent Company and Affiliates................... 978,678
21. Income or (Loss) before Income Taxes *(subtract lines 19 and 20 from line 18)*............................................ $ 13,101,354
22. Provision for Income Taxes................................ 2,798
23. Net Income or (Loss) *(line 21 less line 22)* . **(A)**.................. $ 13,098,556

*NOTE :* (A) If the licensee is incorporated, NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8.

CFL 812 (12/05)                                9

CDOC 0187

SCHEDULE C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . | $ 11,957 | $ 26,576,678 | $ 26,588,635 |
| 2. Collection from Charged Off Accounts . | | | |
| 3. Income from Credit Insurance . . . . . . . | | | |
| 4. Other Insurance Commissions . . . . . . . | | | |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . . | 9,300 | 5,499,232 | 5,508,532 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . . | | | |
| 7. Other income RESIDUAL INTEREST INCOME | | 36,666,206 | 36,666,206 |
| 8. Total Consumer Loans Income (*sum of lines 1 thru 7*) . . . . . . . . . . . | $ | $ | $ 68,763,373 |

**COMMERCIAL LOANS:**

| | |
|---|---|
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . . . . . . | |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 15. Total Commercial Loan Income (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . . . . | $ Ø |
| 16. Total Gross Income from CFL Loans and CFL Brokered Loans (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . | $ 68,763,373 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on Schedule C-3.*

CDOC 0188

## SCHEDULE C-3
### ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
### FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . .       $ _____Ø_____

2. Other Interest or Return on Investment . . . . . . . . . . . . . . . .       _____91,266_____

3. Collection from Charged Off Accounts . . . . . . . . . . . . . . .       _____Ø_____

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . .       _____Ø_____

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . .       _____Ø_____

6. Other Income *(please explain below)* . . . . . . . . . . . . . . . .       _____Ø_____

7. Total Income from All Other Business and Sources *(sum of lines 1 thru 6 and must equal Schedule C-1, line 2)* . . . . . . . .       $ _____91,266_____

Please describe source of other income for line 6:

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income not related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CDOC 0189

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---:|
| 1. | Gross Income from CFL Loans and CFL Brokered Loans (*from Schedule C-2, line 16*). **REPORT ONLY CFL GROSS INCOME ON THIS LINE** .....$ | 32,097,167 |
| 2. | Gross Income from All Other Business and Sources (*from Schedule C-3, line 7*).......................................... | 36,757,472 |
| 3. | **Total Gross Income** (*sum of lines 1 and 2*)..................... $ | 68,854,639 |

### EXPENSES

| | | |
|---|---|---:|
| 4. | Advertising and Promotion.................................. $ | 17,365,271 |
| 5. | Professional Audit and Accounting Services ..................... | 68,839 |
| 6. | Insurance and Bond Premiums .............................. | 965,789 |
| 7. | Legal Services and Expenses ................................ | 705,517 |
| 8. | Occupancy Expenses ...................................... | 1,006,521 |
| 9. | Provision for Bad Debt Allowance ........................... | 6,136,540 |
| 10. | Salaries and Bonuses: Employees ............................ | 16,640,683 |
| 11. | Salaries and Bonuses: Owners, Partners, Executives ............... | 581,436 |
| 12. | Depreciation............................................ | 878,312 |
| 13. | License Fees and Taxes .................................... | 27,330 |
| 14. | Telephone and Utilities ................................... | 523,790 |
| 15. | Travel ................................................. | 92,590 |
| 16. | Other Expenses .......................................... | 6,772,043 |
| 17. | **Total Expenses before Interest and Income Taxes** (*sum of lines 4 thru 16*)............................................. $ | 51,764,661 |
| 18. | **Income or (loss) before Interest and Income Taxes** (*line 3 less line 17*)............................................. $ | 17,089,978 |
| 19. | Interest Paid to Bona Fide Third Parties ....................... | 3,009,946 |
| 20. | Interest Paid to Parent Company and Affiliates .................... | 978,678 |
| 21. | **Income or (Loss) before Income Taxes** (*subtract lines 19 and 20 from line 18*)............................................. $ | 13,101,354 |
| 22. | Provision for Income Taxes ................................ | 2,798 |
| 23. | **Net Income or (Loss)** (*line 21 less line 22*) . **(A)** ................. $ | 13,098,556 |

*NOTE* :   (A) If the licensee is incorporated, NET INCOME OR LOSS balance must agree with
Schedule B-1(a), line 8.

CFL 812 (12/05)                                   9

CDOC 0190

SCHEDULE   C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
### FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $ 11,957 | $ 26,576,678 | $ 26,588,635 |
| 2. Collection from Charged Off Accounts . | | | |
| 3. Income from Credit Insurance . . . . . . . | | | |
| 4. Other Insurance Commissions . . . . . . . | | | |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . . | 9,300 | 5,499,232 | 5,508,532 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . . | | | |
| 7. Other income . . . . . . . . . . . . . . . . . | | | |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $ 21,257 | $ 32,075,910 | $ 32,097,167 |

**COMMERCIAL LOANS:**

| | |
|---|---|
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . . . . . . . | 0 |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . . . | $ 0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . . | $ 32,097,167 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on Schedule C-3.*

CFL 812 (12/05)                                        10

CDOC 0191

## SCHEDULE C-3
## ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . .    $ _____0_____

2. Other Interest or Return on Investment . . . . . . . . . . . . . . .      _____0_____

3. Collection from Charged Off Accounts . . . . . . . . . . . . . . .      _____0_____

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . .      _____0_____

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . .      _____0_____

6. Other Income (*please explain below*) . . . . . . . . . . . . . . . .      _____0_____

7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . .    $ _____0_____

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CDOC 0192

### SCHEDULE  D
### SCHEDULE OF BROKERED LOANS
### FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**

| | | | | |
|---|---|---|---|---|
| 1. _____ | _____ | _____ | $ _____ | $ _____ |
| 2. _____ | _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ | _____ |
| 5. _____ | _____ | _____ | _____ | _____ |
| 6. _____ | _____ | _____ | _____ | _____ |
| 7. _____ | _____ | _____ | _____ | _____ |
| 8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . | | | $ _____ | $ _____ |

**LIST COMMERCIAL LOANS BROKERED ONLY:**

| | | | | |
|---|---|---|---|---|
| 9. _____ | _____ | _____ | $ _____ | $ _____ |
| 10. _____ | _____ | _____ | _____ | _____ |
| 11. _____ | _____ | _____ | _____ | _____ |
| 12. _____ | _____ | _____ | _____ | _____ |
| 13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . . | | | $ _____ | $ _____ |
| 14. **Total Loans Brokered** (*sum of lines 8 8 and 13*) . . . . . . . . . . . . . . . . . . . . . | | | $ _____ | $ _____ |

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | | $ _____ | $ _____ |

*State the name of the agency and your broker license number for authority to broker other loans.*

_____

CDOC 0193

# SCHEDULE E
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
### FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Loans of | Number of Loans | Principal Amount |
|---|---|---|
| 1. $ 499 or Less | –0– | $ |
| 2. 500 to 1,999 | –0– | |
| 3. 2,000 to 2,499 | –0– | |
| 4. 2,500 to 4,999 | 48,202 | 125,325,200 |
| 5. 5,000 to 9,999 | 13,177 | 66,873,275 |
| 6. 10,000 or More | 8,096 | 81,760,000 |
| 7. **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . (A) | 69,475 | $ 273,958,475 |

**COMMERCIAL LOANS ONLY**

| | Number of Loans | Principal Amount |
|---|---|---|
| 8. $ 5,000 or More | 0 | $ 0 |
| 9. **Total Commercial Loans Made** . (B) | 0 | $ 0 |
| 10. **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . (C) | 69,475 | $ 273,958,475 |

*NOTE* : **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
        **(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
        **(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CDOC 0194

## SCHEDULE  F
## CALIFORNIA  FINANCE  LENDERS
## LOANS  MADE  OR  REFINANCED  DURING  THE  YEAR  BY  TYPE  OF  SECURITY
## FOR  CALENDAR  YEAR  2005
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 0 | $                       0 |
| 2.   Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 3.   Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 4.   Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5.   Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6.   Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $             0 |
| **Loans $2,500 to $4,999** | | |
| 7.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 48,202 | $    125,325,200 |
| 8.   Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 9.   Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 10.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12.  Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 48,202 | $    125,325,200 |
| **Loans $5,000 to $9,999** | | |
| 13.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 13,177 | $   66,873,275 |
| 14.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 15.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 16.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17.  Real Property . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 19.  Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 13,177 | $  66,873,275 |

CFL 812 (12/05)                              14

CDOC 0195

### SCHEDULE  G
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

#### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| | Alternate Rates: | 0 | |
| 2. | 1.6% Per Month . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | 0 | 0 |
| | Other Rates: | 0 | |
| 4. | Up to 14.999         APR . . . . . . . . . . . . . . . | | 0 |
| 5. | 15.000 to 19.999    APR . . . . . . . . . . . . . . . | 0 | |
| 6. | 20.000 to 24.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 99.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 100.000 or More    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999         APR . . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999    APR . . . . . . . . . . . . . . . | 0 | |
| 15. | 20.000 to 24.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999    APR . . . . . . . . . . . . . . . | 0 | |
| 18. | 35.000 to 39.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999    APR . . . . . . . . . . . . . . . | 48,202 | 125,325,200 |
| 19.2 | 100.000 or More    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . . | 48,202 | $ 125,325,200 |

CFL 812 (12/05)                                          16

CDOC 0196

SCHEDULE F
(Continuation)
**CALIFORNIA FINANCE LENDERS**
**LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY**
**FOR CALENDAR YEAR 2005**
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . | 8,096 | $ 81,760,000 |
| 21.  Personal Property (household items) . . . . . . . . . | 0 | 0 |
| 22.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 23.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 25.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26.  Total Loans Made (sum of lines 20 thru 25) . . . . . . | 0 | $ 0 |
| 27.  **Total Consumer Loans Made** (sum of lines 6, 12, 19, & 26). **(A)** . . . . . . . . . . . . . . . . . . . | 8,096 | $ 81,760,000 |
| **COMMERCIAL LOANS ONLY** | | |
| 28.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29.  Personal Property . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 31.  Business Equipment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34.  **Total Commercial Loans Made** (sum of lines 28 thru 33). **(B)** . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35.  **Total Loans Made - All Categories** (sum of lines 27 and 34). **(C)** . . . . . . . . . . . . . . . . . . | 0 | $ 0 |

*NOTE:*   **(A)** Totals must equal Schedule E, line 7 and Schedule G, line 40.
   **(B)** Totals must equal Schedule E, line 9 and Schedule G, line 49.
   **(C)** Totals must equal Schedule E, line 10 and Schedule G, line 50.

CFL 812 (12/05)                    15

## SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 24. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 25. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 26. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 27. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 4 | 20,300 |
| 28.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 13,173 | 66,852,975 |
| 28.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 29. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 30. | Total Loans Made (sum of line 22 thru 29) . . . . | | 13,177 | $ 66,873,275 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ |
| 32. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 344 | 4,240,000 |
| 33. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 34. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 35. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 415 | 4,150,000 |
| 36. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 7,230 | 72,300,000 |
| 37.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 107 | 1,070,000 |
| 37.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | |
| 38. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | |
| 39. | Total Loans Made (sum of line 31 thru 38) . . . . . | | 8,096 | $ 81,760,000 |
| 40. | **Total Consumer Loans Made** (sum of lines 12, 21, 30, & 39) . (A) . . . . . . . . . . . . . . . . | | 69,475 | $ 273,958,475 |

*NOTE* : **(A)** Totals must equal Schedule E, line 7 and Schedule F, line 27.

