# EXHIBIT F


# DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING*
*THIS REPORT. All licensees must complete the report even if no business was conducted.*
*See INSTRUCTIONS if no business was conducted.*

*To: COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA*

**ANNUAL REPORT**
**LICENSEES ENGAGED IN BUSINESS UNDER THE**
**CALIFORNIA FINANCE LENDERS LAW**
**(Finance Lender and Broker)**
**For the Year Ended December 31, 2009**

**SCHEDULE A**
**GENERAL INFORMATION**

1.  Name of Licensee (*as shown on the license*)
    and Address of Main Office:

    ```
    6038780    CFL 1
    CASHCALL, INC.
    1600 S. DOUGLASS RD.
    ANAHEIM, CA 92806
    ```

2.  Business Phone No.: ( _949_ ) _752-4600_____    Fax No.: ( _949_ ) _225-4600_____
    Website Address:    _www.cashcall.com_____
    E-mail Address:     _____

3.  Address Change. If you wish to change the address of your place of business, you must submit a Change of Address Form to
    the Department of Corporations. The request for the change of address must be received by the Department 10 days prior to the
    date of your move or an administrative penalty of $500 will be assessed. The Change of Address Form can be found on the
    Department's website at www.corp.ca.gov.

CFL 812 (12/09)

CONFIDENTIAL
CASHCALL 008939

## SCHEDULE A
### (Continuation)
## GENERAL INFORMATION

4. Office Hours: __7:00 a.m. - 6:00 p.m.__

5. License Number for Main Office: __6038780__

   *(If the report covers more than one location, the license number and address of each location*
   *must be listed on a separate schedule attached to this report.)*
   ***CAUTION: THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED.***

6. Licensed Authority:     A. [ x ] Lender Only
                           B. [   ] Lender and Broker
                           C. [   ] Broker Only

7. Total number of licenses held at December 31, 2009: ___1___

8. Type of Organization:   [ x ] Corporation
                           [   ] Partnership
                           [   ] Individual
                           [   ] Limited Liability Company
                           [   ] Other (specify) _____

9. Person preparing this report:

   _____          __Daniel H. Baren, General Counsel__
   Signature                          Name & Title (Please *type or print* )

   Phone No.: ( _949_ ) ~~753~~ *752*-4605 _____

   Email Address: __dbaren@cashcall.com__

CFL 812 (12/09)                        · 2

CONFIDENTIAL
CASHCALL 008940

# VERIFICATION

STATE OF <u>California</u>                          )
                                                    ) SS.
COUNTY OF <u>Orange</u>                          )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of (*Insert name as shown on your license* )

<u>CashCall, Inc.</u>

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

Additional certification of licensees with two or more licensed locations:

By signing this report I hereby authorize the Commissioner to contact our main office regarding issues and concerns for all branches of the company.

***Complete Section (A)  OR  Section (B) as appropriate.***

---

## (A)  *IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.*

Date <u>March 11</u>          , <u>2010</u>   at <u>Anaheim</u>                 , <u>CA</u>
          (Month / Day)            (Year)             (City)                    (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

<u>Louis Ochoa, Secretary</u>
Name and Title  (Please type or print)

---

## (B)  *IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.*

Date _____ , _____          _____
          (Month / Day)              (Year)              Signature of Affiant

at _____

          (City)                                          _____
                                                          Name and Title  (*Please type or print* )

_____
          (State)                                        Subscribed and sworn to before me on


                                                          _____ , _____
          (SEAL)                                                  (Month / Day)              (Year)

                                                          _____
                                                          Notary Public in and for said County and State

CFL 812 (12/09)                              3

CONFIDENTIAL
CASHCALL 008941

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A.  If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | L and M | 25, 26 & 28 |

B.  If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | L and M | 25, 26 & 28 |

   * *If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C.  If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D.  If any schedule is inapplicable, note "N/A" at the top of the schedule.

E.  The verification on Page 3 must be completed on all reports.
    **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED**

F.  If no business was conducted under the license(s) during the calendar year 2009, only pages 1 through 11, 23, 24 and 25 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2009, and no loan payment or broker fee was received in 2009. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2009."

G.  **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H.  For the purposes of completing the 2009 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CONFIDENTIAL
CASHCALL 008942

# SCHEDULE B-1
## BALANCE SHEET
### AS OF DECEMBER 31, 2009
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: **CashCall, Inc.**     CFL File No. **6038780**

## ASSETS

| | | |
|---|---|---|
| 1. Cash .................................................. | $ | 2,633,891 |
| 2. Investments.......................................... | | 275,000 |
| 3. CFL Loans Receivables (*must equal Schedule B-2, line 6*).......... | | 7,204,859 |
| 4. Other Receivables (*must equal Schedule B-2, line 14*) ............. | | 0 |
| 5. Reserves and Withholds by Banks and Finance Companies .......... | | 10,277,884 |
| 6. Fixed Assets (Less: *Accumulated Depreciation* $ **13,062,560** ) | | 5,892,713 |
| 7. Prepaid Expenses and Deferred Charges........................ | | 443,215 |
| 8. Commissions Receivable.................................... | | 0 |
| 9. Other Assets ........................................... | | 70,283,416 |
| 10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*)........ | $ | 97,010,978 |

## LIABILITIES AND NET WORTH

| | | |
|---|---|---|
| 11. Loans & Notes Payable from Third Parties..................... | $ | 36,579,740 |
| 12. Loans & Notes Payable from Parents & Affiliates................ | | 21,259,801 |
| 13. Bonds, Debentures, and Certificates of Indebtedness.............. | | 0 |
| 14. Accounts Payable ....................................... | | 5,771,460 |
| 15. Dealers Reserves and Withholds ............................ | | 0 |
| 16. Accrued Taxes Other Than Income Tax....................... | | 23,750 |
| 17. Reserve for Income Taxes................................. | | 0 |
| 18. Credit Insurance Premiums Due Insurer...................... | | 0 |
| 19. Other Liabilities and Accruals.............................. | | 7,488,360 |
| 20. **Total Liabilities** (*sum of lines 11 thru 19*)................... | $ | 71,123,111 |
| 21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, or 14*)............................................ | $ | 25,887,867 |
| 22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*).............................................. | $ | 97,010,978 |

***NOTE*** : **CFL** stands for California Finance Lenders.
>    **Fixed Assets** include land, building, equipment, furniture & fixtures, automobiles, and leasehold improvement, less accumulated depreciation.

CFL 812 (12/09)                    5

CONFIDENTIAL
CASHCALL 008943

## SCHEDULE B-1
### (Continuation)
## REQUEST FOR CONFIDENTIAL TREATMENT

Name of Licensee (as shown on the license):     CashCall, Inc.

CFL File Number:     6038780

---

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE SHEET AS A:

(CHECK ONE)

SOLE PROPRIETOR     ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals"     ☐

By: _____
  *Signature of Declarant*

Printed Name: _____

Position: _____

*Caution: This section __must__ be completed and be signed by an authorized person, if confidential treatment of the balance sheet is requested.*

---

CFL 812 (12/09)                    6

CONFIDENTIAL
CASHCALL 008944

## SCHEDULE B-1(a)
## CALCULATION OF NET WORTH
## AS OF DECEMBER 31, 2009
### (Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                    CFL File No. 6038780

### FOR CORPORATION ONLY:

1. Common Stock ............................................... $ 3,000,000

2. Preferred Stock ............................................. 0

3. Paid In Capital in Excess of Par ............................ 39,039,540

4. Less: Treasury Stock, Donated Stock, etc. .................. ( 0 )

5. Total Capital (*sum of lines 1 thru 4*) ..................... $ 42,039,540

6. Retained Earnings @ 01/01/09 .......................... $ 13,373,121

7. Adjustments to Retained Earnings .................... 2,988,374

8. Net Income or Loss (*from Schedule C-1, line 23*) .......... 209,822

9. Retained Earnings @ 12/31/09 (*sum of lines 6 thru 8*) ....................... 16,151,673

10. **Total Net Worth** (*sum of lines 5 and 9 and must equal Schedule B-1, line 21*) $ 25,887,867

### FOR PARTNERSHIP ONLY:

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | | Amount |
|---|---|---|---|
| | | $ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

12. Limited Partners (*total*) ...........................

13. Total Net Worth (*sum of lines 11 and 12 and must equal Schedule B-1, line 21*) $

### FOR INDIVIDUALS, TRUSTEES, AND OTHERS:

14. Net Worth of Individuals, Trustees, and Others (*enter balance from Schedule B-1, line 21*) ..................................................... $

CONFIDENTIAL
CASHCALL 008945

## SCHEDULE B-2
## ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING
### AS OF DECEMBER 31, 2009
(Round to Nearest Dollar - Omit Cents)

**CALIFORNIA FINANCE LENDERS LOANS:**   **(A)**

| | | Aggregate Balance |
|---|---|---|
| 1. Consumer Loans .................................... | $ | 40,121,059 |
| 2. Commercial Loans ................................. | | 0 |
| 3.   Subtotal (*sum of lines 1 and 2*) ...................... | $ | 40,121,059 |
| 4. Less: Unearned Pre-computed Charges................... | | ( 0 ) |
| 5. Less: Allowance for Bad Debts....................... | | ( 32,916,200 ) |
| 6. **Net California Finance Lenders Loans Receivables** (*sum of lines 3 thru 5 and must equal Schedule B-1, line 3*).......... | $ | 7,204,859 |

**OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:**   **(B)**

| | | Aggregate Balance |
|---|---|---|
| 7. Sales Contracts .................................... | $ | 0 |
| 8. Leases (*True leases*) ................................. | | 0 |
| 9. Factoring.......................................... | | 0 |
| 10. Others ............................................ | | 0 |
| 11.   Subtotal (*sum of lines 7 and 10*) ...................... | $ | 0 |
| 12. Less: Unearned Pre-computed Charges.................... | | ( 0 ) |
| 13. Less: Allowance for Bad Debts.......................... | | ( 0 ) |
| 14. **Net Other Receivables** (*sum of lines 11 thru 13 and must equal Schedule B-1, line 4*) ................................ | $ | 0 |

*NOTE:*
> **(A)** *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*
> **(B)** *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CONFIDENTIAL
CASHCALL 008946

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---|
| 1. Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)*. **REPORT ONLY CFL GROSS INCOME ON THIS LINE** .. | $ | 52,962,936 |
| 2. Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 253,057 |
| 3. **Total Gross Income** *(sum of lines 1 and 2)* . . . . . . . . . . . . . . . . . . . . . . | $ | 53,215,993 |

### EXPENSES

| | | |
|---|---|---|
| 4. Loss on Loans Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 143,933 |
| 5. Professional Audit and Accounting Services . . . . . . . . . . . . . . . . . . . . . . . | | 397,440 |
| 6. Insurance and Bond Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,341,866 |
| 7. Legal Services and Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,184,132 |
| 8. Occupancy Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,566,796 |
| 9. Provision for Bad Debt Allowance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 〈 2,191,126 〉 |
| 10. Salaries and Bonuses: Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18,331,203 |
| 11. Salaries and Bonuses: Owners, Partners, Executives . . . . . . . . . . . . . . . . | | 851,250 |
| 12. Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,542,903 |
| 13. License Fees and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 174,293 |
| 14. Telephone and Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 478,794 |
| 15. Advertising and Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,924,740 |
| 16. Other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 8,666,581 |
| 17. **Total Expenses before Interest and Income Taxes** *(sum of lines 4 thru 16)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 43,412,805 |
| 18. **Income or (loss) before Interest and Income Taxes** *(line 3 less line 17)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 9,803,188 |
| 19. Interest Paid to Bona Fide Third Parties . . . . . . . . . . . . . . . . . . . . . . . . . | | 6,994,806 |
| 20. Interest Paid to Parent Company and Affiliates . . . . . . . . . . . . . . . . . . . . | | 2,475,588 |
| 21. **Income or (Loss) before Income Taxes** *(subtract lines 19 and 20 from line 18)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 332,794 |
| 22. Provision for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 122,972 |
| 23. **Net Income or (Loss)** *(line 21 less line 22)* . **(A)** . . . . . . . . . . . . . . . . | $ | 209,822 |

*NOTE* : **(A)** If the licensee is incorporated, NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8.

CONFIDENTIAL
CASHCALL 008947

### SCHEDULE C-2
### ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . | $ 102,951 | $ 25,634,891 | $ 25,737,842 |
| 2. Collection from Charged Off Accounts . | 0 | 3,347,327 | 3,347,327 |
| 3. Income from Credit Insurance . . . . . . . | 0 | 0 | 0 |
| 4. Other Insurance Commissions . . . . . . . | 0 | 0 | 0 |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . . | 0 | 6,321,941 | 6,321,941 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . . | 0 | 0 | 0 |
| 7. Other income . . . . . . . . . . . . . . . . | 0 | 17,555,826 | 17,555,826 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $ 102,951 | $ 52,895,985 | $ 52,962,936 |

| | |
|---|---|
| **COMMERCIAL LOANS:** | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . | 0 |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . . | $ 0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . . | $ 52,962,936 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on* Schedule C-3.

CFL 812 (12/09)                        10

CONFIDENTIAL
CASHCALL 008948

## SCHEDULE C-3
## ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
## FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . .   $ ___0___

2. Other Interest or Return on Investment . . . . . . . . . . . . . .   ___253,057___

3. Collection from Charged Off Accounts . . . . . . . . . . . . . .   ___0___

4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . .   ___0___

5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . .   ___0___

6. Other Income (*please explain below*) . . . . . . . . . . . . . . .   ___0___

7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . .   $ ___253,057___

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

_____

**CAUTION:**  *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached INSTRUCTIONS.*

CFL 812 (12/09)                                11

CONFIDENTIAL
CASHCALL 008949

## SCHEDULE D
## SCHEDULE OF BROKERED LOANS
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**   N/A

| | | | | |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . . | | | $ | $ |

**LIST COMMERCIAL LOANS BROKERED ONLY:**  N/A

| | | | | |
|---|---|---|---|---|
| 9. | | | $ | $ |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . . . . | | | $ | $ |
| 14. **Total Loans Brokered** (*sum of lines 8 8 and 13*) . . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 | $ 0 |

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | 0 | $ 0 | $ 0 |

*State the name of the agency and your broker license number for authority to broker other loans.*

N/A

CFL 812 (12/09)

CONFIDENTIAL
CASHCALL 008950

## SCHEDULE E
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
## FOR CALENDAR YEAR 2009
### (Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $   499 or  Less...................... | 0 | $      0 |
| 2. |     500 to  1,999...................... | 0 | 0 |
| 3. |   2,000 to  2,499...................... | 0 | 0 |
| 4. |   2,500 to  4,999...................... | 3391 | 8,816,600 |
| 5. |   5,000 to  9,999...................... | 0 | 0 |
| 6. | 10,000 or  More...................... | 0 | 0 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) **. (A)** ........................... | 3391 | 8,816,600 $ |

### COMMERCIAL LOANS ONLY

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $ 5,000 or More...................... | 0 | $      0 |
| 9. | **Total Commercial Loans Made . (B)** ....... | 0 | $      0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) **. (C)** ......................... | 3391 | $   8,816,600 |

*NOTE*:  (A) Totals must equal Schedule F, line 27 and Schedule G, line 40.
    (B) Totals must equal Schedule F, line 34 and Schedule G, line 49.
    (C) Totals must equal Schedule F, line 35 and Schedule G, line 50.

CFL 812 (12/09)      13

CONFIDENTIAL
CASHCALL 008951

# SCHEDULE F
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1. Unsecured ............................. | 0 | $ 0 |
| 2. Personal Property (*household items*) ......... | 0 | 0 |
| 3. Automobiles and Other Motor Vehicles ....... | 0 | 0 |
| 4. Wage Assignment ........................ | 0 | 0 |
| 5. Other Security ........................... | 0 | 0 |
| 6. Total Loans Made (*sum of lines 1 thru 5*) ...... | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7. Unsecured ................................ | 3391 | $ 8,816,600 |
| 8. Personal Property (*household items*) ......... | 0 | 0 |
| 9. Automobiles and Other Motor Vehicles ....... | 0 | 0 |
| 10. Wage Assignment ........................ | 0 | 0 |
| 11. Other Security ........................... | 0 | 0 |
| 12. Total Loans Made (*sum of lines 7 thru 11*) ..... | 3391 | $ 8,816,600 |
| **Loans $5,000 to $9,999** | | |
| 13. Unsecured ................................ | 0 | $ 0 |
| 14. Personal Property (*household items*) ......... | 0 | 0 |
| 15. Automobiles and Other Motor Vehicles ....... | 0 | 0 |
| 16. Wage Assignment ........................ | 0 | 0 |
| 17. Real Property............................ | 0 | 0 |
| 18. Other Security ........................... | 0 | 0 |
| 19. Total Loans Made (*sum of lines 13 thru 18*) ..... | 0 | $ 0 |

CONFIDENTIAL
CASHCALL 008952

# SCHEDULE  F
## (Continuation)
### CALIFORNIA FINANCE LENDERS
**LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
FOR CALENDAR YEAR 2009**
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 21.  Personal Property (*household items*) . . . . . . . . . . | 0 | 0 |
| 22.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 23.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 25.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26.  Total Loans Made (*sum of lines 20 thru 25*) . . . . . | 0 | $ 0 |
| 27.  **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . **(A)** . . . . . . . . . . . . . . . . . . . . | 3391 | $ 8,816,600 |
| **COMMERCIAL LOANS ONLY** | | |
| 28.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29.  Personal Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30.  Automobiles and Other Motor Vehicles . . . . . . | 0 | 0 |
| 31.  Business Equipment . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34.  **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35.  **Total Loans Made - All Gategories** (*sum of lines 27 and 34*) . **(C)** . . . . . . . . . . . . . . . . . . . . | 3391 | $ 8,816,600 |

*NOTE:*  **(A)** Totals must equal Schedule E, line  7 and Schedule G, line 40.
 **(B)** Totals must equal Schedule E, line  9 and Schedule G, line 49.
 **(C)** Totals must equal Schedule E, line 10 and Schedule G, line 50.

