1  BRAD W. SEILING (Bar No. CA 143515)
   DONALD R. BROWN (Bar No. CA 1156548)
2  NOEL S. COHEN (Bar No. CA 219645)
   MANATT, PHELPS & PHILLIPS, LLP
3  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
4  Telephone:    (310) 312-4000
   Facsimile:    (310) 312-4224
5  E-mail: bseiling@manatt.com; dbrown@manatt.com;
   ncohen@manatt.com
6
   *Attorneys for Defendant*
7  CashCall, Inc.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  KRISTA O'DONOVAN and EDUARDO       Case No.  C 08-03174 MEJ
    DE LA TORRE, individually and on behalf
12  of all others similarly situated,      DECLARATION OF ETHAN POST IN
                                           SUPPORT OF CASHCALL, INC.'S MOTION
13             Plaintiff,                   FOR SUMMARY JUDGMENT ON
                                           CONDITIONING CLAIM
14       vs.
                                           [Filed Concurrently with:
15  CASHCALL, INC., a California
    corporation, and DOES 1 through DOE 50,  (1)  Motion for Summary Judgment;
16  inclusive,                             (2)  Separate Statement of Facts;
                                           (3)  Declaration of Daniel H. Baren;
17             Defendants.                  (4)  Declaration of John Fuller;
                                           (5)  Declaration of Hilary Holland;
18                                         (6)  Declaration of Delbert O. Meeks;
                                           (7)  Declaration of Brad W. Seiling;
19                                         (8)  Request for Judicial Notice; and
                                           (9)  Notice of Lodging.]
20
                                           Date:      November 21, 2013
21                                         Time:      10:00 a.m.
                                           Place:     Courtroom B
22
                                           Judge:  Hon. Maria-Elena James
23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF ETHAN POST IN SUPPORT OF SUMMARY JUDGMENT (UNCONSCIONABILITY
CLAIM)

## DECLARATION OF ETHAN POST

I, Ethan Post, declare and state as follows:

1.      I am the Principal Architect for CashCall, Inc. ("CashCall") and have been employed by CashCall since October 2003. In my role as Principal Architect, I am responsible for the design of company software and am one of the individuals responsible for the configuration and content on CashCall's website. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2.      I understand that the Court has certified a class in this case consisting of California residents who took out loans of $2,500-$2,600 and had an interest rate of at least 90% between June 30, 2004 and July 10, 2011 (the "Unconscionability Class"). I will refer to the period of June 30, 2004 and July 10, 2011 as the "Unconscionability Class Period." Although the Class period begins on June 30, 2004, CashCall did not begin making loans at interest rates above 90% until August 2005.

3.      During the Unconscionability Class Period, CashCall made a total of 135,288 loans to individuals residing in California with interest rates in excess of 90%. That figure includes 1,440 loans in the amount of $5,075 that charged interest above 90% (the interest rate on CashCall's $5,075 loans was increased from below 90% to 115% on September 27, 2010).

4.      Of the 135,288 loans in the Unconscionability Class, 58,857 (43.5%) were paid off prior to the loan maturity date. In fact, 5,651 loans in the class were paid off in the first month (by the first payment due date or 15 days thereafter), and 23,728 were paid off within six months (by the sixth payment due date or 15 days thereafter). Of the loans in the class that were paid off without a modification of loan terms, only 8,858 went to or beyond the loan maturity date. This information is accurate as of October 16, 2013.

5.      As of October 16, 2013, a total of 29,039 (21.5%) members of the Unconscionability Class had taken out more than one CashCall loan, and 9,805 had taken out three or more loans. In fact, two class members each took out 22 CashCall loans during the class period. CashCall has never allowed borrowers to maintain more than one CashCall loan at a

1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1   time; rather, a borrower must always repay an existing CashCall loan before taking out another

2   loan.  Likewise, CashCall has never allowed borrowers to repay a CashCall loan with another

3   CashCall loan.

4     6. As of October 16, 2013, CashCall had modified 40,156 of the loans in the

5   Unconscionability Class.  A loan modification means an agreed-upon change to the original loan

6   terms once the loan is under way.  There are various reasons for modifications, including (1) to

7   help a borrower defer payments if unable to pay for a certain finite period of time (which would

8   extend the loan maturity), (2) to lower the interest rate, or (3) to lower the amount of the

9   outstanding principal.  A modification often results in an extension of the maturity of the loan.

10    7. As CashCall's Principal Architect, I am familiar with the changes CashCall has

11  made to its web site.  One such change relates to CashCall's disclosure of the interest rates on

12  available loan products.  Initially, CashCall did not show its rates on its website.  At that time,

13  CashCall only offered one loan product.

14    8. Beginning in approximately March 8, 2006, the home page of CashCall's website

15  included a link to a designated rates page, which included all of the loan products CashCall

16  offered (different loan amounts) and their corresponding interest rates.  Since March 2006 (with

17  one exception), there has always been a link to the rates page prominently displayed on

18  CashCall's website, but its location has varied:  at times it was located in the middle of the home

19  page, at others it appeared at its current location at the top of every web page.  The one exception

20  is that the rates were not displayed anywhere on our website from September 1, 2006 through

21  November 29, 2006.

22    9. Since November 29, 2006, the rates page link has appeared at the top of every

23  page of CashCall's website, including the secure pages that borrowers would have to access

24  during the loan signing process.

25    10. Attached hereto as Exhibit A is a true and correct copy of all of the pages from

26  CashCall's website as it existed at the time Krista O'Donovan applied for her loan.

27    11. Attached hereto as Exhibit B is a true and correct copy of all of the pages from

28  CashCall's website as it existed at the time Eduardo de la Torre applied for his loan.

2

DECLARATION OF ETHAN POST IN SUPPORT OF SUMMARY JUDGMENT (UNCONSCIONABILITY
CLAIM)

12.     Attached hereto as Exhibit C is a true and correct copy of all of the pages from CashCall's website as it existed at the time Lori Saysourivong applied for her loan.

