UNITED STATES DISTRICT COURT

Northern District of California

KRISTA O'DONOVAN, *et al.*,

           Plaintiffs,

    v.

CASHCALL INC.,

           Defendant.

_____/

No. C 08-03174 MEJ

**ORDER RE OCTOBER 4, 2013 LETTER** [Dkt. No. 156]

      On October 4, 2013, the parties in this action filed a joint letter regarding Plaintiffs' request to extend the discovery deadline to permit the production of documents and the taking of the person most knowledgeable (PMK) deposition of Deutsche Bank, and to allow Plaintiffs' experts an opportunity to submit supplemental expert reports after they have reviewed and analyzed documents from CIGPF and the documents and PMK deposition from Deutsche Bank. Dkt. No. 156. As Plaintiffs recognize, the discovery deadline was September 18, 2013. The Court's Case Management Order expressly states that it will not hear discovery disputes more than 10 days after the close of discovery. Dkt. No. 137 at 1. Further, this Court's standing order requires the parties to meet and confer in person before filing a joint letter. Because Plaintiff's request is untimely and fails to comply with the Court's requirements for resolution of discovery disputes, the Court **DENIES** Plaintiffs' request.

      **IT IS SO ORDERED.**

Dated: November 1, 2013

                                                                  Maria-Elena James
                                                                  United States Magistrate Judge