UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KRISTA O'DONOVAN, *et al.*, | No. C 08-03174 MEJ |
| Plaintiff, | **ORDER RESETTING HEARING DATE** |
| v. | |
| CASHCALL INC., | |
| Defendant. | |

Pending before the Court are Defendant's Motions for Summary Judgment (Dkt. Nos. 159, 166), and Plaintiffs' Motion for Summary Judgment (Dkt. No. 175), currently set for hearing on November 21, 2013. The Court hereby **RESETS** the hearing date on these Motions for March 20, 2014, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
Maria-Elena James
United States Magistrate Judge