UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CASHCALL, INC., <br><br>　　　　Defendant. | Case No. 08-cv-03174-MEJ <br><br> **ORDER RESETTING HEARING DATE** <br><br> Re: Dkt. Nos. 159, 166, 175 |

Pending before the Court are Defendant's Motions for Summary Judgment (Dkt. Nos. 159, 166), and Plaintiffs' Motion for Summary Judgment (Dkt. No. 175), currently set for hearing on March 20, 2014. The Court hereby RESETS the hearing date on these Motions for April 3, 2014, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: March 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge