UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CASHCALL, INC.,<br><br>  Defendant. | Case No. 08-cv-03174-MEJ<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 239, 240, 246 |

**IT IS HEREBY ORDERED AND ADJUDGED** that final judgment pursuant to Federal Rule of Civil Procedure 54(b) is entered for Defendant, CashCall, Inc., and against the Plaintiff class on count four of Plaintiffs' complaint, the "Loan Unconscionability Claim." *See* Fourth Am. Compl., Dkt. No. 54 ¶¶ 74-94. The Court granted Defendant, CashCall, Inc., summary judgment on this claim in its Order dated October 21, 2014. Dkt. No. 239. The Court finds that there is no just reason for delay of entry of judgment on this claim for the reasons set forth in the Court's December 22, 2014 Order. Dkt. No. 246. Accordingly, the Clerk is directed to enter final judgment for CashCall pursuant to Rule 54(b) on Plaintiffs' Loan Unconscionability Claim.

**IT IS SO ORDERED.**

Dated: December 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge