UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASHCALL, INC., <br><br> Defendant. | Case No. 08-cv-03174-MEJ <br><br> **ORDER RE: TRIAL SCHEDULE** |

This matter is currently scheduled for a five-day bench trial starting on May 11, 2015.  Due to a potential scheduling conflict, the Court requested that the parties file a statement of their availability for trial the week of May 4, 2015, with all pretrial dates adjusted accordingly.  As Defendant's lead trial counsel is unavailable that week, the trial will begin on May 11.  However, the parties are advised that the Court is unavailable May 13-18.  If needed, the Court shall reserve May 19 for completion of the trial.  All pretrial deadlines are unchanged.

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge