UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CASHCALL, INC.,<br><br>　　　　Defendant. | Case No. 08-cv-03174-MEJ<br><br>**ORDER RE: TRIAL SCHEDULE** |

　　　The trial in this matter, currently scheduled for May 11, 12, and 19, 2015, shall instead take place May 11-13, 2015. All pretrial deadlines remain unchanged.

　　　**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge