UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CASHCALL, INC.,<br><br>　　　　　Defendant. | Case No. 08-cv-03174-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(a) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on February 19, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing information regarding the parties' prospects for settlement, ADR efforts to date, and whether the parties would be amenable to attending another settlement conference with Magistrate Judge Spero, or another form of ADR, prior to trial.

**IT IS SO ORDERED.**

Dated: January 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge