UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CASHCALL, INC.,<br><br>　　　　Defendant. | Case No. 08-cv-03174-MEJ<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference previously ordered and set for February 19, 2015 before the Honorable Maria-Elena James, is hereby moved to **February 12, 2015** at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Joint Case Management Statement is now due by **February 10, 2015**, and shall contain information regarding the parties' prospects for settlement, ADR efforts to date, and whether the parties would be amenable to attending another settlement conference with Magistrate Judge Spero, or another form of ADR, prior to trial.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge