BRAD W. SEILING (Bar No. CA 143515)
DONALD R. BROWN (Bar No. CA 156548)
BRANDON P. REILLY (Bar No. CA 278012)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224
E-mail: bseiling@manatt.com; dbrown@manatt.com;
breilly@manatt.com

*Attorneys for Defendant*
CashCall, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>　　　　Defendants. | Case No. C 08-03174 MEJ<br><br>**JOINT REPORT REGARDING TRIAL SCHEDULING**<br><br>Judge:　　Hon. Maria-Elena James<br>Courtroom: B – 15th Floor |

**GRANTED**
*Judge Maria-Elena James*
(United States District Court, Northern District of California seal)

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT REPORT REGARDING TRIAL SCHEDULING

Counsel for the parties have met and conferred regarding the options for trial that the Court presented at the telephonic conference held on February 13, 2015. The parties agree to proceed with the trial before this Court commencing on June 22, 2015, with a three-day estimate for a bench trial. The parties further request that the Court continue by approximately thirty (30) days the pre-trial deadlines set forth in the Case Management Order dated August 25, 2014 (ECF Dkt. No. 227). Subject to the Court's availability, the parties accordingly propose the following amendments to the Court's Case Management Order of August 25, 2014 (Dkt. 227), which will otherwise remain in effect:

| | |
|---|---|
| Deadline for lead counsel to meet and confer regarding Joint Pretrial Conference Statement and to exchange papers required by Rule 26(a)(3) | March 20, 2015 |
| Joint Pretrial Statement to be Filed | April 6, 2015 |
| Motions in Limine Due | April 6, 2015 |
| Oppositions to Motions in Limine Due | April 14, 2015 |
| Initial Pretrial Conference | April 28, 2015 at 10:00 a.m. |
| Trial Briefs Due | May 8, 2015 |
| Final Pretrial Conference | June 18, 2015 at 10:00 a.m. |

Bench Trial:   June 22, 23 and 24, 2015 at 9:30 a.m.

The Court adopts the following schedule as listed above.
Dated: 2/20/2015