BRAD W. SEILING (Bar No. CA 143515)
DONALD R. BROWN (Bar No. CA 156548)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail: bseiling@manatt.com; dbrown@manatt.com

*Attorneys for Defendant*
CashCall, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA O'DONOVAN and EDUARDO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>CASHCALL, INC., a California corporation, and DOES 1 through DOE 50, inclusive,<br><br>               Defendants. | Case No.  C 08-03174 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND COUNTERCLAIM**<br><br>**Hon. Maria-Elena James** |

Plaintiffs Eduardo De La Torre and Lori Kemply f/k/a Saysourivong ("Plaintiffs") and defendant CashCall, Inc. ("CashCall"), by and through their counsel, STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs dismiss with prejudice all of their claims against CashCall in this action except those claims, or portions thereof, that are asserted on behalf of the classes defined in this case as the Unconscionability Class and the Conditioning Class. The claims being dismissed by Plaintiffs are referred to below as the "Dismissed Claims." The remaining claims by Plaintiffs are referred to below as the "Class Claims."

2. CashCall dismisses with prejudice its Counterclaim against Plaintiffs.

3. Plaintiffs and CashCall fully and completely, irrevocably and unconditionally, release and forever discharge each other and their respective (as applicable) heirs, beneficiaries, executors, administrators, agents, attorneys, successors, assigns, subsidiaries, affiliates, parents, transferees, officers, directors, employees, and insurers from and on account of any and all claims, demands, proceedings, actions, causes of action, or charges of whatever nature and kind, known or unknown, suspected or unsuspected, existing or which may exist, wherever prosecuted, existing or which may exist, which either of the Parties may have against the other, arising out of the Dismissed Claims or the Counterclaim.

4. The Parties agree to refrain from initiating any complaints, regulatory actions or proceedings, other litigation proceedings, or any other actions or proceedings related to the subject matter of the Dismissed Claims and the Counterclaim, either directly or in concert with others.

5. The Parties specifically waive any rights and benefits under California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his settlement with the debtor."

6. The Parties shall bear their own attorney's fees, court costs (if any), and litigation expenses on the Dismissed Claims and the Counterclaim.

7. Nothing in this Stipulation is intended to release, discharge, limit, expand, impair, or otherwise affect the Class Claims, defenses to the Class Claims, or the recovery of costs pertaining to the Class Claims.

8. The dismissals and releases recited above do not constitute an admission of liability by any Party and shall not be used by any Party or any other person or entity in any litigation or proceeding for that purpose.

Dated: May 7, 2015          MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Brad W. Seiling
    Brad W. Seiling
    *Attorneys for Defendant*
    CashCall, Inc.

Dated: May 7, 2015          LAW OFFICE OF ARTHUR D. LEVY


By: /s/ Arthur D. Levy
    Arthur D. Levy
    *Attorneys for Plaintiffs*
    Krista O'Donovan and Eduardo De La Torre

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May  8 , 2015

MARIA-ELENA JAMES
United States Magistrate Judge