1  BRAD W. SEILING (Bar No. CA 143515)
   DONALD R. BROWN (Bar No. CA 156548)
2  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:      (310) 312-4000
4  Facsimile:       (310) 312-4224
   E-mail: bseiling@manatt.com; dbrown@manatt.com
5
   *Attorneys for Defendant*
6  CashCall, Inc.

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | KRISTA O'DONOVAN and EDUARDO | Case No.  C 08-03174 MEJ
   | DE LA TORRE, individually and on behalf |
13 | of all others similarly situated, | **JOINT REQUEST AND [~~PROPOSED~~]**
   | | **ORDER TO CONTINUE TIME TO**
14 |             Plaintiff, | **RESPOND TO ORDER RE**
   | | **CLARIFICATION OF RECORD**
15 |         vs. |
   | | 
16 | CASHCALL, INC., a California | **Hon. Maria-Elena James**
   | corporation, and DOES 1 through DOE 50, |
17 | inclusive, |
   | |
18 |             Defendants. |

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Eduardo De La Torre and Lori Kemply f/k/a Saysourivong ("Plaintiffs") and

2    defendant CashCall, Inc. ("CashCall"), by and through their counsel, request a two-week

3    extension to and including December 23, 2015, of the time to respond to the Order Re:

4    Clarification of Record ("Order").  The parties request this continuance because, while they have

5    discussed the issues in the Order, they have not been able to meet and confer in person, due to the

6    Thanksgiving holiday and other scheduling issues.  The parties have scheduled an in person meet

7    and confer for this Friday December 11 in San Francisco.

8
9    Dated:  December 7, 2015                    MANATT, PHELPS & PHILLIPS, LLP

10
11                                               By:  /s/ Brad W. Seiling
                                                    Brad W. Seiling
12                                                  *Attorneys for Defendant*
                                                    CashCall, Inc.
13

14
15   Dated:  December 7, 2015                    LAW OFFICE OF ARTHUR D. LEVY

16
17                                               By:  /s/ Arthur D. Levy
                                                    Arthur D. Levy
18                                                  *Attorneys for Plaintiffs*
                                                    Krista O'Donovan and Eduardo De La Torre
19

20                                **ORDER**

21   PURSUANT TO THE PARTIES' JOINT REQUEST, IT IS SO ORDERED.

22
23   Dated:  December  8 , 2015

24
25                                               _____
                                                 MARIA-ELENA JAMES
26                                               United States Magistrate Judge
27   203311694.1

28