UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DE LA TORRE, ET AL., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CASHCALL, INC., <br><br>　　　　Defendant. | Case No. 08-cv-03174-MEJ <br><br>**ORDER VACATING APRIL 6, 2017 STATUS CONFERENCE; SCHEDULING HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

In their joint status conference statement, the parties indicate they have reached a settlement and will file a motion for preliminary approval of that settlement by May 11, 2017. *See* Dkt. No. 355. Based on the parties' representations, the Court VACATES the April 6, 2017 status conference and ORDERS Plaintiffs to file a motion for preliminary approval of settlement by May 11, 2017. The Court shall hold a hearing on the motion on June 1, 2017 at 10:00 a.m. in Courtroom B, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 31, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge