1  James C. Sturdevant  (SBN: 94551)
   THE STURDEVANT LAW FIRM
2  A Professional Corporation
   4040 Civic Center Drive, Suite 200
3  San Rafael, CA  94903
   Telephone: (415) 477-2410
4  Facsimile: (415) 492-2810
   *Email: jsturdevant@sturdevantlaw.com*
5
   Arthur D. Levy (SBN: 95659)
6  LAW OFFICE OF ARTHUR D. LEVY
   1814 Franklin St.
7  Suite 1040
   Oakland, CA 94612
8  Telephone:  (415) 702-4551
   *Email: arthur@yesquire.com*
9
10 *Additional Attorneys for Plaintiff listed on Signature Page*

11 *Attorneys for Plaintiffs*

12 **UNITED STATES DISTRICT COURT**

13 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| EDUARDO DE LA TORRE, et al., | Case No. C 08-03174 TSH |
|---|---|
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE (DKT. 393)** |
| v. | |
| CASHCALL, INC, | Date:  Dec. 6, 2018 |
| Defendant. | Time:  10:00 a.m. |
| | Courtroom:  A—15th Floor |
| | Judge: Hon. Thomas S. Hixson |

1  On October 11, 2018, the Court set a Case Management Conference for 10:00 a.m. on
2  December 6, 2018. (Dkt. 393.) Due to scheduling conflicts, the parties have agreed that the
3  CMC may be continued to 10:00 a.m. on December 20, 2018, and request that the Court so
4  order.

5  Respectfully submitted,

6  DATED: October 31, 2018                         /s/ Arthur D. Levy
                                                    Arthur D. Levy (SBN: 95659)

                                                    LAW OFFICE OF ARTHUR D. LEVY
                                                    1814 Franklin St.
                                                    Suite 1040
                                                    Oakland, CA 94612
                                                    Telephone: (415) 702-4551

                                                    James C. Sturdevant (SBN: 94551)
                                                    THE STURDEVANT LAW FIRM
                                                    4040 Civic Center Drive, Suite 200
                                                    San Rafael, CA 94903
                                                    Telephone: (415) 477-2410

                                                    STEVEN M. TINDALL (SBN: 187862)
                                                    ANDRE M. MURA (SBN: 298541)
                                                    GIBBS LAW GROUP LLP
                                                    505 14th Street, Suite 1110
                                                    Oakland, CA 94612
                                                    Telephone: (510) 350-9700

                                                    JESSICA RIGGIN (SBN: 281712)
                                                    RUKIN HYLAND & RIGGIN LLP
                                                    1939 Harrison St., Ste. 290
                                                    Oakland, CA 94612
                                                    Telephone: (415) 421-1800

                                                    DAMON M. CONNOLLY (SBN: 139779)
                                                    LAW OFFICES OF DAMON M. CONNOLLY
                                                    1000 4th Street
                                                    Suite 600
                                                    San Rafael, CA 94901
                                                    Telephone: (415) 256-1200

                                                    Attorneys for Plaintiffs
                                                    EDUARDO DE LA TORRE *et al.*

-1-

*De La Torre et al. v. CashCall, Inc.;* Case No.: C 08-03174 TSH
STIPULATION AND PROPOSED ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE
(DKT. 393)

Dated:  October 31, 2018          /s/ Brad W. Seiling
Brad W. Seiling

Brad W. Seiling (SBN: 143515)
Donald R. Brown (SBN: 156548)
MANATT, PHELPS & PHILLIPS LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (310) 312-4000

Attorneys for Defendant CashCall, Inc.

## LOCAL RULE 5-1 ATTESTATION

I, Arthur D. Levy, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Brad W. Seiling has concurred in the filing of this document with his electronic signature.

DATED:  October 31, 2018          /s/ Arthur D. Levy
Arthur D. Levy

## ORDER

Good cause appearing due to scheduling conflicts, the Case Management Conference currently scheduled for 10:00 a.m. on December 6, 2018 is hereby continued to 10:00 a.m. on December 20, 2018.  No later than seven calendar days before the new date, the parties shall file the Joint Case Management Statement required by the Court in Dkt. 393.

DATED:  November 1, 2018          _____
United States Magistrate Judge