CDOC 0198

## SCHEDULE  G
### (Continuation)
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

### COMMERCIAL LOANS ONLY

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| 41. | Up to 14.999    APR . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 47.1 | 40.000 to 99.999    APR . . . . . . . . . . . . . | 0 | 0 |
| 47.2 | 100.000 or More    APR . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48* ) . **(B)** . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49* ) . **(C)** . . . . . . . . . . . . . . . . . . | 0 | $ 0 |

*NOTE* :  **(B)** Totals must equal Schedule E, line  9 and Schedule F, line 34.
        **(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CDOC 0199

SCHEDULE H
CREDIT INSURANCE
GENERAL INFORMATION

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

Name: _____

Address: _____

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:   Yes [   ]   No [   ]

If answer to Item 2 is *Yes,* please explain:
_____

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |
| | Credit Disability | |
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |
| | Credit Loss-of-Income | |
| $ _____ | Personal Property | $ _____ |
| $ _____ | Real Property | $ _____ |

4. Is the credit insurance premium deducted from the loan proceeds?   Yes [   ]   No [   ]

If the answer is *No,* please explain: _____

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?   Yes [   ]   No [   ]

If the answer is *No,* please explain: _____

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | _____ | _____ |
| Credit Disability | _____ | _____ |
| Credit Loss-of-Income | _____ | _____ |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?   Yes [   ]   No [   ]

If the answer is *No,* please explain: _____

8. List exclusions from coverage, if any:
_____
_____
_____

CDOC 0200

## SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND MULTIPLE LENDER LOANS
## FOR CALENDAR YEAR 2005
(Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| | $ | $ | $ |

Are these loans sold to institutional investors? _____

Did you sell any of those loans to affiliated companies? _____

Are trust accounts established for those loans serviced? _____

2. Loans Serviced:

Report all loans you service as of December 31, 2005

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Real Estate Secured | | $ | $ |
| Non-Real Estate Secured | | $ | $ |

CFL 812 (12/05)

CDOC 0201

## SCHEDULE  J
## OTHER  BUSINESS  ACTIVITIES  AND  COVERED  LOANS
(Round to Nearest Dollar - Omit Cents)

### A.  OTHER BUSINESS ACTIVITIES:

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1.   Sale of Insurance Products | Insurer | 2005 Revenue |
|---|---|---|
| Credit Life Insurance | | $ |
| Credit Disability Insurance | | |
| Credit Loss of Income Insurance | | |
| Accidental Death & Dismemberment | | |
| Personal Property Insurance | | |
| Real Estate Loan Insurance | | |
| Others (*auto, whole life, etc.*) | | |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2005 Revenue | License Authority (If Applicable) |
|---|---|---|
| | $ | |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2005 Revenue | License Authority (If Applicable) |
|---|---|---|
| | $ | |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2005 Revenue | License Authority (If Applicable) |
|---|---|---|
| | $ | |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| | | |
| | | |

CFL 812 (12/05)                                21

CDOC 0202

## SCHEDULE   J
### (Continuation)
## OTHER  BUSINESS  ACTIVITIES  AND  COVERED  LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made "*covered loans*" as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
| --- | --- |
| | $ |

CDOC 0203

CashCall, Inc.
17360 Brookhurst St.
Fountain Valley, CA 92708
Phone -- (949) 752-4600
Fax --(949) 225-4600

# facsimile transmittal

| To: | **Lena** | **Fax:** | 213-576-7574 |
|---|---|---|---|
| **From:** | Daniel Baren | **Date:** | 3/13/2006 |
| **Re:** | | **Pages:** | |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Lena – Here are the amended pages of the annual report for CashCall.

Thanks,

Dan Baren

CashCall, Inc.
17360 Brookhurst St.
Fountain Valley, CA 92708
Phone -- (949) 752-4600
Fax --(949) 225-4600

# facsimile transmittal

| To: | Lena | Fax: | 213-576-7574 |
| --- | --- | --- | --- |
| From: | Daniel Baren | Date: | 3/14/2006 |
| Re: | | Pages: | |
| CC: | | | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Lena – Here is the amended Schedule C-2 for CashCall.

Thanks,

Dan Baren

CDOC 0205

EXHIBIT C

STATE OF CALIFORNIA – BUSINESS, TRANSPORTATION AND HOUSING AGENCY          ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS

*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING* 
*THIS REPORT. All licensees must complete the report even if no business was conducted.*
*See* INSTRUCTIONS *if no business was conducted.*



*To:* COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA

### ANNUAL REPORT
### LICENSEES ENGAGED IN BUSINESS UNDER THE
### CALIFORNIA FINANCE LENDERS LAW
### (Finance Lender and Broker)
### For the Year Ended December 31, 2006

### SCHEDULE A
### GENERAL INFORMATION

1.  Name of Licensee (*as shown on the license*)
    and Address of Main Office:

    CashCall, Inc.
    17360 Brookhurst Street
    Fountain Valley, CA 92708

2.  Business Phone No.:  ( __949__ ) 752-4600          Fax No.: ( __949__ ) 225-4600
    Website Address:     www.cashcall.com

3.  Have you moved your business location or desire to change the address of your business in the near future?
    YES [ ☐ ]   NO [ ☑ ]  (CHECK ONE)

    If yes, complete the following:

    NOTICE OF CHANGE OF ADDRESS:

    New Address: _____

    _____

    New Business Phone No.:  ( _____ ) _____

    Effective Date of Move: _____

    _____          _____
    Signature                           Name and Title (Please type or print)

    *(The signature must be that of an authorized person, such as an officer, employee designated to handle licensing matters, a*
    *partner, or a sole proprietor.)*

CFL 812 (2/07)

CONFIDENTIAL
CASHCALL 008862

# SCHEDULE A
## (Continuation)
## GENERAL INFORMATION

4. Office Hours: 7 a.m. to 6 p.m.

5. License Number for Main Office: 6038780

*(If the report covers more than one location, the license number and address of each location must be listed on a separate schedule attached to this report.)*
***CAUTION:THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED.***

6. Licensed Authority:
    A. [ ☑ ] Lender Only
    B. [ ☐ ] Lender and Broker
    C. [ ☐ ] Broker Only

7. Total number of licenses held at December 31, 2006: 1

8. Type of Organization:
    [ ☑ ] Corporation
    [ ☐ ] Partnership
    [ ☐ ] Individual
    [ ☐ ] Limited Liability Company
    [ ☐ ] Other (specify)

9. Person preparing this report:

Signature

Daniel H. Baren, General Counsel
Name & Title (Please *type or print* )

Phone No.: ( 949 ) 752-4605

Fax No.: ( 949 ) 225-4605

CFL 812 (12/06)

2

CONFIDENTIAL
CASHCALL 008863

# VERIFICATION

STATE OF <u>California</u>                    )
                                             ) SS.
COUNTY OF <u>Orange</u>                      )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of
(*Insert name as shown on your license*)

<u>CashCall, Inc.</u>

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

*Complete Section (A)* **OR** *Section (B) as appropriate.*

*(A) IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.*

Date  <u>03 / 09</u>           , <u>2007</u>  at  <u>Fountain Valley</u>    , <u>CA</u>
         (Month / Day)              (Year)              (City)                 (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Signature of Declarant

<u>J. Paul Reddam, President</u>
Name and Title  (Please type or print)

*(B) IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.*

Date _____ , _____        _____
          (Month / Day)          (Year)       Signature of Affiant

at _____
                (City)                         _____
                                               Name and Title  (*Please type or print* )
   _____
                (State)                        Subscribed and sworn to before me on

                                               _____ , _____
          (SEAL)                                    (Month / Day)          (Year)

                                               _____
                                               Notary Public in and for said County and State

CFL 812 (12/06)                        3

CONFIDENTIAL
CASHCALL 008864

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | | |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | | |

   *\* If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED**

F. If no business was conducted under the license(s) during the calendar year 2006, only pages 1 through 11, 23 and 24 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2006, and no loan payment or broker fee was received in 2006. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2006."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2006 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CONFIDENTIAL
CASHCALL 008865

## SCHEDULE B-1
## BALANCE SHEET
## AS OF DECEMBER 31, 2006
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                           CFL File No. 6038780

### ASSETS

| | | |
|---|---|---|
| 1. Cash ............................................... | $ | 24,728,132 |
| 2. Investments ........................................ | | 0 |
| 3. CFL Loans Receivables (*must equal Schedule B-2, line 6*) ........... | | 23,666,281 |
| 4. Other Receivables (*must equal Schedule B-2, line 14*) .............. | | 0 |
| 5. Reserves and Withholds by Banks and Finance Companies ........... | | 0 |
| 6. Fixed Assets (Less: *Accumulated Depreciation* $ 3,520,576) | | 9,565,124 |
| 7. Prepaid Expenses and Deferred Charges ...................... | | 1,131,863 |
| 8. Commissions Receivable............................... | | 0 |
| 9. Other Assets ....................................... | | 87,020,610 |
| 10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*) ......... | $ | 146,112,010 |

Go to Line 22

### LIABILITIES AND NET WORTH

| | | |
|---|---|---|
| 11. Loans & Notes Payable from Third Parties..................... | $ | 69,159,729 |
| 12. Loans & Notes Payable from Parents & Affiliates............... | | 41,259,801 |
| 13. Bonds, Debentures, and Certificates of Indebtedness .............. | | 0 |
| 14. Accounts Payable ................................... | | 8,222,481 |
| 15. Dealers Reserves and Withholds ......................... | | 0 |
| 16. Accrued Taxes Other Than Income Tax ...................... | | 135,013 |
| 17. Reserve for Income Taxes .............................. | | 0 |
| 18. Credit Insurance Premiums Due Insurer ..................... | | 0 |
| 19. Other Liabilities and Accruals ........................... | | 1,749,038 |
| 20. **Total Liabilities** (*sum of lines 11 thru 19*) ..................... | $ | 120,526,062 |
| 21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, or 14*) ....................................... | $ | 25,585,948 |
| 22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*) ................................................ | $ | 146,112,010 |

*NOTE* : CFL stands for California Finance Lenders.

Fixed Assets include land, building, equipment, furniture & fixtures, automobiles, and leasehold improvement, less accumulated depreciation.

CONFIDENTIAL
CASHCALL 008866

## SCHEDULE  B-1
### (Continuation)
### REQUEST  FOR  CONFIDENTIAL  TREATMENT

Name of Licensee (as shown on the license):     CashCall, Inc.

CFL File Number:     6038780

---

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE SHEET AS A:

(CHECK ONE)

SOLE PROPRIETOR ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals" ☑

By: _____
     *Signature of Declarant*

Printed Name:   J. Paul Reddam

Position:   President

*Caution: This section __must__ be completed and be signed by an authorized person, if confidential treatment of the balance sheet is requested.*

CFL 812 (12/06)                                    6

CONFIDENTIAL
CASHCALL 008867



MAILED
51007
Via FedEx

## SCHEDULE B-1(a)
## CALCULATION OF NET WORTH
## AS OF DECEMBER 31, 2006
### (Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.

CFL File No. 6038780

### FOR CORPORATION ONLY:

1. Common Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  3,000,000

2. Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0

3. Paid In Capital in Excess of Par . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17,000,000

4. Less: Treasury Stock, Donated Stock, etc. . . . . . . . . . . . . . . . . . . . . . . . .  (                    )

5. Total Capital (sum of lines 1 thru 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  20,000,000

6. Retained Earnings @ 01/01/06 . . . . . . . . . . . . . . . . . . . . . $ (2,216,169)

7. Adjustments to Retained Earnings . . . . . . . . . . . . . . . . . . .  (1,688,375)

8. Net Income or Loss (from Schedule C-1, line 23) . . . . . . . . . .  9,490,492

9. Retained Earnings @ 12/31/06 (sum of lines 6 thru 8) . . . . . . . . . . . . . . . . .  5,585,948

10. **Total Net Worth** (sum of lines 5 and 9 and must equal Schedule B-1, line 21) . . . $  25,585,948

### FOR PARTNERSHIP ONLY:

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |

12. Limited Partners (total) . . . . . . . . . . . . . . . . . . . . . . . . . .

13. Total Net Worth (sum of lines 11 and 12 and must equal Schedule B-1, line 21) . . .  $

### FOR INDIVIDUALS, TRUSTEES, AND OTHERS:

14. Net Worth of Individuals, Trustees, and Others (enter balance from
   Schedule B-1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $

CFL 812 (12/06)                                              7

CONFIDENTIAL
CASHCALL 008868

## SCHEDULE B-2
## ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING
## AS OF DECEMBER 31, 2006
### (Round to Nearest Dollar - Omit Cents)

**CALIFORNIA FINANCE LENDERS LOANS:**   (A)

Aggregate Balance

| | | |
|---|---|---|
| 1. Consumer Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 64,349,290 |
| 2. Commercial Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3.     Subtotal *(sum of lines 1 and 2)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 64,349,290 |
| 4. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 5. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( | 40,683,009 ) |
| 6. **Net California Finance Lenders Loans Receivables** *(sum of lines 3 thru 5 and must equal Schedule B-1, line 3)* . . . . . . . . . . . . . . | $ | 23,666,281 |

**OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:**   (B)

Aggregate Balance

| | | |
|---|---|---|
| 7. Sales Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 8. Leases *(True leases)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 9. Factoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 10. Others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 11.     Subtotal *(sum of lines 7 and 10)* . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 12. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 13. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 14. **Net Other Receivables** *(sum of lines 11 thru 13 and must equal Schedule B-1, line 4)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |

*NOTE*:

    **(A)** *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*

    **(B)** *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CONFIDENTIAL
CASHCALL 008869

**SCHEDULE C-1**
**STATEMENT OF INCOME AND EXPENSES**
**FOR CALENDAR YEAR 2006**
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---:|
| 1. | Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)*. **REPORT ONLY CFL GROSS INCOME ON THIS LINE** ...... $ | 139,397,248 |
| 2. | Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)*............................................. | 158,675 |
| 3. | **Total Gross Income** *(sum of lines 1 and 2)* ...................... $ | 139,555,923 |