CFL 812 (12/09)                                        15

CONFIDENTIAL
CASHCALL 008953

# SCHEDULE G
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| 2. | Alternate Rates: 1.6% Per Month . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . | 0 | 0 |
| 4. | Other Rates: Up to 14.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 99.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 100.000 or More APR . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999 APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999 APR . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999 APR . . . . . . . . . . . . . . | 1592 | 4,139,200 |
| 19.2 | 100.000 or More APR . . . . . . . . . . . . . . | 1799 | 4,677,400 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . | 0 | 0 |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . | 3391 | $ 8,816,600 |

CFL 812 (12/09)                                         16

CONFIDENTIAL
CASHCALL 008954

# SCHEDULE  G
## (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR .............. | 0 | $        0 |
| 23. | 15.000 to 19.999 | APR .............. | 0 | 0 |
| 24. | 20.000 to 24.999 | APR .............. | 0 | 0 |
| 25. | 25.000 to 29.999 | APR .............. | 0 | 0 |
| 26. | 30.000 to 34.999 | APR .............. | 0 | 0 |
| 27. | 35.000 to 39.999 | APR .............. | 0 | 0 |
| 28.1 | 40.000 to 99.999 | APR .............. | 0 | 0 |
| 28.2 | 100.000 or More | APR .............. | 0 | 0 |
| 29. | Variable Rates Based on Index .......... | | 0 | 0 |
| 30. | Total Loans Made (*sum of line 22 thru 29*).. | | 0 | $        0 |
| **Loans $10,000 and Over** | | | | 0 |
| 31. | Up to 14.999 | APR .............. | 0 | $ |
| 32. | 15.000 to 19.999 | APR .............. | 0 | 0 |
| 33. | 20.000 to 24.999 | APR .............. | 0 | 0 |
| 34. | 25.000 to 29.999 | APR .............. | 0 | 0 |
| 35. | 30.000 to 34.999 | APR .............. | 0 | 0 |
| 36. | 35.000 to 39.999 | APR .............. | 0 | 0 |
| 37.1 | 40.000 to 99.999 | APR .............. | 0 | 0 |
| 37.2 | 100.000 or More | APR .............. | 0 | 0 |
| 38. | Variable Rates Based on Index .......... | | 0 | 0 |
| 39. | Total Loans Made (*sum of line 31 thru 38*).. | | 0 | $     0 |
| 40. | **Total Consumer Loans Made** (*sum of lines 12, 21, 30, & 39*) . **(A)** ................. | | 3391 | $   8,816,600 |

*NOTE* :  **(A)** Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/09)                           17

CONFIDENTIAL
CASHCALL 008955

# SCHEDULE G
## (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

**COMMERCIAL LOANS ONLY**

|  | Note Rate or Contract Rate | Number of Loans | Principal Amount |
|---|---|---|---|
| 41. | Up to 14.999 .............. | 0 | $ 0 |
| 42. | 15.000 to 19.999 ............ | 0 | 0 |
| 43. | 20.000 to 24.999 ............ | 0 | 0 |
| 44. | 25.000 to 29.999 ............ | 0 | 0 |
| 45. | 30.000 to 34.999 ............ | 0 | 0 |
| 46. | 35.000 to 39.999 ............ | 0 | 0 |
| 47.1 | 40.000 to 99.999 ............ | 0 | 0 |
| 47.2 | 100.000 or More ............ | 0 | 0 |
| 48. | Variable Rates Based on Index ...... | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48*) . **(B)** ..................... | 0 | $ |
| 50. | **Total Loans Made – All Categories** (*sum of lines 40 & 49*) . **(C)** .................. | 3391 | $ 8,816,600 |

*NOTE* : **(B)** Totals must equal Schedule E, line 9 and Schedule F, line 34.
**(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CFL 812 (12/09)

18

CONFIDENTIAL
CASHCALL 008956

**SCHEDULE H**
**CREDIT INSURANCE**
**GENERAL INFORMATION**

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: _N/A_

   Address: _N/A_

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:  Yes [   ]   No [   ]

   If answer to Item 2 is *Yes,* please explain:

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |
|  | **Credit Disability** |  |
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |
|  | **Credit Loss-of-Income** |  |
| $ 0 | Personal Property | $ 0 |
| $ 0 | Real Property | $ 0 |

4. Is the credit insurance premium deducted from the loan proceeds?  Yes [   ]    No [   ]

   If the answer is *No,* please explain:

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?  Yes [   ]   No [   ]

   If the answer is *No,* please explain:

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | 0 | 0 |
| Credit Disability | 0 | 0 |
| Credit Loss-of-Income | 0 | 0 |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?  Yes [   ]    No [   ]

   If the answer is *No,* please explain:

8. List exclusions from coverage, if any:

CFL 812 (12/09)                    19

CONFIDENTIAL
CASHCALL 008957

## SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND LOANS SERVICED
## FOR CALENDAR YEAR 2009
(Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

   Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 0 | $    0 | $    0 | $    0 |

   Are these loans sold to institutional investors?        Yes        No

   Did you sell any of those loans to affiliated companies?        Yes        No

   Are trust accounts established for those loans serviced?        Yes        No

2. Loans Serviced Under the CFL License (This would include all loans originated, purchased or sold):

   Report all loans you service as of December 31, 2009

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Residential Real Estate Secured | 0 | $    0 | $    0 |
| All Other Loans | 382,221 | $  200,165,680 | $ 13,313,060 |

CFL 812 (12/09)                                          20

CONFIDENTIAL
CASHCALL 008958

## SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

**A. OTHER BUSINESS ACTIVITIES:**

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1. Sale of Insurance Products | Insurer | 2009 Revenue |
|---|---|---|
| Credit Life Insurance | N/A | $ 0 |
| Credit Disability Insurance | N/A | 0 |
| Credit Loss of Income Insurance | N/A | 0 |
| Accidental Death & Dismemberment | N/A | 0 |
| Personal Property Insurance | N/A | 0 |
| Real Estate Loan Insurance | N/A | 0 |
| Others (*auto, whole life, etc.*) | N/A | 0 |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2009 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2009 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2009 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | N/A |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| None | 0 | N/A |
| | | |

CONFIDENTIAL
CASHCALL 008959

## SCHEDULE J
### (Continuation)
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made '*covered loans*" as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|---|---|
| 0 | $ 0 |

CONFIDENTIAL
CASHCALL 008960

## SCHEDULE K

## DIRECTORY OF DIRECTORS, OFFICERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES

(Please Type or Print Clearly)

CFL File No. __6036 780__

Name of Licensee: __CashCall, Inc.__

For updating the Department's licensee files, please complete the following directory for *ALL* directors, officers, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a change in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form is available at the Department's internet website at " www.corp.ca.gov ".

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| John | Paul | Reddam | President/Director | 100 | 1600 S. Douglass Rd. Anaheim, CA 92806 | 7/23/66 | CA081123 |
| Hilary | Elizabeth | Holland | Vice President | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | 2/2/71 | A1160070 |
| Delbert | Oren | Meeks | CFO/Treasurer | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | 9/6/62 | N9470163 |
| Louis | Anthony | Ochoa | Secretary | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | 2/8/63 | N9400627 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/09)

23

CONFIDENTIAL
CASHCALL 008961

**SCHEDULE K**
(Continuation)

**DIRECTORY OF OFFICERS, DIRECTORS, MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**

(Please Type or Print Clearly)

Name of Licensee: CashCall, Inc.

N/A

CFL File No. _____

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/09)

24

CONFIDENTIAL
CASHCALL 008962

## SCHEDULE L
## CFLL REPORT ON NON-TRADITIONAL, ADJUSTABLE RATE
## AND MORTGAGE LOAN PRODUCTS

COMPANY NAME:  CashCall, Inc.

LICENSE NUMBER:  6038780

CONTACT PERSON:  Daniel H. Baren           PHONE NO:  949-752-4605

1. During calendar year 2009, have you made or arranged non-traditional mortgage products or adjustable
   rate mortgage products as defined by the Guidance?

    a. Made non-traditional mortgage products?           Yes [    ]   No [X]
    b. Arranged non-traditional mortgage products?        Yes [    ]   No [X]
    c. Made adjustable rate mortgage products?            Yes [X]   No [    ]
    d. Arranged adjustable rate mortgage products?        Yes [    ]   No [X]

    If the answer is YES to any of the above, please complete items 2 thorugh 4.
    If the answer is NO to all questions, there is no need to complete items 2 through 4.

2. Please describe on a separate page how you have implemented the best practices and explain whether
   and how you have put into effect the following internal controls or procedures during the reporting period: See Attached

    a. Adopted processes, policies and procedures to ensure compliance with the Guidance.
    b. Implemented a consumer complaint process to resolve consumer complaints involving loans
       covered by the Guidance.
    c. Educated employees and agents to help them understand how to apply the best practices.
    d. Designated a compliance officer to ensure compliance with the Guidance.

    Compliance Officer's Name:  Kendra Rasmussen
    Address:      1600 S. Douglass Rd. Anaheim, Ca 92806
    Phone:        949-973-9635           E-mail:  kendra.rasmussen@cashcall.com

3. Consumer complaint information:

    a. Number of consumer complaints received                              0
    b. Number of consumer complaints resolved                             0
    c. Number of consumer complaints unresolved                        0
    d. Number of Workout Arrangements* used for resolved complaints    0

4. If any non-traditional mortgage loans or adjustable rate mortgage loans subject to the Guidance were
   made or arranged, the finance company shall submit information regarding these loan products on the
   form entitled "Non-traditional, Adjustable Rate and Mortgage Loan Survey". The survey form is provided
   on page 26 of the 2009 Annual Report Form.

*Workout Arrangement shall mean a modified or converted loan product with predictable payment requirements to help the
financially-stressed borrower.

CONFIDENTIAL
CASHCALL 008963

Schedule L Question 2 con't

a.   CashCall has created policies and procedures that are designed to in full compliance with the Guidance.  All of our loans are underwritten to Fannie Mae guidelines.  We have taken a very conservative position on non-traditional and adjustable rate mortgage loan products.  We do not offer any of the following loan products:
    • Negatively amortizing ARMS
    • Adjustable rate loans with "teaser" rates below the fully indexed rate
    • Pay Option ARMS
    • Interest only loans
    • Loans with Balloon payments
    • Piggyback second mortgage loans
    • HELOC's
    • Subprime loans
    • HLTV loans
    • Loans with prepayment penalties
    • Reduced documentation loans
    • Third party originated loans
    • "Covered " loans or loans that exceed FNMA or FHLMC's high cost loan limits

b.  We have a consumer complaint process in place that covers both loans covered by the Guidance and all other mortgage loan products that we offer.  Customers can submit their complaint through our website, by contacting our call center, by contacting our legal department. Complaints are addressed within 24 hours by our Management and the Customer is contact directly by telephone.

c.  We conduct continual training with all of our staff on best practices, underwriting guidelines, and Federal and State compliance.

d.  We have a Compliance Officer who works under the direction of our General Counsel who is responsible for compliance with the Guideline.

CONFIDENTIAL
CASHCALL 008964

**SCHEDULE L**
(Continuation)
**NON-TRADITIONAL, ADJUSTABLE RATE AND MORTGAGE LOAN SURVEY**

| 1. License Information (to be completed by all respondents) | |
| --- | --- |
| Department of Corporations license number: | 6038780 |
| Licensee name: | CashCall, Inc. |
| Person who prepared this report: | Daniel H. Baren |
| Preparer's title: | General Counsel |
| Telephone number: | 949-752-4605 |
| Email address: | dbaren@cashcall.com |

| 2. Does your company offer non-traditional mortgage products? (Place an "x" in the appropriate category.) (If "yes" complete remaining survey.) | | |
| --- | --- | --- |
| Yes | | X |
| No | | |

| 3. If "yes" are they retained on the books or sold? (Place an "x" in one or both categories.) | |
| --- | --- |
| Retained | |
| Sold | X |

| 4. Please show the dollar volume in thousands and number of loans retained as of December 31, 2009 and the dollar volume in thousands and number of loans sold over the 12 month period ending December 31, 2009. For loans with multiple non-traditional characteristics include them in each category applicable. | Retained (Number of Loans) | Retained (Dollar Amount) | Sold (Number of Loans) | Sold (Dollar Amount) |
| --- | --- | --- | --- | --- |
| a. Interest-only Mortgage Loan | 0 | 0 | 0 | 0 |
| b. Payment Option ARM | 0 | 0 | 0 | 0 |
| c. Reduced Documentation | 0 | 0 | 0 | 0 |
| d. Simultaneous Second-lien Loan | 0 | 0 | 0 | 0 |
| e. Home Equity Line of Credit | 0 | 0 | 0 | 0 |
| f. Covered Loans | 0 | 0 | 0 | 0 |
| g. Adjustable Rate Mortgage Loans | 0 | 0 | 9 | 3,101,850 |
| 5. All Loans (Non-Traditional and Traditional) | 0 | 0 | 9 | 3,101,850 |

CFL 812 (12/09)

26

CONFIDENTIAL
CASHCALL 008965

**SCHEDULE L**
(Continuation)

| | Definitions |
|---|---|
| a. Interest-only Mortgage Loan | A nontraditional mortgage on which, for a specified number of years (e.g., three or five years), the borrower is required to pay only the interest due on the loan during which time the rate may fluctuate or may be fixed. After the interest-only period, the rate may be fixed or fluctuate based on the prescribed index and payments include both principal and interest. |
| b. Payment Option ARM | A nontraditional mortgage that allows the borrower to choose from a number of different payment options. For example, each month, the borrower may choose a minimum payment option based on a "start" or introductory interest rate, an interest-only payment option based on the fully indexed interest rate, or a fully amortizing principal and interest payment option based on a 15-year or 30-year loan term, plus any required escrow payments. The minimum payment option can be less than the interest accruing on the loan, resulting in negative amortization. The interest-only option avoids negative amortization but does not provide for principal amortization. After a specified number of years, or if the loan reaches a certain negative amortization cap, the required monthly payment amount is recast to require payments that will fully amortize the outstanding balance over the remaining loan term. |
| c. Reduced Documentation | A loan feature that is commonly referred to as "low doc/no doc", "no income/no asset", "stated income" or "stated assets." For mortgage loans with this feature, an institution sets reduced or minimal documentation standards to substantiate the borrower's income and assets. |
| d. Simultaneous Second-lien Loan | A lending arrangement where either a closed-end second-lien or a home equity line of credit (HELOC) is originated simultaneously with the first lien mortgage loan, typically in lieu of a higher down payment. |
| e. Home Equity Line of Credit | An open-end loan, usually recorded as a second mortgage, that permits borrowers to obtain cash advances based on an approved line of credit. |
| f. Covered Loans | Covered loan (per 4970(FC)) - a consumer loan in which the original principal balance of the loan does not exceed the most current conforming loan limit for a single-family first mortgage loan established by Fannie Mae and where one of the following conditions are met: <br><br> a) the APR at consummation will exceed by more than 8 percentage points the yield on Treasury securities having comparable maturity periods on the 15th day of the month immediately preceding the month in which the loan application is received or <br><br> b) the total points and fees payable by the consumer at or before closing will exceed 6% of the total loan amount. |
| g. Adjustable Rate Mortgage Loans | An adjustable rate mortgage loan that has one or more of the following characteristics: (1) low initial payments based on a fixed introductory rate that expires after a short period and then adjusts to a variable index rate plus a margin for the remaining term of the loan; (2) very high or no limits on how much the payment amount or the interest rate may increase ("payment or rate caps") on reset dates; (3) limited or not documentation of borrower's income; (4) product features likely to result in frequent refinancing to maintain an affordable monthly payment; and/or (5) substantial prepayment penalties and/or prepayment penalties that extend beyond the initial fixed interest rate period. As an example of number (1) above, ARMs known as "2/28" loans feature a fixed rate for two years and then adjust to a variable rate for the remaining 28 years, and the spread between the initial fixed interest rate and the fully indexed interest rate in effect at loan origination typically ranges from 300 to 600 basis points. |

27

CFL 812 (12/09)

CONFIDENTIAL
CASHCALL 008966

## SCHEDULE M
## ADDITIONAL INFORMATION

Please answer the following questions in connection with the Secure and Fair Enforcement for Mortgage Licensing Act of 2008 (SAFE Act): (Information regarding the SAFE Act can be found on our website at www.corp.ca.gov)

a. Did you make, arrange or service any residential mortgage loans as defined by the SAFE Act?

☒ Yes          ☐ No

b. How many mortgage loan originators did you employ as of 12/31/09 for this activity?     28

CFL 812 (12/09)                                28

CONFIDENTIAL
CASHCALL 008967

# EXHIBIT G

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY      EDMUND G. BROWN Jr., *Governor*

# DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS REPORT. All licensees must complete the report even if no business was conducted. See* **INSTRUCTIONS** *if no business was conducted.*

*To:* **COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA**

**ANNUAL REPORT**
**LICENSEES ENGAGED IN BUSINESS UNDER THE**
**CALIFORNIA FINANCE LENDERS LAW**
**(Finance Lender and Broker)**
**For the Year Ended December 31, 2010**

**SCHEDULE A**
**GENERAL INFORMATION**

1.    Name of Licensee (*as shown on the license*)
   and Address of Main Office:

   > 6038780 CFL1
   > CASHCALL, INC.
   > 1600 S. DOUGLASS RD.
   > ANAHEIM, CA 92806

2.    Business Phone No.: ( __949__ ) 752-4600      Fax No.: ( __949__ ) 225-4600

   Website Address:   www.cashcall.com

   E-mail Address:

3.    Address Change. If you wish to change the address of your place of business, you must submit a Change of Address Form to the Department of Corporations. The request for the change of address must be received by the Department 10 days prior to the date of your move or an administrative penalty of $500 will be assessed. The Change of Address Form can be found on the Department's website at www.corp.ca.gov.