13.     Attached hereto as Exhibit D is a true and correct copy of an exemplar of CashCall's website from 2005 (prior to the date any of these individuals applied for a loan.)

14.     Attached hereto as Exhibit E is a true and correct copy of an exemplar of CashCall's website from 2007 (after each of these individuals applied for her loan).

15.     Beginning on August 18, 2005 (when it raised the interest rate on its $2,600 loans to 96%), CashCall added the following language to promissory notes in all caps, bolded, large font:

**THIS LOAN CARRIES A VERY HIGH INTEREST RATE.**

**YOU MAY BE ABLE TO OBTAIN CREDIT UNDER MORE**

**FAVORABLE TERMS ELSEWHERE.  EVEN THOUGH**

**THE TERM OF THE LOAN IS 42 MONTHS, WE**

**STRONGLY ENCOURAGE YOU TO PAY OFF THE LOAN**

**AS SOON AS POSSIBLE.  YOU HAVE THE RIGHT TO**

**PAY OFF ALL OR ANY PORTION OF THE LOAN AT ANY**

**TIME WITHOUT INCURRING ANY PENALTY.  YOU**

**WILL, HOWEVER, BE REQUIRED TO PAY ANY AND**

**ALL INTEREST THAT HAS ACCRUED FROM THE**

**FUNDING DATE UNTIL THE PAYOFF DATE.**

16.     The first page of the promissory note has always displayed and disclosed items such as the amount of the annual percentage rate ("APR"), the loan amount, and the term of the loan, each of which is required by the Truth in Lending Act ("TILA").  Since October 2003, the information disclosed in the TILA Box – which includes the APR, total amount of payments and the amount financed – has been printed in bold and in larger font.

17.     After a borrower electronically signs a promissory note, CashCall funds the loan by depositing the loan proceeds into the borrower's bank account.  After funding, CashCall sends the borrower an email attaching a settlement statement, which includes the same information

3

1    about the loan – APR, total payments, amount financed and monthly payments – that is included

2    in the promissory note.

3         18.      Prior to August 27, 2008, borrowers could access an amortization schedule –

4    which lists every payment they would make to pay the loan in full, including the portion of each

5    payment that would go to principal and the portion that would go to interest – online after their

6    loan funded.

7         19.      Beginning on August 27, 2008, approved borrowers who logged in to the website

8    to sign the promissory note were first given the option to view the amortization schedule.

9         20.      Beginning on August 5, 2009, CashCall again enhanced its pre-signing

10    disclosures. After this date, on the promissory note itself, the borrower is required to check a

11    signature box stating "YOU CERTIFY THAT YOU HAVE READ AND UNDERSTAND THE

12    AMORTIZATION SCHEDULE ON THIS LOAN. Click here to view", and the word "here" is a

13    link that opens a new browser window displaying the amortization schedule.

14         21.      As of October 16, 2013, a total of 60,981 loans in the Unconscionability Class

15    defaulted. The default rate on these loans was 45.1%. In 2007, the default rate exceeded 50%.

16    In addition, 5,401 class members defaulted without making a single payment of principal, and

17    2,793 of them made no payment whatsoever (the others made one partial initial interest payment

18    due to the timing of their loan funding (early in the month) but paid nothing thereafter).

19         22.      Attached hereto as Exhibit F is a true and correct copy of class representative

20    Eduardo de la Torre's Promissory Note.

21         23.      Attached hereto as Exhibit G is a true and correct copy of class representative Lori

22    Saysourivong's Promissory Note.

23         24.      Attached hereto as Exhibit H is a true and correct copy of one of class member

24    Arthur Vardanyan's Promissory Notes (he took out five CashCall loans during the class period).

25    / / /

26    / / /

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

DECLARATION OF ETHAN POST IN SUPPORT OF SUMMARY JUDGMENT (UNCONSCIONABILITY
CLAIM)

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2 true and correct and that this declaration was executed on October 17, 2013, at Orange,

3 California.

4

5                                 _____

6                                        Ethan Post

7 202211563.3

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DECLARATION OF ETHAN POST IN SUPPORT OF SUMMARY JUDGMENT

# EXHIBIT A



K.O'Donovan

EXHIBIT NO. 1

DATE 11.9.09

Y. FENNELLY CSR6495

1



# Our Rates

Here are our current rates. Please be aware that not all applicants will qualify for every loan product or the lowest interest rate for a particular loan product. Some applicants will not qualify for any of our products. Our lowest rates and higher loan products are reserved for customers with excellent credit. CashCall reserves the right to change the rates and loan products without notice.

| Loan Product | Interest Rate | Annual Percentage Rate |
|---|---|---|
| $10,000 Loan | 44% | 44.38% |
| $5,075 Loan | 59% | 59.90% |
| $2,600 Loan | 96% | 99.25% |
| $1,075 Loan | 89% | 96.78% |

CASHCALL 001049



**Customer Testimonials**

To Whom It May Concern,

My name is Amber-Lee G. and I have had all kinds of trouble getting a Financial Institution to believe in me enough to give me a loan. I am a married, working mother who really messed up her credit during those crazy teenage years. Than I get your flier in the mail, I call and talk to your wonderful representative Kyle and he has helped me take a million pounds of my shoulders. He was totally professional, but also caring and understanding, which is rare. I hope you treasure Kyle as an employee, because if he helps everyone, the way he helped me, you will have a very successful business!

Thanks again for everything...

Amber G.