### EXPENSES

| | | |
|---|---|---:|
| 4. | Advertising and Promotion.................................... $ | 28,102,526 |
| 5. | Professional Audit and Accounting Services ...................... | 314,652 |
| 6. | Insurance and Bond Premiums............................... | 1,847,320 |
| 7. | Legal Services and Expenses................................. | 2,458,736 |
| 8. | Occupancy Expenses...................................... | 1,947,676 |
| 9. | Provision for Bad Debt Allowance ............................ | 16,216,067 |
| 10. | Salaries and Bonuses: Employees ............................. | 37,834,396 |
| 11. | Salaries and Bonuses: Owners, Partners, Executives ............... | 900,983 |
| 12. | Depreciation ........................................... | 1,979,751 |
| 13. | License Fees and Taxes.................................... | 99,047 |
| 14. | Telephone and Utilities ................................... | 1,279,325 |
| 15. | Travel ................................................ | 267,542 |
| 16. | Other Expenses ......................................... | 29,023,563 |
| 17. | **Total Expenses before Interest and Income Taxes** *(sum of lines 4 thru 16)* ............................................. $ | 122,271,584 |
| 18. | **Income or (loss) before Interest and Income Taxes** *(line 3 less line 17)*............................................... $ | 17,284,339 |
| 19. | Interest Paid to Bona Fide Third Parties........................ | 4,693,683 |
| 20. | Interest Paid to Parent Company and Affiliates.................... | 2,357,048 |
| 21. | **Income or (Loss) before Income Taxes** *(subtract lines 19 and 20 from line 18)*............................................. $ | 10,233,608 |
| 22. | Provision for Income Taxes................................. | 743,116 |
| 23. | **Net Income or (Loss)** *(line 21 less line 22)* . **(A)** .................. $ | 9,490,492 |

***NOTE*** : (A) If the licensee is incorporated, NET INCOME OR LOSS balance must agree with
Schedule B-1(a), line 8.

CONFIDENTIAL
CASHCALL 008870

## SCHEDULE C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
## FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $ 246,928 | $ 25,041,702 | $ 25,288,630 |
| 2. Collection from Charged Off Accounts . | | | |
| 3. Income from Credit Insurance . . . . . . . | | | |
| 4. Other Insurance Commissions . . . . . . . | | | |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . | 256,200 | 8,051,850 | 8,308,050 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . . | | | |
| 7. Other income . . . . . . . . . . . . . . . . | | 105,800,568 | 105,800,568 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $ 503,128 | $ 138,894,120 | $ 139,397,248 |
| **COMMERCIAL LOANS:** | | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $ 0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . . . . . . | | | |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . . . | | | $ 0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . | | | $ 139,397,248 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on* Schedule C-3.

CFL 812 (12/06)                    10

CONFIDENTIAL
CASHCALL 008871

## SCHEDULE C-3
## ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
## FOR CALENDAR YEAR 2006
### (Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0

2. Other Interest or Return on Investment . . . . . . . . . . . . . . . _____ 158,675

3. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . _____ 0

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . _____ 0

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . _____ 0

6. Other Income (*please explain below*) . . . . . . . . . . . . . . . . _____ 0

7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . . $ _____ 158,675

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income **not** related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CONFIDENTIAL
CASHCALL 008872

# SCHEDULE  D
## SCHEDULE  OF  BROKERED  LOANS
### FOR  CALENDAR  YEAR  2006
(Round to Nearest Dollar - Omit Cents)

**A.  SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**

1. _____  _____  _____  $ _____  $ _____
2. _____  _____  _____  _____  _____
3. _____  _____  _____  _____  _____
4. _____  _____  _____  _____  _____
5. _____  _____  _____  _____  _____
6. _____  _____  _____  _____  _____
7. _____  _____  _____  _____  _____
8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3* ) . . . . . . . . . .  $ _____  $ _____

**LIST COMMERCIAL LOANS BROKERED ONLY:**

9. _____  _____  _____  $ _____  $ _____
10. _____  _____  _____  _____  _____
11. _____  _____  _____  _____  _____
12. _____  _____  _____  _____  _____
13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13* ) . . . . . . . . . . . . . . . .  $ _____  $ _____
14. **Total Loans Brokered** (*sum of lines 8 8 and 13* ) . . . . . . . . . . . . . . . . . . . . .  $ _____  $ _____

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B.  SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law* )

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | | $ _____ | $ _____ |

*State the name of the agency and your broker license number for authority to broker other loans.*

_____

CFL 812 (12/06)                    12

CONFIDENTIAL
CASHCALL 008873

## SCHEDULE E
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
## FOR CALENDAR YEAR 2006
### (Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Loans of | Number of Loans | Principal Amount |
|---|---|---|
| 1.  $   499  or  Less . . . . . . . . . . . . . . . . . . . . . . | 0 | $               0 |
| 2.       500  to  1,999 . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3.     2,000  to  2,499 . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 4.     2,500  to  4,999 . . . . . . . . . . . . . . . . . . . . . | 58,199 | 151,317,400 |
| 5.     5,000  to  9,999 . . . . . . . . . . . . . . . . . . . . . | 27,193 | 138,004,475 |
| 6.   10,000  or  More . . . . . . . . . . . . . . . . . . . . . | 5,878 | 59,460,000 |
| 7. **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . **(A)** . . . . . . . . . . . . . . . . . . . . . . . . | 91,270 | $  348,781,875 |

**COMMERCIAL LOANS ONLY**

| | | |
|---|---|---|
| 8.  $ 5,000  or  More . . . . . . . . . . . . . . . . . . . . . . | 0 | $               0 |
| 9. **Total Commercial Loans Made** . **(B)** . . . . . . . . . . | 0 | $               0 |
| 10. **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . **(C)** . . . . . . . . . . . . . . . . . . . . . . . | 91,270 | $  348,781,875 |

*NOTE* : **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
         **(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
         **(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CFL 812 (12/06)                                    13

CONFIDENTIAL
CASHCALL 008874

## SCHEDULE  F
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 2.   Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 3.   Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 4.   Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5.   Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6.   Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7.   Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 58,199 | $ 151,317,400 |
| 8.   Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 9.   Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 10.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12.  Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 58,199 | $ 151,317,400 |
| **Loans $5,000 to $9,999** | | |
| 13.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 27,193 | $ 138,004,475 |
| 14.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 15.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 16.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18.  Other Security . . . . . . . . . . . . . . . . . . . . . . . | | |
| 19.  Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 27,193 | $ 138,004,475 |

CFL 812 (12/06)                                    14

CONFIDENTIAL
CASHCALL 008875

## SCHEDULE F
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,878 | $ 59,460,000 |
| 21.  Personal Property (*household items*) . . . . . . . . . . | 0 | 0 |
| 22.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 23.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 25.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26.  Total Loans Made (*sum of lines 20 thru 25*) . . . . . . | 5,878 | $ 59,460,000 |
| 27.  **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . **(A)** . . . . . . . . . . . . . . . . . . . . . | 91,270 | $ 348,781,875 |

**COMMERCIAL LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| 28.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29.  Personal Property . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 31.  Business Equipment . . . . . . . . . . . . . . . . . . . . . | | |
| 32.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 33.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 34.  **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35.  **Total Loans Made - All Categories** (*sum of lines 27 and 34*) . **(C)** . . . . . . . . . . . . . . . . . . . | 91,270 | $ 348,781,875 |

***NOTE:*** (A) Totals must equal Schedule E, line 7 and Schedule G, line 40.
(B) Totals must equal Schedule E, line 9 and Schedule G, line 49.
(C) Totals must equal Schedule E, line 10 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008876

### SCHEDULE  G
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans under $2,500** | | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | | 0 | $ 0 |
| | Alternate Rates: | | | |
| 2. | 1.6% Per Month . . . . . . . . . . . . . . . . . . . | | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | | 0 | 0 |
| | Other Rates: | | | |
| 4. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . . | | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | | |
| 13. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 58,199 | 151,317,400 |
| 19.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . . | | 58,199 | $ 151,317,400 |

CONFIDENTIAL
CASHCALL 008877

## SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

|  | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR ............... | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR ............... | 0 | 0 |
| 24. | 20.000 to 24.999 | APR ............... | 0 | 0 |
| 25. | 25.000 to 29.999 | APR ............... | 0 | 0 |
| 26. | 30.000 to 34.999 | APR ............... | 0 | 0 |
| 27. | 35.000 to 39.999 | APR ............... | 0 | 0 |
| 28.1 | 40.000 to 99.999 | APR ............... | 27,193 | 138,004,475 |
| 28.2 | 100.000 or More | APR ............... | 0 | 0 |
| 29. | Variable Rates Based on Index ............ | | 0 | 0 |
| 30. | Total Loans Made (*sum of line 22 thru 29*) .... | | 27,193 | $ 138,004,475 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR ............... | 0 | $ 0 |
| 32. | 15.000 to 19.999 | APR ............... | 0 | 0 |
| 33. | 20.000 to 24.999 | APR ............... | 394 | 4,620,000 |
| 34. | 25.000 to 29.999 | APR ............... | 0 | 0 |
| 35. | 30.000 to 34.999 | APR ............... | 585 | 5,850,000 |
| 36. | 35.000 to 39.999 | APR ............... | 4,730 | 47,300,000 |
| 37.1 | 40.000 to 99.999 | APR ............... | 169 | 1,690,000 |
| 37.2 | 100.000 or More | APR ............... | | |
| 38. | Variable Rates Based on Index ............ | | | |
| 39. | Total Loans Made (*sum of line 31 thru 38*) ..... | | 5,878 | $ 59,460,000 |
| 40. | **Total Consumer Loans Made** (*sum of lines 12, 21, 30, & 39*) . **(A)** ................. | | 91,270 | $ 348,781,875 |

*NOTE* : **(A)** Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/06)                    17

CONFIDENTIAL
CASHCALL 008878

SCHEDULE G
(Continuation)
CALIFORNIA FINANCE LENDERS
LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
FOR CALENDAR YEAR 2006
(Round to Nearest Dollar - Omit Cents)

### COMMERCIAL LOANS ONLY

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| 41. | Up to 14.999 APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 47.1 | 40.000 to 99.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 47.2 | 100.000 or More APR . . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48* ) **. (B)** . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49* ) **. (C)** . . . . . . . . . . . . . . . . . | 91,270 | $ 348,781,875 |

*NOTE :* **(B)** Totals must equal Schedule E, line 9 and Schedule F, line 34.
       **(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CFL 812 (12/06)          18

CONFIDENTIAL
CASHCALL 008879

## SCHEDULE  H
## CREDIT INSURANCE
## GENERAL INFORMATION

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: N/A _____

   Address: N/A _____

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:   Yes [☐]    No [☐]

   If answer to Item 2 is *Yes,* please explain:

   _____

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

   | Single Premium | Credit Life | Joint Coverage |
   |---|---|---|
   | $0 | Personal Property | $0 |
   | $0 | Real Property | $0 |
   | | Credit Disability | |
   | $0 | Personal Property | $0 |
   | $0 | Real Property | $0 |
   | | Credit Loss-of-Income | |
   | $0 | Personal Property | $0 |
   | $0 | Real Property | $0 |

4. Is the credit insurance premium deducted from the loan proceeds?  Yes [☐]    No [☐]

   If the answer is *No,* please explain:
   N/A
   _____

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?  Yes [☐]   No [☐]

   If the answer is *No,* please explain:
   N/A
   _____

6. What is the age limit to qualify for credit insurance?

   | | Minimum | Maximum |
   |---|---|---|
   | Credit Life | 0 | 0 |
   | Credit Disability | 0 | 0 |
   | Credit Loss-of-Income | 0 | 0 |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?  Yes [☐]   No [☐]

   If the answer is *No,* please explain:
   N/A
   _____

8. List exclusions from coverage, if any:
   N/A
   _____
   _____

CFL 812 (12/06)                    19

CONFIDENTIAL
CASHCALL 008880

# SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND MULTIPLE LENDER LOANS
## FOR CALENDAR YEAR 2006
### (Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

   Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 0 | $ 0 | $ 0 | $ 0 |

| | | |
|---|---|---|
| Are these loans sold to institutional investors? | Yes [ ] | No [✓] |
| Did you sell any of those loans to affiliated companies? | Yes [ ] | No [✓] |
| Are trust accounts established for those loans serviced? | Yes [ ] | No [✓] |

2. Loans Serviced:

   Report all loans you service as of December 31, 2006

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Real Estate Secured | 0 | $ 0 | $ 0 |
| Non-Real Estate Secured | 155,160 | $ 550,143,689.21 | $ 0 |

CFL 812 (12/06)                    20

CONFIDENTIAL
CASHCALL 008881

# SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

**A. OTHER BUSINESS ACTIVITIES:**

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1.  Sale of Insurance Products | Insurer | 2006 Revenue |
|---|---|---|
| Credit Life Insurance | N/A | $ 0 |
| Credit Disability Insurance | N/A | 0 |
| Credit Loss of Income Insurance | N/A | 0 |
| Accidental Death & Dismemberment | N/A | 0 |
| Personal Property Insurance | N/A | 0 |
| Real Estate Loan Insurance | N/A | 0 |
| Others (*auto, whole life, etc.*) | N/A | 0 |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2006 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2006 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2006 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| None | N/A | N/A |
| | | |

CFL 812 (12/06)                    21

CONFIDENTIAL
CASHCALL 008882

## SCHEDULE  J
### (Continuation)
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made '_covered loans_' as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|---|---|
| 0 | $ 0 |

CFL 812 (12/06)                              22

CONFIDENTIAL
CASHCALL 008883

## SCHEDULE K
### DIRECTORY OF DIRECTORS, OFFICERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES

(Please Type or Print Clearly)

CFL File No. 6038780

Name of Licensee:    CashCall, Inc.