CFL 812 (12/10)

CONFIDENTIAL
CASHCALL 008968

**SCHEDULE   A**
**(Continuation)**
**GENERAL   INFORMATION**

4.  Office Hours: 7:00 am- 6:00 pm _____

5.  a) License Number for Main Office:        6038780 _____

    b) NMLS Number (if applicable):        38512 _____

    *(If the report covers more than one location, the license number and address of each location*
    *must be listed on a separate schedule attached to this report.)*
    ***CAUTION:THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED.***

6.  Licensed Authority:        A. [ ✓ ] Lender Only
                       B. [   ] Lender and Broker
                       C. [   ] Broker Only

7.  Total number of licenses held at December 31, 2010:   1 _____

8.  Type of Organization:        [ ✓ ] Corporation
                           [   ] Partnership
                           [   ] Individual
                           [   ] Limited Liability Company
                           [   ] Other  (specify) _____

9.  Person preparing this report:

_____            Daniel H. Baren
Signature                                                    Name & Title (Please *type or print* )

Phone No.: (   949   ) 752-4605 _____

Email address:        dbaren@cashcall.com _____

CFL 812 (12/10)                                    2

CONFIDENTIAL
CASHCALL 008969

# VERIFICATION

STATE OF California )
) SS.
COUNTY OF Orange )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of
(*Insert name as shown on your license*)

CashCall, Inc.

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

Additional certification of licensees with two or more licensed locations:

By signing this report I hereby authorize the Commissioner to contact our main office regarding issues and concerns for all branches of the company.

*Complete Section (A)  OR  Section (B) as appropriate.*

---

**(A)  IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.**

Date March 8 , 2011 at Anaheim , CA
(Month / Day)            (Year)                   (City)                        (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Signature of Declarant

J. Paul Reddam, President
Name and Title  (Please type or print)

---

**(B)  IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.**

Date _____ , _____        Signature of Affiant
(Month / Day)            (Year)

at _____

(City)                                              Name and Title  (*Please type or print*)

_____                          Subscribed and sworn to before me on
(State)

_____ , _____
(SEAL)                                             (Month / Day)            (Year)

_____
Notary Public in and for said County and State

CFL 812 (12/10)                              3

CONFIDENTIAL
CASHCALL 008970

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A.  If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | E | 13 |
| VERIFICATION | 3 | F | 14 & 15 |
| B-1 | 5 & 6 | G | 16, 17, & 18 |
| B-1(a) | 7 | H | 19 |
| B-2 | 8 | I | 20 |
| C-1 | 9 | J | 21 & 22 |
| C-2 | 10 | K | 23 & 24 |
| C-3 | 11 | L and M | 25, 26 & 28 |

B.  If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|---|---|---|---|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | L and M | 25, 26 & 28 |

*    * If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C.  If you are authorized to act as a **CFL LENDER** and **BROKER**, all schedules must be completed.

D.  If any schedule is inapplicable, note "N/A" at the top of the schedule.

E.  The verification on Page 3 must be completed on all reports.
    **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED**

F.  If no business was conducted under the license(s) during the calendar year 2010, only pages 1 through 11, 23, 24 and 25 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2010, and no loan payment or broker fee was received in 2010. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2010."

G.  **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H.  For the purposes of completing the 2010 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CFL 812 (12/10)                                    4

CONFIDENTIAL
CASHCALL 008971

### SCHEDULE B-1
### BALANCE SHEET
### AS OF DECEMBER 31, 2010
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                    CFL File No. 6038780

### ASSETS

| | | |
|---|---|---:|
| 1. Cash .......................................... | $ | 501,374 |
| 2. Investments................................... | | 275,000 |
| 3. CFL Loans Receivables (*must equal Schedule B-2, line 6*) .......... | | 176,435,650 |
| 4. Other Receivables (*must equal Schedule B-2, line 14*) .............. | | 0 |
| 5. Reserves and Withholds by Banks and Finance Companies .......... | | 19,264,859 |
| 6. Fixed Assets (Less: *Accumulated Depreciation*  $  16,091,182) | | 4,138,730 |
| 7. Prepaid Expenses and Deferred Charges ........................ | | 0 |
| 8. Commissions Receivable.................................... | | 0 |
| 9. Other Assets ............................................. | | 13,624,489 |
| 10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*) ........ | $ | 214,240,102 |

### LIABILITIES AND NET WORTH

| | | |
|---|---|---:|
| 11. Loans & Notes Payable from Third Parties..................... | $ | 135,188,457 |
| 12. Loans & Notes Payable from Parents & Affiliates................ | | 21,259,801 |
| 13. Bonds, Debentures, and Certificates of Indebtedness .............. | | 0 |
| 14. Accounts Payable ........................................ | | 5,921,301 |
| 15. Dealers Reserves and Withholds............................. | | 0 |
| 16. Accrued Taxes Other Than Income Tax ....................... | | 98,236 |
| 17. Reserve for Income Taxes.................................. | | 0 |
| 18. Credit Insurance Premiums Due Insurer...................... | | 0 |
| 19. Other Liabilities and Accruals............................... | | 8,979,407 |
| 20. **Total Liabilities** (*sum of lines 11 thru 19*) .................... | $ | 171,447,202 |
| 21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, or 14*) ........................................ | $ | 42,792,900 |
| 22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*) ........................................... | $ | 214,240,102 |

*NOTE* : **CFL** stands for California Finance Lenders.

   **Fixed Assets** include land, building, equipment, furniture & fixtures, automobiles, and leasehold improvement, less accumulated depreciation.

CFL 812 (12/10)                          5

CONFIDENTIAL
CASHCALL 008972

**SCHEDULE B-1**
**(Continuation)**
**REQUEST FOR CONFIDENTIAL TREATMENT**

Name of Licensee (as shown on the license):     CashCall, Inc.

CFL File Number:     6038780

---

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE SHEET AS A:

**(CHECK ONE)**

SOLE PROPRIETOR                                                                                      ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals"     ☐

By: _____
       *Signature of Declarant*

Printed Name:     _____

Position:     _____

*Caution: This section  __must__  be completed and be signed by an authorized person, if confidential treatment of the balance sheet is requested.*

---

CFL 812 (12/10)                                             6

CONFIDENTIAL
CASHCALL 008973

### SCHEDULE B-1(a)
### CALCULATION OF NET WORTH
### AS OF DECEMBER 31, 2010
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                      CFL File No. 6038780

## FOR CORPORATION ONLY:

| | | |
|---|---|---:|
| 1. Common Stock | $ | 20,000,000 |
| 2. Preferred Stock | | 0 |
| 3. Paid In Capital in Excess of Par | | 22,039,540 |
| 4. Less: Treasury Stock, Donated Stock, etc. | ( | 0 ) |
| 5. Total Capital (*sum of lines 1 thru 4*) | $ | 42,039,540 |

| | | | |
|---|---|---:|---:|
| 6. Retained Earnings @ 01/01/10 | $ | -13,135,825 | |
| 7. Adjustments to Retained Earnings | | -2,988,374 | |
| 8. Net Income or Loss (*from Schedule C-1, line 23*) | | 16,877,557 | |
| 9. Retained Earnings @ 12/31/10 (*sum of lines 6 thru 8*) | | | 753,358 |
| 10. **Total Net Worth** (*sum of lines 5 and 9 and must equal Schedule B-1, line 21*) | $ | | 42,792,898 |

## FOR PARTNERSHIP ONLY:

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |

12. Limited Partners (*total*) ............................

13. Total Net Worth (*sum of lines 11 and 12 and must equal Schedule B-1, line 21*)   $

## FOR INDIVIDUALS, TRUSTEES, AND OTHERS:

14. Net Worth of Individuals, Trustees, and Others (*enter balance from Schedule B-1, line 21*) ............................................ $

CFL 812 (12/10)                          7

CONFIDENTIAL
CASHCALL 008974

## SCHEDULE  B-2
## ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING
### AS OF DECEMBER 31, 2010
(Round to Nearest Dollar - Omit Cents)

| CALIFORNIA FINANCE LENDERS LOANS:    (A) | | Aggregate Balance |
|---|---|---|
| 1. Consumer Loans | $ | 406,100,443 |
| 2. Commercial Loans | | 0 |
| 3.    Subtotal (*sum of lines 1 and 2*) | $ | 406,100,443 |
| 4. Less: Unearned Pre-computed Charges | ( | 0 ) |
| 5. Less: Allowance for Bad Debts | ( | 229,664,793 ) |
| 6. **Net California Finance Lenders Loans Receivable** (*sum of lines 3 thru 5 and must equal Schedule B-1, line 3*) | $ | 176,435,650 |

| OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:    (B) | | Aggregate Balance |
|---|---|---|
| 7. Sales Contracts | $ | 0 |
| 8. Leases (*True leases*) | | 0 |
| 9. Factoring | | 0 |
| 10. Others | | 0 |
| 11.    Subtotal (*sum of lines 7 and 10*) | $ | 0 |
| 12. Less: Unearned Pre-computed Charges | ( | 0 ) |
| 13. Less: Allowance for Bad Debts | ( | 0 ) |
| 14. **Net Other Receivables** (*sum of lines 11 thru 13 and must equal Schedule B-1, line 4*) | $ | 0 |

*NOTE*:

    **(A)** *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*

    **(B)** *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CFL 812 (12/10)                    8

CONFIDENTIAL
CASHCALL 008975

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---|
| 1. Gross Income from CFL Loans and CFL Brokered Loans *(from Schedule C-2, line 16)* . **REPORT ONLY CFL GROSS INCOME ON THIS LINE** . . | $ | 145,509,798 |
| 2. Gross Income from All Other Business and Sources *(from Schedule C-3, line 7)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | -531,068 |
| 3. **Total Gross Income** *(sum of lines 1 and 2)* . . . . . . . . . . . . . . . . . . . . | $ | 144,978,730 |

### EXPENSES

| | | |
|---|---|---|
| 4. Loss on Loans Receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 17,606,202 |
| 5. Professional Audit and Accounting Services . . . . . . . . . . . . . . . . . . . . . . | | 414,843 |
| 6. Insurance and Bond Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,359,194 |
| 7. Legal Services and Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,271,925 |
| 8. Occupancy Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,362,890 |
| 9. Provision for Bad Debt Allowance . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,874,268 |
| 10. Salaries and Bonuses: Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 24,514,863 |
| 11. Salaries and Bonuses: Owners, Partners, Executives . . . . . . . . . . . . . . . . | | 1,103,750 |
| 12. Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,028,614 |
| 13. License Fees and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 388,153 |
| 14. Telephone and Utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 657,788 |
| 15. Advertising and Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17,410,520 |
| 16. Other Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 25,835,435 |
| 17. **Total Expenses before Interest and Income Taxes** *(sum of lines 4 thru 16)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 103,828,445 |
| 18. **Income or (loss) before Interest and Income Taxes** *(line 3 less line 17)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 41,150,285 |
| 19. Interest Paid to Bona Fide Third Parties . . . . . . . . . . . . . . . . . . . . . . . . | | 21,737,945 |
| 20. Interest Paid to Parent Company and Affiliates . . . . . . . . . . . . . . . . . . . | | 2,475,588 |
| 21. **Income or (Loss) before Income Taxes** *(subtract lines 19 and 20 from line 18)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 16,936,752 |
| 22. Provision for Income Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 59,195 |
| 23. **Net Income or (Loss)** *(line 21 less line 22)* . **(A)** . . . . . . . . . . . . . . . . | $ | 16,877,557 |

*NOTE* : **(A)** If the licensee is incorporated, NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8.

CONFIDENTIAL
CASHCALL 008976

## SCHEDULE  C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $    1,402,536 | $    106,917,760 | $    108,320,296 |
| 2. Collection from Charged Off Accounts . | 46,897 | 2,297,954 | 2,344,851 |
| 3. Income from Credit Insurance . . . . . . . | 0 | 0 | 0 |
| 4. Other Insurance Commissions . . . . . . . | 0 | 0 | 0 |
| 5. Administrative Fees (*Loan Fees Charged by Lenders*) . . . . . . . . . . . . | 7,318,700 | 4,997,994 | 12,316,694 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8*) . . . . . . . . . . . . | 0 | 0 | 0 |
| 7. Other income . . . . . . . . . . . . . . . | 0 | 22,527,957 | 22,527,957 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7*) . . . . . . . . . . | $    8,768,133 | $    136,741,665 | $    145,509,798 |
| **COMMERCIAL LOANS:** | | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $    0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13*) . . | | | 0 |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15. Total Commercial Loan Income (*sum of lines 9 thru 14*) . . . . . . . . . . . . . . . . . . . | | | $    0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1) . . . . . . . . . . . . . . . . . . . . . . | | | $    145,509,798 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on* Schedule C-3.

CFL 812 (12/10)                                        10

CONFIDENTIAL
CASHCALL 008977

**SCHEDULE  C-3**
## ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**ALL OTHER BUSINESS AND SOURCES:**

| | | |
|---|---|---:|
| 1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 2. Other Interest or Return on Investment . . . . . . . . . . . . . . . | | -531,068 |
| 3. Collection from Charged Off Accounts . . . . . . . . . . . . . . . | | 0 |
| 4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 6. Other Income (*please explain below*) . . . . . . . . . . . . . . . | | 0 |
| 7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . . | $ | -531,068 |

**Please describe source of other income for line 6:**

_____

_____

_____

_____

_____

_____

**CAUTION:** *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached* INSTRUCTIONS.

CONFIDENTIAL
CASHCALL 008978

# SCHEDULE D
## SCHEDULE OF BROKERED LOANS
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law* )

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|
| **LIST CONSUMER LOANS BROKERED ONLY:** | | | | |
| 1. | | 0 | $ 0 | $ 0 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3* ) . . . . . . . . . . | | 0 | $ 0 | $ 0 |
| 8a  Residential Mortgage Loans Brokered (*see instructions* ) | | 0 | 0 | 0 |
| **LIST COMMERCIAL LOANS BROKERED ONLY:** | | | | |
| 9. | | 0 | $ 0 | $ 0 |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13* ) . . . . . . . . . . . . . . | | 0 | $ 0 | $ 0 |
| 14. **Total Loans Brokered** (*sum of lines 8 8 and 13* ) . . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 | $ 0 |

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law* )

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | 0 | $ 0 | $ 0 |

*State the name of the agency and your broker license number for authority to broker other loans.*

N/A

CONFIDENTIAL
CASHCALL 008979

SCHEDULE  E
CALIFORNIA FINANCE LENDERS
LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $   499  or  Less . . . . . . . . . . . . . . . . . . . . . . . | 0 | $                 0 |
| 2. | 500  to  1,999 . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | 2,000  to  2,499 . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 4. | 2,500  to  4,999 . . . . . . . . . . . . . . . . . . . . . . . | 18,978 | 49,342,800 |
| 5. | 5,000  to  9,999 . . . . . . . . . . . . . . . . . . . . . . . | 499 | 2,532,425 |
| 6. | 10,000  or  More . . . . . . . . . . . . . . . . . . . . . . . | 5,121 | 1,543,071,512 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . **(A)** . . . . . . . . . . . . . . . . . . . . . . . . . | 24,598 | $    1,594,946,737 |

**COMMERCIAL LOANS ONLY**

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $  5,000 or More . . . . . . . . . . . . . . . . . . . . . . . | 0 | $                 0 |
| 9. | **Total Commercial Loans Made . (B)** . . . . . . . | 0 | $                 0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . **(C)** . . . . . . . . . . . . . . . . . . . . . . . . | 24,598 | $    1,594,946,737 |

*NOTE :*  **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
  **(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
  **(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008980

SCHEDULE  F
CALIFORNIA FINANCE LENDERS
LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 2.  Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 3.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 4.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6.  Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,978 | $ 49,342,800 |
| 8.  Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 9.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 10.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12.  Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 18,978 | $ 49,342,800 |
| **Loans $5,000 to $9,999** | | |
| 13.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . . | 499 | $ 2,532,425 |
| 14.  Personal Property (*household items*) . . . . . . . . | 0 | 0 |
| 15.  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 16.  Wage Assignment . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17.  Real Property . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18.  Other Security . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 19.  Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 499 | $ 2,532,425 |

CFL 812 (12/10)                                    14

CONFIDENTIAL
CASHCALL 008981

SCHEDULE F
(Continuation)
CALIFORNIA FINANCE LENDERS
LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans $10,000 and Over** | | |
| 20. Unsecured | | $ |
| 21. Personal Property (*household items*) | | |
| 22. Automobiles and Other Motor Vehicles | | |
| 23. Wage Assignment | | |
| 24. Real Property | 5,121 | 1,543,071,512 |
| 25. Other Security | | |
| 26. Total Loans Made (*sum of lines 20 thru 25*) | 5,121 | $ 1,543,071,512 |
| 27. **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . **(A)** | 24,598 | $ 1,594,946,737 |
| **COMMERCIAL LOANS ONLY** | | |
| 28. Unsecured | 0 | $ 0 |
| 29. Personal Property | 0 | 0 |
| 30. Automobiles and Other Motor Vehicles | 0 | 0 |
| 31. Business Equipment | 0 | 0 |
| 32. Real Property | 0 | 0 |
| 33. Other Security | 0 | 0 |
| 34. **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** | 0 | $ 0 |
| 35. **Total Loans Made - All Categories** (*sum of lines 27 and 34*) . **(C)** | 24,598 | $ 1,594,946,737 |

*NOTE:* (A) Totals must equal Schedule E, line 7 and Schedule G, line 40.
(B) Totals must equal Schedule E, line 9 and Schedule G, line 49.
(C) Totals must equal Schedule E, line 10 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 008982

### SCHEDULE G
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| | Alternate Rates: | | |
| 2. | 1.6% Per Month . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . | 0 | 0 |
| | Other Rates: | | |
| 4. | Up to 14.999    APR . . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 99.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 100.000 or More   APR . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (sum of lines 1 thru 11) . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999    APR . . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 99.999   APR . . . . . . . . . . . . . . | 0 | 0 |
| 19.2 | 100.000 or More   APR . . . . . . . . . . . . . . | 18,978 | 49,342,800 |
| 20. | Variable Rates Based on Index . . . . . . . . . . | 0 | 0 |
| 21. | Total Loans Made (sum of line 13 thru 20) . . | 18,978 | $ 49,342,800 |