I applied and was approved for one of your loans yesterday and I wanted to write and tell you about my experience. My loan agent, Mark M. was amazing! He handled everything very professionally and quickly. He was extremely patient, helpful and very courteous at ALL TIMES. There was NO STRESS or pressure what so ever. He walked us through the whole procedure and made sure we understood each step before moving on to the next one. I ended up having to call him back with a correction and he took care of it immediately. He was just a true joy and I just can't say enough. I hope you will give him the recognition he so deserves because it has been a very long time since I have had wonderful service like this! This was a totally stress free and wonderful experience! Thank you Mark!!

Yours Truly,

T Matthews Sr.

Just wanted to let you know that I truly appreciated your service and proffesionalism. You went above and beyond the courtesy which I expected. I am pretty sure that Cash Call lends primarily to people who can not obtain loans via mainstream financial institutions. Many times when employees realize that they are speaking with people with not many options, they do not feel the need (and fail to) offer courtesy, respect, attentiveness and be of good nature. You exhibited all of these qualities. You returned my calls promptly and even when to the extent of providing your cell number and calling me after you were off work. By the way, the message you left on my answering machine exhibited confidentiality.

At my request, please forward this email to your manager and their supervisor. If you are not comfortable or if it is not in within your company policy, please provide me with their names.

Good service and good will deserves to be acknowledged and recognized.

Take care young man and thanks again.

Thanks

Paul T.

3

CASHCALL 001050



File   Edit   View   Favorites   Tools   Help

Back   ·   Search   Favorites   

Address   http://dev2.cashcall.com/Testimonials.aspx

Google ·

*Thanks*

*Paul T.*

*My name is Elizabeth Harper. I applied and was approved for a loan through your company. Thank you. My loan agent was Phil. I want to bring to your attention the quality of service I received from this gentleman. Personally I have never used your company and was honestly not sure how the process worked. From the beginning Phil was kind and courteous and made sure all of my questions were answered. He went over the process in great detail with me and made the process relaxed and pleasurable. Phil made my experience at cash call easy and worry free and that is exactly what I needed at that time being in the financial crunch I was in. I felt as though he treated me like we were old friends and really felt like he was on my side.*

*Thank you for the wonderful customer service I experienced at cash call and thank you to Phil. I hope he gets the recognition that he rightly deserves.*

*Elizabeth H.*

*To whom it may concern:*

*I recently called Cashcall as a last resort to help me get a foothold on life. Your rep Sean Cowell spoke with me via chat and walked me through everything that I needed. It was done so quickly and painlessly that my head was spinning by the end. I have never dealt with a company who was willing to give the little guy a chance without feeling like I was selling my first born. Sean was awesome and deserves a raise or a 3 week paid vacation. I am going to recommend CashCall to everyone I meet, even if they don't need a loan. Thanks Again!*

*Your newest fan!*

*Chris B.*
*Salt Lake City, UT*

*I just wanted to drop you a quick email to tell you how very helpful Raul was in getting a loan. He made it effortless and very simple. He was very helpful and responded quickly to my email questions.*

*I am in the customer service business and I know how important it is to have informative, helpful, courteous people dealing with customers. I just wanted to pass along a "kudos" on Raul.*

*Thank you.*

*Janet L.*

*Dear CashCall:*

*Thank you for creating a way for little people like me to get a loan. The CashCall money has changed my life. I am grateful for the trust you have extended to me by the loan. I'm sure I speak for many others who have nowhere else to turn. So bless you, thank you and I won't disappoint your trust.*

*Sincerely,*

*Patti R.*
*Santa Monica, CA*

Done                                    Internet

4

CASHCALL 001051



Sincerely,

Patti R.
Santa Monica, CA

---

Dear CashCall,

I'm writing this letter to tell you how much I appreciate your new services. I actually heard one of your commercials on Power 106 and thought how much I needed a loan to help me launch my own showcase radio network and continue producing radio programming.

I contacted you on a Monday and had the money in my account the day after I signed the paperwork. Thank you. I've told several people about your wonderful and speedy service and they too, I think, have gotten loans.

Listen, I'm not trying to make this sound all cheesy and corny but you guys are the bomb. You guys were life savers and I just want to say again and again... THANK YOU!

Michelle B.
Los Angeles, CA

---

To CashCall:

I am just writing to let you know how very pleased I am about your service. Your employee Jose has been outstanding in helping me get my loan from CashCall. Keep up the good work.

Thanks,

William M.
Thousand Oaks, CA

---

To CashCall:

This letter is to thank you for all the help we have received from you. We applied online, and three days later we had the money in our account. The service was great, Danny, who helped us from the start, was courteous, helpful and never pushy and this was something we really appreciated.

Today, we received a call from your customer service department to ask us if we have received our money and if everything was ok. We are happy with the service we received would do it again in a heartbeat!

We would recommend CashCall to anybody that needs a little help in a hurry.

Thank you again,

Christopher and Maria P.
Downey, CA

---

To CashCall:

I was at my wits' end calling everyone to help me with a consolidation loan but no one would help. I was driving home one evening and the ad for CashCall came on the radio stating how CashCall could help people who had credit problems. I was a bit apprehensive because I have been taken advantage of in the past.

Done                                                                                     Internet

CASHCALL 001052



To CashCall:

I was at my wits' end calling everyone to help me with a consolidation loan but no one would help. I was driving home one evening and the ad for CashCall came on the radio stating how CashCall could help people who had credit problems. I was a bit apprehensive because I have been taken advantage of in the past.

I submitted my application to CashCall and they were very understanding. They listened to all of my concerns and never pushed me into a decision, it was as if your employees knew exactly what it was like to be in my shoes! The very next day I got my money and was on my way to paying my bills.

All of the people at CashCall I have spoken to have been wonderful, accommodating, very pleasant, knowledgeable individuals. I can't tell you how much this has helped me being a single mom. Now I can actually sleep at night knowing things have been taken care of. Thank you CashCall for not giving up on me!