For updating the Department's licensee files, please complete the following directory for _ALL_ directors, officers, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interest if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a changes in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionnaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form is available at the Department's internet website at "www.corp.ca.gov".

| FIRST | FULL NAME MIDDLE | LAST | POSITION HELD OR TO BE HELD | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|
| John | Paul | Reddam | President | 17360 Brookhurst Street Fountain Valley, CA 92708 | 07-23-55 | C-0081122 California |
| Hillary | Elizabeth | Holland | Vice President | 17360 Brookhurst Street Fountain Valley, CA 92708 | 02-12-71 | A-1166870 California |
| Delbert | Orin | Meeks | CFO/Treasurer | 17360 Brookhurst Street Fountain valley, CA 92708 | 09-05-62 | N-9476152 California |
| Louis | Anthony | Ochoa | Secretary | 17360 Brookhurst Street Fountain valley, CA 92708 | 02-08-63 | N-9601637 California |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CFL 812 (12/06)

23

CONFIDENTIAL
CASHCALL 008884

# EXHIBIT D

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY      ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS REPORT. All licensees must complete the report even if no business was conducted. See* **INSTRUCTIONS** *if no business was conducted.*

*2008*

*To: COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA*

MAILED
3 12 08

### ANNUAL REPORT
### LICENSEES ENGAGED IN BUSINESS UNDER THE
### CALIFORNIA FINANCE LENDERS LAW
### (Finance Lender and Broker)
### For the Year Ended December 31, 2007

### SCHEDULE A
### GENERAL INFORMATION

1.    Name of Licensee (*as shown on the license*) and Address of Main Office:

   | |
   |---|
   | 6038780             CFL2 |
   | |
   | CASHCALL, INC |
   | 1600 S DOUGLASS ROAD |
   | ANAHEIM, CA 92806 |

2.    Business Phone No.: ( __949__ ) __752-4600__        Fax No.: ( __949__ ) __225-4600__

   Website Address:    __www.cashcall.com__

3.    Have you moved your business location or desire to change the address of your business in the near future?
   YES [ ☑ ]    NO [ ☐ ] **(CHECK ONE)**

   If yes, complete the following:

   | NOTICE OF CHANGE OF ADDRESS |
   |---|
   | New Address: |
   | |
   | New Business Phone No.: ( _____ ) |
   | Effective Date of Move: |
   | |
   | Signature          Name and Title (Please type or print) |
   | *(The signature must be that of an authorized person, such as an officer, employee designated to handle licensing matters, a partner, or a sole proprietor.)* |

CFL 812 (12/07)

CONFIDENTIAL
CASHCALL 008885

## SCHEDULE  A
### (Continuation)
### GENERAL  INFORMATION

4. Office Hours: 7 a.m. to 6 p.m.

5. License Number for Main Office:  6038780

   *(If the report covers more than one location, the license number and address of each location*
   *must be listed on a separate schedule attached to this report.)*
   **CAUTION:THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED.**

6. Licensed Authority:   A. [ ✓ ]  Lender Only
                         B. [ ☐ ]  Lender and Broker
                         C. [ ☐ ]  Broker Only

7. Total number of licenses held at December 31, 2007:   1

8. Type of Organization:   [ ✓ ]  Corporation
                           [ ☐ ]  Partnership
                           [ ☐ ]  Individual
                           [ ☐ ]  Limited Liability Company
                           [ ☐ ]  Other  (specify)

9. Person preparing this report:

   _____            J. Paul Reddam, President
   Signature                            Name & Title (Please type or print )

   Phone No.:   ( 949 )  752-4601

   Fax No.:   ( 949 )  225-4605

CONFIDENTIAL
CASHCALL 008886

# VERIFICATION

STATE OF <u>California</u>         )

                            ) SS.

COUNTY OF <u>Orange</u>         )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of
*(Insert name as shown on your license )*

<u>CashCall, Inc.</u>

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements
contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical
information supplied is to the best of my knowledge true and exact.

*Complete Section (A)* **OR** *Section (B) as appropriate.*

*(A) IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY,
COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.*

Date <u>*March 12*</u>      , <u>2008</u>    at <u>Anaheim</u>      , <u>California</u>

      (Month / Day)           (Year)                 (City)                 (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

<u>Signature of Declarant</u>

<u>J. Paul Reddam, President</u>
Name and Title  (Please type or print)

*(B) IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY
OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.*

Date _____ , _____       _____

      (Month / Day)         (Year)        Signature of Affiant

at _____

          (City)                  _____

_____   Name and Title  *(Please type or print )*

       (State)

                                   Subscribed and sworn to before me on

                                  _____ , _____

          (SEAL)                         (Month / Day)       (Year)

                                    _____
                                    Notary Public in and for said County and State

CFL 812 (12/07)                           3

CONFIDENTIAL
CASHCALL 008887

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | | |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | | |

* *If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED**

F. If no business was conducted under the license(s) during the calendar year 2007, only pages 1 through 11, 23 and 24 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2007, and no loan payment or broker fee was received in 2007. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2007."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2007 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CFL 812 (12/07)                                              4

CONFIDENTIAL
CASHCALL 008888

# SCHEDULE B-1
# BALANCE SHEET
## AS OF DECEMBER 31, 2007
### (Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                          CFL File No. 6038780

## ASSETS

| | | |
|---|---|---|
| 1. Cash | $ | 14480359 |
| 2. Investments | | 275000 |
| 3. CFL Loans Receivables (*must equal Schedule B-2, line 6*) | | 18764767 |
| 4. Other Receivables (*must equal Schedule B-2, line 14*) | | 0 |
| 5. Reserves and Withholds by Banks and Finance Companies | | 0 |
| 6. Fixed Assets (Less: *Accumulated Depreciation* $ 6304207 ) | | 12456709 |
| 7. Prepaid Expenses and Deferred Charges | | 1450657 |
| 8. Commissions Receivable | | 0 |
| 9. Other Assets | | 34408064 |
| 10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*) | $ | 81835556 |

Go to Line 22

## LIABILITIES AND NET WORTH

| | | |
|---|---|---|
| 11. Loans & Notes Payable from Third Parties | $ | 25820232 |
| 12. Loans & Notes Payable from Parents & Affiliates | | 41259801 |
| 13. Bonds, Debentures, and Certificates of Indebtedness | | 0 |
| 14. Accounts Payable | | 7095531 |
| 15. Dealers Reserves and Withholds | | 0 |
| 16. Accrued Taxes Other Than Income Tax | | 82630 |
| 17. Reserve for Income Taxes | | 674874 |
| 18. Credit Insurance Premiums Due Insurer | | 0 |
| 19. Other Liabilities and Accruals | | 1496948 |
| 20. **Total Liabilities** (*sum of lines 11 thru 19*) | $ | 76430016 |
| 21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, or 14*) | $ | 5405540 |
| 22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*) | $ | 81835556 |

*NOTE*: CFL stands for California Finance Lenders.

**Fixed Assets** include land, building, equipment, furniture & fixtures, automobiles, and leasehold improvement, less accumulated depreciation.

CONFIDENTIAL
CASHCALL 008889

SCHEDULE  B-1
(Continuation)
REQUEST  FOR  CONFIDENTIAL  TREATMENT

Name of Licensee (as shown on the license):     CashCall, Inc.

CFL File Number:     6038780

---

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF
THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE
SHEET AS A:

(CHECK ONE)

SOLE PROPRIETOR                                                                  ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals"    ☑

By: _____
*Signature of Declarant*

Printed Name:  J. Paul Reddam

Position:  President

*Caution: This section __must__ be completed and be signed by an authorized person, if confidential treatment of the balance
sheet is requested.*

---

CFL 812 (12/07)                                        6

CONFIDENTIAL
CASHCALL 008890

## SCHEDULE  B-1(a)
## CALCULATION  OF  NET  WORTH
### AS  OF  DECEMBER  31, 2007
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                                      CFL File No. 6038780

### FOR CORPORATION ONLY:

| | | |
|---|---|---:|
| 1. | Common Stock .............................................. | $ 3000000 |
| 2. | Preferred Stock ............................................. | 0 |
| 3. | Paid In Capital in Excess of Par ............................. | 17000000 |
| 4. | Less: Treasury Stock, Donated Stock, etc. .................... | ( 0 ) |
| 5. | Total Capital (*sum of lines 1 thru 4*) ...................... | $ 20000000 |
| 6. | Retained Earnings @ 01/01/07 ........................ $ 41696393 | |
| 7. | Adjustments to Retained Earnings ................... -2988374 | |
| 8. | Net Income or Loss (*from Schedule C-1, line 23*) .......... -53302479 | |
| 9. | Retained Earnings @ 12/31/07 (*sum of lines 6 thru 8*) ........................... | -14594460 |
| 10. | **Total Net Worth** (*sum of lines 5 and 9 and must equal Schedule B-1, line 21*) | $ 5405540 |

### FOR PARTNERSHIP ONLY:

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |

12. Limited Partners (*total*) ..........................

13. Total Net Worth (*sum of lines 11 and 12 and must equal Schedule B-1, line 21*)        $

### FOR INDIVIDUALS, TRUSTEES, AND OTHERS:

14. Net Worth of Individuals, Trustees, and Others (*enter balance from Schedule B-1, line 21*) .......................................        $

CFL 812 (12/07)                                     7

CONFIDENTIAL
CASHCALL 008891

## SCHEDULE B-2
## ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING
### AS OF DECEMBER 31, 2007
(Round to Nearest Dollar - Omit Cents)

**CALIFORNIA FINANCE LENDERS LOANS:**    (A)                          Aggregate Balance

| | | |
|---|---|---|
| 1. Consumer Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 47420993 |
| 2. Commercial Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3.     Subtotal (*sum of lines 1 and 2*) . . . . . . . . . . . . . . . . . . . . . . . | $ | 47420993 |
| 4. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 5. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . . . . . . . | ( | 28656226 ) |
| 6. **Net California Finance Lenders Loans Receivables** (*sum of lines 3 thru 5 and must equal Schedule B-1, line 3*) . . . . . . . . . . . . . . | $ | 18764767 |

**OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING
REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:**    (B)         Aggregate Balance

| | | |
|---|---|---|
| 7. Sales Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 8. Leases (*True leases*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 9. Factoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 10. Others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 11.     Subtotal (*sum of lines 7 and 10*) . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 12. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 13. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 14. **Net Other Receivables** (*sum of lines 11 thru 13 and must equal Schedule B-1, line 4*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |

*NOTE* :
   **(A)** *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*
   **(B)** *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CFL 812 (12/07)                                          8

CONFIDENTIAL
CASHCALL 008892

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2007
### (Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---:|
| 1. | Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)*. **REPORT ONLY CFL GROSS INCOME ON THIS LINE** . . . . . . $ | 125359412 |
| 2. | Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 393047 |
| 3. | **Total Gross Income** *(sum of lines 1 and 2)* . . . . . . . . . . . . . . . . $ | 125752459 |

### EXPENSES

| | | |
|---|---|---:|
| 4. | Advertising and Promotion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 21175400 |
| 5. | Professional Audit and Accounting Services . . . . . . . . . . . . . . . . . . . . | 933598 |
| 6. | Insurance and Bond Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3572726 |
| 7. | Legal Services and Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5424155 |
| 8. | Occupancy Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5410619 |
| 9. | Provision for Bad Debt Allowance . . . . . . . . . . . . . . . . . . . . . . . . . . | 14674874 |
| 10. | Salaries and Bonuses: Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . | 61588632 |
| 11. | Salaries and Bonuses: Owners, Partners, Executives . . . . . . . . . . . . . . | 1014648 |
| 12. | Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3651464 |
| 13. | License Fees and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 140432 |
| 14. | Telephone and Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1769998 |
| 15. | Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 359936 |
| 16. | Other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38195797 |
| 17. | **Total Expenses before Interest and Income Taxes** *(sum of lines 4 thru 16)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 157912279 |
| 18. | **Income or (loss) before Interest and Income Taxes** *(line 3 less line 17)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | -32159820 |
| 19. | Interest Paid to Bona Fide Third Parties . . . . . . . . . . . . . . . . . . . . . . | 17801139 |
| 20. | Interest Paid to Parent Company and Affiliates . . . . . . . . . . . . . . . . . . | 2475588 |
| 21. | **Income or (Loss) before Income Taxes** *(subtract lines 19 and 20 from line 18)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | -52436547 |
| 22. | Provision for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 865932 |
| 23. | **Net Income or (Loss)** *(line 21 less line 22)* . **(A)** . . . . . . . . . . . . . . . . . $ | -53302479 |

*NOTE* : **(A)** If the licensee is incorporated, NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8.