CFL 812 (12/10)                    16

CONFIDENTIAL
CASHCALL 008983

## SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES
### FOR CALENDAR YEAR 2010
(Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR .............. | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR .............. | 0 | 0 |
| 24. | 20.000 to 24.999 | APR .............. | 0 | 0 |
| 25. | 25.000 to 29.999 | APR .............. | 0 | 0 |
| 26. | 30.000 to 34.999 | APR .............. | 0 | 0 |
| 27. | 35.000 to 39.999 | APR .............. | 0 | 0 |
| 28.1 | 40.000 to 99.999 | APR .............. | 0 | 0 |
| 28.2 | 100.000 or More | APR .............. | 499 | 2,532,425 |
| 29. | Variable Rates Based on Index .......... | | 0 | 0 |
| 30. | Total Loans Made (sum of line 22 thru 29) .. | | 499 | $ 2,532,425 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR .............. | 5,121 | $ 1,543,071,512 |
| 32. | 15.000 to 19.999 | APR .............. | 0 | 0 |
| 33. | 20.000 to 24.999 | APR .............. | 0 | 0 |
| 34. | 25.000 to 29.999 | APR .............. | 0 | 0 |
| 35. | 30.000 to 34.999 | APR .............. | 0 | 0 |
| 36. | 35.000 to 39.999 | APR .............. | 0 | 0 |
| 37.1 | 40.000 to 99.999 | APR .............. | 0 | 0 |
| 37.2 | 100.000 or More | APR .............. | 0 | 0 |
| 38. | Variable Rates Based on Index .......... | | 0 | 0 |
| 39. | Total Loans Made (sum of line 31 thru 38) .. | | 5,121 | $ 1,543,071,512 |
| 40. | **Total Consumer Loans Made** (sum of lines 12, 21, 30, & 39) . (A) ................. | | 24,598 | $ 1,594,946,737 |

*NOTE* : (A) Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/10)                    17

CONFIDENTIAL
CASHCALL 008984

**SCHEDULE G**
(Continuation)
**CALIFORNIA FINANCE LENDERS**
**LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGES**
**FOR CALENDAR YEAR 2010**
(Round to Nearest Dollar - Omit Cents)

<u>**COMMERCIAL LOANS ONLY**</u>

| | Note Rate or Contract Rate | Number of Loans | Principal Amount |
|---|---|---|---|
| 41. | Up to 14.999 ............... | 0 | $ 0 |
| 42. | 15.000 to 19.999 ............... | 0 | 0 |
| 43. | 20.000 to 24.999 ............... | 0 | 0 |
| 44. | 25.000 to 29.999 ............... | 0 | 0 |
| 45. | 30.000 to 34.999 ............... | 0 | 0 |
| 46. | 35.000 to 39.999 ............... | 0 | 0 |
| 47.1 | 40.000 to 99.999 ............... | 0 | 0 |
| 47.2 | 100.000 or More ............... | 0 | 0 |
| 48. | Variable Rates Based on Index ...... | 0 | 0 |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48*) . **(B)** .................... | 0 | $ 0 |
| 50. | **Total Loans Made – All Categories** (*sum of lines 40 & 49*) . **(C)** ................... | 24,598 | $ 1,594,946,737 |

*NOTE* : **(B)** Totals must equal Schedule E, line   9 and Schedule F, line 34.
         **(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CONFIDENTIAL
CASHCALL 008985

**SCHEDULE II**
**CREDIT INSURANCE**
**GENERAL INFORMATION**

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: N/A _____

   Address: N/A _____

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:   Yes [   ]   No [   ]

   If answer to Item 2 is *Yes*, please explain:

   _____

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

| Single Premium | Credit Life | Joint Coverage |
|---|---|---|
| $0 | Personal Property | $0 |
| $0 | Real Property | $0 |
| | Credit Disability | |
| $0 | Personal Property | $0 |
| $0 | Real Property | $0 |
| | Credit Loss-of-Income | |
| $0 | Personal Property | $0 |
| $0 | Real Property | $0 |

4. Is the credit insurance premium deducted from the loan proceeds? Yes [   ]   No [   ]

   If the answer is *No*, please explain:

   _____

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?   Yes [   ]   No [   ]

   If the answer is *No*, please explain:

   _____

6. What is the age limit to qualify for credit insurance?

| | Minimum | Maximum |
|---|---|---|
| Credit Life | 0 | 0 |
| Credit Disability | 0 | 0 |
| Credit Loss-of-Income | 0 | 0 |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?   Yes [   ]   No [   ]

   If the answer is *No*, please explain:

   _____

8. List exclusions from coverage, if any:

   _____
   _____
   _____

CFL 812 (12/10)                         19

CONFIDENTIAL
CASHCALL 008986

**SCHEDULE I**
**SALE OF LOANS TO INSTITUTIONAL INVESTORS AND LOANS SERVICED**
**FOR CALENDAR YEAR 2010**
(Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

   Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 5,121 | $ 1,543,071,512 | $ 0 | $ 0 |

Are these loans sold to institutional investors?           Yes  ✓     No

Did you sell any of those loans to affiliated companies?   Yes       No  ✓

Are trust accounts established for those loans serviced?    Yes  ✓     No

2. Loans Serviced Under the CFL License (This would include all loans originated, purchased or sold):

   Report all loans you service as of December 31, 2010

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Residential Real Estate Secured | 0 | $ 0 | $ 0 |
| All Other Loans | 247,698 | $ 105,531,734 | $ 7,325,882 |

CFL 812 (12/10)                    20

CONFIDENTIAL
CASHCALL 008987

# SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
### (Round to Nearest Dollar - Omit Cents)

**A. OTHER BUSINESS ACTIVITIES:**

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

1.

| Sale of Insurance Products | Insurer | 2010 Revenue |
|---|---|---|
| Credit Life Insurance | N/A | $ 0 |
| Credit Disability Insurance | | |
| Credit Loss of Income Insurance | | |
| Accidental Death & Dismemberment | | |
| Personal Property Insurance | | |
| Real Estate Loan Insurance | | |
| Others (*auto, whole life, etc.*) | | |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2010 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
(*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2010 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2010 Revenue | License Authority (If Applicable) |
|---|---|---|
| None | $ 0 | |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| None | | |
| | | |

CONFIDENTIAL
CASHCALL 008988

## SCHEDULE  J
### (Continuation)
## OTHER  BUSINESS  ACTIVITIES  AND  COVERED  LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made '_covered loans_' as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|---|---|
| 0 | $                    0 |

CONFIDENTIAL
CASHCALL 008989

**SCHEDULE K**

**DIRECTORY OF DIRECTORS, OFFICERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**

(Please Type or Print Clearly)

Name of Licensee:  CashCall, Inc.

CFL File No. 6038780

For updating the Department's licensee files, please complete the following directory for _ALL_ directors, officers, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a changes in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionnaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form is available at the Department's internet website at "www.corp.ca.gov".

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| John | Paul | Reddam | President/CEO | 100 | 1600 S. Douglass Rd. Anaheim, CA 92806 | Jul 23, 1955 | C0081122 CA |
| Hilary | Elizabeth | Holland | Vice President | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | Feb 12, 197⊞ | A1186870 CA |
| Delbert | Orien | Meeks | CFO/Treasurer | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | Sep 5, 1962 | N9476152 CA |
| Ronald | | Radziminsky | Secretary | 0 | 1600 S. Douglass Rd. Anaheim, CA 92806 | Jul 25, 1965 | C6529627 CA |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/10)

23

CONFIDENTIAL
CASHCALL 008990

SCHEDULE K
(Continuation)
DIRECTORY OF OFFICERS, DIRECTORS, MANAGERS AND ANY PERSON OWNING OR
CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES
(Please Type or Print Clearly)

Name of Licensee:  CashCall, Inc.                                           CFL File No.  6038780

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/10)

24

CONFIDENTIAL
CASHCALL 008991

**SCHEDULE L**
**CFLL REPORT ON NON-TRADITIONAL, ADJUSTABLE RATE**
**AND MORTGAGE LOAN PRODUCTS**

COMPANY NAME: CashCall, Inc.

LICENSE NUMBER: 6038780

NMLS NUMBER: 38512

CONTACT PERSON: Shanna Gilroy              PHONE NO: 949-973-9730

1. During calendar year 2010, have you made or arranged non-traditional mortgage products or adjustable rate mortgage products as defined by the Guidance?

    a. Made non-traditional mortgage products?        Yes [   ]  No [ ✓ ]
    b. Arranged non-traditional mortgage products?    Yes [   ]  No [ ✓ ]
    c. Made adjustable rate mortgage products?      Yes [ ✓ ]  No [   ]
    d. Arranged adjustable rate mortgage products?  Yes [   ]  No [ ✓ ]

    If the answer is YES to any of the above, please complete items 2 thorugh 4.
    If the answer is NO to all questions, there is no need to complete items 2 through 4.

2. Please describe on a separate page how you have implemented the best practices and explain whether and how you have put into effect the following internal controls or procedures during the reporting period:

    a. Adopted processes, policies and procedures to ensure compliance with the Guidance.
    b. Implemented a consumer complaint process to resolve consumer complaints involving loans covered by the Guidance.
    c. Educated employees and agents to help them understand how to apply the best practices.
    d. Designated a compliance officer to ensure compliance with the Guidance.

Compliance Officer's Name: Shanna Gilroy

Address: 1600 S. Douglass Rd. Anaheim, CA 92806

Phone: 949-973-9730          E-mail: shanna.gilroy@cashcall.com

3. Consumer complaint information:

    a. Number of consumer complaints received           3
    b. Number of consumer complaints resolved          3
    c. Number of consumer complaints unresolved       0
    d. Number of Workout Arrangements* used for resolved complaints   0

4. If any non-traditional mortgage loans or adjustable rate mortagage loans subject to the Guidance were made or arranged, the finance company shall submit information regarding these loan products on the form entitled "Non-traditional, Adjustable Rate and Mortgage Loan Survey". The survey form is provided on page 26 of the 2010 Annual Report Form.

*Workout Arrangement shall mean a modified or converted loan product with predictable payment requirements to help the financially-stressed borrower.

CFL 812 (12/10)                    25

CONFIDENTIAL
CASHCALL 008992

**SCHEDULE L**
(Continuation)
**NON-TRADITIONAL, ADJUSTABLE RATE AND MORTGAGE LOAN SURVEY**

| 1. License Information (to be completed by all respondents) | |
|---|---|
| Department of Corporations license number: | 6038780 |
| Licensee name: | CashCall, Inc. |
| Person who prepared this report: | Shanna Gilroy |
| Preparer's title: | Compliance Officer |
| Telephone number: | 949-973-9730 |
| E-mail address: | shanna.gilroy@cashcall.com |

| 2. Does your company offer non-traditional mortgage products? (Place an "x" in the appropriate category) (If "yes"complete remaining survey) | Yes | X |
|---|---|---|
| | No | |

If yes:

| 3. If "yes" are they retained on the books or sold? (Place an "x" in one or both categories) | Retained | |
|---|---|---|
| | Sold | X |

| 4. Please show the dollar volume in thousands and number of loans retained as of December 31, 2010. and the dollar volume in thousands and number of loans sold over the 12 month period ending December 31, 2010. For loans with multiple non-traditional characteristics include them in each category applicable. | Retained (Number of Loans) | Retained (Dollar Amount) | Sold (Number of Loans) | Sold (Dollar Amount) |
|---|---|---|---|---|
| a. Interest-only Mortgage Loan | 0 | | | |
| b. Payment Option ARM | 0 | | | |
| c. Reduced Documentation | 0 | | | |
| d. Simultaneous Second-lien Loan | 0 | | | |
| e. Home Equity Line of Credit | 0 | | | |
| f. Covered Loans | 0 | | | |
| g. Adjustable Rate Mortgage Loans | | | 14 | $4,493,100 |
| 5. All Loans (Non-Traditional and Traditional) | | | 5,107 | $1,538,578,412 |

26

CFL-812 (12/10)

CONFIDENTIAL
CASHCALL 008993

## SCHEDULE L
### (Continuation)

| | Definitions |
|---|---|
| a. Interest-only Mortgage Loan | A nontraditional mortgage on which, for a specified number of years (e.g., three or five years), the borrower is required to pay only the interest due on the loan during which time the rate may fluctuate or may be fixed. After the interest-only period, the rate may be fixed or fluctuate based on the prescribed index and payments include both principal and interest. |
| b. Payment Option ARM | A nontraditional mortgage that allows the borrower to choose from a number of different payment options. For example, each month, the borrower may choose a minimum payment option based on a "start" or introductory interest rate, an interest-only payment option based on the fully indexed interest rate, or a fully amortizing principal and interest payment option based on a 15-year or 30-year loan term, plus any required escrow payments. The minimum payment option can be less than the interest accruing on the loan, resulting in negative amortization. The interest-only option avoids negative amortization but does not provide for principal amortization. After a specified number of years, or if the loan reaches a certain negative amortization cap, the required monthly payment amount is recast to require payments that will fully amortize the outstanding balance over the remaining loan term. |
| c. Reduced Documentation | A loan feature that is commonly referred to as "low doc/no doc", "no income/no asset", "stated income" or "stated assets." For mortgage loans with this feature, an institution sets reduced or minimal documentation standards to substantiate the borrower's income and assets. |
| d. Simultaneous Second-lien Loan | A lending arrangement where either a closed-end second-lien or a home equity line of credit (HELOC) is originated simultaneously with the first lien mortgage loan, typically in lieu of a higher down payment. |
| e. Home Equity Line of Credit | An open-end loan, usually recorded as a second mortgage, that permits borrowers to obtain cash advances based on an approved line of credit. |
| f. Covered Loans | Covered loan (per 4970(FC)) - a consumer loan in which the original principal balance of the loan does not exceed the most current conforming loan limit for a single-family first mortgage loan established by Fannie Mae and where one of the following conditions are met: <br><br> a) the APR at consummation will exceed by more than 8 percentage points the yield on Treasury securities having comparable maturity periods on the 15th day of the month immediately preceding the month in which the loan application is received or <br><br> b) the total points and fees payable by the consumer at or before closing will exceed 6% of the total loan amount. |
| g. Adjustable Rate Mortgage Loans | An adjustable-rate mortgage loan that has one or more of the following characteristics: (1) low initial payments based on a fixed introductory rate that expires after a short period and then adjusts to a variable index rate plus a margin for the remaining term of the loan; (2) very high or no limits on how much the payment amount or the interest rate may increase ("payment or rate caps") on reset dates; (3) limited or not documentation of borrower's income; (4) product features likely to result in frequent refinancing to maintain an affordable monthly payment; and/or (5) substantial prepayment penalties and/or prepayment penalties that extend beyond the initial fixed interest rate period. As an example of number (1) above, ARMs known as "2/28" loans feature a fixed rate for two years and then adjust to a variable rate for the remaining 28 years, and the spread between the initial fixed interest rate and the fully indexed interest rate in effect at loan origination typically ranges from 300 to 600 basis points. |

CFL 812 (12/10)

27

CONFIDENTIAL
CASHCALL 008994

Schedule L Question 2 con't

a.  CashCall has created policies and procedures that are designed to in full compliance with the Guidance. All of our loans are underwritten to Fannie Mae guidelines. We have taken a very conservative position on non-traditional and adjustable rate mortgage loan products. We do not offer any of the following loan products:
    - Negatively amortizing ARMS
    - Adjustable rate loans with "teaser" rates below the fully indexed rate
    - Pay Option ARMS
    - Interest only loans
    - Loans with Balloon payments
    - Piggyback second mortgage loans
    - HELOC's
    - Subprime loans
    - HLTV loans
    - Loans with prepayment penalties
    - Reduced documentation loans
    - Third party originated loans
    - "Covered" loans or loans that exceed FNMA or FHLMC's high cost loan limits

b.  We have a consumer complaint process in place that covers both loans covered by the Guidance and all other mortgage loan products that we offer. Customers can submit their complaint through our website, by contacting our call center, by contacting our legal department. Complaints are addressed within 24 hours by our Management and the Customer is contact directly by telephone.

c.  We conduct continual training with all of our staff on best practices, underwriting guidelines, and Federal and State compliance.

d.  We have a Compliance Officer who works under the direction of our General Counsel who is responsible for compliance with the Guideline.

CONFIDENTIAL
CASHCALL 008995

## SCHEDULE M
## ADDITIONAL INFORMATION

Please answer the following questions in connection with the Secure and Fair Enforcement for Mortgage Licensing Act of 2008 (SAFE Act): (Information regarding the SAFE Act can be found on our website at www.corp.ca.gov)

a. Did you make, arrange or service any residential mortgage loans as defined by the SAFE Act?

　　　　　　　　　　☒ Yes　　　　　　　　☐ No

b. How many mortgage loan originators did you employ as of 12/31/10 for this activity?　　　63

CFL 812 (12/10)　　　　　　　　　　28

CONFIDENTIAL
CASHCALL 008996

EXHIBIT H


STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY          EDMUND G. BROWN Jr., *Governor*

# DEPARTMENT OF CORPORATIONS



*PLEASE READ THE ATTACHED INSTRUCTIONS CAREFULLY BEFORE COMPLETING*
*THIS REPORT. All licensees must complete the report even if no business was conducted.*
*See* **INSTRUCTIONS** *if no business was conducted .*

*To: COMMISSIONER OF CORPORATIONS, STATE OF CALIFORNIA*

### ANNUAL REPORT
### LICENSEES ENGAGED IN BUSINESS UNDER THE
### CALIFORNIA FINANCE LENDERS LAW
### (Finance Lender and Broker)
### For the Year Ended December 31, 2011

### SCHEDULE A
### GENERAL INFORMATION

1.  Name of Licensee (*as shown on the license* )
    and Address of Main Office:

    > CashCall, Inc.
    > 1600 South Douglass Road
    > Anaheim, CA 92806

2.  Business Phone No.:  ( __949__ ) 752-4600                Fax No.: ( __949__ ) 225-4600
    Website Address:      www.cashcall.com
    E-mail Address:

3.  Address Change. If you wish to change the address of your place of business, you must submit a **Change of Address Form** to the Department of Corporations. The request for the change of address must be received by the Department 10 days prior to the date of your move or an administrative penalty of $500 will be assessed. The Change of Address Form can be found on the Department's website at www.corp.ca.gov.