Sincerely,

Christine S.
Morrovia, CA

___

CashCall:

You guys have been an answer to my prayers. Without CashCall, I would not have been able to fix my car and get back to work. I would recommend CashCall to anyone.

Sarah W.
Newport Beach, CA

___

To CashCall:

I am very satisfied with the service I received from CashCall. The money arrived in my account right when you said it would. CashCall helped me get the car I wanted and I am very appreciative. There is absolutely nothing I would change about my experience with CashCall. The service was beautiful.

Jacqueline S.
Gardena, CA

___

CashCall:

I called your company after some unexpected expenses came up. I was living paycheck to paycheck and I needed a loan, but I kept getting denied. Even my own bank turned me down!

I heard your ad on the radio and called in and talked to Jesse. I was approved immediately and the money was in the bank the next day. A few weeks later, I was able to repay the loan in full without a penalty.

Thanks to CashCall, a heavy burden was lifted from my shoulders!

Ascension N.
Ventura, CA

___

Dear CashCall:

CASHCALL 001053



Dear CashCall:

Thank you so much for all of the help you provided in getting me my loan. My loan agent, Amy, was very helpful and I got my money in one day just like she said! I would definitely recommend CashCall to my family and friends.

Claudia H.
Oxnard, CA


Dear CashCall:

Thank you very, very much for all the help you have given. I just received a call from my credit union confirming that the money had arrived in my account just like you said. I appreciate all the help that the service department has given me. I thank you for making it as easy as possible.

Linda M.
Norwalk, CA


Dear CashCall Representative,

I wanted to thank you so very much for all your help and assistance in obtaining my loan through CashCall.

I saw the commercial on television on July 5th. and had the money in the bank on the 7th. of July. Thank you so much for your wonderful people skills, your courteous way that you have with customers and the importance and urgency you seemed to give to what I was trying to accomplish.

I will definitely use CashCall again, as well as recommend you to my friends and family.

I was very lucky the day I called and you happen to answer the call!

Sincerely,

Linda


To Whom It May Concern,

A few months ago, Claude and I found ourselves in a major financial situation where he needed to get our hands on some "cash" as soon as possible. Both he and I had heard the commercials about Cash Call and decided to call. When Claude applied, he was approved and our financial crisis was resolved.

Both Claude and I would like to personally thank Mr. Valenzuela for his professional, courteous and very friendly help. Whenever we had a question or concern, Mr. Valenzuela helped us in such a personal way that it felt as though Claude was his only customer. His quick response and helpful service made the whole procedure "a piece of cake". Thanks again Mr. Valenzuela. You were absolutely the very best to work with.

Sincerely,

Claude and Chellette P.
Los Angeles, CA

7

CASHCALL 001054



8

CASHCALL 001055



To make payment or cancel automatic EFT withdrawals, please use the above address and direct to "ATTENTION: Loan Servicing".

**How Does It Work?**
Getting a loan from CashCall couldn't be any easier. Applicants complete an on-line application and, if approved, sign an electronic promissory note. All of the disclosures and loan documents are delivered via e-mail. You never have to leave the comfort of your own desk! For more information on this process, click here.

CashCall is able to approve and fund loans so quickly and efficiently by use of our automated loan program that was written specifically for our loan customers. The program is customized to interface with various third parties, including credit reporting bureaus and banking systems. The software automates all processes of the loan origination and funding processes. The software application allows us to automate the loan process from beginning to end.

**What About Customer Service?**
CashCall's commitment to your satisfaction does not end once your loan is funded. CashCall is dedicated to providing its customers with the best customer support in the industry. Our customer service center is open Monday-Friday from 8 a.m. to 7 p.m. and Saturday from 8 a.m. to 5 p.m. (Pacific Time) to assist you with your needs via telephone and email. We have a large staff of customer service representatives to take your calls, answer your questions and guide you through the CashCall loan process. You can call CashCall's customer service department at 1-877-525-2274.

Though we've been lending money for a short time, CashCall has already developed a strong reputation for its excellent customer service. Click here to check out these customer testimonials.

**Can I Trust CashCall?**
Yes. CashCall is a member of the Los Angeles Better Business Bureau and has met the Better Business Bureau's rigorous requirements for business ethics and customer fairness. CashCall has earned the Better Business Bureau's top rating of a "Satisfactory Business Record." Please feel free to visit the BBB's website at www.bbb.org to read more about CashCall's commitment to ethical business practices.

CashCall also provides its borrowers with peace of mind by using one of the most advanced online security measures in the industry. These include: state of the art encryption techniques and the use of a personal identification number and PIN to prevent unauthorized users from accessing your account.

CashCall is licensed by the California Department of Corporations, which regulates our lending practices and conducts regular investigations of our operations. In addition, CashCall has obtained licenses or certifications as a lender in the following states: Washington, Kansas, Colorado, Iowa, Oklahoma, Florida, Wyoming, South Dakota, Utah, Idaho, New Mexico, Missouri and Nevada.

**Have more questions?**
Click here to view the frequently asked questions.

**Thinking about a career with CashCall?**
Click here to find out more.

© 2006 CashCall, Inc. All Rights Reserved.
Privacy Statement, Terms Of Use
Affiliate Program

CASHCALL 001056



"Loans that fit your lifestyle."

HOME | LOGIN | TESTIMONIALS | ABOUT US | CAREERS | FAQ | HELP | EN ESPAÑOL

## FAQ - Frequently Asked Questions

> **APPLY NOW**

▣ **What types of loan does CashCall offer?**
CashCall offers personal loans of $2,600, $5,075, $10,000 and $20,000 that are not secured by personal property or collateral like a home or car. You can have your loan wired to your checking account in one business day. In some cases, you'll get the money on the same day you apply for the loan.

▣ **What can I do with the money I get from CashCall?**
Use your money for whatever purpose you'd like. If you have bills due, something necessary you need to buy, or just want to have some fun – a CashCall loan is the answer.