CFL 812 (12/07)                                         9

CONFIDENTIAL
CASHCALL 008893

SCHEDULE C-2
**ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS**
**FOR CALENDAR YEAR 2007**
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $ 180008 | $ 29983654 | $ 30163662 |
| 2. Collection from Charged Off Accounts . | | | |
| 3. Income from Credit Insurance . . . . . . . | | | |
| 4. Other Insurance Commissions . . . . . . . | | | |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . | 89050 | 3313244 | 3402294 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . . | | | |
| 7. Other income . . . . . . . . . . . . . . . . | | 91793456 | 91793456 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $ 269058 | $ 125090354 | $ 125359412 |

| | | |
|---|---|---|
| **COMMERCIAL LOANS:** | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . . . . . . . | | |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . . | $ | 125359412 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on* Schedule C-3.

CFL 812 (12/07)                    10

CONFIDENTIAL
CASHCALL 008894

## SCHEDULE C-3
### ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

| | | |
|---|---|---:|
| 1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 2. Other Interest or Return on Investment . . . . . . . . . . . . . . . | | 393047 |
| 3. Collection from Charged Off Accounts . . . . . . . . . . . . . . . | | 0 |
| 4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 6. Other Income (please explain below) . . . . . . . . . . . . . . . | | 0 |
| 7. Total Income from All Other Business and Sources (sum of lines 1 thru 6 and must equal Schedule C-1, line 2) . . . . . . . . | $ | 393047 |

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CONFIDENTIAL
CASHCALL 008895

# SCHEDULE D
## SCHEDULE OF BROKERED LOANS
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**

1. _____ _____ _____ $ _____ $ _____
2. _____ _____ _____ _____ _____
3. _____ _____ _____ _____ _____
4. _____ _____ _____ _____ _____
5. _____ _____ _____ _____ _____
6. _____ _____ _____ _____ _____
7. _____ _____ _____ _____ _____
8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . . . $ _____ $ _____

**LIST COMMERCIAL LOANS BROKERED ONLY:**

9. _____ _____ _____ $ _____ $ _____
10. _____ _____ _____ _____ _____
11. _____ _____ _____ _____ _____
12. _____ _____ _____
13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . . . . . $ _____ $ _____
14. **Total Loans Brokered** (*sum of lines 8 and 13*) . . . . . . . . . . . . . . . . . . . . . . $ _____ $ _____

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | | $ _____ | $ _____ |

*State the name of the agency and your broker license number for authority to broker other loans.*

_____

CFL 812 (12/07)                                              12

CONFIDENTIAL
CASHCALL 008896

## SCHEDULE E
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
## FOR CALENDAR YEAR 2007
### (Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $  499  or  Less . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $  0 |
| 2. | 500  to  1,999 . . . . . . . . . . . . . . . . . . . . . | 6 | 6150 |
| 3. | 2,000  to  2,499 . . . . . . . . . . . . . . . . . . . . . | 4 | 8000 |
| 4. | 2,500  to  4,999 . . . . . . . . . . . . . . . . . . . . . | 22289 | 57951400 |
| 5. | 5,000  to  9,999 . . . . . . . . . . . . . . . . . . . . . | 14329 | 72719675 |
| 6. | 10,000  or  More . . . . . . . . . . . . . . . . . . . . . | 1762 | 18020000 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . **(A)** . . . . . . . . . . . . . . . . . . . . . . . . | 38390 | $  148705225 |

### COMMERCIAL LOANS ONLY

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $ 5,000  or  More . . . . . . . . . . . . . . . . . . . . . | 0 | $  0 |
| 9. | **Total Commercial Loans Made** . **(B)** . . . . . . . . . . | 0 | $  0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . **(C)** . . . . . . . . . . . . . . . . . . . . . . . . | 38390 | $  148705225 |

*NOTE* : **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
   **(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
   **(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008897

# SCHEDULE F
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.  Unsecured | 10 | $ 14150 |
| 2.  Personal Property (*household items*) | 0 | 0 |
| 3.  Automobiles and Other Motor Vehicles | 0 | 0 |
| 4.  Wage Assignment | 0 | 0 |
| 5.  Other Security | 0 | 0 |
| 6.  Total Loans Made (*sum of lines 1 thru 5*) | 10 | $ 14150 |
| **Loans $2,500 to $4,999** | | |
| 7.  Unsecured | 22289 | $ 57951400 |
| 8.  Personal Property (*household items*) | 0 | 0 |
| 9.  Automobiles and Other Motor Vehicles | 0 | 0 |
| 10. Wage Assignment | 0 | 0 |
| 11. Other Security | 0 | 0 |
| 12. Total Loans Made (*sum of lines 7 thru 11*) | 22289 | $ 57951400 |
| **Loans $5,000 to $9,999** | | |
| 13. Unsecured | 14329 | $ 72719675 |
| 14. Personal Property (*household items*) | 0 | 0 |
| 15. Automobiles and Other Motor Vehicles | 0 | 0 |
| 16. Wage Assignment | 0 | 0 |
| 17. Real Property | 0 | 0 |
| 18. Other Security | 0 | 0 |
| 19. Total Loans Made (*sum of lines 13 thru 18*) | 14329 | $ 72719675 |

CFL 812 (12/07)                                    14

CONFIDENTIAL
CASHCALL 008898

## SCHEDULE  F
### (Continuation)
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 1762 | $ 18020000 |
| 21.  Personal Property (*household items*) . . . . . . . . . . | 0 | 0 |
| 22.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 23.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 25.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26.  Total Loans Made (*sum of lines 20 thru 25*) . . . . . . | 1762 | $ 18020000 |
| 27.  **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . **(A)** . . . . . . . . . . . . . . . . . . . . . | 38390 | $ 148705225 |
| **COMMERCIAL LOANS ONLY** | | |
| 28.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29.  Personal Property . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.  Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 31.  Business Equipment . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34.  **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35.  **Total Loans Made - All Gategories** (*sum of lines 27 and 34*) . **(C)** . . . . . . . . . . . . . . . . . . . | 38390 | $ 148705225 |

*NOTE:*  **(A)** Totals must equal Schedule E, line 7 and Schedule G, line 40.
  **(B)** Totals must equal Schedule E, line 9 and Schedule G, line 49.
  **(C)** Totals must equal Schedule E, line 10 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008899

### SCHEDULE  G
### CALIFORNIA  FINANCE  LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| 2. | Alternate Rates: 1.6% Per Month . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | 0 | 0 |
| 4. | Other Rates: Up to 14.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999 APR . . . . . . . . . . . . . . . | 8 | 12000 |
| 10.1 | 40.000 to 99.999 APR . . . . . . . . . . . . . . . | 2 | 2150 |
| 10.2 | 100.000 or More APR . . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . . | 10 | $ 14150 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999 APR . . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999 APR . . . . . . . . . . . . . . . | 1 | 2600 |
| 16. | 25.000 to 29.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999 APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999 APR . . . . . . . . . . . . . . . | 22288 | 57948800 |
| 19.2 | 100.000 or More APR . . . . . . . . . . . . . . . | 0 | 0 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . . | 22289 | $ 57951400 |

CFL 812 (12/07)                                     16

CONFIDENTIAL
CASHCALL 008900

## SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR ............. | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR ............. | 0 | 0 |
| 24. | 20.000 to 24.999 | APR ............. | 8 | 40600 |
| 25. | 25.000 to 29.999 | APR ............. | 0 | 0 |
| 26. | 30.000 to 34.999 | APR ............. | 0 | 0 |
| 27. | 35.000 to 39.999 | APR ............. | 0 | 0 |
| 28.1 | 40.000 to 99.999 | APR ............. | 14321 | 72679075 |
| 28.2 | 100.000 or More | APR ............. | 0 | 0 |
| 29. | Variable Rates Based on Index ............ | | 0 | 0 |
| 30. | Total Loans Made (*sum of line 22 thru 29*).... | | 14329 | $ 72719675 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR ............. | 0 | $ 0 |
| 32. | 15.000 to 19.999 | APR ............. | 0 | 0 |
| 33. | 20.000 to 24.999 | APR ............. | 139 | 1790000 |
| 34. | 25.000 to 29.999 | APR ............. | 0 | 0 |
| 35. | 30.000 to 34.999 | APR ............. | 242 | 2420000 |
| 36. | 35.000 to 39.999 | APR ............. | 1302 | 13020000 |
| 37.1 | 40.000 to 99.999 | APR ............. | 79 | 790000 |
| 37.2 | 100.000 or More | APR ............. | 0 | 0 |
| 38. | Variable Rates Based on Index ............ | | 0 | 0 |
| 39. | Total Loans Made (*sum of line 31 thru 38*)..... | | 1762 | $ 18020000 |
| 40. | **Total Consumer Loans Made** (*sum of lines 12, 21, 30, & 39*) . (A) ................. | | 38390 | $ 148705225 |

*NOTE*: (A) Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/07)                    17

CONFIDENTIAL
CASHCALL 008901

## SCHEDULE  G
### (Continuation)
### CALIFORNIA  FINANCE  LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

#### COMMERCIAL LOANS ONLY

|     | Annualized Rate of Charge | | Number of Loans | Principal Amount |
| --- | --- | --- | ---: | ---: |
| 41. | Up to 14.999 | APR . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 47.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . | 0 | 0 |
| 47.2 | 100.000 or More | APR . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . | | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48* ) . **(B)** . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49* ) . **(C)** . . . . . . . . . . . . . . . . . . . | | 38390 | $ 148705225 |

*NOTE* :  **(B)** Totals must equal Schedule E, line  9 and Schedule F, line 34.
**(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CONFIDENTIAL
CASHCALL 008902

## SCHEDULE H
## CREDIT INSURANCE
## GENERAL INFORMATION

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: Not Applicable

   Address: Not Applicable

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting: Yes [ ] No [ ]

   If answer to Item 2 is *Yes,* please explain:

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |
| | Credit Disability | |
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |
| | Credit Loss-of-Income | |
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |

4. Is the credit insurance premium deducted from the loan proceeds? Yes [ ] No [ ]

   If the answer is *No,* please explain:
   Not Applicable

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier? Yes [ ] No [ ]

   If the answer is *No,* please explain:
   Not Applicable

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | 0 | 0 |
| Credit Disability | 0 | 0 |
| Credit Loss-of-Income | 0 | 0 |

7. Does the credit disability policy contain a "14-day" non-retroactive provision? Yes [ ] No [ ]

   If the answer is *No,* please explain:
   Not Applicable

8. List exclusions from coverage, if any:
   Not Applicable

CFL 812 (12/07)                    19

CONFIDENTIAL
CASHCALL 008903

## SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND LOANS SERVICED
### FOR CALENDAR YEAR 2007
(Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

   Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code. and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 149423 | $ 498130043 | $ 498130043 | $ 2890859 |

   Are these loans sold to institutional investors?    Yes [☐]    No [☐]

   Did you sell any of those loans to affiliated companies?    Yes [☐]    No [☐]

   Are trust accounts established for those loans serviced?    Yes [☐]    No [☐]

2. Loans Serviced (This would include all loans originated, purchased or sold):

   Report all loans you service as of December 31, 2007

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Real Estate Secured | | $ | $ |
| Non-Real Estate Secured | 181431 | $ 609249748 | $ 18126888 |

CFL 812 (12/07)                    20

CONFIDENTIAL
CASHCALL 008904

# SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

## A. OTHER BUSINESS ACTIVITIES:

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

1.

| Sale of Insurance Products | Insurer | Revenue |
|---|---|---|
| Credit Life Insurance | Not Applicable | $ 0 |
| Credit Disability Insurance | Not Applicable | 0 |
| Credit Loss of Income Insurance | Not Applicable | 0 |
| Accidental Death & Dismemberment | Not Applicable | 0 |
| Personal Property Insurance | Not Applicable | 0 |
| Real Estate Loan Insurance | Not Applicable | 0 |
| Others (*auto, whole life, etc.*) | Not Applicable | 0 |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2007 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | Not Applicable |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)20

| Describe Activity | 2007 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | Not Applicable |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2007 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | Not Applicable |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| None | Not Applicable | Not Applicable |
| | | |

CONFIDENTIAL
CASHCALL 008905

## SCHEDULE J
### (Continuation)
### OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made '*covered loans*' as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|---|---|
| 0 | $            0 |

CFL 812 (12/07)                          22

CONFIDENTIAL
CASHCALL 008906

**SCHEDULE K**

**DIRECTORY OF DIRECTORS, OFFICERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**

(Please Type or Print Clearly)

Name of Licensee:   CashCall, Inc.