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023733

## SCHEDULE  A
### (Continuation)
## GENERAL  INFORMATION

4. Office Hours: 7:00 am - 6:00 pm

5. a) License Number for Main Office:        6038780

   b) NMLS Number (if applicable):           38512

   *(If the report covers more than one location, the license number and address of each location*
   *must be listed on a separate schedule attached to this report. )*
   ***CAUTION: THE REPORT WILL BE RETURNED IF THIS SCHEDULE IS NOT COMPLETED.***

6. Licensed Authority:     A. [ ✓ ] Lender Only
                           B. [   ] Lender and Broker
                           C. [   ] Broker Only

7. Total number of licenses held at December 31, 2011:     2

8. Type of Organization:     [ ✓ ] Corporation
                             [   ] Partnership
                             [   ] Individual
                             [   ] Limited Liability Company
                             [   ] Other  (specify)

9. Person preparing this report:

   _____           Daniel H. Baren, General Counsel
   Signature                            Name & Title (Please *type or print*)

   Phone No.: (  949  ) 752-4605

   Email address:      dbaren@cashcall.com

CFL 812 (12/11)                         2

CONFIDENTIAL
CASHCALL 023734

# VERIFICATION

STATE OF  California                        )
                                            ) SS.
COUNTY OF  Orange                           )

I, the undersigned, state:  That I am an officer or general partner or the sole proprietor or have a position of similar proprietary interest of
(*Insert name as shown on your license*)

CashCall, Inc.

and I have read and signed this report and the documents filed herewith and know the contents thereof. I certify that the financial statements contained therein were prepared in conformity with generally accepted accounting principles consistently applied, and the statistical information supplied is to the best of my knowledge true and exact.

Additional certification of licensees with two or more licensed locations:

By signing this report I hereby authorize the Commissioner to contact our main office regarding issues and concerns for all branches of the company.

*Complete Section (A) OR Section (B) as appropriate.*

---

**(A) IF LOCATED IN CALIFORNIA OR A STATE WHICH PERMITS A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS NOT NECESSARY.**

Date _____, 2012    at  Anaheim _____,  California _____
              (Month / Day)      (Year)        (City)                    (State)

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

J. Paul Reddam, President
_____
Name and Title  (Please type or print)

---

**(B) IF LOCATED OUTSIDE CALIFORNIA AND IN A STATE WHICH DOES NOT PERMIT A DECLARATION UNDER PENALTY OF PERJURY, COMPLETE THIS SECTION. NOTARIZATION IS REQUIRED.**

Date _____, _____          _____
            (Month / Day)        (Year)           Signature of Affiant

at _____
              (City)                              _____
                                                  Name and Title  (*Please type or print*)

_____
              (State)                             Subscribed and sworn to before me on

                                                  _____, _____
          (SEAL)                                        (Month / Day)      (Year)

                                                  _____
                                                  Notary Public in and for said County and State

CFL 812 (12/11)                        3

CONFIDENTIAL
CASHCALL 023735

## TABLE OF SCHEDULES TO BE COMPLETED

The schedules in this report must be completed in accordance with the following licensing authority and instructions under the California Finance Lenders Law (CFL):

A. If you are licensed as a **CFL LENDER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|----------|------|----------|------|
| A | 1 & 2 | F | 14 & 15 |
| VERIFICATION | 3 | G | 16, 17 & 18 |
| B-1 | 5 & 6 | H | 19 |
| B-1(a) | 7 | I | 20 |
| B-2 | 8 | J | 21 & 22 |
| C-1 | 9 | K | 23 & 24 |
| C-2 | 10 | L and M | 25, 26 & 28 |
| C-3 | 11 | N | 29 |
| E | 13 | | |

B. If you are licensed as a **CFL BROKER**, the following schedules must be completed:

| SCHEDULE | PAGE | SCHEDULE | PAGE |
|----------|------|----------|------|
| A | 1 & 2 | C-2 | 10 |
| VERIFICATION | 3 | C-3 | 11 |
| B-1 | 5 & 6 | D | 12 |
| B-1(a) | 7 | J | 21 & 22 |
| B-2 | 8 | K | 23 & 24 |
| C-1 | 9 | L and M | 25, 26 & 28 |

*   \* *If you are licensed as a CFL Broker only, discard Pages 13 through 20.*

C. If you are authorized to act as a **CFL LENDER and BROKER**, all schedules must be completed.

D. If any schedule is inapplicable, note "N/A" at the top of the schedule.

E. The verification on Page 3 must be completed on all reports.
   **UNSIGNED OR INCOMPLETE VERIFICATION WILL NOT BE ACCEPTED**

F. If no business was conducted under the license(s) during the calendar year 2011, only pages 1 through 11, 23, 24 and 25 need to be completed. The remaining pages need not be submitted. "No business" means no loan was made, refinanced, or brokered in 2011, and no loan payment or broker fee was received in 2011. Also a statement must be completed at the bottom of the page 3 VERIFICATION stating that "No business was conducted under the license(s) during the calendar year 2011."

G. **Your annual assessment is based on the gross income reported from activities conducted under your California Finance Lenders Law (Schedule C-1, Statement of Income and Expense, Page 9, Line 1). Income earned from other state or federal licenses, activities not requiring a license, or activities conducted pursuant to licenses of other agencies should be reported on Schedule C-1, Page 9, Line 2.**

H. For the purposes of completing the 2011 Annual Report, all income derived from loans originated under the Personal Property Broker, Consumer Finance Lender, and/or Commercial Finance Lender Laws should be treated as income earned under the California Finance Lenders Law.

CFL 812 (12/11)                                                4

CONFIDENTIAL
CASHCALL 023736

## SCHEDULE  B-1
## BALANCE SHEET
### AS OF DECEMBER 31, 2011
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.                              CFL File No. 6038780

### ASSETS

| | | |
|---|---|---:|
| 1. Cash | $ | 11,853,656 |
| 2. Investments | | 275,000 |
| 3. CFL Loans Receivables (*must equal Schedule B-2, line 6*) | | 563,607,958 |
| 4. Other Receivables (*must equal Schedule B-2, line 14*) | | 0 |
| 5. Reserves and Withholds by Banks and Finance Companies | | 11,638,812 |
| 6. Fixed Assets (Less: *Accumulated Depreciation*  $ 18,619,977 ) | | 2,094,127 |
| 7. Prepaid Expenses and Deferred Charges | | 0 |
| 8. Commissions Receivable | | 0 |
| 9. Other Assets | | 14,830,919 |
| 10. **Total Assets** (*sum of lines 1 thru 9 and must equal line 22*) | $ | 604,300,472 |

### LIABILITIES AND NET WORTH

| | | |
|---|---|---:|
| 11. Loans & Notes Payable from Third Parties | $ | 205,363,412 |
| 12. Loans & Notes Payable from Parents & Affiliates | | 21,259,801 |
| 13. Bonds, Debentures, and Certificates of Indebtedness | | 0 |
| 14. Accounts Payable | | 10,705,903 |
| 15. Dealers Reserves and Withholds | | 0 |
| 16. Accrued Taxes Other Than Income Tax | | 280,439 |
| 17. Reserve for Income Taxes | | 0 |
| 18. Credit Insurance Premiums Due Insurer | | 0 |
| 19. Other Liabilities and Accruals | | 265,238,694 |
| 20. **Total Liabilities** (*sum of lines 11 thru 19*) | $ | 502,848,249 |
| 21. **Net Worth** (*line 10 less line 20 and must equal Schedule B-1(a), line 10, 13, 14 or 19*) | $ | 101,452,223 |
| 22. **Total Liabilities and Net Worth** (*add lines 20 & 21 and must equal line 10*) | $ | 604,300,472 |

*NOTE* : **CFL** stands for California Finance Lenders.
   **Fixed Assets** include land, building, equipment, furniture & fixtures, automobiles, and
   leasehold improvement, less accumulated depreciation.

CFL 812 (12/11)                              5

CONFIDENTIAL
CASHCALL 023737

## SCHEDULE B-1
### (Continuation)
## REQUEST FOR CONFIDENTIAL TREATMENT

Name of Licensee (as shown on the license):   CashCall, Inc.

CFL File Number:   6038780

PURSUANT TO SECTION 22159(a) OF THE FINANCIAL CODE, I REQUEST CONFIDENTIAL TREATMENT OF THE BALANCE SHEET. THE LICENSEE QUALIFIES FOR CONFIDENTIAL TREATMENT OF THE BALANCE SHEET AS A:

(CHECK ONE)

SOLE PROPRIETOR ☐

"NONPUBLICLY TRADED PERSON" (persons with securities owned by 35 or fewer individuals" ☐

By: _____
   *Signature of Declarant*

Printed Name: _____

Position: _____

*Caution: This section __must__ be completed and be signed by an authorized person, if confidential treatment of the balance sheet is requested.*

CFL 812 (12/11)

6

CONFIDENTIAL
CASHCALL 023738

## SCHEDULE B-1(a)
## CALCULATION OF NET WORTH
## AS OF DECEMBER 31, 2011
(Round to Nearest Dollar - Omit Cents)

Name of Licensee: CashCall, Inc.

CFL File No. 6038780

### FOR CORPORATION ONLY:

| | | |
|---|---|---|
| 1. Common Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 20,000,000 |
| 2. Preferred Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 3. Paid In Capital in Excess of Par . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 22,039,540 |
| 4. Less: Treasury Stock, Donated Stock, etc. . . . . . . . . . . . . . . . . . . . . . . | ( | 0 ) |
| 5. Total Capital (*sum of lines 1 thru 4*) . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 42,039,540 |

6. Retained Earnings @ 01/01/11 . . . . . . . . . . . . . . . . . . . . . . . $   3,741,733

7. Adjustments to Retained Earnings . . . . . . . . . . . . . . . . . . . .   -4,426,585

8. Net Income or Loss (*from Schedule C-1, line 23*) . . . . . . . . . .   60,097,522

| | | |
|---|---|---|
| 9. Retained Earnings @ 12/31/11 (*sum of lines 6 thru 8*) . . . . . . . . . . . . . . . . | | 59,412,670 |
| 10. **Total Net Worth** (*sum of lines 5 and 9 and must equal Schedule B-1, line 21*) | $ | 101,452,210 |

### FOR PARTNERSHIP ONLY:   N/A

11. Partnership Capital Accounts:

| Name (General Partners) | Percentage | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |

12. Limited Partners (*total*) . . . . . . . . . . . . . . . . . . . . . . . . .

13. Total Net Worth (*sum of lines 11 and 12 and must equal Schedule B-1, line 21*) . . .   $

### FOR INDIVIDUALS, TRUSTEES, AND OTHERS:   N/A

14. Net Worth of Individuals, Trustees, and Others (*enter balance from Schedule B-1, line 21*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $

### FOR LIMITED LIABILITY COMPANY ONLY:   N/A

15. Members' Contributions

16. Members' Draws

17. Members' Equity

18. Net Income (Loss) (*from Schedule C-1, line 23*)

19. Total Members' Equity (*sum of lines 15 - 18 and must equal Schedule B-1, line 21*)   $

CFL 812 (12/11)                                        7

CONFIDENTIAL
CASHCALL 023739

## SCHEDULE  B-2
## ANALYSIS OF LOANS AND RECEIVABLES OUTSTANDING
### AS OF DECEMBER 31, 2011
(Round to Nearest Dollar - Omit Cents)

**CALIFORNIA FINANCE LENDERS LOANS:**    (A)

Aggregate Balance

| | | |
|---|---|---|
| 1. Consumer Loans ..................................... | $ | 857,534,681 |
| 2. Commercial Loans ................................... | | 0 |
| 3.    Subtotal (*sum of lines 1 and 2*) ..................... | $ | 857,534,681 |
| 4. Less: Unearned Pre-computed Charges ..................... | ( | 0 ) |
| 5. Less: Allowance for Bad Debts ........................ | ( | 293,926,723 ) |
| 6. **Net California Finance Lenders Loans Receivables** (*sum of lines 3 thru 5 and must equal Schedule B-1, line 3*) .............. | $ | 563,607,958 |

**OTHER RECEIVABLES NOT SUBJECT TO CFL LICENSING**
**REQUIREMENTS OF COMMISSIONER OF CORPORATIONS:**    (B)

Aggregate Balance

| | | |
|---|---|---|
| 7. Sales Contracts ................................ | $ | 0 |
| 8. Leases (*True leases*) .................................. | | 0 |
| 9. Factoring ....................................... | | 0 |
| 10. Others ....................................... | | 0 |
| 11.    Subtotal (*sum of lines 7 and 10*) ..................... | $ | 0 |
| 12. Less: Unearned Pre-computed Charges ..................... | ( | 0 ) |
| 13. Less: Allowance for Bad Debts ........................ | ( | 0 ) |
| 14. **Net Other Receivables** (*sum of lines 11 thru 13 and must equal Schedule B-1, line 4*) ............................... | $ | 0 |

*NOTE* :

(A) *May include outstanding receivables originated under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender licenses.*

(B) *See Schedule B-2 of* INSTRUCTIONS *on classification of receivables.*

CFL 812 (12/11)

8

CONFIDENTIAL
CASHCALL 023740

## SCHEDULE C-1
## STATEMENT OF INCOME AND EXPENSES
## FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

### INCOME

| | | |
|---|---|---:|
| 1. | Gross Income from CFL Loans and CFL Brokered Loans (*from Schedule C-2, line 16*). **REPORT ONLY CFL GROSS INCOME ON THIS LINE** ...... $ | 311,827,177 |
| 2. | Gross Income from All Other Business and Sources (*from Schedule C-3, line 7*) ................................................. | 37,436 |
| 3. | **Total Gross Income** (*sum of lines 1 and 2*) ..................... $ | 311,864,613 |

### EXPENSES

| | | |
|---|---|---:|
| 4. | Loss on Loans Receivable ................................. $ | 41,774,441 |
| 5. | Professional Audit and Accounting Services ..................... | 616,240 |
| 6. | Insurance and Bond Premiums ............................... | 2,814,897 |
| 7. | Legal Services and Expenses ................................ | 3,425,783 |
| 8. | Occupancy Expenses ...................................... | 3,334,475 |
| 9. | Provision for Bad Debt Allowance ........................... | 24,263,020 |
| 10. | Salaries and Bonuses: Employees ............................ | 45,083,808 |
| 11. | Salaries and Bonuses: Owners, Partners, Executives .............. | 1,322,272 |
| 12. | Depreciation ............................................ | 2,528,785 |
| 13. | License Fees and Taxes .................................... | 1,178,973 |
| 14. | Telephone and Utilities ................................... | 1,052,417 |
| 15. | Advertising and Promotions ................................ | 27,536,928 |
| 16. | Other Expenses .......................................... | 49,337,883 |
| 17. | **Total Expenses before Interest and Income Taxes** (*sum of lines 4 thru 16*) ............................................... $ | 204,269,922 |
| 18. | **Income or (loss) before Interest and Income Taxes** (*line 3 less line 17*) ............................................... $ | 107,594,691 |
| 19. | Interest Paid to Bona Fide Third Parties ...................... | 44,317,179 |
| 20. | Interest Paid to Parent Company and Affiliates .................. | 2,475,588 |
| 21. | **Income or (Loss) before Income Taxes** (*subtract lines 19 and 20 from line 18*) ........................................... $ | 60,801,924 |
| 22. | Provision for Income Taxes ................................ | 704,402 |
| 23. | **Net Income or (Loss)** (*line 21 less line 22*) . (A) ............... $ | 60,097,522 |

*NOTE* :  **(A)** NET INCOME OR LOSS balance must agree with Schedule B-1(a), line 8 for a Corporation or Schedule B-1(a), line 18 for a Limited Liability Company.

CFL 812 (12/11)                    9

CONFIDENTIAL
CASHCALL 023741

## SCHEDULE C-2
## ANALYSIS OF INCOME RECEIVED FROM CFL LENDERS AND BROKERS LOANS
## FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

| | Loans Under $2,500 (Column 1) | Loans of $2,500 & Over (Column 2) | Total (Column 3) |
|---|---|---|---|
| **CFL LENDERS AND BROKERS LOANS:** | | | |
| **CONSUMER LOANS:** | | | |
| 1. Charges Earned or Collected from loans . . . . . . . . . . . . . . . . . . . . . . | $  27,002,696 | $  223,347,385 | $  250,350,081 |
| 2. Collection from Charged Off Accounts . | 788,430 | 7,298,131 | 8,086,561 |
| 3. Income from Credit Insurance . . . . . . . | 0 | 0 | 0 |
| 4. Other Insurance Commissions . . . . . . . | 0 | 0 | 0 |
| 5. Administrative and Loan Fees . . . . . . . . | 23,899,600 | 9,212,242 | 33,111,842 |
| 6. Commissions from Brokering CFL Consumer Loans (*from Schedule D, line 8* ) . . . . . . . . . . . . . | 0 | 0 | 0 |
| 7. Other income . . . . . . . . . . . . . . . . . | 0 | 20,278,693 | 20,278,693 |
| 8. **Total Consumer Loans Income** (*sum of lines 1 thru 7* ) . . . . . . . . . . | $  51,690,726 | $  260,136,451 | $  311,827,177 |
| **COMMERCIAL LOANS:** | | | |
| 9. Charges Earned or Collected from Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $  0 |
| 10. Collection from Charged Off Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 11. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 12. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 13. Commissions from Brokering CFL Commercial Loans (*from Schedule D, line 13* ) . . . . . . . . | | | 0 |
| 14. Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0 |
| 15. **Total Commercial Loan Income** (*sum of lines 9 thru 14* ) . . . . . . . . . . . . . . . . . . . . . | | | $  0 |
| 16. **Total Gross Income from CFL Loans and CFL Brokered Loans** (sum of lines 8 Column 3 & 15 and must equal Schedule C-1, line 1 ) . . . . . . . . . . . . . . . . . . . . . . . | | | $  311,827,177 |

**CAUTION:** *The income reported on lines 1 through 16 is for income relating to your California Finance Lender license. It may include income attributable to loans made under the Personal Property Broker, Consumer Finance Lender, and Commercial Finance Lender Laws prior to July 1, 1995. It must be accurately reported. The total income reported will be the basis for the computation of your assessment to renew your license(s) for the coming fiscal year. Income not relating to your California Finance Lender license should be reported on Schedule C-3.*

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023742

## SCHEDULE C-3
## ANALYSIS OF INCOME RECEIVED FROM OTHER BUSINESS AND SOURCES
## FOR CALENDAR YEAR 2011
### (Round to Nearest Dollar - Omit Cents)

### ALL OTHER BUSINESS AND SOURCES:

| | | |
|---|---|---:|
| 1. Charges Earned or Collected . . . . . . . . . . . . . . . . . . . . . . | $ | 0 |
| 2. Other Interest or Return on Investment . . . . . . . . . . . . . . . | | 37,436 |
| 3. Collection from Charged Off Accounts . . . . . . . . . . . . . . . | | 0 |
| 4. Income from Credit Insurance . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 5. Other Insurance Commissions . . . . . . . . . . . . . . . . . . . . . | | 0 |
| 6. Other Income (*please explain below*) . . . . . . . . . . . . . . . . | | 0 |
| 7. Total Income from All Other Business and Sources (*sum of lines 1 thru 6 and must equal Schedule C-1, line 2*) . . . . . . . . | $ | 37,436 |

**Please describe source of other income for lines 1 thru 6:**

_____

_____

_____

_____

_____

_____

(You are required to complete this section if you have reported "Other Business Income.")