▣ **How long do I have to pay back my loan?**
The $20,000, $10,000 and $5,075 loans will be amortized over 120 months while the $2,600 loan will be amortized over 42 months. You will make monthly payments of principal and interest. However, you can pay back your loan at any point without penalty.

▣ **Who can apply for a loan?**
CashCall is currently accepting applications from borrowers in these states. We are in the process of acquiring licenses in several other states. In order to apply for a loan, you must be at least 21 years old and have a valid checking account.

▣ **What kind of documentation will I need to provide to the lender for verification?**
Our streamlined loan process minimizes the number of documents required. You will need to provide only a copy of your driver's license and a voided check from an active checking account. If you are self-employed, you will need to submit a copy of your most recent bank statement and certain tax documents.

▣ **Is CashCall licensed?**
CashCall has obtained licenses or certifications as a lender in the following states: California, Washington, Kansas, Colorado, Iowa, Oklahoma, Florida, Wyoming, South Dakota, Utah, Idaho, New Mexico, Missouri and Nevada.

▣ **How do I apply for a loan?**
Simply complete this online application.

▣ **How much does the application cost?**
Nothing -- our online application is free. You will not be charged an application fee for filling out the online application.

▣ **I'm not comfortable providing my social security number online. What should I do?**
Since our application is secure (verisign.com), you should not be concerned about any information you enter on your application. However, we understand that many people are uncomfortable providing sensitive information on the web. If you do not wish to provide this information, simply call us at 1-866-590-CASH (2274) to submit an application over the phone.

▣ **Will you pull my credit report?**
If you complete the application, we will pull your credit report to enable us to make a credit decision on your application. If you abandon your application before completing it, your credit report will not be pulled.

▣ **How long will it take for me to hear whether I have been approved?**
CashCall will usually provide you with a decision via e-mail *minutes* after you have submitted your application – no matter what time of day or night you apply.

▣ **What happens after my application is approved?**
You will be asked to fax in a copy of your driver's license and a voided check so that we can wire the funds to your bank account. You will then have an opportunity to review the payment terms and make a decision whether to accept or reject the loan offer. If you decide to accept our offer, you will complete our on-line loan agreement and execute the loan agreement electronically by checking the appropriate boxes using the mouse on your computer. You must execute the online loan agreement in order for us to fund your loan.

▣ **How fast will I get my money?**

CASHCALL 001057



**Faq - Microsoft Internet Explorer provided by Ceira Technologies**

File   Edit   View   Favorites   Tools   Help

Back   |   Search   Favorites   |   W   |

Address   http://dev2.cashcall.com/Faq.aspx                 Go   Links

Google                                       Search

**How fast will I get my money?**
Once you are approved and sign the online loan agreement, in almost all cases you will receive the money in your bank account on the next business day.

**What is the APR and how is it calculated?**
The Annual Percentage Rate (APR) is the cost of the extended credit expressed as an annualized rate.

**What fees will I have to pay to get my loan?**
CashCall charges a one-time origination fee of $75.00 on all funded loans. The fee will be withdrawn directly from your loan proceeds. There are no other fees.

**When will my first payment be due?**
Your first payment will be due approximately 15-45 days after you receive your money.

**How secure is my information?**
One of our highest priorities is to ensure your privacy, which we do by using some of the most advanced online security measures in the industry. These include:

  o State of the art encryption using SSL: protects the information sent between your computer and our secure site.

  o A unique user name/password system: prevents unauthorized users from accessing your account information.

**How do I make my payments?**
All of your payments will be made through monthly automatic electronic debits from your checking account (EFT).

**Are EFT payments safe?**
Yes. We use a secure server and the most advanced online security measures.

**Can I cancel my automatic EFT payments and pay you by check?**
Yes. To cancel automatic EFT withdrawals, please provide written notice to the following address:

    CashCall, Inc.
    Attn:  Loan Servicing
    17360 Brookhurst Street
    Fountain Valley, CA 92708

**Can I pay off my loan early without a penalty?**
Yes – CashCall does not charge prepayment fees. You can pay off any portion of your loan at any time without incurring a penalty. Click here to pay off your loan early.

**Can I check my loan balance online?**
Yes. Once your loan has been approved, you will be able to obtain your loan balance, payment due dates and payoff information on our secure website.

**What qualifications do I need for this loan?**
Your qualification for this loan is based primarily on your credit history and income.

**How good does my credit need to be? Do I need excellent credit?**
Excellent credit is not necessary, although it can improve your chances of qualifying. Qualification is also based on income, so even excellent credit does not guarantee approval for the loan.

**What steps can I take to ensure the security of my account information?**
There are several things you can do to protect your account information:

  o Never reveal user name or password to anyone.

  o Always log off of the web site and close your browser before leaving your computer for an extended period of time.

  o Always log off of the web site before accessing other web sites. We also recommend closing and opening a new browser window before accessing other web sites.

**Who do I contact for general information and questions about my loan?**
You can call CashCall's customer service department at 1-877-525-2274 any time from Monday to Friday from 8 a.m. to 7 p.m. and Saturday from 8 a.m. to 5 p.m. Pacific time.

Internet

CASHCALL 001058



Welcome to CashCall!

CashCall offers personal loans of $2,600, $5,075, $10,000, and $20,000 that are not secured by personal property or collateral like a home or car. You can have your loan wired to your checking account in one business day. In some cases, you'll get the money on the same day you apply for the loan.

This WebHelp provides you with information on:

- Answers to frequently asked questions
- How to log-in to your CashCall account
- What to do if you forget your CashCall account password
- How to change language preference
- Check your loan status
- How to sign digital loan documents
- Computer requirements for signing digital documents

CASHCALL 001059



## Privacy Statement

### Introduction

Respecting and protecting customer privacy is vital to our business. By explaining our Privacy Policy to you, we trust that you will better understand how we keep our customer information private and secure while using it to serve you better. Keeping customer information secure is a top priority, and we are disclosing our policies to help you understand how we handle the personal information about you that we collect and disclose. The provisions of this notice will apply to former customers as well as current customers unless we state otherwise.