CFL File No. 6038780

For updating the Department's licensee files, please complete the following directory for **ALL** directors, officers, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a changes in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionnaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form is available at the Department's internet website at "www.corp.ca.gov".

| FULL NAME | | | POSITION HELD OR TO BE HELD | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | |
| John | Paul | Reddam | President | 1600 South Douglass Road Anaheim, California 92806 | 07-23-55 | C-0081122 California |
| Hilary | Elizabeth | Holland | Vice President | 1600 South Douglass Road Anaheim, California 92806 | 02-12-71 | A-1186870 California |
| Delbert | Orin | Meeks | CFO/Treasurer | 1600 South Douglass Road Anaheim, California 92806 | 09-05-92 | N-9476152 California |
| Louis | Anthony | Ochoa | Secretary | 1600 South Douglass Road Anaheim, California 92806 | 02-08-63 | N-9601637 California |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CFL 812 (12/07)

23

CONFIDENTIAL
CASHCALL 008907

**SCHEDULE K**
(Continuation)
**DIRECTORY OF OFFICERS, DIRECTORS, MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**
(Please Type or Print Clearly)

Name of Licensee: CashCall, Inc.

CFL File No. 6038780

| FULL NAME | | | POSITION HELD OR TO BE HELD | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CFL 812 (12/07)

24

CONFIDENTIAL
CASHCALL 008908

## SECTION 1436 (CCR) COMPLIANCE REPORT
### CFLL Report on Non-Traditional, Adjustable Rate and Mortgage Loan Products
### Addendum to Annual Report Required under Section 22159(FC)

COMPANY NAME: ____CashCall, Inc_____

LICENSE NUMBER: ____6038780_____

CONTACT PERSON: ____Daniel Baren_____ PHONE NO: __949-752-4608____

1. During calendar year 2007, have you made or arranged non-traditional mortgage products or adjustable rate mortgage products as defined by the Guidance?

    a. Made non-traditional mortgage products?      Yes ____ No **xx**
    b. Arranged non-traditional mortgage products?      Yes ____ No **xx**
    c. Made adjustable rate mortgage products?      Yes ____ No **xx**
    d. Arranged adjustable rate mortgage products?      Yes ____ No **xx**

If the answer is YES to any of the above, please complete items 2 through 4.
If the answer is NO to all questions, there is no need to complete items 2 through 4.

2. Please describe on a separate page how you have implemented the best practices and explain whether and how you have put into effect the following internal controls or procedures during the reporting period:

    a. Adopted processes, policies and procedures to ensure compliance with the Guidance.
    b. Implemented a consumer complaint process to resolve consumer complaints involving loans covered by the Guidance.
    c. Educated employees and agents to help them understand how to apply the best practices.
    d. Designated a compliance officer to ensure compliance with the Guidance.

Compliance Officer's Name: _____

Address: _____

Phone: _____ E-mail: _____

3. Consumer complaint information:

    a. Number of consumer complaints received      _____
    b. Number of consumer complaints resolved      _____
    c. Number of consumer complaints unresolved      _____
    d. Number of Workout Arrangements* used for resolved complaints      _____

4. If any non-traditional mortgage loans or adjustable rate mortgage loans subject to the Guidance were made or arranged, the finance company shall submit information regarding these loan products on the form entitled "Non-traditional, Adjustable Rate and Mortgage Loan Survey (Rev. 8/07)". This form is available on the Department's website at www.corp.ca.gov.

*Workout Arrangement shall mean a modified or converted loan product with predictable payment requirements to help the financially-stressed borrower.

CONFIDENTIAL
CASHCALL 008909

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY   ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

**Los Angeles, California**



IN REPLY REFER TO:
FILE NO.  <u>ALPHA</u>

February 1, 2008

TO:   **ALL LICENSEES PURSUANT TO THE CALIFORNIA FINANCE
LENDERS LAW**

The attached addendum to the annual report requesting information on non-traditional
mortgage products and adjustable rate mortgage products and the Report on Non-
traditional, Adjustable Rate and Mortgage Loan Products **must be completed and
returned to the Department of Corporations by March 15, 2008. These reports
must be filed by every licensee even if no business was conducted under the
authority of the license in 2007.**

### NEW REPORTING REQUIREMENTS FOR 2007 DATA

#### Report on Nontraditional, Adjustable Rate and Mortgage Loan Products

California Code of Regulations Title 10 Section 1436 effective on January 1, 2008
requires every licensee to implement best practices to manage loan product risk on a
continuous basis. These best practices shall include practices set forth in the Guidance on
Nontraditional Mortgage Product Risks published on November 14, 2006 by the
Conference of State Bank Supervisors (CSBS) and the American Association of
Residential Mortgage Regulators (AARMR) and the Statement on Subprime Mortgage
Lending published on July 17, 2007 by CSBS, AARMR and the National Association of
Consumer Credit Administrators. Both publications, collectively referred to herein as the
"Guidance," are available on the Department's website at www.corp.ca.gov. Best
practices" shall mean lawful processes, policies, and procedures to manage risks
associated with use of nontraditional mortgage products and adjustable rate mortgage
products as defined and prescribed by the Guidance.

In a separate written document, submitted as an addendum to its annual report required
under Section 22159 of the Financial Code, every licensee shall state whether it made or
arranged nontraditional mortgage products and adjustable rate mortgage products, as
defined by the Guidance, during the reporting period covered by the annual report. If any
such loans were made or arranged, the licensee shall also explain how it has implemented
best practices and explain whether and how it has put into effect the following internal
controls or procedures during the reporting period: adopted processes, policies and
procedures to ensure compliance with the Guidance; designated a compliance officer

♦ Securities ♦ Franchises ♦ Off-Exchange Commodities ♦ Investment and Financial Services ♦
♦ Independent Escrows ♦ Consumer and Commercial Finance Lending ♦ Residential Mortgage Lending ♦

SACRAMENTO 95814-4052          SAN FRANCISCO 94105-2980          LOS ANGELES 90013-2344          SAN DIEGO 92101-3697
1515 K STREET, SUITE 200        71 STEVENSON STREET, SUITE 2100    320 WEST 4TH STREET, SUITE 750    1350 FRONT STREET, ROOM 2034
    (916) 445-7205                     (415) 972-8559                    (213) 576-7500                     (619) 525-4233

**1-866-ASK-CORP**                     **www.corp.ca.gov**                     **1-866-275-2677**

CONFIDENTIAL
CASHCALL 008910

(including contact information of that officer) to ensure compliance with the Guidance; implemented a consumer complaint process to resolve consumer complaints involving loans covered by the Guidance; and educated employees and agents to help them understand how to apply the best practices. In addition, the licensee shall indicate the number of any consumer complaints it received during the reporting period regarding loans that are subject to the Guidance, including the number of resolved complaints and unresolved complaints and the number of workout arrangements used for resolved complaints. "Workout arrangement" shall mean a modified or converted loan product with predictable payment requirements to help the financially-stressed borrower. Attached for your convenience is a suggested format for reporting this data.

If any nontraditional mortgage loans or adjustable rate mortgage loans subject to the Guidance were made or arranged, the licensee shall also submit information regarding those loan products on the form entitled Non-traditional, Adjustable Rate and Mortgage Loan Survey (Rev. 8/07) (Survey.) The Survey and the definitions of these products are contained in an attachment to the report. The Survey is also available on the Department's website at www.corp.ca.gov.

## WHERE AND WHEN TO FILE

The report is due **March 15, 2008** at:

DEPARTMENT OF CORPORATIONS
320 WEST 4TH STREET, SUITE 750
LOS ANGELES, CA 90013-2344

Information regarding the report may be obtained from:

1-866-ASK-CORP or 1-866 275-2677

CONFIDENTIAL
CASHCALL 008911

# EXHIBIT E

STATE OF CALIFORNIA – BUSINESS, TRANSPORTATION AND HOUSING AGENCY          ARNOLD SCHWARZENEGGER *Governor*

# DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING
THIS REPORT. All licensees must complete the report even if no business was conducted.
See INSTRUCTIONS if no business was conducted .*

*Sent
3/12/09*

*To: COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA*

### ANNUAL  REPORT
### LICENSEES ENGAGED IN BUSINESS UNDER THE
### CALIFORNIA FINANCE LENDERS LAW
#### (Finance Lender and Broker)
#### For the Year Ended December 31, 2008

### SCHEDULE A
### GENERAL INFORMATION

1.  Name of Licensee (*as shown on the license*)
    and Address of Main Office:

    > 6038780      CFL  1
    > CASHCALL, INC.
    > 1600 S. DOUGLASS ROAD
    > ANAHEIM, CA  92806

2.  Business Phone No.: ( 949 ) 752-4600          Fax No.: ( 949 ) 225-4600

    Website Address:    www.cashcall.com

    E-mail Address:

3.  Address Change.  If you wish to change the address of your place of business, you must submit a **Change of Address Form** to
    the Department of Corporations.  The request for the change of address must be received by the Department 10 days prior to the
    date of your move or an administrative penalty of $500 will be assessed.  The Change of Address Form can be found on the
    Department's website at www.corp.ca.gov.

CFL 812 (12/08)

CONFIDENTIAL
CASHCALL 008912

## SCHEDULE A
### (Continuation)
## GENERAL INFORMATION

4. Office Hours: 7:00 a.m. - 6:00 p.m.

5. License Number for Main Office: 6038780

   *(If the report covers more than one location, the license number and address of each location must be listed on a separate schedule attached to this report.)*
   ***CAUTION: THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED***

6. Licensed Authority:   A. [xxx] Lender Only
                          B. [   ] Lender and Broker
                          C. [   ] Broker Only

7. Total number of licenses held at December 31, 2008:    1

8. Type of Organization:   [xxx] Corporation
                          [   ] Partnership
                          [   ] Individual
                          [   ] Limited Liability Company
                          [   ] Other (specify)

9. Person preparing this report:

   *[signature]*
   Signature

   Louis Ochoa, Secretary
   Name & Title (Please *type or print*)

   Phone No.: (949 ) 752-4605

   Fax No.: ( 949 ) 225-4605

CONFIDENTIAL
CASHCALL 008913

# VERIFICATION

STATE OF ___California_____ )
                                ) SS.
COUNTY OF ____Orange_____ )

I, the undersigned, state: That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of (*Insert name as shown on your license*)

    CashCall, Inc.

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

Additional certification of licensees with two or more licensed locations:

By signing this report I hereby authorize the Commissioner to contact our main office regarding issues and concerns for all branches of the company.

***Complete Section (A) OR Section (B) as appropriate.***

---

**(A) *IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.***

Date __March_____, _2009__ at _Anaheim_____, _CA___
     (Month / Day)    (Year)     (City)     (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

__Louis Ochoa, Secretary_____
Name and Title  (Please type or print)

---

**(B) *IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.***

Date _____, _____
    (Month / Day)     (Year)

at _____

      (City)

_____

      (State)

Signature of Affiant

_____

Name and Title  (*Please type or print*)

Subscribed and sworn to before me on

_____, _____
     (Month / Day)     (Year)

     (SEAL)

_____
Notary Public in and for said County and State

CFL 812 (12/08)        3

CONFIDENTIAL
CASHCALL 008914

# TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|----------|------|----------|------|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | L | 25 & 26 |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|----------|------|----------|------|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | L | 25 & 26 |

   * *If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTEI**

F. If no business was conducted under the license(s) during the calendar year 2008, only pages 1 through 11, 23, 24 and 25 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2008, and no loan payment or broker fee was received in 2008. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2008."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2008 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CFL 812 (12/08)                                    4

CONFIDENTIAL
CASHCALL 008915

# SCHEDULE  B-1
## BALANCE  SHEET
### AS  OF  DECEMBER  31,  2008
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: __CashCall,  Inc.__                    CFL File No. __6038780__

## ASSETS

1. Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 6,017,303

2. Investments . . . . . . . . . . . . . . . . . . . . . . . . . . . .  275,000

3. CFL Loans Receivables (*must equal Schedule B-2, line 6*) . . . . . . . . . .  30,250,865

4. Other Receivables (*must equal Schedule B-2, line 14*) . . . . . . . . . . . .  0

5. Reserves and Withholds by Banks and Finance Companies . . . . . . . . . .  0

6. Fixed Assets (Less: *Accumulated Depreciation*  $ __9,535,394__ )  18,794,210

7. Prepaid Expenses and Deferred Charges . . . . . . . . . . . . . . . . . . . .  920,607

8. Commissions Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0

9. Other Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  61,013,871

10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*) . . . . . . . .  $107,736,462

## LIABILITIES AND NET WORTH

11. Loans & Notes Payable from Third Parties . . . . . . . . . . . . . . . . . . . .  $ 49,031,623

12. Loans & Notes Payable from Parents & Affiliates . . . . . . . . . . . . . . .  41,259,801

13. Bonds, Debentures, and Certificates of Indebtedness . . . . . . . . . . . . .  0

14. Accounts Payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9,758,638

15. Dealers Reserves and Withholds . . . . . . . . . . . . . . . . . . . . . . . . .  0

16. Accrued Taxes Other Than Income Tax . . . . . . . . . . . . . . . . . . . . .  26,335

17. Reserve for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0

18. Credit Insurance Premiums Due Insurer . . . . . . . . . . . . . . . . . . . . .  0

19. Other Liabilities and Accruals . . . . . . . . . . . . . . . . . . . . . . . . . .  1,982,020

20. **Total Liabilities** (*sum of lines 11 thru 19*) . . . . . . . . . . . . . . . . . .  $ 102,058,417

21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, or 14*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 5,678,045

22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 107,736,462

*NOTE*: **CFL** stands for California Finance Lenders.
     **Fixed Assets** include land, building, equipment, furniture & fixtures, automobiles, and leasehold improvement, less accumulated depreciation.