**CAUTION:** *Income reported on Lines 1 through 7 is only for income* **not** *related to your CFL license with Commissioner of Corporations. Any income earned related to your CFL license with Commissioner of Corporations must be reported on Schedule C-2. For guidelines on classification of receivables and income falling under the jurisdiction of Commissioner of Corporations under the CFL Law, please refer to Schedule C-3 of the attached* INSTRUCTIONS.

CFL 812 (12/11)                                    11

CONFIDENTIAL
CASHCALL 023743

# SCHEDULE D
## SCHEDULE OF BROKERED LOANS
### FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)



**A. SCHEDULE OF CFL BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender licensed under the California Finance Lenders Law*)

| Name of Lender | Lender's License Number | Number of Loans Brokered | Principal Amount of Loans | Amount of Commissions Received |
|---|---|---|---|---|

**LIST CONSUMER LOANS BROKERED ONLY:**

| | | | | |
|---|---|---|---|---|
| 1 N/A | N/A | 0 | $ 0 | $ 0 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. **Total Consumer Loans Brokered** (*sum of lines 1 thru 7 and must equal Schedual C-2, line 6, column 3*) . . . . . . . . | | 0 | $ 0 | $ 0 |
| 8a Residential Mortgage Loans Brokered (*see instructions*) | | 0 | 0 | 0 |

**LIST COMMERCIAL LOANS BROKERED ONLY:**

| | | | | |
|---|---|---|---|---|
| 9 N/A | N/A | 0 | $ 0 | $ 0 |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. **Total Commercial Loans Brokered** (*sum of lines 9 thru 12 and must equal Schedual C-2, line 13*) . . . . . . . . . . . . . . | | 0 | $ 0 | $ 0 |
| 14. **Total Loans Brokered** (*sum of lines 8 and 13*) . . . . . . . . . . . . . . . . . . . . . . | | 0 | $ 0 | $ 0 |

*Describe the method of computing commissions and how commissions are paid (i.e., in advance, from loan proceeds, etc.). If commissions are prepaid, describe method of refunding commissions in the event a loan is not funded.*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**B. SCHEDULE OF OTHER BROKERED LOANS** (*This section must be completed by all licensees who have brokered loans to any lender not licensed under the California Finance Lenders Law*)

| | Total Number of Loans Brokered | Total Principal Amount of Loans Brokered | Total Amount of Commissions Received |
|---|---|---|---|
| **TOTALS** | 0 | $ 0 | $ 0 |

*State the name of the agency and your broker license number for authority to broker other loans.*

CONFIDENTIAL
CASHCALL 023744

## SCHEDULE E
## CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY SIZE
## FOR CALENDAR YEAR 2011
### (Round to Nearest Dollar - Omit Cents)

### CONSUMER LOANS ONLY

| | Loans of | Number of Loans | Principal Amount |
|---|---|---|---|
| 1. | $   499  or  Less . . . . . . . . . . . . . . . . . . . . . . | 0 | $                              0 |
| 2. | 500  to  1,999 . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | 2,000  to  2,499 . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 4. | 2,500  to  4,999 . . . . . . . . . . . . . . . . . . . . . | 17,407 | 45,258,200 |
| 5. | 5,000  to  9,999 . . . . . . . . . . . . . . . . . . . . . | 2,128 | 10,799,600 |
| 6. | 10,000  or  More . . . . . . . . . . . . . . . . . . . . . | 9,492 | 2,817,486,994 |
| 7. | **Total Consumer Loans Made** (*sum of lines 1 thru 6*) . **(A)** . . . . . . . . . . . . . . . . . . . . . . . . | 29,027 | $       2,873,544,794 |

### COMMERCIAL LOANS ONLY

| | | Number of Loans | Principal Amount |
|---|---|---|---|
| 8. | $  5,000  or  More . . . . . . . . . . . . . . . . . . . . . | 0 | $                              0 |
| 9. | **Total Commercial Loans Made** . **(B)** . . . . . . . . . . | 0 | $                              0 |
| 10. | **Total Loans Made - All Categories** (*sum of lines 7 and 9*) . **(C)** . . . . . . . . . . . . . . . . . . . . . . . | 29,027 | $       2,873,544,794 |

*NOTE* :  **(A)** Totals must equal Schedule F, line 27 and Schedule G, line 40.
**(B)** Totals must equal Schedule F, line 34 and Schedule G, line 49.
**(C)** Totals must equal Schedule F, line 35 and Schedule G, line 50.

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023745

# SCHEDULE F
## CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| Type of Security | Number of Loans | Principal Amount |
|---|---|---|
| **Loans Under $2,500** | | |
| 1.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 2.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 3.1  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 3.2  Auto Title Loans . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 4.  Wage Assignment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 5.  Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 6.  Total Loans Made (*sum of lines 1 thru 5*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | |
| 7.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 17,407 | $ 45,258,200 |
| 8.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 9.1  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 9.2  Auto Title Loans . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 10.  Wage Assignment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 11.  Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 12.  Total Loans Made (*sum of lines 7 thru 11*) . . . . . | 17,407 | $ 45,258,200 |
| **Loans $5,000 to $9,999** | | |
| 13.  Unsecured . . . . . . . . . . . . . . . . . . . . . . . | 2,128 | $ 10,799,600 |
| 14.  Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 15.1  Automobiles and Other Motor Vehicles . . . . . . . | 0 | 0 |
| 15.2  Auto Title Loans . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 16.  Wage Assignment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 17.  Real Property . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 18.  Other Security . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 19.  Total Loans Made (*sum of lines 13 thru 18*) . . . . . | 2,128 | $ 10,799,600 |

14

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023746

## SCHEDULE F
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY TYPE OF SECURITY
### FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

**CONSUMER LOANS ONLY**

| | Type of Security | Number of Loans | Principal Amount |
|---|---|---|---|
| | **Loans $10,000 and Over** | | |
| 20. | Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 307 | $ 3,205,000 |
| 21. | Personal Property (*household items*) . . . . . . . . . | 0 | 0 |
| 22.1 | Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 22.2 | Auto Title Loans . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 23. | Wage Assignment . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 24. | Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 9,185 | 2,814,281,994 |
| 25. | Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 26. | Total Loans Made (*sum of lines 20 thru 25*) . . . . . . | 9,492 | $ 2,817,486,994 |
| 27. | **Total Consumer Loans Made** (*sum of lines 6, 12, 19, & 26*) . **(A)** . . . . . . . . . . . . . . . . . . . . | 29,027 | $ 2,873,544,794 |
| | **COMMERCIAL LOANS ONLY** | | |
| 28. | Unsecured . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 29. | Personal Property . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 30. | Automobiles and Other Motor Vehicles . . . . . . . . | 0 | 0 |
| 31. | Business Equipment . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 32. | Real Property . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 33. | Other Security . . . . . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 34. | **Total Commercial Loans Made** (*sum of lines 28 thru 33*) . **(B)** . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 35. | **Total Loans Made - All Categories** (*sum of lines 27 and 34*) . **(C)** . . . . . . . . . . . . . . . . . . . . | 29,027 | $ 2,873,544,794 |

***NOTE:*** **(A)** Totals must equal Schedule E, line 7 and Schedule G, line 40.
**(B)** Totals must equal Schedule E, line 9 and Schedule G, line 49.
**(C)** Totals must equal Schedule E, line 10 and Schedule G, line 50.

CONFIDENTIAL
CASHCALL 023747

# SCHEDULE G
# CALIFORNIA FINANCE LENDERS
## LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGED
## FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| | Annualized Rate of Charge | Number of Loans | Principal Amount |
|---|---|---|---|
| **Loans under $2,500** | | | |
| 1. | Step Rate: 2.5%, 2%, 1.5%, & 1% Per Month | 0 | $ 0 |
| | Alternate Rates: | | |
| 2. | 1.6% Per Month . . . . . . . . . . . . . . . . . . . | 0 | 0 |
| 3. | Federal Reserve Bank Rate plus 10% . . . . . . . . | 0 | 0 |
| | Other Rates: | | |
| 4. | Up to 14.999        APR . . . . . . . . . . . . . . . | 0 | 0 |
| 5. | 15.000 to 19.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 6. | 20.000 to 24.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 7. | 25.000 to 29.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 8. | 30.000 to 34.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 9. | 35.000 to 39.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.1 | 40.000 to 69.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.2 | 70.000 to 99.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 10.3 | 100.000 or More   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 11. | Variable Rates Based on Index . . . . . . . . . . . . | 0 | 0 |
| 12. | Total Loans Made (*sum of lines 1 thru 11*) . . . . . . | 0 | $ 0 |
| **Loans $2,500 to $4,999** | | | |
| 13. | Up to 14.999        APR . . . . . . . . . . . . . . . | 0 | $ 0 |
| 14. | 15.000 to 19.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 15. | 20.000 to 24.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 16. | 25.000 to 29.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 17. | 30.000 to 34.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 18. | 35.000 to 39.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.1 | 40.000 to 69.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.2 | 70.000 to 99.999   APR . . . . . . . . . . . . . . . | 0 | 0 |
| 19.3 | 100.000 or More   APR . . . . . . . . . . . . . . . | 17,407 | 45,258,200 |
| 20. | Variable Rates Based on Index . . . . . . . . . . . . | | |
| 21. | Total Loans Made (*sum of line 13 thru 20*) . . . . . . | 17,407 | $ 45,258,200 |

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023748

### SCHEDULE G
### (Continuation)
### CALIFORNIA FINANCE LENDERS
### LOANS MADE OR REFINANCED DURING THE YEAR BY RATES CHARGED
### FOR CALENDAR YEAR 2011
(Round to Nearest Dollar - Omit Cents)

## CONSUMER LOANS ONLY

| | Annualized Rate of Charge | | Number of Loans | Principal Amount |
|---|---|---|---|---|
| **Loans $5,000 to $9,999** | | | | |
| 22. | Up to 14.999 | APR . . . . . . . . . . . . . . | 0 | $ 0 |
| 23. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 24. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 25. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 26. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 27. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 28.1 | 40.000 to 69.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 28.2 | 70.000 to 99.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 28.3 | 100.000 or More | APR . . . . . . . . . . . . . . | 2,128 | 10,799,600 |
| 29. | Variable Rates Based on Index . . . . . . . . . . . | | | |
| 30. | Total Loans Made (sum of line 22 thru 29) . . . . | | 2,128 | $ 10,799,600 |
| **Loans $10,000 and Over** | | | | |
| 31. | Up to 14.999 | APR . . . . . . . . . . . . . . | 8,998 | $ 2,760,775,277 |
| 32. | 15.000 to 19.999 | APR . . . . . . . . . . . . . . | 2 | 76,000 |
| 33. | 20.000 to 24.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 34. | 25.000 to 29.999 | APR . . . . . . . . . . . . . . | 2 | 55,000 |
| 35. | 30.000 to 34.999 | APR . . . . . . . . . . . . . . | 8 | 236,700 |
| 36. | 35.000 to 39.999 | APR . . . . . . . . . . . . . . | 9 | 225,000 |
| 37.1 | 40.000 to 69.999 | APR . . . . . . . . . . . . . . | 0 | 0 |
| 37.2 | 70.000 to 99.999 | APR . . . . . . . . . . . . . . | 298 | 2,980,000 |
| 37.3 | 100.000 or More | APR . . . . . . . . . . . . . . | 0 | 0 |
| 38. | Variable Rates Based on Index . . . . . . . . . . . | | 175 | 53,139,017 |
| 39. | Total Loans Made (sum of line 31 thru 38) . . . . . | | 9,492 | $ 2,817,486,994 |
| 40. | **Total Consumer Loans Made** (sum of lines 12, 21, 30, & 39) . (A) . . . . . . . . . . . . . . | | 29,027 | $ 2,873,544,794 |

*NOTE* : **(A)** Totals must equal Schedule E, line 7 and Schedule F, line 27.

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023749

**SCHEDULE  G**
(Continuation)
**CALIFORNIA  FINANCE  LENDERS**
**LOANS  MADE  OR  REFINANCED  DURING  THE  YEAR  BY  RATES  CHARGED**
**FOR  CALENDAR  YEAR  2011**
(Round to Nearest Dollar - Omit Cents)

**COMMERCIAL LOANS ONLY**

| | Note Rate or Contract Rate | Number of Loans | Principal Amount |
|---|---|---|---|
| 41. | Up to 14.999 . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 42. | 15.000 to 19.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 43. | 20.000 to 24.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 44. | 25.000 to 29.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 45. | 30.000 to 34.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 46. | 35.000 to 39.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 47.1 | 40.000 to 69.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 47.2 | 70.000 to 99.999 . . . . . . . . . . . . . . . . . | 0 | 0 |
| 47.3 | 100.000 or More . . . . . . . . . . . . . . . . . | 0 | 0 |
| 48. | Variable Rates Based on Index . . . . . . . . . . . | | |
| 49. | **Total Commercial Loans Made** (*sum of lines 41 thru 48* ) . **(B)** . . . . . . . . . . . . . . . . . . . . . | 0 | $ 0 |
| 50. | **Total Loans Made - All Categories** (*sum of lines 40 & 49* ) . **(C)** . . . . . . . . . . . . . . . . . | 29,027 | $ 2,873,544,794 |

*NOTE* :  **(B)** Totals must equal Schedule E, line  9 and Schedule F, line 34.
     **(C)** Totals must equal Schedule E, line 10 and Schedule F, line 35.

CFL 812 (12/11)

18

CONFIDENTIAL
CASHCALL 023750

## SCHEDULE H
## CREDIT INSURANCE
## GENERAL INFORMATION    N/A

1. Give name(s) of insurance company(ies) underwriting your credit insurance.

   Name: N/A _____

   Address: _____

2. Is (are) the insurance company(ies) described in Item 1 above a parent corporation, affiliated company, or in any other manner connected with the licensee reporting:  Yes [   ]    No [   ]

   If answer to Item 2 is *Yes,* please explain:

   _____

3. Credit insurance premiums charged per year per hundred dollars of initial indebtedness:

   | Single Premium | Credit Life | Joint Coverage |
   |---|---|---|
   | $_____ | Personal Property | $_____ |
   | $_____ | Real Property | $_____ |
   | | Credit Disability | |
   | $_____ | Personal Property | $_____ |
   | $_____ | Real Property | $_____ |
   | | Credit Loss-of-Income | |
   | $_____ | Personal Property | $_____ |
   | $_____ | Real Property | $_____ |

4. Is the credit insurance premium deducted from the loan proceeds?  Yes [   ]    No [   ]

   If the answer is *No,* please explain:

   _____

5. Are the credit insurance premiums that have been collected from the borrowers remitted in total to the carrier?  Yes [   ]    No [   ]

   If the answer is *No,* please explain:

   _____

6. What is the age limit to qualify for credit insurance?

   | | Minimum | Maximum |
   |---|---|---|
   | Credit Life | _____ | _____ |
   | Credit Disability | _____ | _____ |
   | Credit Loss-of-Income | _____ | _____ |

7. Does the credit disability policy contain a "14-day" non-retroactive provision?  Yes [   ]    No [   ]

   If the answer is *No,* please explain:

   _____

8. List exclusions from coverage, if any:

   _____

CFL 812 (12/11)                    19

CONFIDENTIAL
CASHCALL 023751

## SCHEDULE I
## SALE OF LOANS TO INSTITUTIONAL INVESTORS AND LOANS SERVICED
## FOR CALENDAR YEAR 2011
### (Round to Nearest Dollar - Omit Cents)

1. Loans Sold (Pursuant to Sections 22340, 22340.1, 22600 and 22600.1 Financial Code):

   Report only those loans originated under your California Department of Corporations' CFL license(s), or purchased from an institutional lender, or another licensee pursuant to Division 9 of California Financial Code, and subsequently sold to institutional investors as defined in the California Financial Code.

| No. of Loans Sold | Dollar Value of Loans Sold | Dollar Amount of Loans Sold Retained for Servicing | Servicing Fees Earned |
|---|---|---|---|
| 9,054 | $  2,721,301,032 | $  335,823,561 | $  45,749 |

Are these loans sold to institutional investors?           Yes [ ✓ ]   No [   ]

Did you sell any of those loans to affiliated companies?   Yes [   ]   No [ ✓ ]