### Confidentiality and Security

We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

### Information We May Collect

CashCall gathers only the customer information that is needed to administer its business and provide superior service to our customers. The categories of nonpublic personal information that may be collected about you include:

Information we receive from you on applications or other forms (such as your name, address, phone number, or Social Security Number);

Information about your transactions with us (such as account activity, payment history, or account balance); and

Information we receive from a consumer reporting agency (such as your creditworthiness or credit history).

When you visit our web site, we may collect and store information about your visit on an anonymous, aggregate basis. This information may include the time and length of your visit, the pages you look at on our sites, and the site you visited just before coming to ours. This information will not include your name, mailing address or e-mail address. We may also record the name of your Internet service provider. We use this information only to measure site activity and to develop ideas for improving our sites.

There are also opportunities on our web sites for you to provide us with information about you, such as your name, mailing address and e-mail address. If you choose to share any personal information with us, we may store it or use it for marketing research.

Some of our web sites may make use of "cookie" technology to measure site activity and to customize information to your personal tastes. A cookie is a "memory" file that may be placed on your hard drive by the computer which supports the web site that you are visiting. When you revisit that web site, the computer can recognize you as a prior visitor and identify some areas which were previously visited. No personal information is stored in our cookies. When you come back to visit us again, we can tailor information to suit your individual preferences. The goal is to save you time and provide you with a more meaningful visit. CashCall reserves the right to alter our privacy principles as business needs require. Any alterations to these principles will be posted on our web sites in a timely manner.

### With Whom Do We Share Your Information

13

CASHCALL 001060



Some of our web sites may make use of "cookie" technology to measure site activity and to customize information to your personal tastes. A cookie is a "memory" file that may be placed on your hard drive by the computer which supports the web site that you are visiting. When you revisit that web site, the computer can recognize you as a prior visitor and identify some areas which were previously visited. No personal information is stored in our cookies. When you come back to visit us again, we can tailor information to suit your individual preferences. The goal is to save you time and provide you with a more meaningful visit. CashCall reserves the right to alter our privacy principles as business needs require. Any alterations to these principles will be posted on our web sites in a timely manner.

**With Whom Do We Share Your Information**

We will not sell or share your information with any other companies or third parties. In limited circumstances, however, we may be required to share information with third parties, including when complying with legal process, preventing fraud or imminent harm, and ensuring the security of our network and services.

### INTERNET SECURITY DISCLOSURE

We have implemented one of the highest levels of security for sending personal information via the Internet. We employ the latest technology by utilizing the Secured Sockets Layer protocol (SSL 3.0) and Microsoft's Private Communication Technology protocol (PCT 1.0) with full support for 128-bit encryption methods. These secured encryption methods are among the highest in the industry for online commerce and transactions on the Internet. Also, the Internet Web Server is protected by a firewall which restricts the access to the machine from the Internet.

Our SSL Technology is certified by VeriSign - the Web's leading "Seal of Approval" for online authentication services. This provides an internet security system that conforms to the highest standards available.

**These Protocols are used in several areas during the Internet Loan Application process:**

- At the loan application web page when the applicant is entering in all of their personal information.
- For all internal validation/verification.
- When you are executing and submitting your online promissory note.
- During ALL communications between our Internet server and our host processing system.

Some web browsers do not support secure servers. If you have difficulty accessing this area of our site, please call us toll-free at 1-866-590-CASH (2274) to apply by phone.

We have made what we believe to be a reasonable effort to guard the security of this Web site's server. However, the Internet is generally accessible by the public, and information which is available on the Internet (including the information supplied by you on this Web site or sent to an e-mail address provided by you) is potentially accessible by unintended third parties. Your use of this Web site and your disclosure of personal information at this Web site, on or through any server, are strictly at your own risk. We do not guarantee the security of any user provided data.

© 2006 CashCall, Inc. All Rights Reserved.
Privacy Statement, Terms Of Use
Affiliate Program

Powered by Cogility Software

Server: COGSTG03 (10.21.1.41) Culture: English (United States) (en-US)

14

CASHCALL 001061



**Terms Of Use**

**APPLY NOW**

_NOTICE_
PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. BY ACCESSING THIS SITE AND ANY PAGES THEREOF, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS BELOW. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS BELOW, DO NOT ACCESS THIS SITE, OR ANY PAGES THEREOF.

_USE OF INFORMATION AND MATERIALS_
The information and materials contained in these pages, and the terms, conditions, and descriptions that appear, are subject to change. Unauthorized use of CashCall's web site and systems including but not limited to unauthorized entry into CashCall's systems, misuse of passwords, or misuse of any information posted on a site is strictly prohibited. Not all products and services are available in all geographic areas. Your eligibility for particular products and services is subject to final determination by CashCall.

_NO WARRANTY_
THE INFORMATION AND MATERIALS CONTAINED IN THIS SITE, INCLUDING TEXT, GRAPHICS, LINKS OR OTHER ITEMS ARE PROVIDED "AS IS", "AS AVAILABLE". CASHCALL DOES NOT WARRANT THE ACCURACY, ADEQUACY OR COMPLETENESS OF THIS INFORMATION AND MATERIALS AND EXPRESSLY DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THIS INFORMATION AND MATERIALS. NO WARRANTY OF ANY KIND, IMPLIED, EXPRESSED OR STATUTORY INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF NON-INFRINGEMENT OF THIRD PARTY RIGHTS, TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND FREEDOM FROM COMPUTER VIRUS, IS GIVEN IN CONJUNCTION WITH THE INFORMATION AND MATERIALS.