CFL 812 (12/08)                    5

CONFIDENTIAL
CASHCALL 008916

## SCHEDULE  B-1
### (Continuation)
## REQUEST  FOR  CONFIDENTIAL  TREATMENT

Name of Licensee (as shown on the license):   CashCall, Inc.

CFL File Number:   6038780

---

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE SHEET AS A:

(CHECK ONE)

SOLE PROPRIETOR ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals" ☒

By: _____
     *Signature of Declarant*

Printed Name:  Louis Ochoa

Position:  Secretary

*Caution: This section* __must__ *be completed and be signed by an authorized person, if confidential treatment of the balance sheet is requested.*

CFL 812 (12/08)                                     6

CONFIDENTIAL
CASHCALL 008917

## SCHEDULE   B-1(a)
## CALCULATION  OF  NET  WORTH
## AS  OF  DECEMBER  31, 2008
(Round to Nearest Dollar - Omit Cents)

Name of Licensee:  CashCall, Inc.                                                CFL File No. 6038780

### FOR CORPORATION ONLY:

| | | |
|---|---|---:|
| 1. Common Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 3,000,000 |
| 2. Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3. Paid In Capital in Excess of Par . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19,039,540 |
| 4. Less: Treasury Stock, Donated Stock, etc. . . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 5. Total Capital (sum of lines 1 thru 4) . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 22,039,540 |
| 6. Retained Earnings @ 01/01/08 . . . . . . . . . . . . . . . . . . . . $ | (13,645,626) | |
| 7. Adjustments to Retained Earnings . . . . . . . . . . . . . . . . . . . | (2,998,374) | |
| 8. Net Income or Loss (from Schedule C-1, line 23) . . . . . . . . . | 272,505 | |
| 9. Retained Earnings @ 12/31/08 (sum of lines 6 thru 8) . . . . . . . . . . . . . . . . . . . . | | (16,361,495) |
| 10. **Total Net Worth** (sum of lines 5 and 9 and must equal Schedule B-1, line 21) | $ | 5,678,045 |

### FOR PARTNERSHIP ONLY:

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | | Amount |
|---|---|---|---|
| | | $ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 12. Limited Partners (total) . . . . . . . . . . . . . . . . . . . . . . | | |
| 13. Total Net Worth (sum of lines 11 and 12 and must equal Schedule B-1, line 21) | $ | |

### FOR INDIVIDUALS, TRUSTEES, AND OTHERS:

14. Net Worth of Individuals, Trustees, and Others (enter balance from
Schedule B-1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

CONFIDENTIAL
CASHCALL 008918

**SCHEDULE B-2**
**ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING**
**AS OF DECEMBER 31, 2008**
(Round to Nearest Dollar - Omit Cents)

**CALIFORNIA FINANCE LENDERS LOANS:** **(A)**

| | | Aggregate Balance |
|---|---|---|
| 1. Consumer Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 66,123,183 |
| 2. Commercial Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3.   Subtotal (*sum of lines 1 and 2*) . . . . . . . . . . . . . . . . . . | $ | 66,123,183 |
| 4. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 5. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . | ( | 35,872,318 ) |
| 6. **Net California Finance Lenders Loans Receivables** (*sum of lines 3 thru 5 and must equal Schedule B-1, line 3*) . . . . . . . . . . . . . . | $ | 30,250,865 |

**OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:** **(B)**

| | | Aggregate Balance |
|---|---|---|
| 7. Sales Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 8. Leases (*True leases*) . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 9. Factoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 10. Others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 11.   Subtotal (*sum of lines 7 and 10*) . . . . . . . . . . . . . . . . . | $ | 0 |
| 12. Less: Unearned Pre-computed Charges . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 13. Less: Allowance for Bad Debts . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 14. **Net Other Receivables** (*sum of lines 11 thru 13 and must equal Schedule B-1, line 4*) . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |

*NOTE:*
   **(A)** *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*
   **(B)** *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CFL 812 (12/08)                                        8

CONFIDENTIAL
CASHCALL 008919

### SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2008
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | |
|---|---:|
| 1. Gross Income from CFL Loans and CFL Brokered Loans (*from Schedule C-2, line 16*). **REPORT ONLY CFL GROSS INCOME ON THIS LINE** . . . . $ | 80,931,008 |
| 2. Gross Income from All Other Business and Sources (*from Schedule C-3, line 7*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 236,536 |
| 3. **Total Gross Income** (*sum of lines 1 and 2*) . . . . . . . . . . . . . . . . . . . . $ | 81,167,544 |

### EXPENSES

| | |
|---|---:|
| 4. Advertising and Promotion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 5,697,298 |
| 5. Professional Audit and Accounting Services . . . . . . . . . . . . . . . . . . . . | 580,024 |
| 6. Insurance and Bond Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,288,004 |
| 7. Legal Services and Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,546,190 |
| 8. Occupancy Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,285,322 |
| 9. Provision for Bad Debt Allowance . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,093,792 |
| 10. Salaries and Bonuses: Employees . . . . . . . . . . . . . . . . . . . . . . . . . . | 30,822,638 |
| 11. Salaries and Bonuses: Owners, Partners, Executives . . . . . . . . . . . . . . . | 825,000 |
| 12. Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,679,399 |
| 13. License Fees and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 178,171 |
| 14. Telephone and Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,198,992 |
| 15. Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 224,279 |
| 16. Other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,152,941 |
| 17. **Total Expenses before Interest and Income Taxes** (*sum of lines 4 thru 16*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 73,572,050 |
| 18. **Income or (loss) before Interest and Income Taxes** (*line 3 less line 17*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 7,595,494 |
| 19. Interest Paid to Bona Fide Third Parties . . . . . . . . . . . . . . . . . . . . . . | 4,839,272 |
| 20. Interest Paid to Parent Company and Affiliates . . . . . . . . . . . . . . . . . . | 2,475,588 |
| 21. **Income or (Loss) before Income Taxes** (*subtract lines 19 and 20 from line 18*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 280,634 |
| 22. Provision for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,129 |
| 23. **Net Income or (Loss)** (*line 21 less line 22*) . **(A)** . . . . . . . . . . . . . . . . $ | 272,505 |

*NOTE* :   **(A)** If the licensee is incorporated, NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8.

CFL 812 (12/08)

CONFIDENTIAL
CASHCALL 008920

### SCHEDULE C-2
# ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
## FOR CALENDAR YEAR 2008
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $ 229,131 | $ 25,017,562 | $ 25,246,693 |
| 2. Collection from Charged Off Accounts . | | | |
| 3. Income from Credit Insurance . . . . . . . | | | |
| 4. Other Insurance Commissions . . . . . . . | | | |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . | 95,000 | 725,731 | 820,731 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . | | | |
| 7. Other income  residual interst income and servicing income | | 54,863,584 | 54,863,584 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $ | $ | $ 80,931,008 |
| **COMMERCIAL LOANS:** | | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $ 0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . . . . | | | 0 |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . . | | | $ 0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . . . | | | $ 80,931,008 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on Schedule C-3.*

CONFIDENTIAL
CASHCALL 008921

## SCHEDULE   C-3
### ANALYSIS  OF  INCOME  RECEIVED  FROM  OTHER  BUSINESS  AND  SOURCES
### FOR  CALENDAR  YEAR  2008
(Round to Nearest Dollar - Omit Cents)

**ALL OTHER BUSINESS AND SOURCES:**

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . .   $ _____ 0

2. Other Interest or Return on Investment . . . . . . . . . . . . . . .   _____ 236,536

3. Collection from Charged Off Accounts . . . . . . . . . . . . . . .   _____ 0

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . .   _____ 0

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . .   _____ 0

6. Other Income (*please explain below*) . . . . . . . . . . . . . . .   _____ 0

7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . .   $ _____ 236,536

Please describe source of other income for line 6:

_____

_____

_____

_____

_____

_____

**CAUTION:**  *Income reported on Lines 1 through 7 is only for income **not** related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CONFIDENTIAL
CASHCALL 008922

# SCHEDULE D
## SCHEDULE OF BROKERED LOANS
## FOR CALENDAR YEAR 2008
(Round to Nearest Dollar - Omit Cents)

**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**

1. _____ _____ _____ $ _____ $ _____
2. _____ _____ _____ _____ _____
3. _____ _____ _____ _____ _____
4. _____ _____ _____ _____ _____
5. _____ _____ _____ _____ _____
6. _____ _____ _____ _____ _____
7. _____ _____ _____ _____ _____
8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . _____ $ _____ $ _____

**LIST COMMERCIAL LOANS BROKERED ONLY:**

9. _____ _____ _____ $ _____ $ _____
10. _____ _____ _____ _____ _____
11. _____ _____ _____ _____ _____
12. _____ _____ _____ _____ _____
13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . _____ $ _____ $ _____
14. **Total Loans Brokered** (*sum of lines 8 and 13*) . . . . . . . . . . . . . . . . . . . . . _____ $ _____ $ _____

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | _____ | $ _____ | $ _____ |

*State the name of the agency and your broker license number for authority to broker other loans.*

_____

CFL 812 (12/08)                                    12

CONFIDENTIAL
CASHCALL 008923

## SCHEDULE  E
## CALIFORNIA  FINANCE  LENDERS
## LOANS  MADE  OR  REFINANCED  DURING  THE  YEAR  BY  SIZE
## FOR  CALENDAR  YEAR  2008
### (Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $   499  or  Less . . . . . . . . . . . . . . . . . . . . . | 0 | $   0 |
| 2. | 500  to  1,999 . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | 2,000  to  2,499 . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 4. | 2,500  to  4,999 . . . . . . . . . . . . . . . . . . . . . | 6,166 | 16,031,600 |
| 5. | 5,000  to  9,999 . . . . . . . . . . . . . . . . . . . . | 2,720 | 13,804,000 |
| 6. | 10,000  or  More . . . . . . . . . . . . . . . . . . . . | 122 | 1,220,000 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . (A) . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,008 | $ 31,055,600 |

**COMMERCIAL LOANS ONLY**

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $ 5,000  or  More . . . . . . . . . . . . . . . . . . . . | 0 | $   0 |
| 9. | **Total Commercial Loans Made** . (B) . . . . . . . . . | 0 | $   0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . (C) . . . . . . . . . . . . . . . . . . . . . | 9,008 | $   31,055,600 |

*NOTE* :   **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
   **(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
   **(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CFL 812 (12/08)                    13

CONFIDENTIAL
CASHCALL 008924

# SCHEDULE F
## CALIFORNIA FINANCE LENDERS
# LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
## FOR CALENDAR YEAR 2008
### (Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1. Unsecured . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 2. Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 3. Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 4. Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5. Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6. Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7. Unsecured . . . . . . . . . . . . . . . . . . . . . | 6,166 | $ 16,031,600 |
| 8. Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 9. Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 10. Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11. Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12. Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 6,166 | $ 16,031,600 |
| **Loans $5,000 to $9,999** | | |
| 13. Unsecured . . . . . . . . . . . . . . . . . . . . . | 2,720 | $ 13,804,000 |
| 14. Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 15. Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 16. Wage Assignment . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17. Real Property . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18. Other Security . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 19. Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 2,720 | $ 13,804,000 |

CONFIDENTIAL
CASHCALL 008925

# SCHEDULE F
## (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2008
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . | 122 | $  1,220,000 |
| 21.  Personal Property (*household items*) . . . . . . . . . . | 0 | 0 |
| 22.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 23.  Wage Assignment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24.  Real Property . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 25.  Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26.  Total Loans Made (*sum of lines 20 thru 25*) . . . . . . | 122 | $  1,220,000 |
| 27.  **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . (A) . . . . . . . . . . . . . . . . . . . . | 9,008 | $  31,055,600 |

## COMMERCIAL LOANS ONLY

| | Number of Loans | Principal Amount |
|---|---|---|
| 28.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $  0 |
| 29.  Personal Property . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 31.  Business Equipment . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32.  Real Property . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33.  Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34.  **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** . . . . . . . . . . . . . . . . . . . | 0 | $  0 |
| 35.  **Total Loans Made - All Gategories** (*sum of lines 27 and 34*) . (C) . . . . . . . . . . . . . . . . . . | 9,008 | $  31,055,600 |

*NOTE:*   (A) Totals must equal Schedule E, line  7 and Schedule G, line 40.
    (B) Totals must equal Schedule E, line  9 and Schedule G, line 49.
    (C) Totals must equal Schedule E, line 10 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008926