Are trust accounts established for those loans serviced?    Yes [ ✓ ]   No [   ]

2. Loans Serviced Under the CFL License (This would include all loans originated, purchased or sold):

   Report all loans you service as of December 31, 2011

| Loan Type | Number of Loans | Balance | Servicing Fees Earned |
|---|---|---|---|
| Residential Real Estate Secured | 1,274 | $  336,191,261 | $  45,749 |
| All Other Loans | 267,539 | $  99,686,993 | $  7,398,827 |

CFL 812 (12/11)                                    20

CONFIDENTIAL
CASHCALL 023752

## SCHEDULE J
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**A. OTHER BUSINESS ACTIVITIES:**

This Schedule is to be completed on *any* activities conducted at the licensed location(s) in addition to the making and/or brokering of loans pursuant to your California Finance Lender licenses.

| 1. Sale of Insurance Products | Insurer | 2011 Revenue |
|---|---|---|
| Credit Life Insurance | N/A | $ |
| Credit Disability Insurance | N/A | |
| Credit Loss of Income Insurance | N/A | |
| Accidental Death & Dismemberment | N/A | |
| Personal Property Insurance | N/A | |
| Real Estate Loan Insurance | N/A | |
| Others (*auto, whole life, etc.*) | N/A | |

2. OTHER SERVICES PROVIDED (*Examples: loan servicing, leasing, automobile contracts, etc.*)

| Description of Services Provided | 2011 Revenue | License Authority (If Applicable) |
|---|---|---|
| N/A | $ | |
| | | |
| | | |

3. BUSINESS CONDUCTED PURSUANT TO THE COMMODITY BROKERS LAW OF 1990
   (*Example: Sale and/or financing of precious metals or other commodities*)

| Describe Activity | 2011 Revenue | License Authority (If Applicable) |
|---|---|---|
| N/A | $ | |
| | | |

4. OTHER BUSINESS ACTIVITY CONDUCTED AT LICENSED LOCATION (*If not included in Parts 1, 2, or 3 above.*)

| Describe Activity | 2011 Revenue | License Authority (If Applicable) |
|---|---|---|
| N/A | $ | |
| | | |

5. List any other licenses held by licensee issued by State of California departments or agencies:

| Name of License | Name of Agency | License No. |
|---|---|---|
| N/A | | |
| | | |

CFL 812 (12/11)

21

CONFIDENTIAL
CASHCALL 023753

## SCHEDULE  J
### (Continuation)
## OTHER BUSINESS ACTIVITIES AND COVERED LOANS
(Round to Nearest Dollar - Omit Cents)

**B. COVERED LOANS:**

This section must be completed by those licensees who have made "*covered loans*" as defined in Section 4970(b)(1) of the Financial Code

| Number of Covered Loans | Principal Amount |
|---|---|
| 12 | $ 367,700 |

CONFIDENTIAL
CASHCALL 023754

**SCHEDULE K**

**DIRECTORY OF DIRECTORS, OFFICERS, MEMBERS, MANAGING MEMBERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**

(Please Type or Print Clearly)

Name of Licensee: CashCall, Inc.                                                                                  CFL File No. 6038780

For updating the Department's licensee files, please complete the following directory for _ALL_ directors, officers, members, branch managers and any person (as defined in Section 22008 of the California Financial Code) holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. If the person was required to be included in the initial application or in a subsequent report of a changes in personnel, the person should be included in this directory.

A self-designed form may be used to substitute this schedule if any licensee has more than 21 directors, officers, branch managers and any person holding 10 percent or more of the outstanding interests if the licensee is a partnership or if the licensee is a corporation, directly or indirectly controlling 10 percent or more of the outstanding equity securities. A self-designed form should contain at a minimum the following information.

In addition to this directory, please submit a Statement of Identity and Questionnaire (SIQ) for those individuals who did not submit the SIQ to the Department previously. The SIQ form is available at the Department's internet website at "www.corp.ca.gov".

| FIRST | FULL NAME MIDDLE | LAST | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| John | Paul | Reddam | President/Director | 100 | 1600 S. Douglass Road Anaheim, CA 92806 | Jul 23, 1955 | C008112 CA |
| Hilary | Elizabeth | Holland | Vice President | 0 | 1600 S. Douglass Road Anaheim, CA 92806 | Feb 12, 197 | A1186870 CA |
| Delbert | Orien | Meeks | CFO/Treasurer | 0 | 1600 S. Douglass Road Anaheim, CA 92806 | Sep 5, 1962 | N9476152 CA |
| Ronald | | Radziminsky | Secretary | 0 | 1600 S. Douglass Road Anaheim, CA 92806 | Jul 25, 1965 | C6529627 CA |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/11)

23

CONFIDENTIAL
CASHCALL 023755

**SCHEDULE K**
(Continuation)

**DIRECTORY OF DIRECTORS, OFFICERS, MEMBERS, MANAGING MEMBERS, BRANCH MANAGERS AND ANY PERSON OWNING OR CONTROLLING (directly or indirectly) 10% OR MORE INTEREST OR EQUITY SECURITIES**
(Please Type or Print Clearly)

Name of Licensee: CashCall, Inc.

CFL File No. 6038780

| FULL NAME | | | POSITION HELD OR TO BE HELD | % OF OWNERSHIP | BUSINESS ADDRESS (Street, City, State & Zip Code) | DATE OF BIRTH | DRIVERS LICENSE NO. AND STATE |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFL 812 (12/11)

24

CONFIDENTIAL
CASHCALL 023756

## SCHEDULE L
## CFLL REPORT ON NON-TRADITIONAL, ADJUSTABLE RATE
## AND MORTGAGE LOAN PRODUCTS

COMPANY NAME: CashCall, Inc.

LICENSE NUMBER: 6038780

NMLS NUMBER: 38512

CONTACT PERSON: Daniel Baren                PHONE NO: 949-973-9730

1. During calendar year 2011, have you made or arranged non-traditional mortgage products or adjustable rate mortgage products as defined by the Guidance?

    a. Made non-traditional mortgage products?        Yes [ ✓ ]   No [ ☐ ]
    b. Arranged non-traditional mortgage products?    Yes [ ☐ ]   No [ ✓ ]
    c. Made adjustable rate mortgage products?      Yes [ ✓ ]   No [ ☐ ]
    d. Arranged adjustable rate mortgage products?   Yes [ ☐ ]   No [ ✓ ]

    If the answer is YES to any of the above, please complete items 2 thorugh 4.
    If the answer is NO to all questions, there is no need to complete items 2 through 4.

2. Please describe on a separate page how you have implemented the best practices and explain whether and how you have put into effect the following internal controls or procedures during the reporting period:

    a. Adopted processes, policies and procedures to ensure compliance with the Guidance.
    b. Implemented a consumer complaint process to resolve consumer complaints involving loans covered by the Guidance.
    c. Educated employees and agents to help them understand how to apply the best practices.
    d. Designated a compliance officer to ensure compliance with the Guidance.

Compliance Officer's Name: Shanna Gilroy/Darcie Cancino

Address: 1600 S. Douglass Rd., Anaheim CA 92806

Phone: 949-973-9730 / 949-223-1973      E-mail: shanna.gilroy@cashcall.com

3. Consumer complaint information:

    a. Number of consumer complaints received             5
    b. Number of consumer complaints resolved            5
    c. Number of consumer complaints unresolved          0
    d. Number of Workout Arrangements* used for resolved complaints   0

4. If any non-traditional mortgage loans or adjustable rate mortgage loans subject to the Guidance were made or arranged, the finance company shall submit information regarding these loan products on the form entitled "Non-traditional, Adjustable Rate and Mortgage Loan Survey". The survey form is provided on page 26 of the 2011 Annual Report Form.

*Workout Arrangement shall mean a modified or converted loan product with predictable payment requirements to help the financially-stressed borrower.

CONFIDENTIAL
CASHCALL 023757

## SCHEDULE L
### (Continuation)
## NON-TRADITIONAL, ADJUSTABLE RATE AND MORTGAGE LOAN SURVEY

**1. License Information (to be completed by all respondents)**

| | |
|---|---|
| Department of Corporations license number: | 6038780 |
| Licensee name: | CashCall, Inc. |
| Person who prepared this report: | Shanna Gilroy |
| Preparer's title: | Compliance Officer |
| Telephone number: | 949-973-9730 |
| Email address: | shanna.gilroy@cashcall.com |

**2. Does your company offer non-traditional mortgage products? (Place an "x" in the appropriate category)**
(If "yes" complete remaining survey)

| Yes | X |
|---|---|
| No | |

**3. If "yes" are they retained on the books or sold? (Place an "x" in one or both categories)**

| If yes: | |
|---|---|
| Retained | X |
| Sold | |

**4. Please show the dollar volume in thousands and number of loans retained as of December 31, 2011 and the dollar volume in thousands and number of loans sold over the 12-month period ending December 31, 2011. For loans with multiple non-traditional characteristics include them in each category applicable**

| | Retained (Number of Loans) | Retained (Dollar Amount) | Sold (Number of Loans) | Sold (Dollar Amount) |
|---|---|---|---|---|
| a. Interest-only Mortgage Loan | | | | |
| b. Payment Option ARM | | | | |
| c. Reduced Documentation | | | | |
| d. Simultaneous Second-lien Loan | | | | |
| e. Home Equity Line of Credit | | | | |
| f. Covered Loans | 12 | $367,700 | 0 | $0 |
| g. Adjustable Rate Mortgage Loans | 20 | $5,349,800 | 160 | $50,230,217 |
| 5. All Loans (Non-Traditional and Traditional) | 774 | $240,886,812 | 8,415 | $2,574,381,282 |

26

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023758

## SCHEDULE L
### (Continuation)

| | Definitions |
|---|---|
| a. Interest-only Mortgage Loan | A nontraditional mortgage on which, for a specified number of years (e.g., three or five years), the borrower is required to pay only the interest due on the loan during which time the rate may fluctuate or may be fixed. After the interest-only period, the rate may be fixed or fluctuate based on the prescribed index and payments include both principal and interest. |
| b. Payment Option ARM | A nontraditional mortgage that allows the borrower to choose from a number of different payment options. For example, each month, the borrower may choose a minimum payment option based on a "start" or introductory interest rate, an interest-only payment option based on the fully indexed interest rate, or a fully amortizing principal and interest payment option based on a 15-year or 30-year loan term, plus any required escrow payments. The minimum payment option can be less than the interest accruing on the loan, resulting in negative amortization. The interest-only option avoids negative amortization but does not provide for principal amortization. After a specified number of years, or if the loan reaches a certain negative amortization cap, the required monthly payment amount is recast to require payments that will fully amortize the outstanding balance over the remaining loan term. |
| c. Reduced Documentation | A loan feature that is commonly referred to as "low doc/no doc", "no income/no asset", "stated income" or "stated assets." For mortgage loans with this feature, an institution sets reduced or minimal documentation standards to substantiate the borrower's income and assets. |
| d. Simultaneous Second-lien Loan | A lending arrangement where either a closed-end second-lien or a home equity line of credit (HELOC) is originated simultaneously with the first lien mortgage loan, typically in lieu of a higher down payment. |
| e. Home Equity Line of Credit | An open-end loan, usually recorded as a second mortgage, that permits borrowers to obtain cash advances based on an approved line of credit. |
| f. Covered Loans | Covered loan (per 4970(FC)) - a consumer loan in which the original principal balance of the loan does not exceed the most current conforming loan limit for a single-family first mortgage loan established by Fannie Mae and where one of the following conditions are met:<br><br>a) the APR at consummation will exceed by more than 8 percentage points the yield on Treasury securities having comparable maturity periods on the 15th day of the month immediately preceding the month in which the loan application is received or<br><br>b) the total points and fees payable by the consumer at or before closing will exceed 6% of the total loan amount. |
| g. Adjustable Rate Mortgage Loans | An adjustable rate mortgage loan that has one or more of the following characteristics: (1) low initial payments based on a fixed introductory rate that expires after a short period and then adjusts to a variable index rate plus a margin for the remaining term of the loan; (2) very high or no limits on how much the payment amount or the interest rate may increase ("payment or rate caps") on reset dates; (3) limited or not documentation of borrower's income; (4) product features likely to result in frequent refinancing to maintain an affordable monthly payment; and/or (5) substantial prepayment penalties and/or prepayment penalties that extend beyond the initial fixed interest rate period. As an example of number (1) above, ARMs known as "2/28" loans feature a fixed rate for two years that then adjust to a variable rate for the remaining 28 years, and the spread between the initial fixed interest rate and the fully indexed interest rate in effect at loan origination typically ranges from 300 to 600 basis points. |

27

CFL 812 (12/11)

CONFIDENTIAL
CASHCALL 023759

## SCHEDULE M
## ADDITIONAL LOAN INFORMATION

1. Please answer the following questions in connection with the Secure and Fair Enforcement for Mortgage Licensing Act of 2008 (SAFE Act): (Information regarding the SAFE Act can be found on our website at www.corp.ca.gov)

A. Did you make, arrange or service any residential mortgage loans as defined by the SAFE Act?     Yes ☒    No ☐

B. How many mortgage loan originators did you employ as of 12/31/11 for this activity?     165

C. Indicate the NMLS Unique Identifier Number     38512

2. Under the authority of your CFL license, please indicate which of the following type(s) of loan programs were provided to applicants during the calendar year:

| | | |
|---|---|---|
| A. Consumer First mortgage loans (1-4 units) | Yes ☒ | No ☐ |
| B. Consumer unsecured loans | Yes ☒ | No ☐ |
| C. Consumer personal property loans | Yes ☐ | No ☒ |
| D. Automobiles and Other Motor Vehicles | Yes ☐ | No ☒ |
| E. Auto title loans | Yes ☐ | No ☒ |
| F. Affordable Credit-Building Opportunity loans | Yes ☐ | No ☒ |
| G. Commercial real estate loans | Yes ☐ | No ☒ |
| H. Commercial unsecured loans | Yes ☐ | No ☒ |
| I. Commercial Business Equipment | Yes ☐ | No ☒ |
| J. Commercial Automobiles and Other Motor Vehicles | Yes ☐ | No ☒ |
| K. Accounts Receivable Financing | Yes ☐ | No ☒ |
| L. Other CFL Activity (describe below) | Yes ☐ | No ☒ |

_____

_____

_____

CFL 812 (12/11)                28

CONFIDENTIAL
CASHCALL 023760

## SCHEDULE N
## SCHEDULE OF LOAN ACTIVITY
## AS OF DECEMBER 31, 2011

| | Unsecured | | Personal Property Loans | | Automobiles and Other Motor Vehicles | | Auto Title Loans | |
|---|---|---|---|---|---|---|---|---|
| | No. | Amount | No. | Amount | No. | Amount | No. | Amount |
| **A. Consumer Loans Serviced:** | | | | | | | | |
| 1. Loans outstanding prior year at 12/31/10 | 247,698 | $105,531,734 | 0 | $0 | 0 | $0 | 0 | $0 |
| 2. Loans outstanding at year end 12/31/11 | 267,539 | $99,686,993 | 0 | $0 | 0 | $0 | 0 | $0 |
| 3. Loans with one or more past due payments which are past due 30 or more days @ 12/31/11 | 4,149 | $11,752,071 | 0 | $0 | 0 | $0 | 0 | $0 |
| 4. For calendar year 2011 provide the following: | | | | | | | | |
| a. Total loans made | 19,842 | $59,262,800 | 0 | $0 | 0 | $0 | 0 | $0 |
| b. Number of loans charged one or more late fees | 10,538 | | 0 | | 0 | | 0 | |
| c. Total late fees collected | 27,074 | $367,167 | 0 | $0 | 0 | $0 | 0 | $0 |
| d. Total number of repossessions | | | 0 | | 0 | | 0 | |
| e. Total number of loans reinstated or collateral redeemed | 0 | | 0 | | 0 | | 0 | |
| f. Total collateral sales | | | 0 | | 0 | $0 | 0 | $0 |
| g. Total charge-offs | 6,990 | $21,373,746 | 0 | $0 | 0 | $0 | 0 | $0 |
| 5. Average contracted term of loan (months) | 63 | | 0 | | 0 | | 0 | |

**B. Schedule of Other Consumer Loans Made** (*This section must be completed by all licensees who have originated consumer loans that were not made under the California Finance Lenders Law*)

| Total Number of Loans Made | Total Principal Amount of Other Loans Made |
|---|---|
| 0 | $ n/a |

State the name of the agency and your license number for the authority used to originate other consumer loans:

**C. Schedule of Other Commercial Loans Made** (*This section must be completed by all licensees who have originated commercial loans that were not made under the California Finance Lenders Law*)

| Total Number of Loans Made | Total Principal Amount of Other Loans Made |
|---|---|
| 0 | $ n/a |

State the name of the agency and your license number for the authority used to originate other commercial loans:

CFL 812 (12/11)

29

CONFIDENTIAL
CASHCALL 023761

CFLL Report on Non-Traditional, Adjustable Rate and Mortgage Loan Products

Schedule L

Question 1.c

During the 2011 calendar year, CashCall, Inc. made adjustable rate mortgage loan products which included a 5/1 and 7/1 adjustable rate mortgage loan product.  These adjustable rate mortgage loan products are reported in Schedule L however, these products are not adjustable rate mortgage products as defined by the Guidance.

The Nontraditional Guidance defines an Adjustable Rate Mortgage loan as:
An adjustable rate mortgage loan that has one or more of the following characteristics: (1) low initial payments based on a fixed introductory rate that expires after a short period and then adjusts to a variable index rate plus a margin for the remaining term of the loan; (2) very high or no limits on how much the payment amount or the interest rate may increase ("payment or rate caps") on reset dates; (3) limited or no documentation of borrowers' income; (4) product features likely to result in frequent refinancing to maintain an affordable monthly payment; and/or (5) substantial prepayment penalties and/or prepayment penalties that extend beyond the initial fixed interest rate period. As an example of number (1)above, ARMs known as "2/28" loans feature a fixed rate for two years and then adjust to a variable rate for the remaining 28 years, and the spread between the initial fixed interest rate and the fully indexed interest rate in effect at loan origination typically ranges from 300 to 600 basis points.