_LIMITATION OF LIABILITY_
IN NO EVENT WILL CASHCALL BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION DIRECT OR INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, LOSSES OR EXPENSES ARISING IN CONNECTION WITH THIS SITE OR ANY LINKED SITE OR USE THEREOF OR INABILITY TO USE BY ANY PARTY, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF CASHCALL, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES.

_Submissions_
All information submitted to CashCall via this site shall be deemed and remain the property of CashCall and CashCall shall be free to use, for any purpose, any idea, concepts, know-how or techniques contained in information a visitor to this site provides CashCall through this site. CashCall shall not be subject to any obligations of confidentiality regarding submitted information except as agreed by the CashCall entity having the direct customer relationship or as otherwise specifically agreed or required by law.

_AVAILABILITY_
THIS SITE IS NOT INTENDED FOR DISTRIBUTION TO, OR USE BY, ANY PERSON OR ENTITY IN ANY JURISDICTION OR COUNTRY WHERE SUCH DISTRIBUTION OR USE WOULD BE CONTRARY TO LOCAL LAW OR REGULATION. BY OFFERING THIS SITE AND INFORMATION, OR ANY PRODUCTS OR SERVICES VIA THIS SITE, NO DISTRIBUTION OR SOLICITATION IS MADE BY CASHCALL TO ANY PERSON TO USE THIS SITE, OR SUCH INFORMATION, PRODUCTS OR SERVICES IN JURISDICTIONS WHERE THE PROVISION OF THIS SITE AND SUCH INFORMATION, PRODUCTS AND SERVICES IS PROHIBITED BY LAW.

_Additional Terms_
Certain sections or pages on this site may contain separate terms and conditions, which are in addition to these terms and conditions. In the event of a conflict, the additional terms and conditions will govern for those sections or pages.

_Governing Law_
Use of this site shall be governed by all applicable Federal laws of the United States of America and the laws of the State of California.

15

CASHCALL 001062



Welcome to CashCall - Microsoft Internet Explorer provided by Ceira Technologies

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.myaffiliateprogram.com/u/cashcall/affiliateProgram.html   Go   Links

Google

**CashCall**
*"Loans that fit your lifestyle."*

With the Cash Call affiliate program, you can earn cash by recommending their fully automated online lending program to your website visitors and newsletter readers.

**Program Stats**

- Commission rate: $5 per lead; $10 per sale
- Cookie Life: 90 day tracking cookie
- When we pay: Monthly
- Dedicated Affiliate Manager: Brad

**Great Content for Your Site and Email Messages**
We'll give you a selection of banners, text links and more to use on your site and in your email messages. Here's an example of a few of the links that we currently offer:

**Banners**

**CashCall** — LOANS THAT FIT YOUR LIFESTYLE — Get $2,600 to $20,000 ▶ APPLY NOW

**Text Links**

CashCall *has quickly become a pioneer in the lending industry by eliminating the red tape and getting you your money in as little as a few hours.*

**About Cash Call**

Getting a loan from CashCall couldn't be any easier. Applicants complete an on-line application and, if approved, sign an electronic promissory note. All of the disclosures and loan documents are delivered via e-mail. You never have to leave the comfort of your own desk! For more information on this process, click here.

**About Our Product**

CashCall, Inc. is revolutionizing the lending industry with its fully automated online lending program. Our state-of-the-art technology allows CashCall to wire loan proceeds directly into your bank account within hours after you have applied for a loan. That's right – if you apply before 11 a.m. and are approved, you will have the money in your account that day!

**Getting Started**

Done   Internet

16

CASHCALL 001063



Welcome to CashCall - Microsoft Internet Explorer provided by Ceira Technologies

File Edit View Favorites Tools Help

Back Search Favorites

Address http://www.myaffiliateprogram.com/u/cashcall/affiliateProgram.html Go Links

Google Search

**Banners**

**Text Links**

*CashCall has quickly become a pioneer in the lending industry by eliminating the red tape and getting you your money in as little as a few hours.*

**About Cash Call**

Getting a loan from CashCall couldn't be any easier. Applicants complete an on-line application and, if approved, sign an electronic promissory note. All of the disclosures and loan documents are delivered via e-mail. You never have to leave the comfort of your own desk! For more information on this process, click here.

**About Our Product**

CashCall, Inc. is revolutionizing the lending industry with its fully automated online lending program. Our state-of-the-art technology allows CashCall to wire loan proceeds directly into your bank account within hours after you have applied for a loan. That's right – if you apply before 11 a.m. and are approved, you will have the money in your account that day!

**Getting Started**

Getting started as an affiliate is easy! Simply follow these steps and you'll be on your way in no time:

1. Review our Affiliate Agreement
2. Fill out the Application
3. Post our links on your site to start sending us traffic

We've partnered with KowaBunga! Technologies to track all of the activity you send our way with their My Affiliate Program Software (MyAP).

MyAP will give you an ID number a login page and access to lots of great reports and tools. Plus, since we're using MyAP to run our Affiliate Program, you'll be able to track your activities with your Kolimbo account.

Affiliate Program | Agreement | Signup | Login | Home

Done Internet



Application - Microsoft Internet Explorer provided by Ceira Technologies

File Edit View Favorites Tools Help

Back Search Favorites

Address http://dev2.cashcall.com/LoanApp/Application.aspx Go Links

Google Search

Server: COGSTG03 (10.21.1.41) Culture: English (United States) (en-US)

CashCall "Loans that fit your lifestyle."

Call us with any questions you have at 1-866-590-CASH

HOME | LOGIN | TESTIMONIALS | ABOUT US | CAREERS | FAQ | HELP | EN ESPAÑOL

## Secure Loan Application

Please fill out the following application or you can give us a call at 1-866-590-CASH (2274) and reach a loan agent to help you through the application process.