# SCHEDULE  G
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2008
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans under $2,500** | | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | | 0 | $ 0 |
| 2. | Alternate Rates: 1.6% Per Month . . . . . . . . . . . . . . . . . . . . | | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | | 0 | 0 |
| 4. | Other Rates: Up to 14.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 100.000 or More | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . | | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . | | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | | |
| 13. | Up to 14.999 | APR . . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . . | 3 | 7,800 |
| 16. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . . | 6,163 | 16,023,800 |
| 19.2 | 100.000 or More | APR . . . . . . . . . . . . . . . | 0 | 0 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . | | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . | | 6,166 | $ 16,031,600 |

CFL 812 (12/08)                16

CONFIDENTIAL
CASHCALL 008927

# SCHEDULE  G
## (Continuation)
### CALIFORNIA  FINANCE  LENDERS
### LOANS  MADE  OR  REFINANCED  DURING  THE  YEAR  BY  RATES  CHARGES
### FOR  CALENDAR  YEAR  2008
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 24. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 3 | 15,225 |
| 25. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 26. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 27. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 28.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 2,717 | 13,788,775 |
| 28.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 29. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 30. | Total Loans Made (*sum of line 22 thru 29*) . . . . | | 2,720 | $ 13,804,000 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 32. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 33. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 34. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 40 | 400,000 |
| 35. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 36. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 37.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 82 | 820,000 |
| 37.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 38. | Variable Rates Based on Index . . . . . . . . . . . . | | 0 | 0 |
| 39. | Total Loans Made (*sum of line 31 thru 38*) . . . . . | | 122 | $ 1,220,000 |
| 40. | **Total Consumer Loans Made** (*sum of lines 12, 21, 30, & 39*) . **(A)** . . . . . . . . . . . . . . | | 9,008 | $ 31,055,600 |

*NOTE* :  **(A)** Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/08)                                                    17

CONFIDENTIAL
CASHCALL 008928

## SCHEDULE  G
### (Continuation)
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
## FOR CALENDAR YEAR 2008
### (Round to Nearest Dollar - Omit Cents)

### COMMERCIAL LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| 41. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 47.1 | 40.000 to 99.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 47.2 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . | | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48*) . **(B)** . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49*) . **(C)** . . . . . . . . . . . . . . . . | | 9,008 | $ 31,055,600 |

*NOTE* :  **(B)** Totals must equal Schedule E, line 9 and Schedule F, line 34.
　　　　**(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CFL 812 (12/08)                                  18

CONFIDENTIAL
CASHCALL 008929

# SCHEDULE H
## CREDIT INSURANCE
## GENERAL INFORMATION

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: <u>Not Applicable</u>

   Address: <u>Not Applicable</u>

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:   Yes [   ]   No [   ]

   If answer to Item 2 is *Yes,* please explain:

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $   0 | Personal Property | $   0 |
| $   0 | Real Property | $   0 |
| | **Credit Disability** | |
| $   0 | Personal Property | $   0 |
| $   0 | Real Property | $   0 |
| | **Credit Loss-of-Income** | |
| $   0 | Personal Property | $   0 |
| $   0 | Real Property | $   0 |

4. Is the credit insurance premium deducted from the loan proceeds?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | 0 | 0 |
| Credit Disability | 0 | 0 |
| Credit Loss-of-Income | 0 | 0 |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?   Yes [   ]   No [   ]

   If the answer is *No,* please explain:

8. List exclusions from coverage, if any:

CFL 812 (12/08)                                    19

CONFIDENTIAL
CASHCALL 008930

SCHEDULE I

# SALE OF LOANS TO INSTITUTIONAL INVESTORS AND LOANS SERVICED
## FOR CALENDAR YEAR 2008

(Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 21,892 | $ 60,814,729 | $ 60,814,729 | $ 604,848 |

| | |
|---|---|
| Are these loans sold to institutional investors? | yes |
| Did you sell any of those loans to affiliated companies? | no |
| Are trust accounts established for those loans serviced? | yes |

2. Loans Serviced Under the CFL License (This would include all loans originated, purchased or sold):

Report all loans you service as of December 31, 2008

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Real Estate Secured | 0 | $ 0 | $ 0 |
| Non-Real Estate Secured | 378,655 | $ 364,015,150 | $1,151,850 |

CFL 812 (12/08)                    20

CONFIDENTIAL
CASHCALL 008931

SCHEDULE  J

**OTHER  BUSINESS  ACTIVITIES  AND  COVERED  LOANS**

(Round to Nearest Dollar - Omit Cents)

**A. OTHER BUSINESS ACTIVITIES:**

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1. | Sale of Insurance Products | Insurer | 2008 Revenue |
|---|---|---|---|
| | Credit Life Insurance | N/A | $    0 |
| | Credit Disability Insurance | N/A | 0 |
| | Credit Loss of Income Insurance | N/A | 0 |
| | Accidental Death & Dismemberment | N/A | 0 |
| | Personal Property Insurance | N/A | 0 |
| | Real Estate Loan Insurance | N/A | 0 |
| | Others (*auto, whole life, etc.*) | N/A | 0 |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2008 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $    0 | N/A |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
   (*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2008 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $    0 | N/A |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2 or 3 above.*)

| Describe Activity | 2008 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $    0 | N/A |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| None | 0 | N/A |
| | | |

CFL 812 (12/08)                                    21

CONFIDENTIAL
CASHCALL 008932

## SCHEDULE  J
### (Continuation)
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made "*covered loans*" as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|:---:|:---:|
| 0 | 0 |
| | $ |

CONFIDENTIAL
CASHCALL 008933

## SCHEDULE K
### DIRECTORY OF DIRECTORS, OFFICERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES
(Please Type or Print Clearly)

Name of Licensee: __CashCall, Inc.__

CFL File No. __603980__

For updating the Department's licensee files, please complete the following directory for **ALL** directors, officers, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a change in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionnaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form available at the Department's internet website at "www.corp.ca.gov".

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| John | Paul | Reddam | President/ Director | 100 | 1600 S. Douglass Rd. Anaheim, CA 92806 | 1/23/55 | C-0681121 CA |
| Hilary | Elizabeth | Holland | Vice President | 0 | 1600 S. Douglass Rd. Anaheim CA 92806 | 2/17/71 | A-1186370 CA |
| Delbert | Oren | Meeks | VP & Treasurer | 0 | 1600 S. Douglass Rd. Anaheim CA 92806 | 9/5/62 | N-2470152 VA |
| Louis | Anthony | Ocrea | Secretary | 0 | 1600 S. Douglass Rd. Anaheim CA 92806 | 2/3/65 | N-9601637 VA |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/08)

23

CONFIDENTIAL
CASHCALL 008934

**SCHEDULE K**
(Continuation)

**DIRECTORY OF OFFICERS, DIRECTORS, MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**

(Please Type or Print Clearly)

Name of Licensee: _____

CFL File No. _____

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/08)

24

CONFIDENTIAL
CASHCALL 008935

# SCHEDULE L
## CFLL REPORT ON NON-TRADITIONAL, ADJUSTABLE RATE AND MORTGAGE LOAN PRODUCTS

COMPANY NAME:   CashCall, Inc.

LICENSE NUMBER:   6038780

CONTACT PERSON:   Daniel Baren     PHONE NO:   949-752-4605

1. During calendar year 2008, have you made or arranged non-traditional mortgage products or adjustable rate mortgage products as defined by the Guidance?

     a. Made non-traditional mortgage products?     Yes [   ]   No [xx]
     b. Arranged non-traditional mortgage products?     Yes [   ]   No [xx]
     c. Made adjustable rate mortgage products?     Yes [   ]   No [xx]
     d. Arranged adjustable rate mortgage products?     Yes [   ]   No [xx]

     If the answer is YES to any of the above, please complete items 2 thorugh 4.
     If the answer is NO to all questions, there is no need to complete items 2 through 4.

2. Please describe on a separate page how you have implemented the best practices and explain whether and how you have put into effect the following internal controls or procedures during the reporting period:

     a. Adopted processes, policies and procedures to ensure compliance with the Guidance.
     b. Implemented a consumer complaint process to resolve consumer complaints involving loans covered by the Guidance.
     c. Educated employees and agents to help them understand how to apply the best practices.
     d. Designated a compliance officer to ensure compliance with the Guidance.

     Compliance Officer's Name: _____
     Address: _____
     Phone: _____    E-mail: _____

3. Consumer complaint information:

     a. Number of consumer complaints received       _____
     b. Number of consumer complaints resolved       _____
     c. Number of consumer complaints unresolved       _____
     d. Number of Workout Arrangements* used for resolved complaints       _____

4. If any non-traditional mortgage loans or adjustable rate mortagage loans subject to the Guidance were made or arranged, the finance company shall submit information regarding these loan products on the form entitled "Non-traditional, Adjustable Rate and Mortgage Loan Survey". The survey form is provided on page 26 of the 2008 Annual Report Form.

*Workout Arrangement shall mean a modified or converted loan product with predictable payment requirements to help the financially-stressed borrower.

CFL 812 (12/08)           25

CONFIDENTIAL
CASHCALL 008936

**SCHEDULE L**
**(Continuation)**
**NON-TRADITIONAL, ADJUSTABLE RATE AND MORTGAGE LOAN SURVEY**

| | |
|---|---|
| Department of Corporations license number: | |
| Licensee name: | |
| Person who prepared this report: | |
| Preparer's title: | |
| Telephone number: | |
| Email address: | |

| | | Yes | No |
|---|---|---|---|
| | | Retained | Sold |

| | Retained (Number of Loans) | Retained (Dollar Amount) | Sold (Number of Loans) | Sold (Dollar Amount) |
|---|---|---|---|---|
| a. Interest-only Mortgage Loan | | | | |
| b. Payment Option ARM | | | | |
| c. Reduced Documentation | | | | |
| d. Simultaneous Second-lien Loan | | | | |
| e. Home Equity Line of Credit | | | | |
| f. Covered Loans | | | | |
| g. Adjustable Rate Mortgage Loans | | | | |

CONFIDENTIAL
CASHCALL 008937

## SCHEDULE L
### (Continuation)

| | Definition |
|---|---|
| a. Interest-only Mortgage Loan | A nontraditional mortgage on which, for a specified number of years (e.g., three or five years), the borrower is required to pay only the interest due on the loan during which time the rate may fluctuate or may be fixed. After the interest-only period, the rate may be fixed or fluctuate based on the prescribed index and payments include both principal and interest. |
| b. Payment Option ARM | A nontraditional mortgage that allows the borrower to choose from a number of different payment options. For example, each month, the borrower may choose a minimum payment option based on a "start" or introductory interest rate, an interest-only payment option based on the fully indexed interest rate, or a fully amortizing principal and interest payment option based on a 15-year or 30-year loan term, plus any required escrow payments. The minimum payment option avoids negative amortization but does not accruing on the loan, resulting in negative amortization. The interest-only option avoids negative amortization but does not provide for principal amortization. After a specified number of years, or if the loan reaches a certain negative amortization cap, the required monthly payment amount is recast to require payments that will fully amortize the outstanding balance over the remaining loan term. |
| c. Reduced Documentation | A loan feature that is commonly referred to as "low doc/no doc," "no income/no asset," "stated income" or "stated assets." For mortgage loans with this feature, an institution sets reduced or minimal documentation standards to substantiate the borrower's income and assets. |
| d. Simultaneous Second-lien Loan | A lending arrangement where either a closed-end second-lien or a home equity line of credit (HELOC) is originated simultaneously with the first lien mortgage loan, typically in lieu of a higher down payment. |
| e. Home Equity Line of Credit | An open-end loan, usually recorded as a second mortgage, that permits borrowers to obtain cash advances based on an approved line of credit. |
| f. Covered Loans | Covered loan (per 4970(F(C)) - a consumer loan in which the original principal balance of the loan does not exceed the most current conforming loan limit for a single-family first mortgage loan established by Fannie Mae and where one of the following conditions are met:<br><br>a) the APR at consummation will exceed by more than 8 percentage points the yield on Treasury securities having comparable maturity periods on the 15th day of the month immediately preceding the month in which the loan application is received or<br><br>b) the total points and fees payable by the consumer at or before closing will exceed 6% of the total loan amount. |
| g. Adjustable Rate Mortgage Loans | An adjustable rate mortgage loan that has one or more of the following characteristics: (1) low initial payments based on a fixed introductory rate that expires after a short period and then adjusts to a variable index rate plus a margin for the remaining term of the loan; (2) very high or no limits on how much the payment amount or the interest rate may increase ("payment or rate caps") on reset dates; (3) limited or not documentation of borrower's income; (4) product features likely to result in frequent refinancing to maintain an affordable monthly payment; and/or (5) substantial prepayment penalties and/or prepayment penalties that extend beyond the initial fixed interest rate period. As an example of number (1) above, ARMs known as "2/28" loans feature a fixed rate for two years and then adjust to a variable rate for the remaining 28 years, and the spread between the initial fixed interest rate and the fully indexed interest rate in effect at loan origination typically ranges from 300 to 600 basis points. |

CFL 812 (12/08)

27

OSP 08 112128

CONFIDENTIAL
CASHCALL 008938