CONFIDENTIAL
CASHCALL 023762

CFLL Report on Non-Traditional, Adjustable Rate and Mortgage Loan Products

Schedule L

Question 2

a. CashCall has created policies and procedures that are designed to ensure full compliance with the Guidance. All of our loans are underwritten to Fannie Mae guidelines. We have taken a very conservative position on non-traditional and adjustable rate mortgage loan products. We do not offer any of the following loan products:

- Loans with negative amortization
- Payment option loans
- Interest only loans
- Loans with a balloon payment
- Simultaneous second mortgage loans
- Home equity lines of credit
- Subprime loans
- Loans with prepayment penalties
- Reduced documentation loans
- Third party originated loans

CashCall began offering closed-end second mortgage loans in 2011. These loans are considered "Covered Loans" under California law. A policy statement regarding these types of loans was issued to the staff and is available on our company Intranet site. In addition to the policy statement, a memo informing all loan originators of the administrative, civil and criminal penalties for violating Division 1.6. Cal. Fin. Code §4978.6 must be read and acknowledged by all California loan originators who originate these loans.

b. We have a consumer complaint process in place that addresses loans covered by the Guidance as well as all other mortgage loan products that we offer. Customers can submit their complaint through our website, by contacting our call center or by contacting our Legal Department. Complaints are addressed within 24 hours by our Management and the customer is contacted directly by telephone.

c. We conduct on-going training with all of our staff on best practices, underwriting guidelines and Federal and State compliance.

d. We have two Compliance Officers who work under the direction of our General Counsel who is responsible for ensuring compliance with the Guidance.

CONFIDENTIAL
CASHCALL 023763

**FedEx**
Shipment Receipt
**Address Information**

| **Ship to:** | **Ship from:** |
|---|---|
| California Dept. of Corporations | Sarah Moreno |
| | Cash Call |
| 320 W 4TH ST STE 750 | 1600 South Douglass Road |
| LOS ANGELES, CA | Anaheim, CA |
| 900132349 | 92806 |
| US | US |
| 9497524657 | 9497524600 |

**Shipping Information**
Tracking number: 798167781287
Ship date: 03/14/2012
Estimated shipping charges:

**Package Information**
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information**
Bill transportation to: Cash Call FedEx Acct-960
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with Fedex ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

CONFIDENTIAL
CASHCALL 023764

# EXHIBIT I

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY     ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

**WAYNE STRUMPFER**
**Acting California Corporations Commissioner**
**Los Angeles, California**
May 5, 2005

IN REPLY REFER TO:
FILE NO: <u>603-8780</u>

CASHCALL, INC.
ATTN: PAUL REDDAM, PRESIDENT
1920 MAIN STREET, SUITE 400
IRVINE, CA 92614

Reference: REGULATORY EXAMINATION

Dear Mr. Reddam:

## REPORT OF REGULATORY EXAMINATION
## CALIFORNIA FINANCE LENDERS

A regulatory examination of the business conducted under your California Finance Lenders license was commenced on October 5, 2004. The examination was made pursuant to Section 22701 of the Financial Code. The examination was made, in most cases, by a sampling of loan transactions made during the preceding year.

The exceptions disclosed by the examination are listed below. Please reply to each item when requested. When a reimbursement is requested, state the date and number of the check issued. If an account is credited, confirm that the borrower was notified of the credit and the current status of the account. When corrective action is requested, state specifically the action taken.

Please send your reply within thirty (30) calendar days from the date of this report to Jonathan R. Tran at the Department's Los Angeles office.

1. An administrative fee charged in connection with the following loans exceeded the lesser of 5% of the principal loan amount or $50.00 for loans of $2,500.00 or less, or $75.00 for loans between $2,500.01 and $4,999.99 (Sec. 22305 Fin. Code). The following loans are some examples of administrative fee overcharges:

| Loan No. | Name | Fee Charged | Correct Charge | Overcharge |
|----------|------------|-------------|----------------|------------|
| 8661 | Medina, R | $75.00 | $50.00 | $25.00 |
| 86962 | Harris, J | 75.00 | 50.00 | 25.00 |
| 92062 | Denton, T | 75.00 | 50.00 | 25.00 |
| 7178 | Doerges, L | 75.00 | 50.00 | 25.00 |
| 92871 | Glines, P | 75.00 | 50.00 | 25.00 |

Our examination disclosed an excessive number of these overcharges among the accounts reviewed. Please review and correct all accounts that might have similar overcharges. This review should cover the period

◆ Securities ◆ Franchises ◆ Off-Exchange Commodities ◆ Investment and Financial Services ◆
◆ Independent Escrows ◆ Consumer and Commercial Finance Lending ◆ Residential Mortgage Lending ◆

SACRAMENTO 95814-4052     SAN FRANCISCO 94102-5303     LOS ANGELES 90013-2344     SAN DIEGO 92101-3697
1515 K STREET, SUITE 200     1390 MARKET STREET          320 WEST 4TH STREET          1350 FRONT STREET
(916) 445-7205              (415) 557-3787              (213) 576-7500              (619) 525-4233

1-866-ASK-CORP            www.corp.ca.gov            1-866-275-2677

CASHCALL, INC.                                                    603-8780

from June 1, 2004 to present.  In your reply, please provide a detailed report of your findings and refunds made.

2.   The Company was found to have incorrectly disclosed the Finance Charge in the Truth-in-Lending Disclosure statements provided to borrowers.  The Company incorrectly disclosed the Origination Fee instead of the Finance Charge.  The total "Finance Charge" was not disclosed in the Truth-in-Lending Disclosure statement as required by Regulation Z.  The following loans are some examples where the finance charges were not properly disclosed and exceed the tolerance threshold pursuant to Section 226.18(d)(2) Reg. Z:

| Loan No. | Name | Fee Disclosed | Actual Finance Charge | Overcharge |
|---|---|---|---|---|
| 1914 | Baiely, D | $75.00 | $25,045.52 | $24,970.52 |
| 19772 | Manter, R | 75.00 | 25,220.18 | 25,145.18 |
| 46950 | Fidone, W | 75.00 | 19,160.55 | 19,085.55 |
| 60458 | Bender, L | 75.00 | 16,484.27 | 16,409.27 |
| 3568 | Smith, K | 75.00 | 20,815.64 | 20,740.64 |
| 49761 | Rachall, A | 75.00 | 25,257.39 | 25,182.39 |

Our examination disclosed an excessive number of these overcharges among the accounts reviewed. Please review and correct all accounts that might have similar overcharges. This review should cover the period from April 1, 2003 to present.  In your reply, please provide a detailed report of your findings and refunds made.

3.   The promissory note and loan disclosures provided to the borrowers only disclosed the Annual Percentage Rate and did not disclosed the agreed contractual rate (Sec. 22337 FC  & 1426 CCR).  The following loans are some examples where monthly contractual interest rate was not disclosed:

| Loan No. | Name |
|---|---|
| 1914 | Baiely, D |
| 19772 | Manter, R |
| 46950 | Fidone, W |
| 60458 | Bender, L |
| 3568 | Smith, K |
| 49761 | Rachall, A |

Please explain, and state what you have done to prevent future recurrence.

4.   The California Finance Lenders license number under which the following loans were made was not disclosed to the borrowers (Sec. 22337 Fin. Code).

| Loan No. | Name |
|---|---|
| 1914 | Baiely, D |
| 19772 | Manter, R |
| 46950 | Fidone, W |
| 60458 | Bender, L |
| 3568 | Smith, K |
| 49761 | Rachall, A |

Please explain, and state what you have done to prevent future recurrence.

CASHCALL, INC.                                                              603-8780

Other matters were either clarified or corrected during the examination and do not warrant further comment.

Very Truly Yours,

WAYNE STRUMPFER
Acting California Corporations Commissioner

By
JONATHAN R. TRAN
Specialist
California Finance Lenders Law
(213) 576-7522
Email: jtran@corp.ca.gov
JT:ed

3

# EXHIBIT J

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY    ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORPORATIONS
*California's Investment and Financing Authority*

Los Angeles, California
August 6, 2007

IN REPLY REFER TO:
FILE NO: <u>603-8780</u>

CASHCALL, INC.
ATTN: PAUL REDDAM, PRESIDENT
17360 BROOKHURST STREET
FOUNTAIN VALLEY, CA 92708

Reference: REGULATORY EXAMINATION

Dear Mr. Reddam:

### REPORT OF REGULATORY EXAMINATION
### CALIFORNIA FINANCE LENDERS

A regulatory examination of the business conducted under your California Finance Lenders license was commenced on June 6, 2007. The examination was made pursuant to Section 22701 of the Financial Code. The examination was made, in most cases, by a sampling of loan transactions made during the preceding year.

The exceptions disclosed, if any, by the examination were minor or occasional in nature and were corrected or discussed at the time of the examination. Further comment is not warranted and the examination is considered closed.

Sincerely,

Preston DuFauchard
California Corporations Commissioner

By
JONATHAN R. TRAN
Senior Examiner
California Finance Lenders Law
(213) 576-7522
Email: jtran@corp.ca.gov
JRT:ed

✦ Securities ✦ Franchises ✦ Off-Exchange Commodities ✦ Investment and Financial Services ✦
✦ Independent Escrows ✦ Consumer and Commercial Finance Lending ✦ Residential Mortgage Lending ✦

| SACRAMENTO 95814-4052 | SAN FRANCISCO 94105-2908 | LOS ANGELES 90013-2344 | SAN DIEGO 92101-3697 |
|---|---|---|---|
| 1515 K STREET, SUITE 200 | 71 STEVENSON STREET, STE 2100 | 320 WEST 4TH STREET, STE 750 | 1350 FRONT STREET, RM 2034 |
| (916) 445-7205 | (415) 557-3787 | (213) 576-7500 | (619) 525-4233 |

1-866-ASK-CORP                    www.corp.ca.gov                    1-866-275-2677

CONFIDENTIAL
CASHCALL 009007

# EXHIBIT K

STATE OF CALIFORNIA – BUSINESS, TRANSPORTATION AND HOUSING AGENCY      EDMUND G. BROWN Jr., *Governor*

# DEPARTMENT OF CORPORATIONS
*Business Services and Consumer and Investor Protection*

**Preston DuFauchard**
**California Corporations Commissioner**
**Los Angeles, California**
August 8, 2011

IN REPLY REFER TO:
FILE NO: <u>603-8780</u>

CASHCALL, INC.
ATTN: RON RADZIMINSKY, VICE PRESIDENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

Reference: REGULATORY EXAMINATION

Dear Mr. Radziminsky:

### REPORT OF REGULATORY EXAMINATION
### CALIFORNIA FINANCE LENDERS

A regulatory examination of the business conducted under your California Finance Lenders license was commenced on November 23, 2010. The examination was made pursuant to Section 22701 of the Financial Code. The examination was made, in most cases, by a sampling of loan transactions made during the preceding year.

The exceptions disclosed by the examination are listed below. Please reply to each item when requested. When a reimbursement is requested, state the date and number of the check issued. If an account is credited, confirm that the borrower was notified of the credit and the current status of the account. When corrective action is requested, state specifically the action taken. The Company should note that all refunds made to consumers must be accompanied with the following statement:

**"AS A RESULT OF AN EXAMINATION BY THE DEPARTMENT OF CORPORATIONS, A REFUND OR ADJUSTMENT IN THE AMOUNT OF $XXX.XX IS BEING MADE FOR YOUR BENEFIT. IF YOU HAVE ANY QUESTIONS CONCERNING THIS REFUND, PLEASE CONTACT CASHCALL, INC. AT (888) XXX-XXXX."**

Please send your reply within thirty (30) calendar days from the date of this report to Jonathan R. Tran at the Department's Los Angeles office.

1. Our examination discloses that numerous borrowers made their first payment on the same day their loan was funded. By making a payment on the same date the loan was funded, the borrower's bona fide principal loan amount was effectively less than $2,500.00. Therefore, the interest rate and administrative fee collected on these loans exceeded the maximum interest rate allowed pursuant to Section 22303 or 22304 of the Financial Code and exceeded the maximum administrative fee allowed pursuant to Section 22305 of the Financial Code. Examples are shown below:

SACRAMENTO 95814-4052
1515 K STREET, SUITE 200
(916) 445-7205

SAN FRANCISCO 94104
ONE SANSOME STREET, SUITE 600
(415) 972-8559

LOS ANGELES 90013-2344
320 WEST 4TH STREET, SUITE 750
(213) 576-7500

SAN DIEGO 92101-3697
1350 FRONT STREET, ROOM 2034
(619) 525-4233

1-866-ASK-CORP          www.corp.ca.gov          1-866-275-2677

CONFIDENTIAL
CASHCALL 008997

CASHCALL, INC.                                                        603-8780

| Loan Number | Name | Original Principal Loan Amount | Funding Date | 1st Payment Date | Amount Paid |
|---|---|---|---|---|---|
| 651232 | Hastain | 2,600.00 | 04/21/2008 | 04/21/2008 | 750.00 |
| 1854545 | Munoz | 2,600.00 | 03/25/2008 | 03/25/2008 | 1,400.00 |
| 1859087 | Rutherford | 2,600.00 | 04/10/2008 | 04/10/2008 | 1,725.00 |
| 1861863 | Loyland | 2,600.00 | 02/11/2008 | 02/11/2008 | 1,100.00 |
| 1874559 | White | 2,600.00 | 01/09/2008 | 01/09/2008 | 1,500.00 |

Please refund the interest and administrative fee overcharges. Since our examination disclosed an excessive number of these overcharges among the accounts reviewed. Please review and correct all accounts that might have similar overcharges. This review should cover the period from January 1, 2008 to date.  Please provide the Department with an electronic report of all refunds in *Microsoft Excel*. The report should include borrower's name, account number, date of loan, refund amount, date of refund, and check number or date account credited.

2. The recording fee charged in the following real estate loan exceeded the actual fee incurred (Sec. 22336(a) Fin. Code):

| Loan No. | Name | Fee Charged | Actual Charge | Overcharge |
|---|---|---|---|---|
| 1000010388 | Hamilton | $ 57.00 | $ 54.00 | $3.00 |

Please provide evidence of the refund in the reply.

3. Judgment was obtained for the balance due on the following loan. The rate of charge was not reduced to 10% per annum (Sec. 685.010 California Code of Civil Procedure):

| Loan No. | Name |
|---|---|
| 244552 | Jackson |

Please explain and state the corrective action taken in the reply.

4. Title fees were charged in the following real estate loans and there were no title policies on file (Sec. 1425 & 1435 CCR).

| Loan No. | Name |
|---|---|
| 1000031382 | Studer |
| 1000030469 | Choojian |

Please provide copies of Schedule A of the title policies with your reply, along with evidence that any overcharges have been refunded.

5. The Good Faith Estimate was missing in the following real estate secured loans (24 CFR 3500.7).

| Loan No. | Name |
|---|---|
| 1000010135 | Lantsberg |
| 1000011742 | Morales |

Please take steps to ensure future compliance.

2

CONFIDENTIAL
CASHCALL 008998

CASHCALL, INC.                                                    603-8780

6. Our examination disclosed that CFL license number under which the loans were made was not correctly disclosed to the borrowers (Section 22337 FC):

| Loan No. | Name | License Number Disclosed |
|----------|------|--------------------------|
| 1000029014 | Barton | 603-F394 |
| 1000010571 | De la Cruz | 603-F394 |

Please explain and state the corrective action taken in the reply to assure future compliance.

7. The examination disclosed that there were substantial increases in the loan origination or loan discount fees collected from the borrowers in the following real estate secured loans. In addition, there was no evidence on files to indicate that the borrowers were provided with a new or revised GFE disclosing the increases in fees before the loan signing. The fee increase appears to be disclosed to the borrower upon the signing of the closing documents. By not re-disclosing the increase in loan origination or discount fee in a timely manner, your company may have prevented the borrowers their opportunity to compare the loan fees with other mortgage companies or cancel the loan (RESPA and Section 1426 of the California Code of Regulations).

| Loan No. | Name | Fee Type | Fee Per GFE | Fee Per HUD-1 | Difference |
|----------|------|----------|-------------|---------------|------------|
| 1000012693 | Sheldon | Discount Fee | $4,560.00 | $5,696.25 | $1,136.25 |
| 1000011118 | Meyer | Discount Fee | 3,750.00 | 6,168.75 | 2,418.75 |
| 1000010898 | *Hiner | Discount Fee | 0.00 | 3,575.00 | 3,575.00 |
| 1000010135 | Lantsberg | Origination | 802.50 | 1,800.00 | 907.50 |
| 1000011742 | Morales | Discount Fee | 3,630.00 | 7,000.00 | 3,370.00 |
| 1000010388 | Hamilton | Discount Fee | 1,042.50 | 3,127.50 | 2,085.50 |
| 1000010688 | Ortega | Origination | 3,460.00 | 3,510.00 | 50.00 |

* The difference was refunded to the borrower.

Please explain, and state the corrective action taken in the reply.

8. The examination disclosed the first payment due date was more than 45 days from the date of the loan (Section 22307 FC). Examples are shown below:

| Loan No. | Name | Loan Date | 1st Payment Due Date |
|----------|------|-----------|----------------------|
| 4745339 | Loving | 11/15/10 | 01/01/11 |
| 4113781 | Harley | 07/16/10 | 09/01/10 |
| 4986526 | Herbert | 12/16/10 | 02/01/11 |

Please explain, and state the corrective action taken in the reply to assure future compliance.

3

CONFIDENTIAL
CASHCALL 008999

CASHCALL, INC.                                    603-8780

Other matters were either clarified or corrected during the examination and do not warrant further comment.

Sincerely,

Jonathan R. Tran
Senior Examiner (Specialist)
California Finance Lenders Law
(213) 576-7522
Email: jtran@corp.ca.gov
JRT: mc

4

CONFIDENTIAL
CASHCALL 009000