VeriSign Secured VERIFY

Fill With Data

**Personal Information**

First Name: John

Middle Initial:

Last Name: B_EXP_NBK_700_201_ None

Date of Birth: Month: February Day: 2 Year: 1966

Driver's License/ID Number: C9999999

Social Security Number: (nnn-nn-nnnn)

Driver's License/ID State: California

**Home Address**

Street Number: 9999 Street Name: Michelson Street Abbrv.: Select Abbrv.

Apartment: City: Westminster

State: California Zip Code: 92634

**Contact Information**

Home Phone: 714-333-4444 (nnn-nnn-nnnn) Mobile Phone: (nnn-nnn-nnnn)

Work Phone: 949-123-4567 Ext.: Email Address:

**Previous Address**

Have you moved in the past 6 months ○ Yes ⦿ No

**Current Employment Information**

Are you self-employed?: ○ Yes ⦿ No

Internet



Application - Microsoft Internet Explorer provided by Ceira Technologies

File Edit View Favorites Tools Help

Back Search Favorites

Address http://dev2.cashcall.com/LoanApp/Application.aspx Go Links

Google Search

**Current Employment Information**

Are you self-employed?: ○ Yes ⦿ No

Employer Name: Ceira | Employer Phone: 949-333-3333 | Ext.:

Job Title: Accountant

**Employment Address**

Street Number: 99999 | Street Name: Von Karman | Street Abbrv.: Select Abbrv.

Suite: | City: Irvine

State: California | Zip Code: 92612

**Payday Information**

Please fill in your payday information.

Type: Monthly | Day 1: 1

**Monthly Income and Expenses**

Monthly Gross Income: $10,000 | Total Estimated Monthly Expenses: $5,000

Rent Or Own: ○ Rent ⦿ Own | Monthly Rent Amount: $0

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

**Loan Purpose and Referrer**

Why are you applying for this loan?: Debt Consolidation

How did you hear about CashCall?: Radio

**References**

Please provide two reference names and phone numbers.

Full Name 1: John Doe | Phone Number 1: 909-289-8292 (nnn-nnn-nnnn)

Full Name 2: Mary Doe | Phone Number 2: 714-892-9292 (nnn-nnn-nnnn)

Please provide the name and phone number of the closest family member in case of emergency.

Relative Full Name: Uncle Sam | Relative Phone Number: 949-345-4532 (nnn-nnn-nnnn)

**Verbal Pledge**

Please explain in one sentence what makes you a good credit risk for this loan

Internet



Application - Microsoft Internet Explorer provided by Ceira Technologies

File Edit View Favorites Tools Help

Back Search Favorites

Address http://dev2.cashcall.com/LoanApp/Application.aspx Go Links

Google Search

**Verbal Pledge**

Please explain in one sentence what makes you a good credit risk for this loan.

Testing

**Username and Password**

Username: Your **username** must contain at least 3 characters. Do not include special characters (e.g.: &, *, @, #, -).

Password: Your **password** must contain at least 6 characters. Do not include special characters (e.g.: &, *, @, #, -).

Re-type Password:

**E-Sign Agreement**

To apply for and obtain a loan from CashCall, Inc., you must agree to receive all information and disclosures electronically prior to submitting your loan application. Once you provide consent, you will not be able to withdraw it. This consent applies only to the current loan transaction.

The following information will be provided by electronic communication:

- CashCall Promissory Note and Truth In Lending Disclosure Statement and any applicable attachments;
- Electronic Funds Transfer Act Authorization and Disclosure;
- Notices of changes to any of the agreements listed above;
- Loan settlement statement;

(•) I Agree ( ) I Disagree Print Agreement

**Credit Agreement**

You understand that by clicking on the I AGREE button immediately following this notice, you are providing 'written instructions' to CashCall, Inc., under the Fair Credit Reporting Act authorizing CashCall, Inc., to obtain information from your personal credit profile or other information from Experian.

(•) I Agree ( ) I Disagree Print Agreement

**Privacy Statement**

I have read and understand CashCall's Privacy Statement. Privacy Statement

(•) I Agree ( ) I Disagree

Click "Submit" and wait for the next page (**do not click a second time**).

Submit

Internet

## E-Sign Agreement

To apply for and obtain a loan from CashCall, Inc., you must agree to receive all information and disclosures

electronically prior to submitting your loan application. Once you provide consent, you will not be able to withdraw it. This consent applies only to the current loan transaction.

The following information will be provided by electronic communication:

• CashCall Promissory Note and Truth In Lending Disclosure Statement and any applicable attachments;
• Electronic Funds Transfer Act Authorization and Disclosure;
• Notices of changes to any of the agreements listed above;
• Loan settlement statement;
• Adverse Action Notifications; and
• All inquiries, notices and delinquency information to you about your account or your payments on the account.

To apply for and receive a loan from CashCall and to receive all of the documents and information referenced above by electronic communication, you must have a personal computer (PC) or Macintosh computer with the following specifications: A secure Web Browser with 128 bit encryption and Java Script enabled and Internet access through an Internet Service Provider (ISP). We support most current commercially accepted browser versions supplied by Microsoft Internet Explorer.

If you wish to change the e-mail address at which you will receive communications from CashCall, please-mail us at info@cashcall.com or send written notification to:

CashCall, Inc.
17360 Brookhurst Street
Fountain Valley, CA 92708
Attn: Electronic Notification Dept.

You may obtain a paper copy of any disclosure provided to you electronically by sending a request in writing to the address listed above.

**Credit Agreement**

You understand that by clicking on the I AGREE button immediately following this notice, you are providing 'written instructions' to CashCall, Inc., under the Fair Credit Reporting Act authorizing CashCall, Inc., to obtain information from your personal credit profile or other information from Experian.

CASHCALL 001068